# SCHEDULE 1

_chat
[3/31/19, 10:26:08 AM] +1 (631) 379-9928: Messages to this chat and calls are now
secured with end-to-end encryption.
[3/31/19, 10:26:08 AM] +1 (631) 379-9928: Yo
[3/31/19, 10:26:21 AM] Anastasia: Dudee
[3/31/19, 10:26:32 AM] +1 (631) 379-9928: Delete the other chat thread
[3/31/19, 10:26:56 AM] +1 (631) 379-9928: We'll use this from now on
[3/31/19, 10:27:06 AM] Anastasia: Ok
[3/31/19, 10:27:40 AM] +1 (631) 379-9928: I have all the notification turned off so
shit doesn't pop on my screen like a reg text
Don't need ███████ seeing my texts
[3/31/19, 10:28:08 AM] Anastasia: f ███████ but true
[3/31/19, 10:28:32 AM] +1 (631) 379-9928: Low key guy
Don't need shit on either end
[3/31/19, 10:28:49 AM] Anastasia: Re tweet (agreed)
[3/31/19, 10:29:03 AM] +1 (631) 379-9928: Plus some of that was too heavy for work
email
[3/31/19, 10:29:26 AM] Anastasia: Yes
[3/31/19, 10:29:28 AM] +1 (631) 379-9928: Now
Did you pick up another juul to have
[3/31/19, 10:29:34 AM] Anastasia: no
[3/31/19, 10:29:38 AM] +1 (631) 379-9928: Ok good
[3/31/19, 10:29:47 AM] +1 (631) 379-9928: Side track for a min
[3/31/19, 10:30:06 AM] +1 (631) 379-9928: We caught a kid Friday
Juulin
[3/31/19, 10:30:13 AM] Anastasia: Oh man
[3/31/19, 10:30:15 AM] +1 (631) 379-9928: He gave up who sold it to him
[3/31/19, 10:30:26 AM] Anastasia: he said..
[3/31/19, 10:30:42 AM] +1 (631) 379-9928: Yes he told us
[3/31/19, 10:30:51 AM] +1 (631) 379-9928: My point is
[3/31/19, 10:31:15 AM] +1 (631) 379-9928: He bought around the time you were going
to sell the one you gave me
[3/31/19, 10:31:17 AM] Anastasia: I hate how u can't tell me
[3/31/19, 10:31:25 AM] Anastasia: but anyways
[3/31/19, 10:31:29 AM] +1 (631) 379-9928: That's not the point
[3/31/19, 10:31:45 AM] +1 (631) 379-9928: The point now we are going after that
person
[3/31/19, 10:31:48 AM] +1 (631) 379-9928: You follow
[3/31/19, 10:31:53 AM] Anastasia: I follow
[3/31/19, 10:32:15 AM] +1 (631) 379-9928: So
Thank you for listening to me last week
[3/31/19, 10:32:26 AM] Anastasia: You're welcome
[3/31/19, 10:33:01 AM] +1 (631) 379-9928: So last night
WTF
[3/31/19, 10:33:11 AM] Anastasia: Dudeee
[3/31/19, 10:33:29 AM] Anastasia: Back on my bs
[3/31/19, 10:33:38 AM] +1 (631) 379-9928: You let me know when ███████ gets there and
I'll let you go
I have about 30 mins
[3/31/19, 10:34:00 AM] Anastasia: I'm good even when she's here
[3/31/19, 10:34:12 AM] Anastasia: We respect each other's privacy
[3/31/19, 10:34:16 AM] +1 (631) 379-9928: How do you feel about last night
[3/31/19, 10:34:18 AM] Anastasia: unlike ███████
[3/31/19, 10:34:34 AM] +1 (631) 379-9928: Have you smiled yet today
[3/31/19, 10:34:47 AM] Anastasia: yes I've been weak all morning
[3/31/19, 10:34:55 AM] Anastasia: (Laughing)
[3/31/19, 10:35:09 AM] +1 (631) 379-9928: You need a run
[3/31/19, 10:35:11 AM] Anastasia: It didn't throw me in a low I'm good
[3/31/19, 10:35:23 AM] Anastasia: my bed is telling me otherwise
[3/31/19, 10:35:44 AM] +1 (631) 379-9928: Ok
But
Don't use that as an excuse to make this a habit again
[3/31/19, 10:35:48 AM] +1 (631) 379-9928: ▢
[3/31/19, 10:35:55 AM] Anastasia: I'm upset I had to take my sticky note down but

_chat
other than that I'm fine
[3/31/19, 10:36:05 AM] Anastasia: Use what exactly
[3/31/19, 10:36:37 AM] +1 (631) 379-9928: Are you planning on making this a habit
[3/31/19, 10:36:41 AM] +1 (631) 379-9928: Again
[3/31/19, 10:37:14 AM] Anastasia: I just don't know if I'll be able to stop
[3/31/19, 10:37:33 AM] +1 (631) 379-9928: You have to
[3/31/19, 10:37:46 AM] +1 (631) 379-9928: You should have gone home last night
[3/31/19, 10:38:15 AM] Anastasia: I should've because now I'm on a whole other level
of "fuck it"
[3/31/19, 10:38:35 AM] +1 (631) 379-9928: If you're not on a low why fuck it
[3/31/19, 10:39:03 AM] +1 (631) 379-9928: Everything is (yes is even after last
night) going so well
[3/31/19, 10:40:17 AM] Anastasia: just chilling
[3/31/19, 10:40:42 AM] Anastasia: Like I'm not bothered by doing it anymore which is
weird to say
[3/31/19, 10:41:59 AM] +1 (631) 379-9928: I don't get that
[3/31/19, 10:42:01 AM] +1 (631) 379-9928: ??
[3/31/19, 10:42:26 AM] Anastasia: I used to hate myself for smoking weed
[3/31/19, 10:42:44 AM] +1 (631) 379-9928: Ok
But
You hated yourself anyway
[3/31/19, 10:42:46 AM] +1 (631) 379-9928: No
[3/31/19, 10:42:46 AM] Anastasia: now I don't care because it doesn't phase me that
I'm doing it.. again
[3/31/19, 10:42:54 AM] Anastasia: true
[3/31/19, 10:43:33 AM] +1 (631) 379-9928: You're not doing it
You did it

Is that a correct clarification ?
[3/31/19, 10:43:40 AM] Anastasia: oof
[3/31/19, 10:43:58 AM] +1 (631) 379-9928: Or is there more to tell me
[3/31/19, 10:44:18 AM] Anastasia: and if I don't stop.l
[3/31/19, 10:44:24 AM] Anastasia: Then what
[3/31/19, 10:45:03 AM] +1 (631) 379-9928: Answer my question
[3/31/19, 10:45:26 AM] Anastasia: it's not correct because I don't know if I'm able
to stop
[3/31/19, 10:46:02 AM] Anastasia: I can't tell you I'll stop because the second
someone throws it near me I'm 100% down to get messed up
[3/31/19, 10:46:26 AM] +1 (631) 379-9928: You've resisted before last night
[3/31/19, 10:46:43 AM] Anastasia: that was before I felt what I felt last night
[3/31/19, 10:46:53 AM] +1 (631) 379-9928: And that was
[3/31/19, 10:46:56 AM] Anastasia: now I'm on a huge high to feel that high again
[3/31/19, 10:47:25 AM] +1 (631) 379-9928: You need to replace that
Run
[3/31/19, 10:47:57 AM] Anastasia: For the first time in forever I felt like I could
breathe. I was in such a place in my head that there was no getting to me. I know
this isn't something I need but it helped for a second
[3/31/19, 10:48:14 AM] Anastasia: now I understand why people do it
[3/31/19, 10:48:37 AM] +1 (631) 379-9928: Yes and that why you're on prescribed
medicine
[3/31/19, 10:48:54 AM] Anastasia: meaning..
[3/31/19, 10:49:25 AM] +1 (631) 379-9928: The meds when they work will get you to a
good place
[3/31/19, 10:49:30 AM] Anastasia: Yes
[3/31/19, 10:50:13 AM] Anastasia: Now I'm just slowly spiraling out of control and
I'm allowing it
[3/31/19, 10:50:23 AM] +1 (631) 379-9928: You're not in a place to be a recreational
user
[3/31/19, 10:50:29 AM] +1 (631) 379-9928: That's bullshit
[3/31/19, 10:50:42 AM] +1 (631) 379-9928: Spiraling nothing
[3/31/19, 10:51:06 AM] +1 (631) 379-9928: You had a solid week with one bad night
Don't make excuses
[3/31/19, 10:51:29 AM] Anastasia: and if I don't stop.. then what
Page 2

_chat

[3/31/19, 10:52:05 AM] +1 (631) 379-9928: Are you asking what my reaction will be?
[3/31/19, 10:52:12 AM] +1 (631) 379-9928: Or what will happen to you
[3/31/19, 10:52:16 AM] Anastasia: both I guess
[3/31/19, 10:52:28 AM] +1 (631) 379-9928: You tell me
[3/31/19, 10:52:37 AM] Anastasia: Dude
[3/31/19, 10:52:41 AM] Anastasia: I dunno
[3/31/19, 10:52:55 AM] +1 (631) 379-9928: What do you want
[3/31/19, 10:53:48 AM] Anastasia: I need to stop. And go back to Friday nights
healthy high. I need to free myself from █████'s bad affection over me.
[3/31/19, 10:54:07 AM] +1 (631) 379-9928: Dude I so needed to see that
[3/31/19, 10:54:16 AM] +1 (631) 379-9928: ▯
[3/31/19, 10:54:33 AM] Anastasia: *puts head on shoulder*
[3/31/19, 10:54:52 AM] +1 (631) 379-9928: Fuckin a right
[3/31/19, 10:55:08 AM] Anastasia: Sure is
[3/31/19, 10:55:20 AM] +1 (631) 379-9928: What did you think my reaction was going
to be when you did that
[3/31/19, 10:55:36 AM] Anastasia: not to be weird or anything but I thought of you
all night
[3/31/19, 10:55:43 AM] Anastasia: I knew you would've been upset
[3/31/19, 10:55:57 AM] Anastasia: Like I imagined you until I couldn't naymore in
the back seat shaking your head
[3/31/19, 10:56:15 AM] Anastasia: but I still did it because I was in such an
influence that there was no telling what I'd do next
[3/31/19, 10:56:48 AM] +1 (631) 379-9928: Not weird
I woke up worried about you
[3/31/19, 10:57:25 AM] +1 (631) 379-9928: Not sure upset is the right word

I showed you that video for a reason
[3/31/19, 10:57:41 AM] Anastasia: that could've been me last night
[3/31/19, 10:57:55 AM] Anastasia: if I'm goin to be brutally honest
[3/31/19, 10:58:10 AM] +1 (631) 379-9928: No shit asshole
[3/31/19, 10:58:20 AM] +1 (631) 379-9928: Said with love
[3/31/19, 10:58:48 AM] Anastasia: I think
[3/31/19, 10:59:19 AM] Anastasia: if I slept over █████'s last night I would've been
at someone else's house shooting my arm up and on every drug possible
[3/31/19, 11:00:25 AM] +1 (631) 379-9928: Fuck me
[3/31/19, 11:00:50 AM] +1 (631) 379-9928: I'm getting in the car to drive to mom's
Catch you in half hour
[3/31/19, 11:01:01 AM] Anastasia: Ok
[3/31/19, 11:32:59 AM] +1 (631) 379-9928: Yo you still free
[3/31/19, 11:33:43 AM] Anastasia: Duh
[3/31/19, 11:34:33 AM] +1 (631) 379-9928: If I hear you
[3/31/19, 11:34:54 AM] Anastasia: what
[3/31/19, 11:34:59 AM] +1 (631) 379-9928: You fell apart last night
Didn't really want to but couldn't get out of the hole
[3/31/19, 11:35:09 AM] +1 (631) 379-9928: Yes or no
[3/31/19, 11:35:11 AM] Anastasia: Yes
[3/31/19, 11:35:18 AM] +1 (631) 379-9928: Ok
[3/31/19, 11:35:36 AM] +1 (631) 379-9928: And
I'm thinking you don't want that to be you
[3/31/19, 11:35:43 AM] Anastasia: Nope
[3/31/19, 11:35:53 AM] +1 (631) 379-9928: Ok
Good
[3/31/19, 11:36:12 AM] Anastasia: yes
[3/31/19, 11:36:13 AM] +1 (631) 379-9928: I needed to hear that
And I think you did too
[3/31/19, 11:36:25 AM] Anastasia: Yeah dude
[3/31/19, 11:36:45 AM] Anastasia: It's not me no matter how much I try to inflict it
on myself
[3/31/19, 11:37:57 AM] +1 (631) 379-9928: Ok
[3/31/19, 11:38:24 AM] +1 (631) 379-9928: Also
I'm putting a lot faith in you chatting like you this

Page 3

_chat
You dig
[3/31/19, 11:38:33 AM] Anastasia: I dig
[3/31/19, 11:38:45 AM] +1 (631) 379-9928: You've earned it
[3/31/19, 11:38:58 AM] +1 (631) 379-9928: Honesty x 100000000000
[3/31/19, 11:41:19 AM] +1 (631) 379-9928: Make you laugh
My parents house is a fucking circus
Moms on oxygen walk around with a long ass hide behind her
Dad always steps on it
And she yells at him 'Get off the hose'

TV full blast with movies from the 40's and 30's
FML
[3/31/19, 11:41:55 AM] +1 (631) 379-9928: *hide hose
[3/31/19, 11:51:30 AM] +1 (631) 379-9928: You need a run
[3/31/19, 11:53:28 AM] Anastasia: Ohh we love that
[3/31/19, 11:53:52 AM] Anastasia: I need a run but probably won't go on one
[3/31/19, 11:57:43 AM] +1 (631) 379-9928: 🍆
[3/31/19, 11:58:37 AM] Anastasia: Kidding lol I'll probably go for a run or whatever
but nothing close to 2 hours
[3/31/19, 11:59:30 AM] +1 (631) 379-9928: More than three miles
You owe it to yourself
[3/31/19, 12:00:18 PM] Anastasia: Deal
[3/31/19, 12:08:24 PM] +1 (631) 379-9928: So
Looking back
Does last night scare you?
[3/31/19, 12:10:29 PM] Anastasia: A bit yes
[3/31/19, 12:10:46 PM] Anastasia: I didn't know I was capable of I taking everything
I did
[3/31/19, 12:11:56 PM] +1 (631) 379-9928: Did you do more than weed?
[3/31/19, 12:15:05 PM] +1 (631) 379-9928: Or just a shit ton of weed
[3/31/19, 12:20:35 PM] Anastasia: Just wayyyy tooo much weed
[3/31/19, 12:31:03 PM] +1 (631) 379-9928: You obviously knew I would be upset
But
Did ever stop to think how I would feel and how upset I would be if god forbid
something happened to you?!?!?!!
Yes
pack your bags, guilt trip.
I think I've made my point
[3/31/19, 1:00:48 PM] +1 (631) 379-9928: Now for a laugh
When you took your shirt off running yesterday , were you trying to show off for
██████?
Haha
[3/31/19, 1:17:45 PM] Anastasia: I did stop and think hence why I didn't do it right
away but I was too caught up. Yeah I felt like I was in some movie the way I slowly
stripped off my shirt and I felt her eyes on me.. she couldn't resist
[3/31/19, 1:19:27 PM] Anastasia: I just went for that run. I struggled the first
mile hardcore but the last 2.5 I was fine
[3/31/19, 1:23:18 PM] +1 (631) 379-9928: Ok
You deserved to struggle
Ha

And yes
How could she resist 🫠
[3/31/19, 1:25:48 PM] Anastasia: lmao
[3/31/19, 1:25:51 PM] Anastasia: good one
[3/31/19, 1:38:56 PM] +1 (631) 379-9928: Two new sticky notes with yesterday's date
Do it
[3/31/19, 1:49:51 PM] Anastasia: Why two
[3/31/19, 1:55:13 PM] +1 (631) 379-9928: Weed
Juul
Take a pic and send it to me
[3/31/19, 1:55:56 PM] +1 (631) 379-9928: And you're not really questioning me are
you!!!????

_chat

[3/31/19, 1:56:09 PM] Anastasia: Nope lol
[3/31/19, 1:56:36 PM] +1 (631) 379-9928: Good
[3/31/19, 1:59:52 PM] Anastasia: So what if I get high tonight
[3/31/19, 2:01:10 PM] +1 (631) 379-9928: Don't you dare
[3/31/19, 2:01:22 PM] Anastasia: Ughh
[3/31/19, 2:01:37 PM] +1 (631) 379-9928: Why would you
[3/31/19, 2:02:08 PM] Anastasia: I mean I'm already on that verge
[3/31/19, 2:02:20 PM] +1 (631) 379-9928: Meaning
[3/31/19, 2:03:03 PM] Anastasia: There's a good chance I'd do it tonight
[3/31/19, 2:03:15 PM] +1 (631) 379-9928: Don't
[3/31/19, 2:03:31 PM] Anastasia: bruh
[3/31/19, 2:03:38 PM] +1 (631) 379-9928: You're killing me
[3/31/19, 2:04:03 PM] Anastasia: uhm I'm killing myself but that's beside the point
[3/31/19, 2:04:54 PM] +1 (631) 379-9928: Wtf happened since yesterday
[3/31/19, 2:05:35 PM] Anastasia: Nothing just on a different vibe with weed I just
wanna keep doing it
[3/31/19, 2:06:28 PM] +1 (631) 379-9928: So everything I've said and you've agreed
to is crap
[3/31/19, 2:06:31 PM] +1 (631) 379-9928: ???
[3/31/19, 2:06:57 PM] Anastasia: Noo
[3/31/19, 2:07:09 PM] +1 (631) 379-9928: Seems it
[3/31/19, 2:07:13 PM] Anastasia: I'm trying to stop but I can't
[3/31/19, 2:07:34 PM] +1 (631) 379-9928: Do you have any at home
[3/31/19, 2:07:57 PM] Anastasia: No otherwise I'd be high everyday
[3/31/19, 2:08:07 PM] +1 (631) 379-9928: Ok
Good
[3/31/19, 2:08:35 PM] +1 (631) 379-9928: Gotta jet for a bit
House full of peopl
Just hold on
[3/31/19, 2:08:42 PM] +1 (631) 379-9928: For me pls
[3/31/19, 2:09:47 PM] Anastasia: Ok
[3/31/19, 2:24:03 PM] +1 (631) 379-9928: Last night you fell down the rabbit hole.
Tonight you'll climb down it on your own.
There is a big difference.
I can help you through what happened last night.
But your plans for tonight are totally different.

What are we doing ? We are either getting you to a better place or not!
I told you I'll be there for you but have to want me there.
I gottchu but you have to want to be got ( ya real shitty grammar ).

Take three minutes and watch Drake's good for what video
A lot of snacks (as you would say)

Cath you later
Time to entertain
F me
[3/31/19, 2:38:57 PM] Anastasia: So I will listen to you and not do it tonight..
good luck
[3/31/19, 3:07:24 PM] +1 (631) 379-9928: Stay clean
[3/31/19, 3:12:08 PM] Anastasia: Trying
[3/31/19, 3:13:23 PM] +1 (631) 379-9928: Send pos energy
You feel it
[3/31/19, 3:20:05 PM] +1 (631) 379-9928: You doing HW
[3/31/19, 3:27:25 PM] +1 (631) 379-9928: Don't lose all your hard work
[3/31/19, 3:43:06 PM] Anastasia: Oof no I took a power nap. I have legit no
motivation to do anything
[3/31/19, 3:50:08 PM] Anastasia: but I'll get up soon and attempt to do life again
[3/31/19, 3:53:39 PM] Anastasia: And I can't quit now no matter how easy it would
be.. I worked too hard to stop now and I can't quit on you because you have helped
me get to where I am today
[3/31/19, 6:04:01 PM] +1 (631) 379-9928: Yo Girl

_chat

How ya holding up?
You're killing me
[3/31/19, 6:14:18 PM] Anastasia: Yo dudeee! I'm doing really good just finished
working on my project did the second to last half of it.
[3/31/19, 6:15:59 PM] +1 (631) 379-9928: Big exhale
Thank you
[3/31/19, 6:16:43 PM] Anastasia: Gotchu
[3/31/19, 7:08:09 PM] +1 (631) 379-9928: Yo
I'm out in about 10 mins
Kids bedtime then me I'm shot

You stressed the f out of me today but it's nothing to what you're going through.

I'll keep supporting you
Stay honest with me

And stay Hard for yourself , all the other shit isn't worth it. I know you know
this.  You're battling demons I'm your wing man when you let me.
⅋
[3/31/19, 7:14:15 PM] Anastasia: you're the only one I want to go through this with
me and help me. I'll always be honest with you not matter how much I don't want to
tell you I just end up telling you.
[3/31/19, 7:20:44 PM] +1 (631) 379-9928: Keep that mindset
Lata-
BR
[4/1/19, 6:41:02 AM] +1 (631) 379-9928: No fancy words this morning
We need you to have a good day!!!
Mission Objective
Kill Monday !!!!
[4/1/19, 6:41:16 AM] +1 (631) 379-9928: Did you stay clean last night ?
[4/1/19, 6:42:02 AM] Anastasia: Dudee I'm having a great day already! Yes I stood
clean for both of us
[4/1/19, 6:42:26 AM] +1 (631) 379-9928: Good to hear
[4/1/19, 6:43:15 AM] +1 (631) 379-9928: We need to work on your  weekend backslides
[4/1/19, 6:46:18 AM] Anastasia: Well I got the answer to that
[4/1/19, 6:46:28 AM] Anastasia: stop being friends with ████████
[4/1/19, 6:46:44 AM] Anastasia: or hanging out with her THE LEAST on weekends
[4/1/19, 6:52:10 AM] +1 (631) 379-9928: Emily Sisson Becomes Third-Fastest American
Woman to Run 10,000 Meters - Runner's World
https://apple.news/AuX5K_4DQRpWty7n7MOhtDw
[4/1/19, 6:53:02 AM] +1 (631) 379-9928: Read this
She ran 10k, 6miles, in 30 mins
[4/1/19, 7:03:51 AM] +1 (631) 379-9928: I doubt she juuls
[4/1/19, 7:05:01 AM] Anastasia: Lmao
[4/1/19, 7:27:58 AM] +1 (631) 379-9928: You might as well slap me in the face as you
walk around
Come on

Goals for the week give them to me, I didn't forget.
[4/1/19, 7:38:23 AM] Anastasia: I'm supposed to be in the library "doing my project"

Goals:
1) eat healthier/drink more water
2) get to class ON TIME/stay ENTIRE time.
3) stay clean
[4/1/19, 7:39:37 AM] +1 (631) 379-9928: Ok
I like them
4th goal
Get someone else to do the right thing. Ex do HW not juul

Get to work
[4/1/19, 7:40:03 AM] Anastasia: I finished my project
[4/1/19, 7:48:07 AM] +1 (631) 379-9928: 🔫🔫🔫🔫
Page 6

```
                                    _chat
[4/1/19, 7:48:13 AM] +1 (631) 379-9928: Let me see
[4/1/19, 7:49:51 AM] +1 (631) 379-9928: Unless you handed it in already
[4/1/19, 7:51:06 AM] Anastasia: Good joke lol it's home I'm waiting for her to
finish the book to bring it in
[4/1/19, 7:53:10 AM] +1 (631) 379-9928: 😂😂😂
[4/1/19, 9:05:13 AM] Anastasia: Soooooo when are you free
[4/1/19, 9:14:10 AM] +1 (631) 379-9928: Not 7th
You
[4/1/19, 9:20:10 AM] Anastasia: Good one
[4/1/19, 9:25:48 AM] +1 (631) 379-9928: 6 or 8
[4/1/19, 9:25:53 AM] +1 (631) 379-9928: You tell me
[4/1/19, 9:26:57 AM] Anastasia: 8
[4/1/19, 9:30:58 AM] +1 (631) 379-9928: 😂😂
[4/1/19, 9:31:26 AM] +1 (631) 379-9928: Can you wait that long ?
LOL
[4/1/19, 9:38:05 AM] Anastasia: No I miss u
[4/1/19, 9:47:09 AM] +1 (631) 379-9928: That was nice
[4/1/19, 11:22:46 AM] +1 (631) 379-9928: You still killin' it?!?!?!!!
😂😂
[4/1/19, 11:32:22 AM] Anastasia: Course
[4/1/19, 11:34:05 AM] +1 (631) 379-9928: Good
[4/1/19, 11:55:22 AM] +1 (631) 379-9928: Be ready to tell me all about the track
meet 8th
[4/1/19, 11:55:49 AM] Anastasia: Yuh
[4/1/19, 12:05:47 PM] +1 (631) 379-9928: Did you watch that music video??
[4/1/19, 12:12:12 PM] Anastasia: Not yet
[4/1/19, 12:12:20 PM] +1 (631) 379-9928: Your loss
[4/1/19, 3:56:20 PM] Anastasia: So I need to stop smoking.
[4/1/19, 4:13:02 PM] +1 (631) 379-9928: Did ou smoke today
Or
Payed for it at practice ?
[4/1/19, 4:13:18 PM] Anastasia: bothhhh
[4/1/19, 4:13:27 PM] Anastasia: like I'm a mess and I dunno how to stop
[4/1/19, 4:13:37 PM] +1 (631) 379-9928: I'm sorry
WHAT
[4/1/19, 4:13:53 PM] Anastasia: Yeah
[4/1/19, 4:14:03 PM] +1 (631) 379-9928: WEED
[4/1/19, 4:14:10 PM] Anastasia: No no
[4/1/19, 4:14:23 PM] +1 (631) 379-9928: ok
[4/1/19, 4:14:30 PM] +1 (631) 379-9928: When
[4/1/19, 4:14:41 PM] Anastasia: a friend of a friend threw a juul into my hands and
obviously I couldn't resist
[4/1/19, 4:14:49 PM] Anastasia: after practice
[4/1/19, 4:16:04 PM] +1 (631) 379-9928: How was practice
[4/1/19, 4:16:21 PM] Anastasia: Tough.
[4/1/19, 4:16:45 PM] Anastasia: I'm slowly losing my running fever
[4/1/19, 4:17:01 PM] +1 (631) 379-9928: Meaning
[4/1/19, 4:17:29 PM] Anastasia: I can't even run 3 miles without finding an excuse
to stop
[4/1/19, 4:17:50 PM] Anastasia: where catch me last week I could run 13 +
[4/1/19, 4:18:27 PM] +1 (631) 379-9928: Ya
Get back to that
[4/1/19, 4:18:36 PM] Anastasia: How dude
[4/1/19, 4:18:42 PM] +1 (631) 379-9928: You might need some rest
[4/1/19, 4:18:48 PM] +1 (631) 379-9928: Your legs are sore
[4/1/19, 4:18:49 PM] Anastasia: meaning
[4/1/19, 4:18:57 PM] +1 (631) 379-9928: 3 miles is ok            .                    .
[4/1/19, 4:18:59 PM] Anastasia: ah
[4/1/19, 4:19:05 PM] +1 (631) 379-9928: Listen to your body
[4/1/19, 4:19:12 PM] Anastasia: I didn't even make it to 3 miles
[4/1/19, 4:19:27 PM] +1 (631) 379-9928: Instead of showing it off
[4/1/19, 4:19:30 PM] +1 (631) 379-9928: Lol
[4/1/19, 4:19:34 PM] Anastasia: true
                            Page 7
```

_chat
[4/1/19, 4:19:45 PM] Anastasia: how do I stop these drugs
[4/1/19, 4:20:47 PM] +1 (631) 379-9928: Just pulled in my driveway
Give me a few
[4/1/19, 4:21:09 PM] Anastasia: So you were texting and driving.. shaking my head
[4/1/19, 4:21:24 PM] +1 (631) 379-9928: Maybe
[4/1/19, 5:07:24 PM] +1 (631) 379-9928: Your answer is called will power
Do you think it's easy not drinking?

That's how you stop.
It's not easy
Nicotine is addicting, this a proven fact backed by science
You're fighting with one arm behind your back
[4/1/19, 5:10:21 PM] +1 (631) 379-9928: And I'll tell you this
As you know it leads to other more unhealthy things.

There are a ton of people that live clean that don't want to mess with people that
do stuff

The more you juul the less you'll be active
And that's the key to your mental and physical health
[4/1/19, 5:11:11 PM] Anastasia: the uh girl I was with I started flirting with
[4/1/19, 5:11:29 PM] +1 (631) 379-9928: The what
[4/1/19, 5:11:39 PM] +1 (631) 379-9928: English girl speak English
[4/1/19, 5:11:57 PM] Anastasia: and I was asked if I'd get with her because I could
with no problem and I said I can't because then I won't stop juuling
[4/1/19, 5:12:18 PM] Anastasia: it's literally the girl I just uh before because
that's what I say
[4/1/19, 5:12:28 PM] +1 (631) 379-9928: Great call
[4/1/19, 5:12:57 PM] Anastasia: I feel like I needed these past few days
[4/1/19, 5:13:12 PM] Anastasia: I learned a lot on my run today
[4/1/19, 5:13:17 PM] +1 (631) 379-9928: Sometimes you need to crash
[4/1/19, 5:13:23 PM] +1 (631) 379-9928: Like what
Tell me
[4/1/19, 5:14:09 PM] +1 (631) 379-9928: Sometime I feel like you're testing my
resolve and seeing if I will turn my back on you
[4/1/19, 5:17:14 PM] Anastasia: I really do test you. That's because I've had so
many people that told me they'd be there for me and the time I needed them most to
push me through whatever they were no where to be found. So my trust issues are very
slim.
[4/1/19, 5:17:38 PM] +1 (631) 379-9928: Ya think
[4/1/19, 5:18:33 PM] +1 (631) 379-9928: So stop testing and trust
I'm here
Maybe not at 2,3 am for obvious reasons
But I'm here
[4/1/19, 5:19:39 PM] Anastasia: I learned that I'm not the kid to be doing all these
drugs. It's been what 2 days and I can't even keep up with my distance runners. I
learned that I have so much support that I don't use wisely and doing all these
drugs will not only hurt me but everyone that's going above and beyond for me. I
genuinely can't even have fun because it's not fun. Fun was finishing dead last not
my Saturday night run.
[4/1/19, 5:20:12 PM] Anastasia: Once again I'm struggling to get back on my feet
from my bad decisions
[4/1/19, 5:21:18 PM] +1 (631) 379-9928: That was one of the best things you've ever
said

You payed today
Tomorrow will be better
[4/1/19, 5:23:00 PM] +1 (631) 379-9928: I've been around athletes my entire life
If I did t think you were as BA as you are I wouldn't be pushing you and have you
use running as a release
[4/1/19, 5:23:36 PM] Anastasia: Thanks
[4/1/19, 5:23:56 PM] +1 (631) 379-9928: I have until about 6 them it's go time at my
house

_chat

So we 30 mins to figure shit out
[4/1/19, 5:24:09 PM] +1 (631) 379-9928: Unless you're jammed up
[4/1/19, 5:24:14 PM] Anastasia: Deal
[4/1/19, 5:24:38 PM] +1 (631) 379-9928: So
You will also come around people that won't want to be with you because of the drugs
[4/1/19, 5:25:00 PM] Anastasia: Been there done that
[4/1/19, 5:25:20 PM] +1 (631) 379-9928: My one rule was
If you smoked cigs I wasn't interested
No way no how
No matter how hot
[4/1/19, 5:25:58 PM] +1 (631) 379-9928: And when the drugs f your skin up
What then
Lol
[4/1/19, 5:29:42 PM] Anastasia: That was another thought running through my mind
[4/1/19, 5:30:10 PM] Anastasia: I can't be good looking anymore doing drugs and yk
that stung because being good looking is a specialty
[4/1/19, 5:30:31 PM] +1 (631) 379-9928: I love your outlook
[4/1/19, 5:31:19 PM] Anastasia: I really need to like stop being close friends with
████████
[4/1/19, 5:31:38 PM] +1 (631) 379-9928: That or guide her
[4/1/19, 5:31:40 PM] Anastasia: like all she does is f her life up and I can't have
her bring me down
[4/1/19, 5:31:52 PM] Anastasia: I can't I don't have it in me to help her right now
[4/1/19, 5:32:02 PM] +1 (631) 379-9928: Prob not
[4/1/19, 5:32:39 PM] +1 (631) 379-9928: Drugs will f your beautiful white teeth up
[4/1/19, 5:33:32 PM] Anastasia: Facttttsssss
[4/1/19, 5:33:47 PM] Anastasia: Didn't spend all that time on them for nothing
[4/1/19, 5:34:00 PM] Anastasia: thank you dude like I needed to get all of this off
my chest
[4/1/19, 5:34:27 PM] +1 (631) 379-9928: <attached:
00000323-PHOTO-2019-04-01-17-34-11.jpg>
[4/1/19, 5:34:33 PM] Anastasia: I was running and the whole time I was like regan is
right I don't need this and that's when everything started clicking
[4/1/19, 5:34:48 PM] Anastasia: Oh man
[4/1/19, 5:34:51 PM] +1 (631) 379-9928: And yes that a mug shot
[4/1/19, 5:35:11 PM] +1 (631) 379-9928: Cute
Not as cute as you
But banged up after
[4/1/19, 5:35:32 PM] Anastasia: She really did get messed up but true lmao
[4/1/19, 5:35:38 PM] +1 (631) 379-9928: You're right you don't need it
[4/1/19, 5:35:53 PM] +1 (631) 379-9928: Crave and need
Two diff things
[4/1/19, 5:36:02 PM] Anastasia: I might take a day off from track tomorrow
[4/1/19, 5:36:10 PM] +1 (631) 379-9928: Why
[4/1/19, 5:36:14 PM] +1 (631) 379-9928: ▢
[4/1/19, 5:36:26 PM] +1 (631) 379-9928: Meet Wednesday
And you're missing fri
[4/1/19, 5:37:29 PM] Anastasia: Considering I don't have many toenails left and
everything hurts but oh trueee I'm just gunna jump in the hot tub and chill
[4/1/19, 5:38:11 PM] +1 (631) 379-9928: Go to practice anyway and rest
Don't just not go
[4/1/19, 5:38:16 PM] +1 (631) 379-9928: Trust me
[4/1/19, 5:39:08 PM] +1 (631) 379-9928: Toenails are overrated
And the hot tub will help your legs
Stretch while in there.
[4/1/19, 5:40:06 PM] Anastasia: ok and yeah they are I might go and just take it
easy
[4/1/19, 5:41:05 PM] +1 (631) 379-9928: Don't skip
You can't
You know this
You're better when you are there
[4/1/19, 5:48:14 PM] +1 (631) 379-9928: Girl I gotta go

_chat
Just got a call that my friends dad died this morning

Hit the hot tub stretch
Put it in your head you're going to practice tomorrow
Non negotiable
[4/1/19, 5:49:24 PM] Anastasia: Sorry dude about the news. I'll be at track don't worry. Thanks for the talk
[4/1/19, 5:55:58 PM] +1 (631) 379-9928: Gottchu
[4/1/19, 5:55:59 PM] +1 (631) 379-9928: 🙏🙏
[4/2/19, 6:27:09 AM] +1 (631) 379-9928: Bro
Hope you're not down today.
You had a great day yesterday , minus the juul.
I'm excited for you because your moods have been so awesome.
It's becoming the norm.
3 questions.
1) how are you?
2) how are your legs?  Feeling not looking
3) one thing that makes you happy
Look forward to chatting latter
[4/2/19, 6:39:11 AM] Anastasia: I was down low key but I'm just at a whatever mood. All good vibes
[4/2/19, 6:47:16 AM] +1 (631) 379-9928: Ans my questions girl
[4/2/19, 6:47:40 AM] +1 (631) 379-9928: All good vibes

Hit all your goals today
[4/2/19, 6:50:08 AM] Anastasia: Oh I thought I was gunna answer then when we talked.. lol I'm a little disappointed in myself. Legs are so much better after the hot tub. One thing that makes me happy.. seeing myself do better
[4/2/19, 7:00:41 AM] +1 (631) 379-9928: No heavy talk later, how's that.
Well maybe a little but let's just bull shit and laugh a little
[4/2/19, 7:03:57 AM] Anastasia: sounds good
[4/2/19, 7:29:18 AM] +1 (631) 379-9928:
https://www.google.com/amp/s/www.nytimes.com/2018/11/16/health/vaping-juul-teens-addiction-nicotine.amp.html
[4/2/19, 7:30:39 AM] +1 (631) 379-9928: Since you are in the library
Read this
what you are experiencing is the nicotine addiction
[4/2/19, 7:37:24 AM] +1 (631) 379-9928: I'm trying to bring you to the realization that there is nothing wrong with you because of the juul but that you need to realize it's doing to you exactly what it's supposed to, the addiction need for more.
Also that countinued use is very very bad for you

Your fight is Like , you're running a race with one shoe
I get that

Just trying to eduacate you its the only way to stop
[4/2/19, 7:44:19 AM] Anastasia: That hit home
[4/2/19, 7:48:12 AM] +1 (631) 379-9928: Ya huh
LOL
[4/2/19, 7:48:24 AM] Anastasia: It's just so hard to stop when every corner you turn someone is offering
[4/2/19, 7:48:34 AM] +1 (631) 379-9928: I know
I know
[4/2/19, 7:49:12 AM] +1 (631) 379-9928: Start getting shitty with people
Like
"No asshole, fuck off!"
[4/2/19, 7:49:47 AM] Anastasia: I went to my cousins last night because they were having a birthday bash and I go looking for my cousin and she's sitting on the top of her stairs getting high (weed) and let me tell you how much it took out of me to say "this is why I don't chill with you anymore"
[4/2/19, 7:50:27 AM] +1 (631) 379-9928: Man
I'm hugging you right now

Page 10

_chat

[4/2/19, 7:50:35 AM] Anastasia: I needed that
[4/2/19, 7:51:19 AM] +1 (631) 379-9928: Your circle is friends doesn't help
[4/2/19, 7:51:27 AM] Anastasia: You're telling me
[4/2/19, 7:52:17 AM] +1 (631) 379-9928: We need to find you a running group to run
with
[4/2/19, 7:52:24 AM] Anastasia: ███████ and ██████ are the only ones I talk talk to
because they don't throw anything in my face and always want the best for me
[4/2/19, 7:52:29 AM] Anastasia: yes
[4/2/19, 7:52:44 AM] +1 (631) 379-9928: ██████ looked tight
[4/2/19, 7:52:57 AM] Anastasia: she always tight
[4/2/19, 7:53:20 AM] Anastasia: she was like I need a break from you and I just
laughed like okay sis whatever you say as she laughs
[4/2/19, 7:53:46 AM] +1 (631) 379-9928: She needs a break from you
[4/2/19, 7:53:47 AM] Anastasia: And. I was like so what are we doing for lunch and
she was like you're really testing me this morning
[4/2/19, 7:53:53 AM] Anastasia: yeah I know right
[4/2/19, 7:59:44 AM] Anastasia: By the way.. I read that Runner's story and she's
pretty badass
[4/2/19, 8:00:18 AM] Anastasia: I must say running half a marathon slightly over an
hour is extremely impressive.
[4/2/19, 8:05:15 AM] +1 (631) 379-9928: Ya girl
You could be that BA

Thanks for reading that
Was starting to think you were blowing some of my reads off
[4/2/19, 8:08:48 AM] Anastasia: Gotchu bro
[4/2/19, 10:05:32 AM] +1 (631) 379-9928: Temperature check
You good?
[4/2/19, 10:11:24 AM] Anastasia: No bro it not really goo  I almost juuled AGAIN and
I havent done any of my work because I don't have anything in me to care right now
[4/2/19, 10:16:32 AM] +1 (631) 379-9928: Wtf
[4/2/19, 10:16:46 AM] +1 (631) 379-9928: Do you need to come down 5th
[4/2/19, 10:17:31 AM] +1 (631) 379-9928: And why didn't you reach out
Instead of waiting
[4/2/19, 10:19:09 AM] Anastasia: Yeah I really need to talk but you'd have to call
me down.. also, I didn't reach out because it all happened so fast
[4/2/19, 10:19:55 AM] +1 (631) 379-9928: I'll call you now?
[4/2/19, 10:20:45 AM] Anastasia: Yes
[4/2/19, 10:51:41 AM] +1 (631) 379-9928: Come back 7 or 8 th it's up to you.

What you're feeling is normal. The chemical addiction sucks

Now be strong enough to fight it
[4/2/19, 11:05:02 AM] +1 (631) 379-9928: You don't really know how BA you are.
Do you?
[4/2/19, 11:27:38 AM] Anastasia: I don't I don't feel like I'm BA right now
[4/2/19, 11:47:31 AM] +1 (631) 379-9928: You are
Don't do anything stupid at lunch
[4/2/19, 11:47:37 AM] +1 (631) 379-9928: Please
[4/2/19, 11:49:16 AM] Anastasia: I won't.
[4/2/19, 11:49:31 AM] Anastasia: let's pray I don't see ██████ before my way to u 7
[4/2/19, 11:53:18 AM] +1 (631) 379-9928: On my hands and knees
Please
[4/2/19, 11:53:41 AM] +1 (631) 379-9928: Prove to yourself you're strong enough
[4/2/19, 11:54:00 AM] Anastasia: I won't
[4/2/19, 11:55:38 AM] +1 (631) 379-9928: Won't do anything
Or prove to yourself
[4/2/19, 11:55:57 AM] Anastasia: Both I gotchu
[4/2/19, 11:58:47 AM] +1 (631) 379-9928: 🖤
[4/2/19, 12:01:39 PM] +1 (631) 379-9928: I have a parent coming up about a
suspension come to the main
if I'm busy hang don't bolt
Ya dig

_chat

[4/2/19, 12:01:50 PM] Anastasia: Ok
[4/2/19, 12:02:57 PM] +1 (631) 379-9928: You can sit at the table
Do some school work
I'll tell them you can hang
[4/2/19, 12:03:39 PM] Anastasia: What table
[4/2/19, 12:05:37 PM] +1 (631) 379-9928: My conf table dodo
[4/2/19, 12:06:08 PM] +1 (631) 379-9928: Unless you wanna chill in a classroom
But I think you're safer here
[4/2/19, 12:06:19 PM] Anastasia: Oh in ur room I was confused lol
[4/2/19, 12:06:27 PM] Anastasia: no I'd rather be there
[4/2/19, 12:06:32 PM] +1 (631) 379-9928: Ok
[4/2/19, 12:06:36 PM] +1 (631) 379-9928: Done
[4/2/19, 12:06:41 PM] Anastasia: Thank you!
[4/2/19, 12:28:32 PM] +1 (631) 379-9928: Sit at my conf table
Index cards for you
[4/2/19, 12:29:57 PM] Anastasia: Probably not coming back 7
[4/2/19, 12:30:11 PM] +1 (631) 379-9928: Wtf
Why
Where ru
[4/2/19, 12:35:32 PM] Anastasia: Doing nothing good
[4/2/19, 12:51:35 PM] +1 (631) 379-9928: Smokin?

Come back now!!!
[4/2/19, 12:53:24 PM] +1 (631) 379-9928: Who R u with
[4/2/19, 12:53:41 PM] Anastasia: Some girl ████
[4/2/19, 12:55:12 PM] +1 (631) 379-9928: Answer my other question
[4/2/19, 12:55:20 PM] Anastasia: I did
[4/2/19, 12:55:30 PM] Anastasia: Yes smoking
[4/2/19, 12:55:38 PM] +1 (631) 379-9928: Juul
Or
Weed
[4/2/19, 12:56:45 PM] +1 (631) 379-9928: I expect you here by 1:30
[4/2/19, 12:58:21 PM] Anastasia: I'm heading back now before it does turn to weed
[4/2/19, 1:25:13 PM] +1 (631) 379-9928: Dude
[4/2/19, 2:24:10 PM] +1 (631) 379-9928: Just stay at practice
If I get free I'll let you know
We needed another 20 mins to talk
[4/2/19, 2:29:57 PM] Anastasia: okay I just told dounalis I'm just chilling at
practice and she said that's totally fine
[4/2/19, 2:32:54 PM] +1 (631) 379-9928: Ok
Maybe you need a break from me
[4/2/19, 2:33:21 PM] Anastasia: Doubt it
[4/2/19, 2:44:13 PM] +1 (631) 379-9928: Sometimes your actions tell me differently
But
I'm not giving up
[4/2/19, 3:06:51 PM] +1 (631) 379-9928: Job for you
Get ████ back on the trip
[4/2/19, 3:09:29 PM] Anastasia: I'm honestly just so out of words for my actions
these past few days
[4/2/19, 3:09:42 PM] +1 (631) 379-9928: Join the fuckin club
[4/2/19, 3:10:09 PM] +1 (631) 379-9928: Self destructive to the max
[4/2/19, 3:10:37 PM] +1 (631) 379-9928: Stop testing the limits
You had an amazing week last week
[4/2/19, 3:10:53 PM] Anastasia: Like how did I go from 100-0 in a day making I days
[4/2/19, 3:10:55 PM] Anastasia: It
[4/2/19, 3:11:08 PM] +1 (631) 379-9928: Build on that

It's like you are afraid of your own success
[4/2/19, 3:11:26 PM] Anastasia: Because it seems too good to be true
[4/2/19, 3:11:45 PM] +1 (631) 379-9928: It's not
How many different ways do I need to tell you
[4/2/19, 3:11:56 PM] Anastasia: I don't know
[4/2/19, 3:12:18 PM] +1 (631) 379-9928: Obviously a few more

_chat

LOL
[4/2/19, 3:12:55 PM] Anastasia: so how can I go back
[4/2/19, 3:13:21 PM] Anastasia: Especially now when I'm so far into the hole I dug
myself into
[4/2/19, 3:13:47 PM] +1 (631) 379-9928: You're not in a hole
Stop with the defeatist attitude
[4/2/19, 3:14:32 PM] +1 (631) 379-9928: You're making progress keep doing what works

When was the last time you had a heart to heart with Maryann
[4/2/19, 3:15:17 PM] +1 (631) 379-9928: Because after you spoke to her you rode that
high for a while
[4/2/19, 3:15:36 PM] Anastasia: I feel sick to my stomach talking to her
[4/2/19, 3:15:42 PM] +1 (631) 379-9928: Why
[4/2/19, 3:16:04 PM] Anastasia: knowing what I have been doing
[4/2/19, 3:16:11 PM] +1 (631) 379-9928: You felt great about it last week
[4/2/19, 3:16:57 PM] +1 (631) 379-9928: So just talk to her a normal mom and
daughter talk
[4/2/19, 3:17:08 PM] Anastasia: I will
[4/2/19, 3:17:15 PM] Anastasia: I feel like I need that as of now
[4/2/19, 3:17:35 PM] +1 (631) 379-9928: You need to break this negative feedback
loop your in
[4/2/19, 3:17:49 PM] +1 (631) 379-9928: Start think positive
[4/2/19, 3:18:01 PM] +1 (631) 379-9928: Think what works
Not
What's wrong
[4/2/19, 3:19:06 PM] Anastasia: sounds like a good plan
[4/2/19, 3:24:36 PM] +1 (631) 379-9928: Can I tell you a secret?
[4/2/19, 3:28:12 PM] Anastasia: Course
[4/2/19, 3:29:41 PM] +1 (631) 379-9928: I can't stop playing Candy Crush
[4/2/19, 3:29:51 PM] +1 (631) 379-9928: Like when ever I can
[4/2/19, 3:30:32 PM] +1 (631) 379-9928: Like
Kids are screaming for me at home but no I have 7 moves left you'll have to wait
[4/2/19, 3:30:59 PM] +1 (631) 379-9928: Did I make you laugh ?
[4/2/19, 3:33:45 PM] Anastasia: Lmaooooo that was a good laugh
[4/2/19, 3:39:46 PM] +1 (631) 379-9928: 🤭
[4/2/19, 3:39:51 PM] +1 (631) 379-9928: It's true
[4/2/19, 3:46:43 PM] Anastasia: Sooo funny
[4/2/19, 4:00:48 PM] +1 (631) 379-9928: Your laughing that's good
I'm heading home I'll check in you later

Two things
1) talk with Maryann
2) think of hownto get ██████ back on the trip
[4/2/19, 4:01:33 PM] Anastasia: Got it🙈🙈
[4/2/19, 4:05:35 PM] +1 (631) 379-9928: Did you stay chillin with Dounelis ?
Or did you bolt
[4/2/19, 4:06:57 PM] Anastasia: no I stood most of the time and ██████ was like "if
we can do anything for you let us know you don't have to be here I don't know if you
want to stay or do whatever and I was like I don't want to be here but I need to be
and he was like that's fine"
[4/2/19, 4:07:40 PM] +1 (631) 379-9928: Be here today
Or at all
[4/2/19, 4:09:20 PM] Anastasia: Today on my low day
[4/2/19, 4:09:23 PM] +1 (631) 379-9928: You do need to be
[4/2/19, 4:09:29 PM] +1 (631) 379-9928: Always
[4/2/19, 4:10:04 PM] Anastasia: Of course
[4/2/19, 4:54:12 PM] +1 (631) 379-9928: Girl
You owe us
100 push-ups
10 sets of 10
Now
Catch you later

Page 13

_chat

Earn the pain
Get hard
Stay Hard
[4/2/19, 5:04:11 PM] Anastasia: Bruh I can't even get out of bed
[4/2/19, 5:05:48 PM] +1 (631) 379-9928: DO IT!
[4/2/19, 5:06:09 PM] +1 (631) 379-9928: Everything I tell you to do you feel better
after
[4/2/19, 5:06:42 PM] Anastasia: You suck sometimes but thank you I will
[4/2/19, 5:12:10 PM] +1 (631) 379-9928: Do it
Get the pain
I'll know if you don't
Because I know where you will be sore
Use your sticky notes to keep track
[4/2/19, 5:12:43 PM] +1 (631) 379-9928: And yes I suck
[4/2/19, 5:24:44 PM] Anastasia: The amount of times I've had to re write THE* sticky
note is unbearable looking at the old ones stings.. you suck in a good way
[4/2/19, 5:27:23 PM] +1 (631) 379-9928: Ya
I know
Do your f'in push-ups
And stop doing shit to re write them
[4/2/19, 5:28:17 PM] Anastasia: I'm in the hot tub oops
[4/2/19, 5:32:20 PM] +1 (631) 379-9928: You better be sober
And
Do them when you get out
[4/2/19, 5:37:26 PM] +1 (631) 379-9928: Do one thing I asked you today for yourself
[4/2/19, 6:16:05 PM] Anastasia: I'm 97% sober. Okay and okay. Also, I talked to
Maryann and I was like I'm on a low today and I'm falling behind in some of my
classes. And I was like running doesn't even help at the moment because I don't have
any motivation and she was like well that's when you need to do everything you don't
want to because knowing you can push through the hard things will get you through
the easy. You need to find thing to do that you love for example go for a walk with
Clifford since you don't want to run.
[4/2/19, 6:16:45 PM] +1 (631) 379-9928: Hmmmmm
[4/2/19, 6:16:49 PM] +1 (631) 379-9928: Sounds familiar
[4/2/19, 6:17:32 PM] +1 (631) 379-9928: Question
Do you feel like you have to come see me or do you still look forward to it ?
[4/2/19, 6:17:34 PM] Anastasia: She was also like you need to stop being near ████
a blind person could see she's not good for you and then we talked about ████████
and how she try's to push me to be better for myself etc
[4/2/19, 6:17:54 PM] +1 (631) 379-9928: Yes and yes
[4/2/19, 6:18:53 PM] Anastasia: depends like there's days like today I needed  to
see you because I needed to get things off my chest. Other than that I look forward
to seeing you partially so I can make a joke about how good looking I look that day
[4/2/19, 6:20:48 PM] +1 (631) 379-9928: Ok
So
How's this
See me when you want I'll always ask but don't feel bad if you don't
But
Don't not  see me to avoid telling me stuff

I don't want our visits to be a burden

Also
If I think you need me but aren't saying I'll demand it
[4/2/19, 6:21:21 PM] Anastasia: Last part:meaning...
[4/2/19, 6:21:48 PM] +1 (631) 379-9928: If I know you're low but avoiding me I'll
drag you into my office
[4/2/19, 6:21:59 PM] Anastasia: deal
[4/2/19, 6:22:05 PM] +1 (631) 379-9928: Also
You do t leave on Fridays with seeing me
[4/2/19, 6:22:12 PM] Anastasia: Deal
[4/2/19, 6:22:29 PM] +1 (631) 379-9928: You'll probably be in my office everyday
anyway

_chat

I'm ok with that
[4/2/19, 6:22:47 PM] Anastasia: dude your office became my 2nd home
[4/2/19, 6:23:17 PM] Anastasia: I really bust in there like REGANNNNN but before I'm
like hey Maddie yk chillin like I own your office
[4/2/19, 6:23:18 PM] +1 (631) 379-9928: I'm just saying I want it to be a positive
and not like the dentist
[4/2/19, 6:24:00 PM] +1 (631) 379-9928: I'd rather see everyday for a few minutes
But don't want to burn you out
[4/2/19, 6:24:17 PM] Anastasia: Nah bro burn me out I need that
[4/2/19, 6:24:23 PM] +1 (631) 379-9928: Deal
[4/2/19, 6:24:34 PM] +1 (631) 379-9928: And I'll keep the Morning msgs coming
[4/2/19, 6:24:42 PM] Anastasia: Thank you because I miss those
[4/2/19, 6:24:44 PM] +1 (631) 379-9928: Push-ups ?????!!!!!!
[4/2/19, 6:25:00 PM] Anastasia: wellllllll
[4/2/19, 6:25:02 PM] Anastasia: lmao
[4/2/19, 6:25:09 PM] +1 (631) 379-9928: 🫤
[4/2/19, 6:25:14 PM] Anastasia: I'll get there
[4/2/19, 6:25:26 PM] Anastasia: I'll get Vika downstairs too
[4/2/19, 6:25:38 PM] +1 (631) 379-9928: Haha ok
[4/2/19, 6:26:12 PM] Anastasia: I left the hot tub like I gotta talk to regan! ASAP
urgent right now gtg!
[4/2/19, 6:26:24 PM] Anastasia: And my phone died so I was reallllyyy running
[4/2/19, 6:26:31 PM] Anastasia: I'm off my low
[4/2/19, 6:26:36 PM] Anastasia: Back on a High
[4/2/19, 6:26:38 PM] +1 (631) 379-9928: 🫤
[4/2/19, 6:26:43 PM] Anastasia: we're pretty lit
[4/2/19, 6:27:04 PM] +1 (631) 379-9928: I'll keep pushing you
Even though you make it tough
[4/2/19, 6:27:40 PM] +1 (631) 379-9928: Gotta jet
Shower time
Then bedtime for the cherubs
[4/2/19, 6:27:49 PM] +1 (631) 379-9928: You good
[4/2/19, 6:27:52 PM] +1 (631) 379-9928: ?
[4/2/19, 6:27:56 PM] Anastasia: bruh you and ur bed times
[4/2/19, 6:28:06 PM] Anastasia: Yeah we're good talk tmrw
[4/2/19, 6:28:14 PM] +1 (631) 379-9928: 🥀
[4/2/19, 6:28:20 PM] Anastasia: Corny
[4/2/19, 6:28:26 PM] +1 (631) 379-9928: Ya I know
[4/2/19, 8:25:33 PM] Anastasia: Well you're probably sleeping because you know
you're like half a century old but I just did that workout and dam right I struggled
100 pushups later and  I did it and now tht it's over I feel BA again and I'm on
such a high mm ok I'll tell you more tomorrow or should I say later today when u
read this budum chhhh
[4/3/19, 5:58:30 AM] +1 (631) 379-9928: Wake Up Pumped!
Make Wednesday your bitch !

Wednesday is a beautiful woman.  She's into you but unsure of herself.
Show her what you're all about (you're always saying 'give them one night with me')
Make Wednesday your Bitch. Show Tuesday she wasn't good enough for you and kick her
to the curb (she's a meth head anyway).
Kill it today.
[4/3/19, 6:00:50 AM] +1 (631) 379-9928: Monday and Tuesday were fair at best. Monday
was better. You made choices yesterday but avoided the crash low.

You lose your foundations sometimes. Talking to Maryann helps you!!!!! You forget
that.

I blame myself for yesterday and Saturday night. We need to stay focused on your
goals and the Staplan.
[4/3/19, 6:02:11 AM] +1 (631) 379-9928: I need you to do something today.
Don't go out for lunch take practice Asvab tests in the ROTC
room. You know I'm right.
[4/3/19, 6:04:03 AM] +1 (631) 379-9928: And

_chat

Make no mistake about it
This almost half a century old man can whoop your ass no matter how BA you are. I
got skills
Ha
That's enough for now
Lata-
[4/3/19, 6:29:15 AM] Anastasia: Dudee you're so right I packed my asvab book so I
wouldn't go out to lunch. I lied the way you brought girls into this conversation
I'm weak
[4/3/19, 6:38:14 AM] +1 (631) 379-9928: Thought you'd like this morning msg

Girl we , you !!! Can get through this. I need to re-focus you
It's my fault I'm sorry
Now get to school

Btw
Are your arms sore ?
[4/3/19, 6:46:02 AM] Anastasia: They are really sore and I'm running late
[4/3/19, 6:46:24 AM] +1 (631) 379-9928: Good you earned the pain
Enjoy it
[4/3/19, 6:46:52 AM] +1 (631) 379-9928: I did 200 push-ups 20 pull-ups this morning
Arms are on fire
[4/3/19, 6:46:59 AM] +1 (631) 379-9928: But I earned it
[4/3/19, 6:47:06 AM] Anastasia: Your badass for that
[4/3/19, 6:47:11 AM] Anastasia: proud of you homie
[4/3/19, 6:47:23 AM] +1 (631) 379-9928: This is the mentality you need to eat and
breathe
[4/3/19, 6:47:40 AM] +1 (631) 379-9928: Stop texting me get ready for school
Said in a dad voice
[4/3/19, 6:47:56 AM] Anastasia: Lmaoo ok ok
[4/3/19, 6:48:01 AM] +1 (631) 379-9928: Are you pumped for today
[4/3/19, 6:48:08 AM] Anastasia: Sooo pumped
[4/3/19, 6:48:15 AM] +1 (631) 379-9928: 💪💪
[4/3/19, 6:48:20 AM] +1 (631) 379-9928: Lata
[4/3/19, 7:35:36 AM] +1 (631) 379-9928: I can see the pump in your step this
morning.
I like the fact you're eating healthy too
[4/3/19, 7:46:33 AM] Anastasia: Yes!! I feel good being sober and healthy today.
[4/3/19, 7:52:34 AM] +1 (631) 379-9928: The formula is simple girl
You just lose sight of it through the fog
And
You look nice today, you're not wearing your uniform of jeans and sweatshirt
It's a nice change
I can tell that what you wear is a reflection of your high or low
[4/3/19, 7:54:58 AM] Anastasia: Dude that's so true
[4/3/19, 7:55:30 AM] +1 (631) 379-9928: Ya girl
I see a lot
Don't always tell you but I see
[4/3/19, 7:55:34 AM] Anastasia: with the outfit I mean I low key dressed somewhat
decent because you know I woke up at 6:45 took my sweet time in the shower chilled
[4/3/19, 7:55:54 AM] +1 (631) 379-9928: Dress like you respect yourself
[4/3/19, 7:56:00 AM] +1 (631) 379-9928: Dad talk
[4/3/19, 7:56:05 AM] Anastasia: deep
[4/3/19, 7:56:25 AM] Anastasia: I have gossip to tell you!!
[4/3/19, 7:56:34 AM] Anastasia: #teatalk
[4/3/19, 7:56:41 AM] +1 (631) 379-9928: About who
[4/3/19, 7:57:02 AM] Anastasia: Girls
[4/3/19, 7:57:31 AM] +1 (631) 379-9928: Oh snap
[4/3/19, 7:57:32 AM] Anastasia:██████and ███
[4/3/19, 7:57:57 AM] +1 (631) 379-9928: The girl you went to lunch with
[4/3/19, 7:58:11 AM] Anastasia: Yes
[4/3/19, 7:58:21 AM] Anastasia: let's just say I'm stuck in the middle
[4/3/19, 7:58:42 AM] +1 (631) 379-9928: Then side step your way out

Page 16

_chat
[4/3/19, 7:58:55 AM] Anastasia: I literally can't
[4/3/19, 7:59:18 AM] +1 (631) 379-9928: We can cover that later too
[4/3/19, 7:59:22 AM] Anastasia: Yes
[4/3/19, 8:07:54 AM] +1 (631) 379-9928: Ok back to you with dad talk
Respect yourself
With the way you dress
Carry yourself and treat your body.
If you do t respect yourself others won't.
Think about that..........

And
You should be doing push-ups every day☐☐
[4/3/19, 8:15:32 AM] Anastasia: I'm slowly starting to understand about the
importance of respecting myself. Dude those pushups got me out of my low and they
hurt but the good kind of hurt
[4/3/19, 8:34:04 AM] +1 (631) 379-9928: Like I said
You earned it
Enjoy it

Respect yourself or no one will!!!!
Think "I'm the shit, I'm BA !! are you good enough for this? Hell no move on
sucka!!!!!"
[4/3/19, 8:53:40 AM] +1 (631) 379-9928: Did you want to come down later? Or do you
need a break from me?
[4/3/19, 9:19:34 AM] Anastasia: You know dam well you'll see me later
[4/3/19, 9:26:03 AM] +1 (631) 379-9928: Ok
[4/3/19, 9:30:00 AM] Anastasia: WHAT ARE YOU DOING NEXT PERIOD I GOTTA SEE YOU
QUICKLY
[4/3/19, 9:34:57 AM] +1 (631) 379-9928: I'm free
Come now if you want
[4/3/19, 9:35:17 AM] +1 (631) 379-9928: Wtf you ok
[4/3/19, 9:35:32 AM] Anastasia: I can't come now███won't let me leave
[4/3/19, 9:35:39 AM] +1 (631) 379-9928: Ha
[4/3/19, 9:35:40 AM] Anastasia: call me down lmao
[4/3/19, 9:35:50 AM] +1 (631) 379-9928: She'll kill me
[4/3/19, 9:35:59 AM] +1 (631) 379-9928: Is it 911
[4/3/19, 9:36:17 AM] Anastasia: you're like 7 feet that's sad
[4/3/19, 9:36:28 AM] Anastasia: No
[4/3/19, 9:36:28 AM] +1 (631) 379-9928: I'll call into the class
[4/3/19, 9:36:38 AM] Anastasia: which me
[4/3/19, 9:36:39 AM] Anastasia: One
[4/3/19, 9:36:49 AM] +1 (631) 379-9928: Art
[4/3/19, 9:55:54 AM] +1 (631) 379-9928: Duuuuuuuuuude
That was totally awesome
You should have seen your face!

Thank you
[4/3/19, 10:11:08 AM] +1 (631) 379-9928: You look great today
And I bet your feel great
So ask yourself why?
You know the answer

Stay Hard
[4/3/19, 10:12:21 AM] Anastasia: totttallyyyy
[4/3/19, 10:12:30 AM] Anastasia: I feel so good about everything
[4/3/19, 10:19:55 AM] +1 (631) 379-9928: Hug
[4/3/19, 10:20:09 AM] +1 (631) 379-9928: I'm so glad to read that
[4/3/19, 10:20:59 AM] Anastasia: :)
[4/3/19, 10:22:54 AM] +1 (631) 379-9928: Against my better judgement I'm letting you
leave for lunch
But
Promise you won't be gone the entire period and when you get back you do Asvab stuff
And of course stay clean (but you will)
Page 17

_chat

[4/3/19, 10:24:12 AM] Anastasia: I'll be back before 7th don't know If I'll have
time to study have a lot to do (healthy) no drugs for a very long time
[4/3/19, 10:24:57 AM] +1 (631) 379-9928: You're making me feel good
[4/3/19, 10:25:11 AM] +1 (631) 379-9928: Today's lesson and message
[4/3/19, 10:25:20 AM] +1 (631) 379-9928: Respect yo' self
[4/3/19, 10:25:56 AM] Anastasia: facts
[4/3/19, 10:27:09 AM] +1 (631) 379-9928: Sails up
Wind at your back again
[4/3/19, 10:36:31 AM] Anastasia: Best feeling out there
[4/3/19, 11:05:10 AM] +1 (631) 379-9928: It's great seeing it
[4/3/19, 11:40:33 AM] +1 (631) 379-9928: Yo don't fuck around this period
Dad voice
[4/3/19, 11:49:04 AM] Anastasia: No... fucking around??? Never
[4/3/19, 11:49:53 AM] +1 (631) 379-9928: Better not
[4/3/19, 12:16:21 PM] +1 (631) 379-9928: You're back right ? For Gym
[4/3/19, 12:20:50 PM] Anastasia: Nope
[4/3/19, 12:21:21 PM] +1 (631) 379-9928: WHAT
[4/3/19, 12:24:39 PM] Anastasia: I know!!
[4/3/19, 12:24:46 PM] +1 (631) 379-9928: Where r u
[4/3/19, 12:24:56 PM] +1 (631) 379-9928: Wtf
[4/3/19, 12:27:32 PM] Anastasia: I'm like at school
[4/3/19, 12:27:49 PM] +1 (631) 379-9928: Ok
Did you leave
[4/3/19, 12:28:05 PM] +1 (631) 379-9928: Come here 8th
[4/3/19, 12:35:17 PM] Anastasia: I'm here and ok
[4/3/19, 12:37:41 PM] +1 (631) 379-9928: Ok
You had me worried

All good talk 8th
[4/3/19, 2:20:22 PM] +1 (631) 379-9928: I'm putting it out there
Today was one of your best days.
[4/3/19, 2:28:49 PM] Anastasia: Agreed
[4/3/19, 2:30:18 PM] Anastasia: I need to stay on this high. You're so right about
the formula i couldn't agree more
[4/3/19, 2:35:28 PM] +1 (631) 379-9928: We will get you through

I'm not abandoning you
And
You'll see that and build trust with me
Ya dig
[4/3/19, 2:37:43 PM] +1 (631) 379-9928: And thanks for the insight on ███████
[4/3/19, 2:39:47 PM] Anastasia: Yes I am starting so have trust with you
[4/3/19, 2:40:05 PM] Anastasia: I'm more relieved you know why I have such bad trust
issues
[4/3/19, 2:40:56 PM] Anastasia: and I gotchu I would never want anyone to take
advantage of you
[4/3/19, 2:43:18 PM] +1 (631) 379-9928: Just starting to have trust
Girl come on, you have my cell #
LOL

And thanks for the last text
[4/3/19, 2:47:50 PM] +1 (631) 379-9928: Enjoy the trails
Run hard!!!!!!

Next step figure out how to avoid bad influences
[4/3/19, 3:40:04 PM] Anastasia: the trails were stunning! I don't think I was
prepared for this heat and I was definitely dehydrated I felt it hardcore
[4/3/19, 3:41:45 PM] Anastasia: and yes trusting you will just take time I know one
day something will happen and it'll just click. Bad influences.. it was nice not
being around anyone who wanted to do anything bad
[4/3/19, 4:32:21 PM] +1 (631) 379-9928: Trust is earned I get that.

Trail running is awesome, been trying to tell you.

_chat

Glad you enjoyed it.
Wait to see some of the other trails on the island.

Do 50 push-ups tonight. It's part of the formula you know this.
Doing a re-Hab run on the treadmill.
Catch you later

BR-
[4/3/19, 4:33:01 PM] +1 (631) 379-9928: Oh and
Stay Clean
[4/3/19, 4:43:29 PM] Anastasia: I'm proud of you! YOU need a good run!! Also agreed with staying clean
[4/3/19, 5:33:28 PM] +1 (631) 379-9928: 4 shitty miles on the treadmill
Pretty pissed
[4/3/19, 5:34:01 PM] +1 (631) 379-9928: The two slices of pepperoni pizza I crushed after school didn't help
[4/3/19, 5:35:20 PM] +1 (631) 379-9928: At least one of us had a good run today
So your push-ups

Stay Hard
[4/3/19, 6:01:01 PM] Anastasia: usually the hard runs are the ones who make us so it's good to have your shitty runs to Make you stronger for next time "ya dig" and yeah probably the food didn't help. My run was low key hard but I made the best of it because I'm just on a great high.. going home to do pushups or what not
[4/3/19, 6:31:53 PM] +1 (631) 379-9928: Look at you dropping some inspiration on me
Thanks

The what not should be talking with Maryann or watching tv with her
Def do push-ups

Plan for tomorrow
You shouldn't leave for lunch or 7th
Study Asvab
I'm kinda suggesting kinda telling
Like 75% telling 25% suggesting
Don't roll your eyes you know I'm right
[4/3/19, 6:34:57 PM] Anastasia: I know you're right. Went to my councilor and I was going to tell her about ███████ etc but I just don't think I'm ready
[4/3/19, 6:36:06 PM] Anastasia: It's the trust thing but I did tell her about smoking Saturday and she was like the high you get is in your head you feel relaxed because you're finally letting yourself breathe and that hit a whole new way
[4/3/19, 6:36:49 PM] Anastasia: Yes tomorrow I think I'm definitely going to go study I need to! I also private messaged the Air Force recruiter the girl and waiting for her to answer
[4/3/19, 6:37:13 PM] +1 (631) 379-9928: Good girl
[4/3/19, 6:37:49 PM] +1 (631) 379-9928: I won't press you about your sister but I know it's there
It means a lot you told me
[4/3/19, 6:37:55 PM] Anastasia: and she talked about ███████ like you know you don't need her around she's the weight you're being held back by
[4/3/19, 6:38:16 PM] +1 (631) 379-9928: Smart lady
[4/3/19, 6:38:25 PM] +1 (631) 379-9928: But you knew that
[4/3/19, 6:38:33 PM] Anastasia: yes
[4/3/19, 6:38:48 PM] Anastasia: I went for another run
[4/3/19, 6:38:57 PM] +1 (631) 379-9928: Wow
[4/3/19, 6:39:22 PM] +1 (631) 379-9928: Get addicted to that
[4/3/19, 6:39:24 PM] Anastasia: I have more questions that you'll be fired at with tomorrow so be ready
[4/3/19, 6:39:32 PM] +1 (631) 379-9928: Ok
[4/3/19, 6:39:38 PM] Anastasia: yes! I'm on a huge high from running
[4/3/19, 6:40:06 PM] +1 (631) 379-9928: I'm on your high too
[4/3/19, 7:26:49 PM] Anastasia: good this is the only high we need to be on together lol

Page 19

_chat
[4/3/19, 7:54:27 PM] +1 (631) 379-9928: Truer words have never been said
Bed time
Catch you lata

Live Clean
Stay Hard!!!!!
[4/4/19, 5:57:15 AM] +1 (631) 379-9928: "Triumph"
Wednesday has a twin sister who is just as hot, her name is Thursday. Wednesday told
her all about how amazing you are and now she wants in.
But you tell Thursday, "No Way Sister, you gotta earn this I'm too good for you!"
And you move right on.

Girl today should be easy, a shirtless run in the park.
Wake up pumped about how great you felt yesterday  and how you're putting so much
stuff behind you. Not just burying it but taking it head on and killing it.
The biggest thing I see is your respecting yourself, that's HUGE.
You're amazing you need to see and appreciate that.
7 awesome school days in a row today will be 8.

Stay Hard
[4/4/19, 5:59:27 AM] +1 (631) 379-9928: Now
You're staying in for lunch and 7th.
Do I need to snatch your keys to make that happen ? You tell me BE HONEST!!!!!

Start getting excited nervous for your track meet today.

Remember bad people are around you , be better. Because you are.

How's that for some AM inspiration ?!?!?!?!?
Mic drop-
[4/4/19, 6:03:51 AM] +1 (631) 379-9928: Yo keep forgetting
Sticky notes
I want a pic
One with sat date and one with tues
Do it and send it
Dad voice
[4/4/19, 6:17:48 AM] Anastasia: Dude I love these morning messages. I can't wait for
this track meet today prob won't place but I'll look good doing it! I have the
pictures of the sticky notes but I Neva sent them!
[4/4/19, 6:18:20 AM] Anastasia: <attached: 00000666-PHOTO-2019-04-04-06-18-03.jpg>
[4/4/19, 6:34:17 AM] +1 (631) 379-9928: Nice pic
You need to rewrite one of them LOL

I hope the morning msgs help start the day off on a good vibe

You'll kill the meet
Come in last looking great and having fun
Life is great
[4/4/19, 6:34:40 AM] +1 (631) 379-9928: Report out soldier!!!
Push ups !! How many?!?!?
[4/4/19, 6:35:31 AM] Anastasia: 50 pushups
[4/4/19, 6:35:50 AM] +1 (631) 379-9928: So impressed
How do you feel
[4/4/19, 6:36:10 AM] Anastasia: sore as hell
[4/4/19, 6:36:16 AM] +1 (631) 379-9928: Good
[4/4/19, 6:36:22 AM] +1 (631) 379-9928: Still on a high
[4/4/19, 6:39:33 AM] +1 (631) 379-9928: I'll assume yes
Why wouldn't you be
[4/4/19, 6:39:47 AM] Anastasia: yes!
[4/4/19, 6:40:23 AM] +1 (631) 379-9928: Good
Now get to school
[4/4/19, 7:00:51 AM] Anastasia: lmao
[4/4/19, 7:31:31 AM] +1 (631) 379-9928: Don't let Maryann read this. We have talked
Page 20

_chat
about this.
Read it
Kelly Herron Is Sharing the Self-Defense Training That She Believes Saved Her Life -
Runner's World
https://apple.news/AtaucDEgcQwqMfJTntOvpwg
[4/4/19, 7:38:12 AM] Anastasia: That was a good story
[4/4/19, 7:38:27 AM] Anastasia: "Not today m.f
[4/4/19, 7:39:27 AM] +1 (631) 379-9928: Ha

[4/4/19, 7:40:53 AM] +1 (631) 379-9928: Keys
You ignored that
Do I need to jack them from you
Or are you staying in and away from ████ ?!?!?
Dad voice
[4/4/19, 7:41:50 AM] +1 (631) 379-9928: You look like your doing great
Good attitude
Dressed nice
A good vibe coming off of you
You look great
[4/4/19, 7:43:21 AM] Anastasia: I honestly don't know I know I won't go out wit her
but I might go out to finish what I started yesterday (get gas checks etc)
[4/4/19, 7:43:53 AM] Anastasia: and dam right. Life's too good to not have good
vibes. Thank you homie
[4/4/19, 7:44:12 AM] +1 (631) 379-9928: Hmmmm
As long as you don't go with her
[4/4/19, 7:44:17 AM] Anastasia: deal
[4/4/19, 7:44:40 AM] +1 (631) 379-9928: Good Vibes
It shows
[4/4/19, 7:44:59 AM] Anastasia: And I look good doing it (being happy) what's better
than that
[4/4/19, 7:45:09 AM] +1 (631) 379-9928: People see it
You look good too
[4/4/19, 7:45:16 AM] +1 (631) 379-9928: Ha was typing the same thing
[4/4/19, 7:45:21 AM] Anastasia: @@████ #snack
[4/4/19, 7:45:38 AM] +1 (631) 379-9928: Slow your role
[4/4/19, 7:45:42 AM] +1 (631) 379-9928: Lol
[4/4/19, 7:46:32 AM] Anastasia: LmO
[4/4/19, 7:46:35 AM] Anastasia: lmao*
[4/4/19, 7:49:06 AM] +1 (631) 379-9928: The term "Dress for success"
There is truth behind it
Dress better feel better
You're feeling it I see it
[4/4/19, 7:53:33 AM] Anastasia: I really am feelin it
[4/4/19, 8:01:08 AM] +1 (631) 379-9928: It SHOWS
YOU ARE BEAMING WITH CONFIDENCE
You're whole body is smiling
You actually look like you like and respect yourself
[4/4/19, 8:03:07 AM] Anastasia: Oh I 100% do. I feel like my entire life has turned
upside down in a good way
[4/4/19, 8:06:49 AM] +1 (631) 379-9928: Good
Hold onto it
It's a process we know how to get you here
I love seeing it!!
[4/4/19, 8:07:46 AM] Anastasia: So ████ just tried talking to me and I just lownkey
ignored her
[4/4/19, 8:09:49 AM] +1 (631) 379-9928: That's the battle we need to wage
And I say we I'll help you
[4/4/19, 8:10:15 AM] +1 (631) 379-9928: Don't feel bad  about it
[4/4/19, 8:34:22 AM] Anastasia: thank you i needed to hear that
[4/4/19, 8:36:25 AM] +1 (631) 379-9928: You know it
But you're right you need to hear it
That's where I come in you need to lean on me for that stuff
[4/4/19, 8:41:25 AM] +1 (631) 379-9928: I feel pretty good that we've identified
Page 21

_chat

your demons and you can too
Now we beat the f out of them

Ya dig
That's the key know about them and beat them
[4/4/19, 8:43:02 AM] Anastasia: I dig
[4/4/19, 8:44:34 AM] +1 (631) 379-9928: You're starting to get it
More than you know
*puts head on shoulder*

I live seeing you shine!!!!!
[4/4/19, 8:45:30 AM] Anastasia: *puts head on shoulder* && Me too omg
[4/4/19, 9:37:24 AM] +1 (631) 379-9928: <attached:
00000711-PHOTO-2019-04-04-09-37-08.jpg>
[4/4/19, 10:03:23 AM] +1 (631) 379-9928: Don't lose your cute little smile
Get to class
[4/4/19, 10:08:06 AM] Anastasia: Awe!! Never but what is class
[4/4/19, 10:28:27 AM] +1 (631) 379-9928: 🫶🫶
[4/4/19, 10:30:24 AM] Anastasia: Sorry not sorry
[4/4/19, 10:30:34 AM] +1 (631) 379-9928: Yo where r u
[4/4/19, 10:30:38 AM] Anastasia: not class
[4/4/19, 10:30:43 AM] +1 (631) 379-9928: I know
[4/4/19, 10:30:51 AM] Anastasia: Theresa is gunna beat my ass
[4/4/19, 10:31:07 AM] +1 (631) 379-9928: Where r u
[4/4/19, 10:31:32 AM] +1 (631) 379-9928: Did you leave the building ?
[4/4/19, 10:31:32 AM] Anastasia: mm why🫣
[4/4/19, 10:31:34 AM] Anastasia: No
[4/4/19, 10:31:39 AM] +1 (631) 379-9928: Ok
[4/4/19, 10:31:45 AM] +1 (631) 379-9928: Are you clean ?
[4/4/19, 10:31:47 AM] Anastasia: yes
[4/4/19, 10:31:52 AM] +1 (631) 379-9928: Ok
[4/4/19, 10:32:03 AM] +1 (631) 379-9928: Why do you stress me like this ?
[4/4/19, 10:32:09 AM] Anastasia: I'm sorryyyy
[4/4/19, 10:32:32 AM] +1 (631) 379-9928: Are you still rockin your life high
[4/4/19, 10:32:37 AM] Anastasia: yes
[4/4/19, 10:32:48 AM] +1 (631) 379-9928: Ok
[4/4/19, 10:33:08 AM] +1 (631) 379-9928: Thought I saw your car driving around was
gonna beat your ass
[4/4/19, 10:33:22 AM] Anastasia: I'm getting advice from Salerno
[4/4/19, 10:33:30 AM] +1 (631) 379-9928: Ok
[4/4/19, 10:33:34 AM] +1 (631) 379-9928: Kinda
[4/4/19, 10:33:59 AM] Anastasia: to get my life together she was like wat do U want
I'll do a half marathon if that's what it's going to take for you to stop using
[4/4/19, 10:34:33 AM] +1 (631) 379-9928: Are you telling her how well you're feeling
[4/4/19, 10:34:40 AM] Anastasia: Yes
[4/4/19, 10:34:45 AM] +1 (631) 379-9928: Ok
[4/4/19, 10:35:07 AM] +1 (631) 379-9928: She said she will run a half?
[4/4/19, 10:35:16 AM] Anastasia: Yes
[4/4/19, 10:35:22 AM] Anastasia: to get me to stop using
[4/4/19, 10:35:37 AM] +1 (631) 379-9928: Yo girl
 you stepping out on me
[4/4/19, 10:35:50 AM] +1 (631) 379-9928: LOL
[4/4/19, 10:36:18 AM] Anastasia: nope
[4/4/19, 10:37:25 AM] +1 (631) 379-9928: Get to ROTC
I'm not sold on you leaving for lunch
[4/4/19, 10:41:28 AM] Anastasia: I'm here I'm here
[4/4/19, 10:42:46 AM] +1 (631) 379-9928: Ok
If you leave for lunch I want your plan on when you'll be back
You understand my concern

You swinging by here later?
[4/4/19, 10:43:02 AM] Anastasia: Okay and yes
[4/4/19, 11:36:51 AM] +1 (631) 379-9928: Is this your announcement lap today.

_chat

You guys look cute
Now get her to class
[4/4/19, 11:39:52 AM] +1 (631) 379-9928: What are you doing for lunch? You didn't tell me
[4/4/19, 11:45:57 AM] Anastasia: my Announcement lap? Haah I got her there and I'm at the bank now
[4/4/19, 11:46:20 AM] +1 (631) 379-9928: Ok
Stay clean
Goes without saying
[4/4/19, 11:46:32 AM] Anastasia: yes
[4/4/19, 11:46:38 AM] +1 (631) 379-9928: You alone
[4/4/19, 11:48:03 AM] Anastasia: No
[4/4/19, 11:48:12 AM] +1 (631) 379-9928: Who
[4/4/19, 11:48:33 AM] Anastasia: I snatched my cousin ███████
[4/4/19, 11:48:51 AM] +1 (631) 379-9928: Good influence
Yes or no
[4/4/19, 11:50:17 AM] Anastasia: Yes
[4/4/19, 11:53:13 AM] +1 (631) 379-9928: Cool
[4/4/19, 11:53:27 AM] Anastasia: Yes
[4/4/19, 12:04:26 PM] +1 (631) 379-9928: U back?
[4/4/19, 12:06:30 PM] Anastasia: Nope just got gas
[4/4/19, 12:12:01 PM] Anastasia: Now I'm alone
[4/4/19, 12:12:16 PM] +1 (631) 379-9928: R u back
[4/4/19, 12:12:23 PM] Anastasia: No
[4/4/19, 12:12:40 PM] +1 (631) 379-9928: What you doing ?
Need a gps on your ass
[4/4/19, 12:12:43 PM] +1 (631) 379-9928: LOL
[4/4/19, 12:12:53 PM] +1 (631) 379-9928: Which mom probably has
[4/4/19, 12:13:23 PM] Anastasia: Lol yea probably
[4/4/19, 12:13:41 PM] +1 (631) 379-9928: Coming back?
[4/4/19, 12:13:48 PM] Anastasia: Yes
[4/4/19, 12:13:53 PM] +1 (631) 379-9928: Good girl
[4/4/19, 12:14:03 PM] +1 (631) 379-9928: Although I know it's for ██████
[4/4/19, 12:14:29 PM] +1 (631) 379-9928: Are you pumped for your meet today?!?!?!!??
[4/4/19, 12:14:48 PM] Anastasia: Partially
[4/4/19, 12:15:00 PM] +1 (631) 379-9928: Girl
Don't slip on us
[4/4/19, 12:15:02 PM] Anastasia: But yes I'm pumped
[4/4/19, 12:15:41 PM] +1 (631) 379-9928: I'm very curious about the questions you said you had for me
[4/4/19, 12:16:05 PM] +1 (631) 379-9928: Wait
You're not texting and driving are you??
[4/4/19, 12:17:31 PM] Anastasia: Course not
[4/4/19, 12:17:58 PM] Anastasia: I low key forgot the question
[4/4/19, 12:18:22 PM] +1 (631) 379-9928: Ha
[4/4/19, 12:22:09 PM] Anastasia: I'm going into ulta which is a makeup store and I already METAPHORICALLY wanna die like I'm not a girly girl and you got me going to the girliest place out there
[4/4/19, 12:22:55 PM] +1 (631) 379-9928: I have you going !
Why
[4/4/19, 12:24:12 PM] +1 (631) 379-9928: Like no joke you don't need makeup
Your skin is flawless no that you've cut all that shit out
[4/4/19, 12:24:50 PM] +1 (631) 379-9928: Should I expect you 8th
[4/4/19, 12:28:10 PM] Anastasia: yes expect me like end of 7th beginning of 8th
[4/4/19, 12:28:26 PM] Anastasia: Make up isn't for me hun you know I don't wear that
[4/4/19, 12:32:48 PM] +1 (631) 379-9928: You're buying ██████ a gift
[4/4/19, 12:33:30 PM] Anastasia: nah
[4/4/19, 12:33:58 PM] +1 (631) 379-9928: Aaaaaaaaaaaand you just missed it
I did the mat drop in Dounelis's class
[4/4/19, 12:34:05 PM] +1 (631) 379-9928: Pretty cool
[4/4/19, 12:35:38 PM] Anastasia: Bruhh
[4/4/19, 12:45:43 PM] +1 (631) 379-9928: What does that mean
English girl English

_chat
[4/4/19, 12:58:03 PM] Anastasia: Like oh dam
[4/4/19, 12:58:11 PM] Anastasia: mm what are you doing I'm free
[4/4/19, 12:58:23 PM] +1 (631) 379-9928: I'm free whee r u
[4/4/19, 12:58:46 PM] Anastasia: On my way to u
[4/4/19, 12:59:07 PM] +1 (631) 379-9928: Ok
Making my way back to my office
[4/4/19, 2:28:46 PM] +1 (631) 379-9928: Did you make it ▓▓▓▓ room ?
[4/4/19, 2:29:43 PM] Anastasia: Yea but I'm leaving
[4/4/19, 2:31:21 PM] +1 (631) 379-9928: what do you mean?'
[4/4/19, 2:31:24 PM] +1 (631) 379-9928: !
[4/4/19, 2:31:40 PM] +1 (631) 379-9928: Leaving school or his room ???
[4/4/19, 2:32:09 PM] Anastasia: His room
[4/4/19, 2:32:25 PM] Anastasia: Had to grab another Pb&j of course
[4/4/19, 2:32:25 PM] +1 (631) 379-9928: kinda just shit myself girl
[4/4/19, 2:32:31 PM] Anastasia: Lmaoo
[4/4/19, 2:32:44 PM] +1 (631) 379-9928: You're killing me
[4/4/19, 2:33:02 PM] Anastasia: mm what's new at this point
[4/4/19, 2:35:37 PM] +1 (631) 379-9928: Good Luck today

You've already won just by being there
You know this
[4/4/19, 2:36:07 PM] +1 (631) 379-9928: Have fun
Just
Have fun
Wish I was there
[4/4/19, 2:36:27 PM] Anastasia: SOME GIRL WAS LIKE WHO LOST THEIR AIR POD and being
the dits that I am it was me
[4/4/19, 2:54:23 PM] +1 (631) 379-9928: Can't wait to hear all about your enjoyment
[4/4/19, 3:00:39 PM] Anastasia: Gotchu
[4/4/19, 6:12:00 PM] Anastasia: DUUUUUUUDDDEEEEE!!!! Okay so this meet was weird
like it felt like it was really empty but that's beside the point. We're like four
events from the 800 and I went to talk to dounalis and I was like could I try the
200? I've never done one in a meet and would like to try and she was like yes of
course but you'd have to choose from the 800 and the 200 because they were after
each other. Obviously I chose the 200 because that was my intrest for today and I
ended up getting second place! I'm on such a high right now I just wanna scream and
get Wendy's and have fun and ahhhhhhhh
[4/4/19, 7:32:38 PM] +1 (631) 379-9928: Holy Shit!!!!!!!!!!!!!!
[4/4/19, 7:32:55 PM] +1 (631) 379-9928: I'm so proud and pissed I missed it
[4/4/19, 7:33:31 PM] +1 (631) 379-9928: Big hug
Huge hug
[4/4/19, 7:34:29 PM] +1 (631) 379-9928: <attached:
00000823-GIF-2019-04-04-19-34-13.mp4>
[4/4/19, 7:35:20 PM] +1 (631) 379-9928: You better be telling Maryann
[4/4/19, 7:36:25 PM] +1 (631) 379-9928: Tell me more
Was the team pumped for you
I'm dying over here
Need info
[4/4/19, 7:36:47 PM] +1 (631) 379-9928: Yoooooooooooooooooooooooooooooo
[4/4/19, 7:36:49 PM] Anastasia: DOODDDDDDD IM SOOOOO HYPPEEE
[4/4/19, 7:36:57 PM] Anastasia: AHHHHHHH
[4/4/19, 7:36:58 PM] +1 (631) 379-9928: Me too
[4/4/19, 7:37:36 PM] +1 (631) 379-9928: I wish I was there with you right now
High fiving you
[4/4/19, 7:37:54 PM] Anastasia: yesssss okay so the girl that beat me beat me by 1
second and I'm right but I was sooo hype. We beat the team 81/87? To like 57? Or
something 80 something to 50 something to say the less
[4/4/19, 7:38:08 PM] Anastasia: me toooooo ahhhhh I'm on such a high
[4/4/19, 7:38:16 PM] +1 (631) 379-9928: R u home
[4/4/19, 7:38:19 PM] Anastasia: Yes
[4/4/19, 7:38:29 PM] +1 (631) 379-9928: Did you tell mom
[4/4/19, 7:38:33 PM] +1 (631) 379-9928: Moms
[4/4/19, 7:38:35 PM] Anastasia: Maryann was there

```
                                    _chat
[4/4/19, 7:38:43 PM] +1 (631) 379-9928: Even better
[4/4/19, 7:38:59 PM] +1 (631) 379-9928: Be right back do t go anywhere
[4/4/19, 7:39:09 PM] Anastasia: Theresa was like you don't seem to have enough water
bottles and I was like hey sis at least they're not vodka bottles
[4/4/19, 7:39:15 PM] Anastasia: okay
[4/4/19, 7:40:32 PM] +1 (631) 379-9928: Very funny
[4/4/19, 7:40:45 PM] +1 (631) 379-9928: Soooooo pumped
Your so BA
[4/4/19, 7:40:57 PM] +1 (631) 379-9928: You don't even know!!!!!!!!!!!
[4/4/19, 7:41:08 PM] Anastasia: AHHHHHHHH
[4/4/19, 7:41:26 PM] Anastasia: Like you have no idea hoooowwwww stoked I am
[4/4/19, 7:41:39 PM] +1 (631) 379-9928: In my head your doing your water bottle flip
dance
[4/4/19, 7:41:47 PM] Anastasia: AHHH MEE TOOOO
[4/4/19, 7:42:29 PM] +1 (631) 379-9928: I F'ing knew you had the shit in you
You are amazing !!!!!!

Hey Maryann remember when you didn't want me to run track
Now what!!!!!!
[4/4/19, 7:42:44 PM] Anastasia: LITERALLY
[4/4/19, 7:42:46 PM] +1 (631) 379-9928: Was Dounelis pumped
[4/4/19, 7:42:49 PM] Anastasia: AHHH IM SO BADASS
[4/4/19, 7:43:02 PM] +1 (631) 379-9928: Girl been trying to tell you
[4/4/19, 7:43:02 PM] Anastasia: yesss she was like good job kid!
[4/4/19, 7:43:46 PM] Anastasia: Not gunna lie I was on myself like everyone blanked
out and I just sat there cheesin (smiling) like I did that me all me I did that
[4/4/19, 7:44:52 PM] +1 (631) 379-9928: Girl
In my head I'm still hugging you
[4/4/19, 7:45:04 PM] Anastasia: HUGS TOMORROW
[4/4/19, 7:45:12 PM] +1 (631) 379-9928: Deal
[4/4/19, 7:45:27 PM] +1 (631) 379-9928: Wasnt sure if they made you uncomfortable
[4/4/19, 7:45:41 PM] Anastasia: NoT at all actually
[4/4/19, 7:45:55 PM] +1 (631) 379-9928: Ok
I feel better about them now
[4/4/19, 7:45:58 PM] Anastasia: I'll tell you if anything does obviously I'm honest
with you
[4/4/19, 7:46:17 PM] +1 (631) 379-9928: Did you run relay
Or just the 200
[4/4/19, 7:46:28 PM] Anastasia: Well this is what happened
[4/4/19, 7:47:28 PM] Anastasia: I was sent in for the 4 by 8 (800h obviously and
after the first 4 by 1 they ended the meet because we were so far ahead there was no
point so we didn't have to run
[4/4/19, 7:47:36 PM] Anastasia: which I was obviously fine with
[4/4/19, 7:48:10 PM] +1 (631) 379-9928: Now
How ready for Saturday are you?
[4/4/19, 7:48:21 PM] Anastasia: I might go to just watch
[4/4/19, 7:48:31 PM] +1 (631) 379-9928: What!!!!!
[4/4/19, 7:48:44 PM] Anastasia: I don't know what I want to participate in
[4/4/19, 7:49:09 PM] Anastasia: So I might watch and learn I've never done an
invitational
[4/4/19, 7:49:14 PM] +1 (631) 379-9928: Run
You're gonna run
Come on !!!!!!
[4/4/19, 7:49:20 PM] Anastasia: maybe
[4/4/19, 7:49:30 PM] +1 (631) 379-9928: You're going that's not up for debate
[4/4/19, 7:49:38 PM] Anastasia: yes 100%
[4/4/19, 7:50:05 PM] +1 (631) 379-9928: Omg·I can just see your body smiling  ·
[4/4/19, 7:50:28 PM] +1 (631) 379-9928: Who needs juul and shit
[4/4/19, 7:50:30 PM] Anastasia: I'm on such a high dude
[4/4/19, 7:50:34 PM] Anastasia: uh me
[4/4/19, 7:50:34 PM] +1 (631) 379-9928: Was ████████ there ?
[4/4/19, 7:50:47 PM] +1 (631) 379-9928: Wrong answer bro
[4/4/19, 7:50:49 PM] Anastasia: nooooooo I tbh think she just went home I don't even
```

_chat
know if she knew
[4/4/19, 7:51:07 PM] Anastasia: regan get addicted to something and then say you
don't need it
[4/4/19, 7:51:18 PM] Anastasia: 18 year old daughter voice
[4/4/19, 7:51:28 PM] Anastasia: 2 can play this game
[4/4/19, 7:51:53 PM] +1 (631) 379-9928: Fair enough
But no
[4/4/19, 7:52:32 PM] +1 (631) 379-9928: I would have run out on the track and
carried you off on my shoulders today if I was there
[4/4/19, 7:53:09 PM] Anastasia: AWEEEEEE
[4/4/19, 7:53:27 PM] Anastasia: I literally almost hugged "Willy"
[4/4/19, 7:53:36 PM] +1 (631) 379-9928: He's a big dude
[4/4/19, 7:53:37 PM] Anastasia: or as we all call him █████████
[4/4/19, 7:53:40 PM] Anastasia: I KNOW
[4/4/19, 7:53:58 PM] Anastasia: he was like AHHH I SAW YOU OUT THERE and high fived
me I felt BA
[4/4/19, 7:54:06 PM] Anastasia: and I looked good doing it
[4/4/19, 7:54:24 PM] +1 (631) 379-9928: You better be skipping into school tomorrow
You should tell Mr Nelson he coached track he will appreciate it
[4/4/19, 7:54:29 PM] +1 (631) 379-9928: If you looked good
[4/4/19, 7:54:59 PM] Anastasia: gotcha remind me and I definitely will
[4/4/19, 7:55:19 PM] Anastasia: This will be your one time chance to see *me*
skipping
[4/4/19, 7:55:29 PM] +1 (631) 379-9928: Ha
[4/4/19, 7:55:44 PM] +1 (631) 379-9928: Ok I'm gonna drop some of my hype on you
[4/4/19, 7:55:51 PM] Anastasia: do it
[4/4/19, 7:56:10 PM] +1 (631) 379-9928: I ran 5.6  mostly pain free and an ok pace
[4/4/19, 7:56:24 PM] Anastasia: THATS WHAT IM TALKING ABOUT
[4/4/19, 7:56:27 PM] Anastasia: MEGGGAAA HUGS
[4/4/19, 7:56:28 PM] +1 (631) 379-9928: Down to dine raod and back
████████ biked next to me
[4/4/19, 7:56:34 PM] +1 (631) 379-9928: Dune road
[4/4/19, 7:56:39 PM] Anastasia: AYE!
[4/4/19, 7:56:52 PM] +1 (631) 379-9928: I'm pretty positive about this now
[4/4/19, 7:57:02 PM] Anastasia: progresss I can feel your awesome vibes  I bet you
definitely feel
[4/4/19, 7:57:04 PM] Anastasia: BA
[4/4/19, 7:57:12 PM] Anastasia: look at us
[4/4/19, 7:57:12 PM] +1 (631) 379-9928: I was pumped up on Motrin but still
[4/4/19, 7:57:16 PM] +1 (631) 379-9928: Ya girl
[4/4/19, 7:57:37 PM] Anastasia: dudeee all good you accomplished something
[4/4/19, 7:58:01 PM] Anastasia: I knew looking up to you would've done good things
to.me
[4/4/19, 7:58:42 PM] +1 (631) 379-9928: Girl this all you
Thank you for letting me go on this journey to a better place with you
[4/4/19, 7:58:56 PM] Anastasia: gotchuuuuu
[4/4/19, 7:59:03 PM] +1 (631) 379-9928: Now
[4/4/19, 7:59:09 PM] Anastasia: what's up
[4/4/19, 7:59:12 PM] +1 (631) 379-9928: So 50 push-ups
[4/4/19, 7:59:15 PM] +1 (631) 379-9928: Do
[4/4/19, 7:59:28 PM] Anastasia: That's literally what I'm doing right now
[4/4/19, 7:59:33 PM] Anastasia: I'm on that high
[4/4/19, 7:59:39 PM] +1 (631) 379-9928: Then do 100
[4/4/19, 7:59:50 PM] Anastasia: I was going to run but I'm taking a day off today my
legs are tired
[4/4/19, 7:59:55 PM] Anastasia: Okay let's not push it
[4/4/19, 8:00:35 PM] +1 (631) 379-9928: So pumped
So proud
[4/4/19, 8:00:51 PM] +1 (631) 379-9928: Gotta go
I have two kids yelling to be tucked in
[4/4/19, 8:01:04 PM] Anastasia: Awe have fun
[4/4/19, 8:01:10 PM] Anastasia: Talk to you in the AM
[4/4/19, 8:01:15 PM] +1 (631) 379-9928: I already have your morning msg in my head

_chat
```
[4/4/19, 8:01:17 PM] Anastasia: Don't play too much candy crush
[4/4/19, 8:01:20 PM] Anastasia: aye
[4/4/19, 8:01:35 PM] +1 (631) 379-9928: Later dude
Fucking A for today
[4/4/19, 8:01:45 PM] +1 (631) 379-9928: 
[4/4/19, 8:01:55 PM] Anastasia: Corny
[4/4/19, 8:02:06 PM] Anastasia: What's new
[4/4/19, 8:02:07 PM] +1 (631) 379-9928: Yup
But you love it
[4/4/19, 8:02:17 PM] Anastasia: Yes I do
[4/4/19, 8:02:27 PM] +1 (631) 379-9928: Lata


BR
[4/5/19, 4:57:14 AM] +1 (631) 379-9928: <attached:
00000941-GIF-2019-04-05-04-56-58.mp4>
[4/5/19, 5:00:43 AM] +1 (631) 379-9928: <attached:
00000942-GIF-2019-04-05-05-00-27.mp4>
[4/5/19, 5:07:34 AM] +1 (631) 379-9928: You should be on Cloud 9 today nothing can
stop you!!! You have to see that. I've been telling you but now you have to see
it!!!!

I was so pumped for you I had trouble sleeping. Jumped out of bed this morning even
more pumped.

Here is the obvious
You had a great week!! Two weeks.
You are sailing into the weekend with so much positive energy.
You know the trick now, workout , hang with Maryann stay clean.

I'm soooooooooo happy for you and so proud.  Can't wait to see your smile of
excitement today.

I ran three miles this morning on the treadmill did 200 push-ups
I'm feeling pretty BA
Not as BA as you but close.
[4/5/19, 5:08:43 AM] +1 (631) 379-9928: Goggins has a new post
Go to it now
Listen and read it
It's what we talked about this week and what your are starting to get, respect
yourself!!!

STAY HARD
[4/5/19, 6:16:32 AM] Anastasia: Aye!! I'm proud of you BR!! I'm so pumped you have
no idea like I woke up early more so I can get to school on time for ████ but
that's beside the point
[4/5/19, 6:16:42 AM] Anastasia: LETS GOOOOOO IM SOOOO HYPED!!!!
[4/5/19, 6:17:28 AM] Anastasia: IM SO ON CLOUD 9 you have no idea like nothing will
put me down I'm so high up I love life
[4/5/19, 6:18:35 AM] +1 (631) 379-9928: I love hearing that !!!!
[4/5/19, 6:19:11 AM] Anastasia: Ahhhhh
[4/5/19, 6:19:41 AM] +1 (631) 379-9928: You need to drop it on ████'s dome how
well you did yesterday
[4/5/19, 6:20:39 AM] +1 (631) 379-9928: I'm in a full suit today
And I look really good
You're rubbing off on me
[4/5/19, 6:20:43 AM] Anastasia: I think I feel a lot better because yesterday
████████ and ██████ we're out for lunch (without me) but anyways I'm so on my own
right now I could care less like both didnt comment on track but I didn't say
anything because they wouldn't understand the hype more care so IM ON COOUD 9 for
myself and I love every second of it
[4/5/19, 6:21:19 AM] Anastasia: that's what I'm talking about BR and I'll def go
stop by Salerno
[4/5/19, 6:22:26 AM] +1 (631) 379-9928: Thos that don't know don't get it
```

_chat

I told you that

You saving your life one run at a time
You know this !!!!!!!
[4/5/19, 6:23:03 AM] +1 (631) 379-9928: Check out Goggins
Stay Hard

Wish we could talk all day in my office. So pumped

See you in a few
[4/5/19, 6:24:06 AM] Anastasia: They never will and that's okay. I love running I'm
addicted! I'll check out Goggings. I wish too! Okay.
[4/5/19, 6:46:54 AM] +1 (631) 379-9928: Ya girl
Do for you
They'll get it or won't and you'll sail on
[4/5/19, 6:47:59 AM] +1 (631) 379-9928: <attached:
00000958-GIF-2019-04-05-06-47-43.mp4>
[4/5/19, 6:54:55 AM] +1 (631) 379-9928: When you see me know this
I'll be hugging you in my mind
But obviously not in front of everyone
You should be floating into school
[4/5/19, 6:55:34 AM] Anastasia: Noted:)
[4/5/19, 7:15:10 AM] +1 (631) 379-9928: Yo girl
Looking sporty cute
LoL
Nice shoes
[4/5/19, 7:23:26 AM] Anastasia: Thankkssss
[4/5/19, 7:25:36 AM] +1 (631) 379-9928: Ya but you knew that
[4/5/19, 7:26:34 AM] Anastasia: Lmaooo low key
[4/5/19, 7:27:24 AM] +1 (631) 379-9928: Was trying to catch your eye on the way in
You were way low key
[4/5/19, 7:28:51 AM] Anastasia: Oh dam I was so caught up in my head my baddd
[4/5/19, 7:29:09 AM] Anastasia: I'll see you sometime today other than 8th period
[4/5/19, 7:30:30 AM] +1 (631) 379-9928: No dude
No worries
Enjoy yourself
You've earned it
Did you watch Goggins
[4/5/19, 7:37:26 AM] Anastasia: no I'll do that right nw
[4/5/19, 7:37:28 AM] Anastasia: Now
[4/5/19, 7:37:53 AM] Anastasia: I already saw his new post I love it
[4/5/19, 7:52:42 AM] +1 (631) 379-9928: Respect yourself
[4/5/19, 8:01:11 AM] Anastasia: Course
[4/5/19, 9:23:11 AM] +1 (631) 379-9928: Temperature check
How ya doing ?
[4/5/19, 9:33:27 AM] Anastasia: GREAT
[4/5/19, 9:34:16 AM] +1 (631) 379-9928: I love it!!!!!
[4/5/19, 9:42:59 AM] +1 (631) 379-9928: Girl I'm probably running Hallock state park
Sunday morning
Would you want / be able to meet me there?
Or would Moms not be down with that.
[4/5/19, 9:44:07 AM] +1 (631) 379-9928: You looked a little taken back when I
mentioned it yesterday.
[4/5/19, 9:45:36 AM] Anastasia: Who cares I really did wanna go for a run with you
[4/5/19, 9:56:34 AM] +1 (631) 379-9928: We'll talk about it
[4/5/19, 10:07:34 AM] Anastasia: Ok
[4/5/19, 10:08:00 AM] +1 (631) 379-9928: Can't wait to talk with you
[4/5/19, 10:08:53 AM] Anastasia: Same here of course
[4/5/19, 11:06:14 AM] +1 (631) 379-9928: I'll save you pizza
Pepperoni or plain
[4/5/19, 11:08:06 AM] Anastasia: Plain
[4/5/19, 11:12:47 AM] +1 (631) 379-9928: O Tay
[4/5/19, 11:38:43 AM] +1 (631) 379-9928: Yo girl
Page 28

```
                                    _chat
You look good!!!!
Still feeling it?!?!
[4/5/19, 11:42:33 AM] +1 (631) 379-9928: So I know you said you did t care but will
mom's Flip if you meet me for a run?
[4/5/19, 11:43:00 AM] Anastasia: Not if they don't know lol
[4/5/19, 11:43:12 AM] +1 (631) 379-9928: Aaaaaaaaand
Can you rock 8:30
[4/5/19, 11:43:21 AM] +1 (631) 379-9928: Hmmmmm interesting take
[4/5/19, 11:43:28 AM] +1 (631) 379-9928: You have gym today?
[4/5/19, 11:43:37 AM] Anastasia: Yes
[4/5/19, 3:28:23 PM] +1 (631) 379-9928: Yoooooooooo
Girl
Totally forgot I have something for you. Start of your gps watch find.
[4/5/19, 3:35:35 PM] +1 (631) 379-9928: Fund
[4/5/19, 4:01:14 PM] Anastasia: Oooh no
[4/5/19, 5:17:44 PM] +1 (631) 379-9928: How was the eval?

Just realized
You're on a first date tonight
[4/5/19, 5:18:05 PM] +1 (631) 379-9928: Still in a good place ?
[4/5/19, 5:21:12 PM] Anastasia: I'm with ███████
[4/5/19, 5:21:20 PM] +1 (631) 379-9928: Wtf
[4/5/19, 5:21:47 PM] +1 (631) 379-9928: So you're not in a good place
Did the eval f you up
[4/5/19, 5:22:17 PM] Anastasia: Yeah it did low key
[4/5/19, 5:24:09 PM] +1 (631) 379-9928: F'ing knew it
[4/5/19, 5:24:25 PM] +1 (631) 379-9928: Girl
Stay strong
Please
[4/5/19, 5:24:48 PM] Anastasia: You know it's late for that
[4/5/19, 5:26:30 PM] +1 (631) 379-9928: Fuck
[4/5/19, 5:26:41 PM] +1 (631) 379-9928: I'm mean really
Fuck
[4/5/19, 5:26:58 PM] +1 (631) 379-9928: Weed or juul
[4/5/19, 5:27:02 PM] Anastasia: Both
[4/5/19, 5:30:56 PM] +1 (631) 379-9928: I'm sad
[4/5/19, 5:32:25 PM] Anastasia: i lied
[4/5/19, 5:32:37 PM] Anastasia: it was a plan but plan is dead
[4/5/19, 5:34:33 PM] +1 (631) 379-9928: About what
[4/5/19, 5:35:00 PM] Anastasia: I haven't smoked weed today
[4/5/19, 5:35:23 PM] +1 (631) 379-9928: Juul
Why lie
[4/5/19, 5:35:35 PM] Anastasia: Because it was gunna happen
[4/5/19, 5:36:49 PM] +1 (631) 379-9928: Are you doing this to see if I'll tell you
I'm done with you?

Because I won't
[4/5/19, 5:37:25 PM] Anastasia: slight bit
[4/5/19, 5:37:43 PM] +1 (631) 379-9928: Puts head on shoulder
[4/5/19, 5:38:07 PM] Anastasia: puts head on shoulder
[4/5/19, 5:40:20 PM] Anastasia: I did juul though
[4/5/19, 5:40:31 PM] +1 (631) 379-9928: <attached:
00001022-PHOTO-2019-04-05-17-40-15.jpg>
[4/5/19, 5:40:43 PM] Anastasia: Lmaooooo
[4/5/19, 5:40:53 PM] +1 (631) 379-9928: You'll pay for that Sunday
[4/5/19, 5:40:57 PM] Anastasia: yup
[4/5/19, 5:41:05 PM] Anastasia: can't stop bro
[4/5/19, 5:41:43 PM] +1 (631) 379-9928: Stop hanging with s
[4/5/19, 5:42:24 PM] +1 (631) 379-9928: I can't believe I'm back at school
Fml
[4/5/19, 5:42:41 PM] Anastasia: yeah ██████ got in trouble so she can't
[4/5/19, 5:42:52 PM] Anastasia: go so I'm not going
[4/5/19, 5:43:02 PM] +1 (631) 379-9928: So go home
```

_chat

```
[4/5/19, 5:43:09 PM] Anastasia: why
[4/5/19, 5:43:16 PM] Anastasia: I have till 11 tonight
[4/5/19, 5:43:25 PM] +1 (631) 379-9928: So you don't make bad choices
[4/5/19, 5:43:36 PM] +1 (631) 379-9928: Which you will
[4/5/19, 5:43:42 PM] Anastasia: already have
[4/5/19, 5:43:52 PM] +1 (631) 379-9928: Not that bad
[4/5/19, 5:43:56 PM] Anastasia: true
[4/5/19, 5:44:05 PM] +1 (631) 379-9928: You'll repeat last sat
[4/5/19, 5:44:14 PM] Anastasia: pretty much
[4/5/19, 5:44:21 PM] +1 (631) 379-9928: Does she know your texting me
[4/5/19, 5:44:49 PM] Anastasia: nope
[4/5/19, 5:46:09 PM] Anastasia: Nobody knows I text you
[4/5/19, 5:46:28 PM] +1 (631) 379-9928: You need to leave there's
[4/5/19, 5:46:36 PM] +1 (631) 379-9928: You know this
[4/5/19, 5:46:44 PM] Anastasia: I know but where would I go
[4/5/19, 5:47:00 PM] +1 (631) 379-9928: Fuck
Come to school then go home
[4/5/19, 5:47:09 PM] Anastasia: why
[4/5/19, 5:47:44 PM] +1 (631) 379-9928: Why stay there
[4/5/19, 5:50:39 PM] Anastasia: Friday night fun?
[4/5/19, 5:50:45 PM] Anastasia: I dunno to be honest
[4/5/19, 5:55:00 PM] +1 (631) 379-9928: You can't afford Friday night fun
You know this

You agree with everything we talk about
Is that just lip service ?
[4/5/19, 5:55:33 PM] Anastasia: I knoww
[4/5/19, 5:55:39 PM] Anastasia: lip service?
[4/5/19, 5:55:59 PM] +1 (631) 379-9928: Like just telling me what you think I want
hear
[4/5/19, 5:58:48 PM] Anastasia: No
[4/5/19, 5:58:59 PM] Anastasia: I just can't seem to stick to my word of staying
clean
[4/5/19, 6:00:23 PM] +1 (631) 379-9928: <attached:
00001058-PHOTO-2019-04-05-18-00-07.jpg>
[4/5/19, 6:00:57 PM] Anastasia: I can't
[4/5/19, 6:01:34 PM] Anastasia: you've never given up on me no matter how many
reasons I've given you to
[4/5/19, 6:01:45 PM] +1 (631) 379-9928: So you're going to stay with ███ all night
and get blown out
[4/5/19, 6:02:05 PM] +1 (631) 379-9928: Instead of going home or coming here before
home
[4/5/19, 6:02:35 PM] Anastasia: I dunno what I am doing
[4/5/19, 6:03:14 PM] +1 (631) 379-9928: NO SHIT SO LISTEN TO A PERSON WHO CARES
WHO
YOU KEEP KICKING IN THE ......
[4/5/19, 6:03:24 PM] Anastasia: yup
[4/5/19, 6:03:38 PM] Anastasia: I'll go watch the play with ███ how's that
[4/5/19, 6:04:14 PM] +1 (631) 379-9928: Ya cause she a good influence and will have
you smokin on the way here and at the break
[4/5/19, 6:04:23 PM] Anastasia: lmao
[4/5/19, 6:04:44 PM] +1 (631) 379-9928: ARE YOU SMOKIN WEED
[4/5/19, 6:04:49 PM] Anastasia: Nope
[4/5/19, 6:04:59 PM] +1 (631) 379-9928: LATER
[4/5/19, 6:05:06 PM] Anastasia: No!!
[4/5/19, 6:06:07 PM] +1 (631) 379-9928: If you were here I would grab your sore ass
shoulders and squeeze until you dropped
[4/5/19, 6:06:40 PM] Anastasia: I'll be there @ like 6:45/7
[4/5/19, 6:06:46 PM] Anastasia: running inside
[4/5/19, 6:06:58 PM] Anastasia: So u don't
[4/5/19, 6:07:27 PM] +1 (631) 379-9928: Ain't no way your draggin her here
[4/5/19, 6:07:36 PM] Anastasia: Why?
[4/5/19, 6:08:39 PM] +1 (631) 379-9928: She won't want to come
```

_chat

And
You prob shouldn't be with her
And
Your moms will shit in your bed if they know
And given what I know about your bed I know that idea kills you
[4/5/19, 6:09:07 PM] Anastasia: Ohhh yes and I'm snagging her to come
[4/5/19, 6:09:44 PM] +1 (631) 379-9928: Tow cars or one car
No need to drive around with her after
[4/5/19, 6:09:58 PM] +1 (631) 379-9928: Prob change of plans for Sunday
[4/5/19, 6:10:00 PM] Anastasia: One
[4/5/19, 6:10:04 PM] Anastasia: why?
[4/5/19, 6:10:05 PM] +1 (631) 379-9928: Come run by me
[4/5/19, 6:10:34 PM] +1 (631) 379-9928: I can't nail down the Hallockville park time
when it opens where to park
All that shit
[4/5/19, 6:10:50 PM] +1 (631) 379-9928: Did you have your heart set on running
there?
[4/5/19, 6:10:56 PM] Anastasia: No
[4/5/19, 6:11:11 PM] Anastasia: Nope nobody does
[4/5/19, 6:11:20 PM] Anastasia: Are u at school?
[4/5/19, 6:11:26 PM] +1 (631) 379-9928: Yes
[4/5/19, 6:11:38 PM] Anastasia: Lemme come chill with u
[4/5/19, 6:11:47 PM] +1 (631) 379-9928: Ok
[4/5/19, 6:11:55 PM] Anastasia: Yay
[4/5/19, 6:12:00 PM] +1 (631) 379-9928: With █████
[4/5/19, 6:13:04 PM] Anastasia: Uh yea
[4/5/19, 6:13:45 PM] +1 (631) 379-9928: Also I don't want to do too many hills
And my place is flat
How much time will you have Sunday morning ?
[4/5/19, 6:14:28 PM] +1 (631) 379-9928: I need to be down by the auditorium by 6:45
ish
[4/5/19, 6:14:32 PM] Anastasia: ok
[4/5/19, 6:15:22 PM] +1 (631) 379-9928: One slice of pizza left
You want
[4/5/19, 6:15:32 PM] Anastasia: Course
[4/5/19, 6:16:15 PM] +1 (631) 379-9928: You parking in the front or back
[4/5/19, 7:20:56 PM] +1 (631) 379-9928: Could easily be watching this from my office

No sound but........
[4/5/19, 7:24:10 PM] Anastasia: Agreed
[4/5/19, 7:29:52 PM] +1 (631) 379-9928: Sooooooooooooo
Are you guys bouncing ?
[4/5/19, 7:30:08 PM] Anastasia: No
[4/5/19, 7:31:48 PM] +1 (631) 379-9928: You down with the new run plan
[4/5/19, 7:32:52 PM] Anastasia: Yes
[4/5/19, 7:32:56 PM] +1 (631) 379-9928: Sooooo tired
[4/5/19, 7:32:56 PM] Anastasia: If I can last
[4/5/19, 7:33:09 PM] +1 (631) 379-9928: I'll drag and carry you
[4/5/19, 7:33:18 PM] +1 (631) 379-9928: How long can you be gone
[4/5/19, 7:33:53 PM] Anastasia: meaning..
[4/5/19, 7:34:50 PM] +1 (631) 379-9928: What time would you need to be home
That will dictate where we run
[4/5/19, 7:35:22 PM] Anastasia: Doesn't matter
[4/5/19, 7:38:14 PM] +1 (631) 379-9928: Shhhhhhhhhh
[4/5/19, 7:39:32 PM] Anastasia: Lmaooo
[4/5/19, 7:41:01 PM] Anastasia: My lungs are actually dead
[4/5/19, 7:41:21 PM] +1 (631) 379-9928: Wait til Sunday
Don't bail on me
[4/5/19, 7:41:39 PM] +1 (631) 379-9928: I'll be pissed
[4/5/19, 7:41:48 PM] Anastasia: Never where we going
[4/5/19, 7:42:17 PM] +1 (631) 379-9928: We will run the quogue wild life
Do a few loops
[4/5/19, 7:42:36 PM] Anastasia: Ok

_chat

[4/5/19, 7:42:43 PM] +1 (631) 379-9928: Or there are trails in Shirley that are nice
[4/5/19, 7:43:02 PM] +1 (631) 379-9928: If we do those you drive to Q I'll drive us there
[4/5/19, 7:43:19 PM] Anastasia: Whatever u want
[4/5/19, 7:45:07 PM] +1 (631) 379-9928: Shirley add another 40 mins
20 mins each way
Is 8 too early
Ya I said it
[4/5/19, 7:45:42 PM] Anastasia: anytime before noon is early
[4/5/19, 7:45:56 PM] +1 (631) 379-9928: Be an adult
[4/5/19, 7:46:10 PM] Anastasia: ok dad
[4/5/19, 7:58:10 PM] +1 (631) 379-9928: Are you going away for April break
[4/5/19, 8:00:25 PM] Anastasia: Not that I know of
[4/5/19, 8:01:35 PM] +1 (631) 379-9928: Ha
Leave it to Theresa to drop a last minute trip

Good Friday we have off
I'm aiming for a long trail run
You down
15-20 miles ish
In rocky point
[4/5/19, 8:02:41 PM] Anastasia: Next Friday  I'm away on our rotc trip
[4/5/19, 8:03:09 PM] +1 (631) 379-9928: Jesus
Good Friday
Dummy
The first day of break
[4/5/19, 8:04:53 PM] Anastasia: who are u talking to with that kind of sas
[4/5/19, 8:05:48 PM] +1 (631) 379-9928: Girl
It's late I'm tired don't push me
LOL
[4/5/19, 8:06:14 PM] Anastasia: Yea you're very serious
[4/5/19, 8:07:18 PM] +1 (631) 379-9928: Nah
I'm never serious
Ha
[4/5/19, 8:07:54 PM] Anastasia: Lies
[4/5/19, 8:08:04 PM] +1 (631) 379-9928: Yup
[4/5/19, 8:39:45 PM] +1 (631) 379-9928: ▮▮▮▮▮▮ went right to you
[4/5/19, 8:43:28 PM] Anastasia: They always do
[4/5/19, 8:44:17 PM] +1 (631) 379-9928: You staying fornthe second the half
Gonna hit my office for a min
[4/5/19, 8:44:37 PM] Anastasia: I am staying for the half
[4/5/19, 8:45:40 PM] +1 (631) 379-9928: Where is ▮▮▮▮▮
Dancing in the rain
[4/5/19, 8:45:47 PM] Anastasia: smoking
[4/5/19, 8:45:53 PM] +1 (631) 379-9928: Figured
[4/5/19, 8:46:05 PM] +1 (631) 379-9928: Thank you for not
[4/5/19, 8:46:08 PM] +1 (631) 379-9928: Here
[4/5/19, 8:46:20 PM] Anastasia: Gotchu
[4/5/19, 8:47:08 PM] Anastasia: why are you back at your office
[4/5/19, 8:48:42 PM] +1 (631) 379-9928: Chillin
[4/5/19, 8:48:51 PM] Anastasia: Uhm without me.. hut
[4/5/19, 8:48:53 PM] Anastasia: Hurt
[4/5/19, 8:49:02 PM] +1 (631) 379-9928: You were talking to ▮▮▮▮▮
[4/5/19, 8:49:15 PM] +1 (631) 379-9928: Open invite you know that
[4/5/19, 8:49:58 PM] +1 (631) 379-9928: Tried to get your attention
You were flirting
[4/5/19, 8:50:01 PM] Anastasia: I'm on my way
[4/5/19, 8:50:15 PM] +1 (631) 379-9928: Ok
[4/5/19, 9:14:58 PM] +1 (631) 379-9928: Craving candy crush
[4/5/19, 9:15:50 PM] Anastasia: Nerd
[4/5/19, 9:16:27 PM] +1 (631) 379-9928: Possibly
[4/5/19, 9:16:45 PM] +1 (631) 379-9928: I could use a pillow
[4/5/19, 9:18:08 PM] Anastasia: agreed

```
                                    _chat
[4/5/19, 9:26:46 PM] +1 (631) 379-9928: Person in front of me has a huge head
[4/5/19, 9:31:01 PM] Anastasia: Lmaoo
[4/5/19, 9:35:06 PM] +1 (631) 379-9928: Wait it's over
[4/5/19, 9:35:14 PM] +1 (631) 379-9928: Must have fallen asleep
[4/5/19, 9:35:40 PM] Anastasia: You were too busy playing candy crush
[4/5/19, 9:56:29 PM] +1 (631) 379-9928: <attached:
00001171-PHOTO-2019-04-05-21-56-13.jpg>
[4/5/19, 9:56:47 PM] Anastasia: Meeee
[4/5/19, 9:58:14 PM] +1 (631) 379-9928: Ya
[4/5/19, 10:18:04 PM] +1 (631) 379-9928: Yo
Please don't be stupid
Go home
[4/5/19, 10:18:10 PM] +1 (631) 379-9928: Thanks for trying to help
[4/5/19, 10:22:48 PM] Anastasia: I gotchu BR can't be any dumber than I was tonight
but you live and learn right
[4/5/19, 10:23:12 PM] +1 (631) 379-9928: Are you going home
[4/5/19, 10:23:21 PM] +1 (631) 379-9928: Please
[4/5/19, 10:23:35 PM] Anastasia: I am still with ██████ eating
[4/5/19, 10:23:55 PM] +1 (631) 379-9928: Where
[4/5/19, 10:24:27 PM] Anastasia: Moes parking lot
[4/5/19, 10:24:51 PM] +1 (631) 379-9928: Just go home
[4/5/19, 10:25:08 PM] Anastasia: Yeah I really need to
[4/5/19, 10:25:13 PM] +1 (631) 379-9928: No shit
[4/5/19, 10:25:23 PM] Anastasia: dude I don't think I can stop
[4/5/19, 10:25:59 PM] +1 (631) 379-9928: Or course you juul'd again
[4/5/19, 10:26:06 PM] +1 (631) 379-9928: After you left
[4/5/19, 10:26:08 PM] Anastasia: Course
[4/5/19, 10:26:12 PM] +1 (631) 379-9928: Fuck
[4/5/19, 10:26:14 PM] +1 (631) 379-9928: Weed
[4/5/19, 10:26:16 PM] +1 (631) 379-9928: ??
[4/5/19, 10:26:19 PM] Anastasia: no
[4/5/19, 10:26:32 PM] +1 (631) 379-9928: GO HOME
[4/5/19, 10:26:38 PM] Anastasia: It's taking everything I got not to
[4/5/19, 10:26:53 PM] +1 (631) 379-9928: EXACTLY
GO
[4/5/19, 10:27:07 PM] Anastasia: this is gunna kill you
[4/5/19, 10:27:15 PM] Anastasia: metaphorically but I don't wanna go home
[4/5/19, 10:27:25 PM] +1 (631) 379-9928: I know
[4/5/19, 10:27:59 PM] +1 (631) 379-9928: You almost need to not leave my side
[4/5/19, 10:28:20 PM] Anastasia: Wish I didn't come with her so we could chill in
your office
[4/5/19, 10:28:31 PM] +1 (631) 379-9928: Duh
[4/5/19, 10:29:25 PM] Anastasia: yes
[4/5/19, 10:29:53 PM] +1 (631) 379-9928: I'm still dealing with this
[4/5/19, 10:30:28 PM] Anastasia: I really feel bad for you
[4/5/19, 10:31:21 PM] +1 (631) 379-9928: Why cause your killing me
[4/5/19, 10:31:49 PM] +1 (631) 379-9928: Aaaaaaaaaand
██████ was on you!!!!
[4/5/19, 10:31:59 PM] +1 (631) 379-9928: LOL
[4/5/19, 10:32:04 PM] Anastasia: I was gunna hug herrrr
[4/5/19, 10:32:22 PM] Anastasia: when aren't girls on me though?
[4/5/19, 10:32:22 PM] +1 (631) 379-9928: Should have
[4/5/19, 10:33:49 PM] Anastasia: facts
[4/5/19, 10:34:01 PM] +1 (631) 379-9928: You'd no more than me
[4/5/19, 10:34:10 PM] Anastasia: Agreed
[4/5/19, 10:34:23 PM] +1 (631) 379-9928: Reminds me of me back in the day
[4/5/19, 10:34:27 PM] +1 (631) 379-9928: Ya I said it
[4/5/19, 10:34:46 PM] Anastasia: shook
[4/5/19, 10:35:11 PM] +1 (631) 379-9928: What does that mean
[4/5/19, 10:35:17 PM] Anastasia: surprised
[4/5/19, 10:35:27 PM] +1 (631) 379-9928: Oh
[4/5/19, 10:35:35 PM] Anastasia: I really need to get my lie together
[4/5/19, 10:35:46 PM] +1 (631) 379-9928: Lie or life
```

```
                                        _chat
[4/5/19, 10:35:57 PM] Anastasia: Life
[4/5/19, 10:36:37 PM] +1 (631) 379-9928: Ya
You had it together at 2 pm
[4/5/19, 10:37:08 PM] Anastasia: To an extent
[4/5/19, 10:37:26 PM] +1 (631) 379-9928: You Fucking know what to and what not to do
[4/5/19, 10:37:34 PM] +1 (631) 379-9928: What are you keeping from em
[4/5/19, 10:37:41 PM] +1 (631) 379-9928: Or yourself
[4/5/19, 10:37:54 PM] +1 (631) 379-9928: What won't you deal with
[4/5/19, 10:38:03 PM] Anastasia: My past life
[4/5/19, 10:38:17 PM] +1 (631) 379-9928: Time frame
Give me a time frame
[4/5/19, 10:39:07 PM] Anastasia: █████
[4/5/19, 10:39:16 PM] +1 (631) 379-9928: Ok
[4/5/19, 10:39:22 PM] +1 (631) 379-9928: Keep going
[4/5/19, 10:39:25 PM] Anastasia: never really can get to that face to face
[4/5/19, 10:39:50 PM] Anastasia: she hurt me in ways I wasn't supposed to be hurt
being 9
[4/5/19, 10:40:07 PM] +1 (631) 379-9928: By leaving
Or physical
[4/5/19, 10:40:22 PM] Anastasia: Leaving
[4/5/19, 10:40:27 PM] Anastasia: verbally
[4/5/19, 10:40:39 PM] +1 (631) 379-9928: Did she blame you
[4/5/19, 10:40:48 PM] Anastasia: for a lot
[4/5/19, 10:41:06 PM] +1 (631) 379-9928: You know that was her deflecting her issues
[4/5/19, 10:41:44 PM] Anastasia: that's why I never blame █████ because I know what
it's like
[4/5/19, 10:41:47 PM] Anastasia: I know
[4/5/19, 10:41:57 PM] +1 (631) 379-9928: What could you have done at 9 to really
make her leave
[4/5/19, 10:42:11 PM] Anastasia: I ask myself that everyday man
[4/5/19, 10:42:24 PM] +1 (631) 379-9928: The answer is NOTHING
[4/5/19, 10:42:43 PM] +1 (631) 379-9928: she said what she said to make herself feel
better about leaving
[4/5/19, 10:43:03 PM] +1 (631) 379-9928: Did she try to take you with her
[4/5/19, 10:43:05 PM] Anastasia: I guess that's what I'm holding on to
[4/5/19, 10:43:12 PM] Anastasia: Now she dies
[4/5/19, 10:43:15 PM] Anastasia: Does**
[4/5/19, 10:43:32 PM] +1 (631) 379-9928: That's not fair to you
[4/5/19, 10:43:40 PM] Anastasia: I know
[4/5/19, 10:43:45 PM] +1 (631) 379-9928: And would be a huge mistake
[4/5/19, 10:44:09 PM] +1 (631) 379-9928: What's she's doing is mental abuse ifnshe
is saying you should leave
[4/5/19, 10:44:12 PM] Anastasia: Leaving?
[4/5/19, 10:44:18 PM] +1 (631) 379-9928: Yes
[4/5/19, 10:44:27 PM] +1 (631) 379-9928: With her
[4/5/19, 10:45:05 PM] Anastasia: she makes everything seem so good and sunshine and
rainbows
[4/5/19, 10:45:24 PM] Anastasia: but I go home and am blessed I made the decision I
didn't leave
[4/5/19, 10:45:37 PM] +1 (631) 379-9928: Just look at her
What does she have that you want
[4/5/19, 10:45:50 PM] Anastasia: Freedom
[4/5/19, 10:46:20 PM] +1 (631) 379-9928: Juul'in and weed is not freedom
[4/5/19, 10:46:30 PM] +1 (631) 379-9928: Freedom has a price
[4/5/19, 10:46:38 PM] +1 (631) 379-9928: Is it's obtained that way
[4/5/19, 10:47:01 PM] Anastasia: You're right
[4/5/19, 10:47:14 PM] +1 (631) 379-9928: Who does █████ think you're talking to
[4/5/19, 10:47:59 PM] Anastasia: She left to go home
[4/5/19, 10:48:06 PM] +1 (631) 379-9928: Your still at more
[4/5/19, 10:48:11 PM] Anastasia: No
[4/5/19, 10:48:11 PM] +1 (631) 379-9928: Moes
[4/5/19, 10:48:16 PM] +1 (631) 379-9928: Where r u
[4/5/19, 10:49:04 PM] Anastasia: Driving around
```

```
                                    _chat
[4/5/19, 10:49:10 PM] +1 (631) 379-9928: Go home
[4/5/19, 10:49:17 PM] +1 (631) 379-9928: F me girl
[4/5/19, 10:49:50 PM] Anastasia: I'm sorry dude
[4/5/19, 10:51:43 PM] +1 (631) 379-9928: Don't apologize
I'm tired
[4/5/19, 10:52:42 PM] +1 (631) 379-9928: Just keep being honest
[4/5/19, 10:55:46 PM] +1 (631) 379-9928: Girl just got picked up
[4/5/19, 10:57:20 PM] Anastasia: Good
[4/5/19, 10:57:31 PM] +1 (631) 379-9928: I half expected you to be parked next to my
car
[4/5/19, 10:57:45 PM] Anastasia: Lol no
[4/5/19, 10:58:00 PM] +1 (631) 379-9928: Are you home
[4/5/19, 10:58:03 PM] Anastasia: Nope
[4/5/19, 10:58:12 PM] +1 (631) 379-9928: Come on
Where
[4/5/19, 10:58:25 PM] Anastasia: Sound ave
[4/5/19, 10:58:52 PM] +1 (631) 379-9928: Why
[4/5/19, 10:59:12 PM] +1 (631) 379-9928: Driving and texting 
[4/5/19, 10:59:36 PM] Anastasia: Stop being a Hippocrate
[4/5/19, 10:59:44 PM] +1 (631) 379-9928: R u heading home
[4/5/19, 10:59:53 PM] +1 (631) 379-9928: On this topic yes I am
[4/5/19, 11:00:15 PM] Anastasia: hypocrite and something like that
[4/5/19, 11:00:43 PM] +1 (631) 379-9928: I can admit it
[4/5/19, 11:01:10 PM] Anastasia: yes you can
[4/5/19, 11:01:49 PM] +1 (631) 379-9928: You really are 100 lbs
[4/5/19, 11:01:59 PM] +1 (631) 379-9928: So light when I hugged you
[4/5/19, 11:02:41 PM] Anastasia: Actually for your information I'm 105.4
[4/5/19, 11:03:01 PM] +1 (631) 379-9928: That's with clothes
[4/5/19, 11:03:09 PM] Anastasia: But yeah I'm twig
[4/5/19, 11:03:14 PM] Anastasia: Lmao true
[4/5/19, 11:03:33 PM] +1 (631) 379-9928: Please start heading home
[4/5/19, 11:03:55 PM] Anastasia: Okay dad
[4/5/19, 11:04:24 PM] +1 (631) 379-9928: Is that code  for
F U
[4/5/19, 11:04:31 PM] Anastasia: Nope
[4/5/19, 11:04:34 PM] +1 (631) 379-9928: Ok
[4/5/19, 11:04:47 PM] Anastasia: Missed 18 years of my life to say that
[4/5/19, 11:05:15 PM] +1 (631) 379-9928: Hence one of your demons

Drop it when ever
[4/5/19, 11:05:27 PM] Anastasia: I will
[4/5/19, 11:05:57 PM] Anastasia: You talk about not wanting to push me about
██████████ or the dad part..push.
[4/5/19, 11:06:37 PM] +1 (631) 379-9928: Don't need to tell me twice
[4/5/19, 11:08:58 PM] +1 (631) 379-9928: Girl I'm almost home
[4/5/19, 11:09:04 PM] Anastasia: Bruh
[4/5/19, 11:09:48 PM] +1 (631) 379-9928: U close
[4/5/19, 11:10:55 PM] Anastasia: Let's say that
[4/5/19, 11:11:15 PM] +1 (631) 379-9928: Ok
I'll say good night
[4/5/19, 11:11:28 PM] +1 (631) 379-9928: Talk tomorrow
[4/5/19, 11:11:35 PM] Anastasia: Goodnight dad:)
[4/5/19, 11:19:23 PM] Anastasia: Home.
[4/6/19, 9:49:25 AM] +1 (631) 379-9928: Wake up girl

Don't be low
Take that word out of your vocabulary.
I'm still proud of you for two awesome school weeks
 
[4/6/19, 9:51:31 AM] +1 (631) 379-9928: Yo if you don't run the meet
Bring stuff to run a few laps on your own
Do push-ups and stuff on the side
Bring food water
                            Page 35
```

_chat

And don't respond with
"I'm not going" BS
[4/6/19, 11:19:12 AM] +1 (631) 379-9928: It's beautiful out
Go get some
[4/6/19, 11:26:25 AM] +1 (631) 379-9928: You're either not Checking in on porpoise
or still in bed
Either way
GIRL LETS GO

DAD VOICE AS I KICK THE BED (which you hate)
[4/6/19, 1:00:34 PM] Anastasia: So I just woke up...
[4/6/19, 1:01:44 PM] +1 (631) 379-9928: Girl

Get going you got places to be
I was worried sick about you this morning
[4/6/19, 1:02:09 PM] Anastasia: I'm not going
[4/6/19, 1:02:46 PM] +1 (631) 379-9928: Why
[4/6/19, 1:02:51 PM] +1 (631) 379-9928: That's bullshit
[4/6/19, 1:03:05 PM] Anastasia: I don't have it in me
[4/6/19, 1:03:32 PM] +1 (631) 379-9928: Yes you do
That's crap
[4/6/19, 1:03:37 PM] +1 (631) 379-9928: Pissed off dad voice
[4/6/19, 1:03:47 PM] Anastasia: I just about gave up but what's new
[4/6/19, 1:03:47 PM] +1 (631) 379-9928: Do t beat yourself up abut last night
[4/6/19, 1:03:57 PM] +1 (631) 379-9928: Get the fuck yo and go
[4/6/19, 1:04:02 PM] +1 (631) 379-9928: Up and go
[4/6/19, 1:04:09 PM] Anastasia: it's ███████ it's always been her
[4/6/19, 1:04:29 PM] +1 (631) 379-9928: I know
Be better
[4/6/19, 1:04:43 PM] Anastasia: I can't
[4/6/19, 1:04:48 PM] +1 (631) 379-9928: You pull this now
I have like 10 mins before my day consumes me
[4/6/19, 1:04:55 PM] +1 (631) 379-9928: You're better than her
[4/6/19, 1:05:14 PM] +1 (631) 379-9928: You wanna be toothless with babies and no
job
[4/6/19, 1:05:20 PM] Anastasia: I'm sorry I got you involved
[4/6/19, 1:05:51 PM] +1 (631) 379-9928: Don't be sorry
[4/6/19, 1:06:14 PM] +1 (631) 379-9928: Puts head on shoulder
[4/6/19, 1:06:19 PM] Anastasia: I am. I honestly regret it
[4/6/19, 1:06:28 PM] +1 (631) 379-9928: Why
[4/6/19, 1:06:46 PM] Anastasia: because you keep trying and I just keep giving up on
myself
[4/6/19, 1:07:14 PM] +1 (631) 379-9928: You're not giving up
You lose a battle or two
[4/6/19, 1:07:21 PM] +1 (631) 379-9928: But you're making progress
[4/6/19, 1:07:30 PM] Anastasia: barely dude      .
[4/6/19, 1:07:37 PM] +1 (631) 379-9928: Baby steps
[4/6/19, 1:08:07 PM] +1 (631) 379-9928: Here is the deal
I'm tied up the rest of the day

Do you still want to run tomorrow
[4/6/19, 1:08:24 PM] Anastasia: i dunno
[4/6/19, 1:08:28 PM] +1 (631) 379-9928: You do
[4/6/19, 1:08:43 PM] +1 (631) 379-9928: It's me
Come on
You wanna show off p     .                .          .              .
[4/6/19, 1:08:49 PM] +1 (631) 379-9928: Haha
[4/6/19, 1:09:04 PM] +1 (631) 379-9928: Make me a promise
[4/6/19, 1:09:05 PM] Anastasia: I'll go for you
[4/6/19, 1:09:14 PM] +1 (631) 379-9928: ☐
[4/6/19, 1:09:30 PM] +1 (631) 379-9928: If you don't go to the meet
Run on your own        .

_chat

[4/6/19, 1:09:43 PM] Anastasia: probably won't happen
[4/6/19, 1:09:47 PM] +1 (631) 379-9928: I'll be up early tomorrow and send you directions
[4/6/19, 1:09:52 PM] Anastasia: Ok
[4/6/19, 1:10:13 PM] +1 (631) 379-9928: Figure meet at 8
You leave your house at 7:30
[4/6/19, 1:10:17 PM] Anastasia: ok
[4/6/19, 1:10:39 PM] +1 (631) 379-9928: I'm sorry I'm not around today
I planned my around your meet knowing you'd be tied up
[4/6/19, 1:10:46 PM] +1 (631) 379-9928: My day
[4/6/19, 1:11:01 PM] +1 (631) 379-9928: Don't stand me up tomorrow
[4/6/19, 1:11:16 PM] +1 (631) 379-9928: Ya dig
[4/6/19, 1:11:36 PM] Anastasia: I won't
[4/6/19, 1:12:05 PM] +1 (631) 379-9928: Ok
Pleas hang tough today
I feel like shit I won't be here for you
[4/6/19, 1:12:13 PM] +1 (631) 379-9928: Stay Hard girl
[4/6/19, 1:12:28 PM] +1 (631) 379-9928: If I can I'll check up on you later
[4/6/19, 1:12:32 PM] +1 (631) 379-9928: Ok?
[4/6/19, 1:13:02 PM] +1 (631) 379-9928: Get out of the house do something outside clean!!!
[4/6/19, 1:13:28 PM] +1 (631) 379-9928: ███████ has devalued your self worth
I know this
It's wrong
You're better
[4/6/19, 1:13:38 PM] Anastasia: I'm used to it but enjoy your day talk to u later
[4/6/19, 1:13:48 PM] +1 (631) 379-9928: Bye
[4/6/19, 5:03:07 PM] +1 (631) 379-9928: Girl
I'm crushed I'm not there for you today.
Please stay strong
Dont smoke weed !!
I know ████ is not working and you're prob with her
Which is bad
But come on
Sonawesome this week
Now this

You've been on my mind all day
[4/6/19, 5:39:14 PM] +1 (631) 379-9928: Stay Hard
[4/6/19, 7:25:36 PM] +1 (631) 379-9928: Set your Alarm
[4/6/19, 7:28:01 PM] Anastasia: I'm dying dude but I'll get there I actually came to work so I didn't have that urge to meet her.
[4/7/19, 5:33:12 AM] +1 (631) 379-9928:  Quogue Wildlife Refuge (3 Old Country Rd, Southampton NY 11942, United States): http://quoguewildliferefuge.org/
[4/7/19, 5:34:13 AM] +1 (631) 379-9928: Yo girl
Do you have google maps on your phone ? If not ask Siri
[4/7/19, 5:35:04 AM] +1 (631) 379-9928: Try for 8 which means leave you house 7:30ish
If you can do earlier let me know
[4/7/19, 5:37:56 AM] +1 (631) 379-9928: I'm sure yesterday was a big suck
I'm sorry I wasn't there to help you.
Get yo ass up !!!!!!

I'm trying to full directions to send to you. Since I don't know exactly where you live I'll get you directions from Indian island
It's very easy
[4/7/19, 6:20:02 AM] Anastasia: Uhm no sis 8 is early enough
[4/7/19, 6:20:06 AM] +1 (631) 379-9928: You're up!!!!
[4/7/19, 6:20:13 AM] Anastasia: I am
[4/7/19, 6:20:16 AM] +1 (631) 379-9928: Wow
[4/7/19, 6:20:33 AM] +1 (631) 379-9928: How was work
[4/7/19, 6:20:45 AM] Anastasia: good good
[4/7/19, 6:20:57 AM] +1 (631) 379-9928: Fuck that q

_chat

Did you get high last night ?
[4/7/19, 6:21:09 AM] Anastasia: head high yes
[4/7/19, 6:21:18 AM] +1 (631) 379-9928: ?
Juul
[4/7/19, 6:21:26 AM] Anastasia: Yes
[4/7/19, 6:21:31 AM] +1 (631) 379-9928: No weed
[4/7/19, 6:21:36 AM] Anastasia: Nope
[4/7/19, 6:21:40 AM] +1 (631) 379-9928: Thank you
[4/7/19, 6:21:45 AM] Anastasia: gotchu
[4/7/19, 6:21:52 AM] +1 (631) 379-9928: Big hug

HUGE HUG
[4/7/19, 6:22:03 AM] Anastasia: Puts head on shoulder
[4/7/19, 6:22:07 AM] +1 (631) 379-9928: yup
[4/7/19, 6:22:29 AM] +1 (631) 379-9928: It's chilly out
You may want to rock tights
[4/7/19, 6:22:43 AM] +1 (631) 379-9928: I'm doing shorts
You're not ready for me in tights
[4/7/19, 6:22:51 AM] Anastasia: lmaooo
[4/7/19, 6:24:37 AM] +1 (631) 379-9928: Sooooo donyou have any idea how to get there
[4/7/19, 6:25:17 AM] +1 (631) 379-9928: I tested Siri
That bitch will give you directions
[4/7/19, 6:30:42 AM] +1 (631) 379-9928: You what I'm gonna say
If you're up now you can do 7:30
[4/7/19, 6:31:03 AM] +1 (631) 379-9928: Be back in a few
[4/7/19, 6:39:21 AM] Anastasia: Okay and I'm leaving my house at 7:30
[4/7/19, 6:40:06 AM] Anastasia: It's a 20 minute drive
[4/7/19, 6:45:27 AM] +1 (631) 379-9928: Less than 20
It's easy
[4/7/19, 6:45:34 AM] +1 (631) 379-9928: Do you kinda know the roads
[4/7/19, 6:46:29 AM] Anastasia: okay 18 my bad and not necessarily but google maps
does so we're good
[4/7/19, 6:54:30 AM] +1 (631) 379-9928: I live 7 houses from there
I won't leave until I know you're not lost
Then it's a 5 minute run there
[4/7/19, 6:56:11 AM] Anastasia: ok
[4/7/19, 6:59:55 AM] +1 (631) 379-9928: You may want to bring a change of clothes so
you don't drive home in cold sweaty stuff
[4/7/19, 7:00:28 AM] Anastasia: Nah I gotta drive home in victory sweat
[4/7/19, 7:00:31 AM] +1 (631) 379-9928: Also

DONT SPEED IN QUOGUE
THEY WILL PULL YOU OVER FOR 1 MPH OVER
[4/7/19, 7:01:35 AM] +1 (631) 379-9928: OK
when your 100 lbs ass is freezing and your lips are blue and teeth chattering
Don't complain to me
LOL
[4/7/19, 7:01:50 AM] Anastasia: Oh shut up
[4/7/19, 7:04:57 AM] +1 (631) 379-9928: Take it easy on the old man today
[4/7/19, 7:05:58 AM] Anastasia: Course
[4/7/19, 7:10:13 AM] Anastasia: Just a heads up I'm leaving in 5
[4/7/19, 7:11:29 AM] +1 (631) 379-9928: Ok
[4/7/19, 7:14:13 AM] +1 (631) 379-9928: You pumped ?!?!?!?
[4/7/19, 7:26:55 AM] Anastasia: Just about
[4/7/19, 7:27:09 AM] +1 (631) 379-9928: There
Or
Pumped
[4/7/19, 7:27:32 AM] Anastasia: I'll be there at 7:35
[4/7/19, 7:27:38 AM] Anastasia: But I'm pumped
[4/7/19, 7:28:51 AM] +1 (631) 379-9928: Not that I want you to text and drive but
Text me when you make the right at the self storage place I'll leave my house then
You can't get lost at that point

Page 38

_chat

[4/7/19, 7:29:43 AM] Anastasia: Ok
[4/7/19, 7:32:53 AM] Anastasia: Leave now
[4/7/19, 7:32:59 AM] +1 (631) 379-9928: K
[4/7/19, 10:50:41 AM] +1 (631) 379-9928: Yo
Do a tic check when you get home
[4/7/19, 10:57:02 AM] +1 (631) 379-9928: All the yellow caution tape hanging from
the trees right under sunrise
That's part of the race course
[4/7/19, 11:00:59 AM] +1 (631) 379-9928: Let me know your home safe
[4/7/19, 11:02:29 AM] Anastasia: Just got home
[4/7/19, 11:05:33 AM] +1 (631) 379-9928: <attached:
00001439-PHOTO-2019-04-07-11-05-17.jpg>
[4/7/19, 11:05:39 AM] +1 (631) 379-9928: <attached:
00001440-PHOTO-2019-04-07-11-05-23.jpg>
[4/7/19, 11:06:06 AM] Anastasia: Best morning I've had in a while
[4/7/19, 11:06:14 AM] +1 (631) 379-9928: I hope you're in a good place for the res
of the day
[4/7/19, 11:06:18 AM] +1 (631) 379-9928: 🩷
[4/7/19, 11:06:49 AM] +1 (631) 379-9928: You were very relaxed
It was obvious
[4/7/19, 11:10:44 AM] Anastasia: I felt it dude
[4/7/19, 11:11:07 AM] Anastasia: like I didn't feel like I needed to do drugs or
feel anxious I was just chillin
[4/7/19, 11:14:24 AM] +1 (631) 379-9928: We need you to transfer that to the rest of
your life
[4/7/19, 11:14:38 AM] Anastasia: Yes!
[4/7/19, 11:14:59 AM] +1 (631) 379-9928: When you get your watch you'll have cool
maps too
Haha
[4/7/19, 11:15:11 AM] Anastasia: Aye!
[4/7/19, 11:15:38 AM] +1 (631) 379-9928: Aaaaaaaaaand of course the boardwalk was
open as I ran home
[4/7/19, 11:15:46 AM] Anastasia: NOOOOO
[4/7/19, 11:15:54 AM] +1 (631) 379-9928: Ya
[4/7/19, 11:16:05 AM] Anastasia: hurts just a little
[4/7/19, 11:16:14 AM] +1 (631) 379-9928: Check for tics
[4/7/19, 11:16:32 AM] Anastasia: you got it
[4/7/19, 11:16:58 AM] +1 (631) 379-9928: Doubt you'll find any but be safe
Next trail is more of a chance
[4/7/19, 11:17:32 AM] +1 (631) 379-9928: Bruh
Should seeen you're face face when you were done at the locked gate
[4/7/19, 11:17:42 AM] +1 (631) 379-9928: Like
I'm not running another step
[4/7/19, 11:17:56 AM] Anastasia: I really wasn't lmaooo I was soo tired
[4/7/19, 11:18:16 AM] +1 (631) 379-9928: Do the stretchs
Drink water
[4/7/19, 11:18:25 AM] +1 (631) 379-9928: Don't smoke
[4/7/19, 11:18:33 AM] Anastasia: I probably won't
[4/7/19, 11:18:49 AM] +1 (631) 379-9928: More determination dude
[4/7/19, 11:19:06 AM] +1 (631) 379-9928: House to myself
Doing your water bottle flip dancer
[4/7/19, 11:19:10 AM] Anastasia: I have to take Maryann home so I won't smoke
[4/7/19, 11:19:18 AM] +1 (631) 379-9928: Good
[4/7/19, 11:19:26 AM] Anastasia: lmao
[4/7/19, 11:19:43 AM] +1 (631) 379-9928: You needed this morning
[4/7/19, 11:19:48 AM] Anastasia: I really did
[4/7/19, 11:20:18 AM] +1 (631) 379-9928: The fresh air
Peaceful surroundings
Exercise
[4/7/19, 11:20:40 AM] Anastasia: yes!
[4/7/19, 11:20:50 AM] +1 (631) 379-9928: Next trails are tough
[4/7/19, 11:20:54 AM] Anastasia: I feel better
[4/7/19, 11:20:56 AM] Anastasia: oh no

_chat

```
[4/7/19, 11:20:59 AM] +1 (631) 379-9928: You need to stop smoking
[4/7/19, 11:21:10 AM] +1 (631) 379-9928: They are tough for me
[4/7/19, 11:21:25 AM] Anastasia: and you don't smoke so that says something
[4/7/19, 11:21:31 AM] +1 (631) 379-9928: Hills
[4/7/19, 11:21:35 AM] Anastasia: NOOOOOOO
[4/7/19, 11:21:44 AM] Anastasia: that's literally my new nightmare
[4/7/19, 11:21:45 AM] +1 (631) 379-9928: I'll take care of you
[4/7/19, 11:21:56 AM] +1 (631) 379-9928: Mine too I hate them
[4/7/19, 11:22:03 AM] Anastasia: puts head on shoulder
[4/7/19, 11:22:13 AM] +1 (631) 379-9928: Ya
[4/7/19, 11:22:37 AM] +1 (631) 379-9928: I liked just sitting there looking at the
water
[4/7/19, 11:22:51 AM] Anastasia: Me too that was one of my favorite parts
[4/7/19, 11:23:22 AM] +1 (631) 379-9928: What time is the party
[4/7/19, 11:23:35 AM] Anastasia: We're leaving the house at like 12
[4/7/19, 11:23:54 AM] Anastasia: I told ██████I'm trying to leave early and she was
down
[4/7/19, 11:24:01 AM] +1 (631) 379-9928: Ok
I'm jumping in shower (I smell)
[4/7/19, 11:24:06 AM] +1 (631) 379-9928: Leave clean
[4/7/19, 11:24:07 AM] Anastasia: agreed
[4/7/19, 11:24:11 AM] +1 (631) 379-9928: !!!!!!!!
[4/7/19, 11:24:17 AM] Anastasia: I will I'll keep you posted throughout
[4/7/19, 11:24:28 AM] +1 (631) 379-9928: Ok
Later dude
[4/7/19, 11:24:35 AM] Anastasia: C ya
[4/7/19, 11:46:47 AM] +1 (631) 379-9928: Yo just drove past the wild life
Packed cars parked  on both sides of the street
[4/7/19, 11:50:04 AM] Anastasia: Thank god we went early
[4/7/19, 11:57:11 AM] +1 (631) 379-9928: Ya because I hate people
Except you of course
Plus now it's over and you have the entire day to enjoy the post workout high
[4/7/19, 11:59:02 AM] Anastasia: I really am on a high. A HEALTHY HIGH!!! and uhm
you better not hate me. I'm too good looking and funny. I just realized there hasn't
been a time we talked that you haven't laughed.. you're welcome:
[4/7/19, 11:59:04 AM] Anastasia: :)
[4/7/19, 12:07:04 PM] +1 (631) 379-9928: Yes
Thank you for that
I'm comfortable around you
Which is not usually the case
I'm always on guard (my demons)
LOL
[4/7/19, 12:15:32 PM] Anastasia: dude we have a problem
[4/7/19, 12:23:32 PM] +1 (631) 379-9928: What
[4/7/19, 12:50:51 PM] Anastasia:████████ is here
[4/7/19, 12:53:30 PM] +1 (631) 379-9928: Avoid at all costs
Get angry not sad
[4/7/19, 12:53:53 PM] +1 (631) 379-9928: Kick her right in ,,,,,,,
[4/7/19, 12:55:09 PM] Anastasia: and time for a breakdown
[4/7/19, 12:55:34 PM] +1 (631) 379-9928: No
No
No
[4/7/19, 12:55:45 PM] +1 (631) 379-9928: Go back to the bench
The clam water
[4/7/19, 12:55:55 PM] +1 (631) 379-9928: Find Maryann
Sit on her lap
[4/7/19, 12:56:59 PM] Anastasia: is it bad I'm avoiding as much possible contact?
[4/7/19, 12:57:19 PM] +1 (631) 379-9928: No perfect
[4/7/19, 12:57:55 PM] +1 (631) 379-9928: Good news
My wife is in 2 nd place right now
[4/7/19, 12:58:06 PM] Anastasia: f she's coming towards me
[4/7/19, 12:58:17 PM] Anastasia: AYE! I'm proud
[4/7/19, 12:58:28 PM] Anastasia: Go Mrs regan!
```

_chat
[4/7/19, 12:58:35 PM] +1 (631) 379-9928: Go the other way
Go to the bench by the water
[4/7/19, 12:59:26 PM] Anastasia: bruh
[4/7/19, 12:59:35 PM] Anastasia: We're all so fake it's funny
[4/7/19, 1:06:27 PM] +1 (631) 379-9928: Why do you say that
[4/7/19, 1:08:28 PM] Anastasia: because nobody really likes ██████ but we're here
like ooooo heyyyyyyy we miss you like arguing
[4/7/19, 1:08:30 PM] Anastasia: stfu
[4/7/19, 1:10:33 PM] +1 (631) 379-9928: Fuck her
[4/7/19, 1:11:58 PM] +1 (631) 379-9928: Your text before
We have a prob
Thought mom's found out we ran

Ha
[4/7/19, 1:12:11 PM] +1 (631) 379-9928: This is just as bad but
F her you know that
[4/7/19, 1:12:20 PM] Anastasia: Omg no but yeah
[4/7/19, 1:12:30 PM] Anastasia: and everyone is juuling
[4/7/19, 1:13:31 PM] +1 (631) 379-9928: Stay away from that too
Just go home
[4/7/19, 1:14:32 PM] +1 (631) 379-9928: Thanks for an awesome
Sunday morning
[4/7/19, 1:15:12 PM] Anastasia: Gotchu! I really had a great time. &&ok
[4/7/19, 1:15:35 PM] +1 (631) 379-9928: <attached:
00001533-PHOTO-2019-04-07-13-15-19.jpg>
[4/7/19, 1:15:52 PM] Anastasia: Oooh wow
[4/7/19, 1:16:02 PM] Anastasia: is the race over?
[4/7/19, 1:18:39 PM] +1 (631) 379-9928: Soon
She 6:17 in
Did it in 6:55 last year
[4/7/19, 1:18:53 PM] +1 (631) 379-9928: That's hours
[4/7/19, 1:19:05 PM] Anastasia: Aye
[4/7/19, 1:26:09 PM] Anastasia: FUCCCKKKK
[4/7/19, 1:26:51 PM] +1 (631) 379-9928: Avoid her
And the juul
Go to Maryann
[4/7/19, 1:27:04 PM] Anastasia: TOOOO LATE
[4/7/19, 1:27:11 PM] +1 (631) 379-9928: Juul
[4/7/19, 1:27:13 PM] Anastasia: 3 of my cousins throw it over
[4/7/19, 1:27:20 PM] Anastasia: and was like you can't be stupid today
[4/7/19, 1:27:25 PM] Anastasia: and here I am
[4/7/19, 1:27:28 PM] +1 (631) 379-9928: Fuuuuuuuuuuuuuuuuuuuuuuuck
[4/7/19, 1:33:12 PM] +1 (631) 379-9928: Gotta go for now
Catch you later
[4/7/19, 1:33:18 PM] +1 (631) 379-9928: No weed dude !!!!
[4/7/19, 3:31:36 PM] +1 (631) 379-9928: Ok
██████████ is not worth it
Stop letting her control you. By holding on to what she did you're allowing her to
have control over you.
You're an amazing person.  You have to see that!!!!!!!

It's like bullying. Why do bullys pick on people, they are trying to make up
something they are missing. And by picking on the other person it makes themselves
feel better.
Those things that she said to you, she was really saying them to herself , that's
how she feels about herself (that's deep, re read it).

New deal
Stay away from weed
Minimize juul
In the past two years do you know how many times I've been asked if I want s drink?
A ton and guess what, it's not easy either but I do it.

Page 41

_chat
You need to keep running it will save you and take you places. Look at the beautiful place you were this morning, drugs won't take you there.

I'll have a full house again soon
So I won't be around much later
You're in a good place.

I've been hugging you all day!!!!

Stay Hard
BR (dad)
[4/7/19, 3:58:51 PM] Anastasia: You're so right. I teared up wen I hugged her dude all the anger and everything just let go but like always I held in. I just acted like we were all good. I'm trying to minimize the juuling I know it's taking me down step by step. Im slowly on the road to success.. baby steps. Thanks dad for all your support through the drugs and everything. You're one of the few people I know who won't give up on me. I need that you know that. As much as this scares the hell out of me.. you have my trust.
[4/7/19, 4:18:50 PM] +1 (631) 379-9928: Now I'm tearing up.
[4/7/19, 4:25:39 PM] Anastasia: I believe it
[4/7/19, 4:33:05 PM] +1 (631) 379-9928: I like your plan of not leaving the building during free periods
Please do that.
[4/7/19, 4:33:54 PM] Anastasia: I will
[4/7/19, 5:22:25 PM] +1 (631) 379-9928: Stretch
Don't forget to stretch !!!!!
Drink water
[4/7/19, 8:40:04 PM] Anastasia: Dude I just knocked (fell asleep) for 5 hours and I'm going right back to bed!!
[4/8/19, 5:06:32 AM] +1 (631) 379-9928: Girl
You went to bed before me last night !!!! Who's old now?!?
[4/8/19, 5:09:30 AM] +1 (631) 379-9928: I'm sure you had a stressful afternoon, the complete opposite of the morning.
But
Having had that morning allowed you to balance the afternoon. And as shitty as the party was for you it would have been worse had you not run and enjoyed nature.
[4/8/19, 5:22:20 AM] +1 (631) 379-9928: Before you really start thinking about your day just go back to the bench, how calm and still the water was, how calm and still your body was for those moments you were in tune with nature, you felt it I saw it. That's were running can and clean living will bring you.
I don't think it's even a question now
You're going to have a a good day, great week. Just as the sun rises in the east, Anastasia will have a good day!!!!

Btw two things
I hate going for walks.  But yesterday I really enjoyed walking it was so relaxing.
And
I kinda wanna cut school and go run trails with you.

You have two weeks to juul as LITTLE as possible , try not al all, because next Friday want to run 10+ with you on black diamond trails.

I really enjoyed our run walk yesterday, our secret father daughter time. Hold onto those feelings.
You're in such a better place, you have to see that.

See you in a few
No leaving the building today, I'm metaphorically snatching your keys and telling Kenny not to let you out.

Brag about your 8.5 mile run
Just keep the location and company low key ⬜
We know, thats good enough
                              Page 42

_chat

Big hug
[4/8/19, 6:05:19 AM] +1 (631) 379-9928: G' Morning yo
[4/8/19, 6:07:30 AM] Anastasia: Dude I slept for like 15 hours and I loved every of
it!  Now walking.. why do u think I like walking your halls!! It's a chill feeling
dude! No joke I'd skip with u too to run trails and go back to yesterday morning!
Our father daughter time puts me in a better place I need that! Puts head on
shoulder.. I won't leave today got better things to do then juul!
[4/8/19, 6:07:36 AM] Anastasia: Good morning:))
[4/8/19, 6:22:37 AM] +1 (631) 379-9928: That's the best thing you've ever said to me
[4/8/19, 6:22:48 AM] +1 (631) 379-9928: Hold onto that
[4/8/19, 6:23:03 AM] Anastasia: I gotchu!
[4/8/19, 6:23:10 AM] +1 (631) 379-9928: Careful driving in the rain
[4/8/19, 6:23:48 AM] Anastasia: You too with your yk ancient whip (car)
[4/8/19, 6:29:31 AM] +1 (631) 379-9928: Ya I've almost died a few times in the snow
driving this thing and heavy rain
[4/8/19, 6:30:10 AM] Anastasia: Not surprised.. I'm wearing sweatpants once again
oof
[4/8/19, 6:55:54 AM] +1 (631) 379-9928: It's raining you're allowed
[4/8/19, 6:59:04 AM] +1 (631) 379-9928: I feel like yesterday morning put you on a
better plane going forward
I feel that from you

Also

About 10 degrees warmer and this is the perfect rain to run in
[4/8/19, 7:18:39 AM] Anastasia: It really is
[4/8/19, 7:29:29 AM] +1 (631) 379-9928: Ok
Body check

How are your legs / feet feeling?
Obviously looking good but that's a given LOL
Did you check for tics ?
[4/8/19, 7:42:55 AM] Anastasia: I have this really weird pain I'll show you where
later.. other than that I'm doing good. Obviously. And yes I did
[4/8/19, 7:43:52 AM] +1 (631) 379-9928: So I look forward to Mondays now
Because I know you're better mon- fri
And I can see you to see how you're doing
[4/8/19, 7:44:24 AM] Anastasia: me too
[4/8/19, 8:00:55 AM] +1 (631) 379-9928: You just want to see ███████
Ha
[4/8/19, 8:02:35 AM] Anastasia: Course
[4/8/19, 8:41:45 AM] +1 (631) 379-9928: Every class
The entire time today
[4/8/19, 8:50:39 AM] +1 (631) 379-9928: Doing a little walk with ███████
I see your point about walking
You're rubbing off on me
[4/8/19, 9:02:52 AM] Anastasia: Proud dude we're good for each other
[4/8/19, 9:13:21 AM] +1 (631) 379-9928: Apparently
[4/8/19, 9:14:42 AM] +1 (631) 379-9928: I was going to tell you that you should take
Maryann to the wild life and walk with her
But then I thought nah
That's our place
You should make sure go there and run again
[4/8/19, 9:15:03 AM] Anastasia: That really is our place
[4/8/19, 9:15:58 AM] Anastasia: Then again Maryann and I have our place too and you
just sad "nah" way out of you vocab I do rub off on you
[4/8/19, 9:24:18 AM] +1 (631) 379-9928: You swinging by later?
[4/8/19, 9:26:52 AM] Anastasia: Oh of course
[4/8/19, 9:29:35 AM] +1 (631) 379-9928: I'll keep 8th free

I'll show you some BA pictures of the wife from yesterday if you want to see
I'm signing up for the 15k next Sunday which you would be doing too if you weren't
on the trip

Page 43

_chat

Ya I said it
[4/8/19, 9:31:22 AM] Anastasia: you really did say it. Mm keep 67&8 open thanks lmao
[4/8/19, 9:31:25 AM] Anastasia: Kidding
[4/8/19, 9:35:03 AM] +1 (631) 379-9928: I'm free half of 6
7 is tight have a few calls to make
8th is yours
But
That doesn't mean you can leave
DAD VOICE
[4/8/19, 9:35:31 AM] Anastasia: LMAO I won't dad
[4/8/19, 9:36:06 AM] Anastasia: I actually need to show you my project 6th before I
hand it in so be available the beginning of 6
[4/8/19, 9:54:02 AM] +1 (631) 379-9928: Ok
[4/8/19, 9:54:13 AM] +1 (631) 379-9928: Look at you telling me what to do
[4/8/19, 1:16:38 PM] +1 (631) 379-9928: Um yo?!
[4/8/19, 3:07:19 PM] +1 (631) 379-9928: <attached:
00001597-GIF-2019-04-08-15-07-03.mp4>
[4/8/19, 3:07:32 PM] +1 (631) 379-9928: Yo girl
Keep me posted
[4/8/19, 3:23:22 PM] Anastasia: So I just left.. she was trying to get me to take
the practice ASVAB that I can only take once and. I was like I'm not ready give me
like a week
[4/8/19, 3:23:26 PM] Anastasia: Or two
[4/8/19, 3:26:35 PM] +1 (631) 379-9928: Smart move
What else ?
Did answer your questions ?
[4/8/19, 3:27:13 PM] Anastasia: Yes and I'll tell
You about it when I'm free too hush to text
[4/8/19, 3:27:17 PM] Anastasia: Much
[4/8/19, 3:27:40 PM] +1 (631) 379-9928: Ok
[4/8/19, 3:27:47 PM] +1 (631) 379-9928: Do you feel good about what she said
[4/8/19, 3:28:09 PM] Anastasia: Yes though I feel like she's rushing me
[4/8/19, 3:28:29 PM] +1 (631) 379-9928: That's her JOB
Know that
Do it at your pace
[4/8/19, 3:28:48 PM] Anastasia: yes of course
[4/8/19, 3:28:49 PM] +1 (631) 379-9928: What are you doing now
[4/8/19, 3:28:58 PM] Anastasia: Nothing
[4/8/19, 3:29:06 PM] +1 (631) 379-9928: Home or ████?
[4/8/19, 3:29:15 PM] Anastasia: Neither
[4/8/19, 3:29:28 PM] +1 (631) 379-9928: Which do you think you should do?
[4/8/19, 3:29:43 PM] Anastasia: Your right
[4/8/19, 3:29:45 PM] Anastasia: Home
[4/8/19, 3:30:50 PM] Anastasia: But you already know I'm gunna be with her
[4/8/19, 3:30:53 PM] Anastasia: Stay
[4/8/19, 3:30:59 PM] Anastasia: ████████
[4/8/19, 3:31:02 PM] +1 (631) 379-9928: Dude
[4/8/19, 3:31:21 PM] +1 (631) 379-9928: I can't pull you any harder
[4/8/19, 3:31:32 PM] +1 (631) 379-9928: Go take a walk to the beach from your house
[4/8/19, 3:32:12 PM] +1 (631) 379-9928: I'm going home
I'll be free from like 5-6
I'll check in on you
[4/8/19, 3:32:19 PM] Anastasia: Ok
[4/8/19, 3:32:21 PM] +1 (631) 379-9928: You shouldn't juul
[4/8/19, 3:32:35 PM] +1 (631) 379-9928: No FUCKING WEED
[4/8/19, 3:32:47 PM] Anastasia: Puts head on shoulder
[4/8/19, 3:33:15 PM] +1 (631) 379-9928: YA sometime you don't help yourself
[4/8/19, 3:33:20 PM] +1 (631) 379-9928: Often times
[4/8/19, 3:33:42 PM] +1 (631) 379-9928: If I could hug you more I would
You need it
[4/8/19, 3:36:55 PM] Anastasia: Majority of the time and I know...you being there
for me all the time helps so much
[4/8/19, 3:38:56 PM] Anastasia: Are you going to prom meeting

_chat
[4/8/19, 3:41:45 PM] +1 (631) 379-9928: I'm jammed up at home schedule wise
Can't make meeting
[4/8/19, 3:42:01 PM] Anastasia: Just wondering
[4/8/19, 3:42:11 PM] +1 (631) 379-9928: You saying that helps
I feel like I'm not helping because you won't stop
[4/8/19, 3:42:38 PM] +1 (631) 379-9928: I know you feel better when we talk
And I'm not leaving you
[4/8/19, 3:42:42 PM] Anastasia: I'm just addicted you help so much so don't ever
think that
[4/8/19, 3:44:49 PM] +1 (631) 379-9928: When it falls in your lap I get it
When you go looking it's a diff story
[4/8/19, 3:45:04 PM] +1 (631) 379-9928: I don't like your new gym class
[4/8/19, 3:45:35 PM] +1 (631) 379-9928: You ll juul before every gym clas
[4/8/19, 3:46:54 PM] Anastasia: like its actually crazy how much u help I think
you're on point with me missing a dad
[4/8/19, 3:47:33 PM] Anastasia: I just realized about this new gym class but I'll be
closer with dounalis so I won't be temped with a juul
[4/8/19, 3:51:04 PM] +1 (631) 379-9928: Switch to the other day
Away from them 6th
[4/8/19, 3:52:48 PM] +1 (631) 379-9928: And
You can't miss what you didn't have
You just didn't have it
And I'm not taking anything away from your moms
But
████ sees her dad love his mom
It's different
[4/8/19, 3:52:56 PM] Anastasia: I literally can't I had to go through a lot to
change to begin with
[4/8/19, 3:53:08 PM] +1 (631) 379-9928: I'll help
[4/8/19, 3:53:29 PM] Anastasia: miss-miss out ok
[4/8/19, 3:53:30 PM] +1 (631) 379-9928: But you have to want my help on this
[4/8/19, 3:53:31 PM] Anastasia: On
[4/8/19, 3:53:58 PM] +1 (631) 379-9928: You know I'm right
[4/8/19, 3:54:05 PM] Anastasia: I just left ████ and I told her I need to cut down
[4/8/19, 3:54:24 PM] +1 (631) 379-9928: Didnyou just juul
[4/8/19, 3:54:31 PM] Anastasia: More or less stop
[4/8/19, 3:54:51 PM] Anastasia: How do you know
[4/8/19, 3:54:57 PM] +1 (631) 379-9928: Duh
[4/8/19, 3:55:30 PM] Anastasia: Didn't answer my question 🙃
[4/8/19, 3:55:52 PM] +1 (631) 379-9928: Which one
[4/8/19, 3:57:03 PM] Anastasia: How do you know I juuled
[4/8/19, 3:59:21 PM] Anastasia: Hmm
[4/8/19, 4:00:45 PM] +1 (631) 379-9928: 1) you always do with her
2)
[4/8/19, 4:00:53 PM] +1 (631) 379-9928: 2) if you're asking you know
[4/8/19, 4:01:02 PM] Anastasia: Know what?
[4/8/19, 4:01:11 PM] +1 (631) 379-9928: That I know
[4/8/19, 4:02:55 PM] Anastasia: Dunno what ur talking about
[4/8/19, 4:50:11 PM] Anastasia: So you can email ████ but not answer me?? Hurt.
[4/8/19, 4:51:21 PM] Anastasia: Kidding obviously
[4/8/19, 5:04:00 PM] +1 (631) 379-9928: This is not something I wanted to discuss
over text with you
Honesty goes two ways and I'm honest with you too

How do you she emailed me
[4/8/19, 5:05:53 PM] +1 (631) 379-9928: You need to switch gyms!!!!
[4/8/19, 5:05:55 PM] Anastasia: she sent me a screenshot of your email saying thank
you
[4/8/19, 5:06:00 PM] Anastasia: look at this!!
[4/8/19, 5:06:00 PM] +1 (631) 379-9928: Trust me
[4/8/19, 5:06:04 PM] Anastasia: Hold on..
[4/8/19, 5:06:40 PM] Anastasia: <attached: 00001672-PHOTO-2019-04-08-17-06-23.jpg>
[4/8/19, 5:07:28 PM] +1 (631) 379-9928: Is that you in blue

_chat

Her in gray?
[4/8/19, 5:07:33 PM] Anastasia: yes
[4/8/19, 5:07:54 PM] Anastasia: Clearly you don't understand I message
[4/8/19, 5:08:00 PM] Anastasia: Loser
[4/8/19, 5:08:35 PM] +1 (631) 379-9928: I do but without names it's hard to tell
[4/8/19, 5:09:20 PM] +1 (631) 379-9928: So did you show you her email to me
[4/8/19, 5:09:35 PM] Anastasia: Wait what
[4/8/19, 5:10:16 PM] Anastasia: she sent me the email you sent her I just read
"thank you" so I made a joke like "he can answer you but not me.. fake.." obviously
kidding around hence the message
[4/8/19, 5:10:52 PM] +1 (631) 379-9928: Yes
All you saw was my thank you
[4/8/19, 5:11:03 PM] Anastasia: Yeah why what else was there
[4/8/19, 5:12:36 PM] +1 (631) 379-9928: Ask her what she sent me
[4/8/19, 5:12:45 PM] Anastasia: Why??
[4/8/19, 5:12:47 PM] +1 (631) 379-9928: That warranted my thank you
[4/8/19, 5:13:01 PM] Anastasia: "Warranted" so sophisticated
[4/8/19, 5:13:12 PM] Anastasia: spill the beans bro
[4/8/19, 5:14:09 PM] +1 (631) 379-9928: Not over text
[4/8/19, 5:14:19 PM] Anastasia: Gotcha
[4/8/19, 5:14:49 PM] +1 (631) 379-9928: And when we talk about it
I'll be trusting you with some large info
[4/8/19, 5:15:26 PM] +1 (631) 379-9928: Hear me now
You need to change gyms
Minimize your exposure to ███
She doesn't have your best interest
[4/8/19, 5:16:09 PM] +1 (631) 379-9928: I'm with you through this
You know that

I'm excited for you and the Air Force but will miss you
[4/8/19, 5:16:11 PM] Anastasia: interesting
[4/8/19, 5:16:43 PM] Anastasia: Soo she emailed you about juuling
[4/8/19, 5:16:50 PM] Anastasia: that's all I got
[4/8/19, 5:16:54 PM] Anastasia: OHHHHH
[4/8/19, 5:17:08 PM] Anastasia: putting this together she emailed you about me
juuling I assume
[4/8/19, 5:17:22 PM] +1 (631) 379-9928: Remember I'm the only person that told my
friend to fly jets in the military
So I have your best interests at heart even when it will cause me pain when you go
[4/8/19, 5:17:32 PM] +1 (631) 379-9928: That's a lot from me but all real
[4/8/19, 5:17:57 PM] Anastasia: that really is
[4/8/19, 5:18:25 PM] Anastasia: Totally just dodged what I said but I know the story
lol
[4/8/19, 5:19:05 PM] +1 (631) 379-9928: Was ducking you
Was typing
Didn't want to break my stream
[4/8/19, 5:19:21 PM] Anastasia: gotcha
[4/8/19, 5:19:55 PM] +1 (631) 379-9928: Ask ████
"what was he saying thank you for"
[4/8/19, 5:20:03 PM] Anastasia: I literally did
[4/8/19, 5:20:11 PM] Anastasia: She said juuling
[4/8/19, 5:20:30 PM] Anastasia: So I put it together assuming she told u I was doing
it
[4/8/19, 5:20:37 PM] +1 (631) 379-9928: Ok yes
[4/8/19, 5:21:04 PM] +1 (631) 379-9928: I was going to tell you tomorrow
[4/8/19, 5:21:18 PM] Anastasia: I know you were I'm a step ahead
[4/8/19, 5:21:45 PM] +1 (631) 379-9928: I really was no BS
Not sure of her motives
But listen to me
She is trying to drive a wedge
[4/8/19, 5:21:59 PM] Anastasia: Meaning..
[4/8/19, 5:23:16 PM] +1 (631) 379-9928: Why would she email me telling me what
you're doing

_chat
When she is the sole reason you're doing it without implicating herself
[4/8/19, 5:25:03 PM] +1 (631) 379-9928: She's not looking out for you
Shes trying to control you
[4/8/19, 5:25:42 PM] +1 (631) 379-9928: She sees me as a threat to your friendship
[4/8/19, 5:26:29 PM] +1 (631) 379-9928: You should ask her
Why she emailed me
And
Tell her He already knew and yelled at me for it
And
You're not helping by always throwing it in my face
[4/8/19, 5:26:43 PM] Anastasia: now this is coming from very deep inside me
butttttt......
you do have the best intrest in me. You have gone ABOVE and wayyy beyond for me as
if I really am one of your kids and I've never met (obviously aside from my parents)
that will throw a line out for someone who was* sooo far gone. This is why I listen
to you (dad) because you're everything I've always wanted to be successful honest
etc. I think I've learned more in these past few months than I have In the past
three years you feel? █████ I agree is totally bringing me down. I 100% understand
now where you are always coming from.. looking out of me and never against me and I
can't thank you enough.
[4/8/19, 5:28:57 PM] Anastasia: <attached: 00001718-PHOTO-2019-04-08-17-28-41.jpg>
[4/8/19, 5:28:57 PM] +1 (631) 379-9928: Thank god i have sunglasses on
I'm crying

Huge hug ( that I don't let go of because someone may walk in)
[4/8/19, 5:29:59 PM] Anastasia: █████said "I'm sorry I do that" and I'm glad that
hit because that was something I dunno if I could say in person because I'd cry and
yk I don't do that
[4/8/19, 5:32:19 PM] +1 (631) 379-9928: Ya
I know you're better on text
[4/8/19, 5:32:40 PM] Anastasia: For emotional texts
[4/8/19, 5:32:44 PM] +1 (631) 379-9928: You need to tell █████ IM TRYING TO STOP
I WANT TO RUN ITS IMPORTANT TO ME
[4/8/19, 5:33:59 PM] Anastasia: I'm actually telling her right now
[4/8/19, 5:34:34 PM] +1 (631) 379-9928: Did she say why she emailed me
[4/8/19, 5:34:39 PM] +1 (631) 379-9928: Her motive
[4/8/19, 5:35:13 PM] Anastasia: I said I'd just wish you would see what I do and she
say wym (what you mean)
[4/8/19, 5:35:23 PM] Anastasia: and no
[4/8/19, 5:36:02 PM] +1 (631) 379-9928: Just re read your deep text
[4/8/19, 5:36:46 PM] Anastasia: So I said Like how important running is to me and
how important is for me to stop because my life goals are slowly diminishing.
[4/8/19, 5:37:05 PM] +1 (631) 379-9928: Set your sails
If people aren't with you leave them on shore
[4/8/19, 5:37:47 PM] +1 (631) 379-9928: I see you running for the rest of your life
You'll meet amazing people
[4/8/19, 5:38:34 PM] +1 (631) 379-9928: Yo girl stretch
[4/8/19, 5:38:42 PM] Anastasia: And I can't wait for the journey
[4/8/19, 5:38:59 PM] +1 (631) 379-9928: Hope I didn't make  you uncomfortable
showing you the Achilles run
[4/8/19, 5:39:05 PM] +1 (631) 379-9928: Run
[4/8/19, 5:39:09 PM] Anastasia: I wanna be so successful that I can come back one
day and take you for a whip (ride) on a jet or whatever
[4/8/19, 5:39:31 PM] +1 (631) 379-9928: That would be awesome
[4/8/19, 5:39:37 PM] Anastasia: I can't run I did that stretch with my Achilles and
it hurts really bad
[4/8/19, 5:39:47 PM] +1 (631) 379-9928: Rest
[4/8/19, 5:40:32 PM] +1 (631) 379-9928: Rub the Achilles and you calf
[4/8/19, 5:40:39 PM] Anastasia: Is that from too much running
[4/8/19, 5:40:55 PM] +1 (631) 379-9928: Yes and no
Could be a form issue
[4/8/19, 5:41:13 PM] Anastasia: I did that! and I "went up the chain"
[4/8/19, 5:41:29 PM] +1 (631) 379-9928: Good girl

_chat

[4/8/19, 5:42:29 PM] +1 (631) 379-9928: Bet you're glad you shaved your legs when I grabbed your calf

[4/8/19, 5:42:38 PM] Anastasia: I think this is the weirdest pain I've been in in a long time
[4/8/19, 5:42:42 PM] Anastasia: Oh dam right
[4/8/19, 5:43:17 PM] +1 (631) 379-9928: Hot tub girl
Jets on calf and Achilles
[4/8/19, 5:43:51 PM] Anastasia: when I got hurt in lacrosse season and their (cute) trainer was like okay sock off I was like ohh hun let me just give you a heads up I didn't shave and my feet prob smell and she was like don't worry I'm used to it
[4/8/19, 5:44:13 PM] +1 (631) 379-9928: Haha
[4/8/19, 5:44:37 PM] +1 (631) 379-9928: Ya never know when you're gonna need them to look their best
[4/8/19, 5:44:42 PM] Anastasia: and being the flirt that I am was like this probably isn't the most attractive first appearance you've been through
[4/8/19, 5:44:57 PM] Anastasia: Ohh of course
[4/8/19, 5:45:27 PM] +1 (631) 379-9928: Of course
[4/8/19, 5:45:42 PM] Anastasia: I told ███████ don't bother bringing a juul near me anymore so I can start accomplishing my life goals
[4/8/19, 5:46:07 PM] +1 (631) 379-9928: Love it

Hugging you (feel it)
[4/8/19, 5:46:46 PM] +1 (631) 379-9928: And don't think I wouldn't have busted on you if you had stubble
[4/8/19, 5:47:16 PM] +1 (631) 379-9928: I rolled my ankle playing basketball at college
Went right to the ER from the gym
Sweaty mess
[4/8/19, 5:47:23 PM] Anastasia: Lmaoo I probably would've kicked you
[4/8/19, 5:47:55 PM] Anastasia: Oh that's hot (sarcastic)
[4/8/19, 5:48:11 PM] +1 (631) 379-9928: They x rayed it
Put it right in a soft cast
I said yo doc ya gonna wash that I just played ball for like 2 hours
[4/8/19, 5:48:15 PM] +1 (631) 379-9928: He said nah
[4/8/19, 5:48:27 PM] Anastasia: Ew
[4/8/19, 5:48:40 PM] +1 (631) 379-9928: So X number of weeks later I go back to get the thing off
Same doc
[4/8/19, 5:49:03 PM] +1 (631) 379-9928: He took that thing off
Oh boy it cleared the room
[4/8/19, 5:49:16 PM] +1 (631) 379-9928: I said see you should have washed it
[4/8/19, 5:49:18 PM] Anastasia: Oooh man
[4/8/19, 5:49:36 PM] Anastasia: You should've seen when they took my cast off
[4/8/19, 5:49:37 PM] +1 (631) 379-9928: And man it was ripe
[4/8/19, 5:49:44 PM] Anastasia: I bet
[4/8/19, 5:49:55 PM] +1 (631) 379-9928: It prob looked like a half plucked chicken
[4/8/19, 5:50:22 PM] Anastasia: I went from a twig to all bone
[4/8/19, 5:50:29 PM] Anastasia: CUTE GIRL IS HERE OHH MY
[4/8/19, 5:50:36 PM] +1 (631) 379-9928: Who
[4/8/19, 5:50:42 PM] +1 (631) 379-9928: Where are you
[4/8/19, 5:50:43 PM] Anastasia: and she plays softball what a meal
[4/8/19, 5:50:46 PM] Anastasia: school no
[4/8/19, 5:50:47 PM] Anastasia: Bro
[4/8/19, 5:51:55 PM] Anastasia: She thicccc
[4/8/19, 5:51:58 PM] +1 (631) 379-9928: Not sure if you noticed I shave my legs
[4/8/19, 5:52:38 PM] Anastasia: ohhhh I did
[4/8/19, 5:52:43 PM] Anastasia: one of the first things
[4/8/19, 5:53:06 PM] +1 (631) 379-9928: Surprised you didn't give me shit
[4/8/19, 5:54:03 PM] +1 (631) 379-9928: Ummm first things
What was the second LOL
[4/8/19, 5:54:30 PM] Anastasia: nooo I was thinking about it
[4/8/19, 5:54:54 PM] +1 (631) 379-9928: Ha

_chat
[4/8/19, 5:55:04 PM] +1 (631) 379-9928: Fucking hate hair
[4/8/19, 5:55:25 PM] +1 (631) 379-9928: Prob as much as you hate people sitting on your bed
[4/8/19, 5:55:56 PM] Anastasia: This is why we're close bro
[4/8/19, 6:03:55 PM] +1 (631) 379-9928: You hate hair too
LOL
[4/8/19, 6:04:50 PM] Anastasia: Yess
[4/8/19, 6:04:55 PM] +1 (631) 379-9928: HW and bed time soon
Cath you later
[4/8/19, 6:05:08 PM] +1 (631) 379-9928: Ya hair sucks
[4/8/19, 6:05:37 PM] Anastasia: C ya
[4/8/19, 6:49:44 PM] +1 (631) 379-9928: I have two funny hair stories for you tomorrow
I've asked you some pointed sexual questions you deserve some reciprocation
If you don't want to hear them I won't share
[4/8/19, 6:50:35 PM] Anastasia: Ohhh I need to hear them now
[4/8/19, 6:50:47 PM] Anastasia: Well tomorrow but you know what I mean
[4/8/19, 6:51:57 PM] +1 (631) 379-9928: You'll have to wait
[4/8/19, 6:52:00 PM] +1 (631) 379-9928: Haha
[4/8/19, 7:30:14 PM] +1 (631) 379-9928: Read this then do Push-ups
I Meditated Every Day for a Month—and Shaved Nearly a Minute Off My 10K Time - Runner's World
https://apple.news/A9cSBQEQ2TxOYKOvKYqIEdA
[4/8/19, 7:30:38 PM] Anastasia: I talked to Maryann about ███████
[4/8/19, 7:30:53 PM] +1 (631) 379-9928: Holy shit
I just hit the floor
[4/8/19, 7:31:00 PM] Anastasia: I know right
[4/8/19, 7:31:03 PM] +1 (631) 379-9928: And donyou feel bette?
[4/8/19, 7:31:09 PM] Anastasia: a bit
[4/8/19, 7:31:30 PM] +1 (631) 379-9928: Holy shit
Hugs hugs hugs
That's huge
[4/8/19, 7:31:45 PM] Anastasia: It really is!!!
[4/8/19, 7:31:50 PM] Anastasia: like I'm proud of myself
[4/8/19, 7:32:15 PM] +1 (631) 379-9928: You should be
Was she shocked you opened up
[4/8/19, 7:32:34 PM] +1 (631) 379-9928: Don't tell me now
Tell me all tomorrow
[4/8/19, 7:32:48 PM] +1 (631) 379-9928: ██████ is screaming for me

Do push ups
[4/8/19, 7:35:37 PM] Anastasia: will do! And I started crying and being a mush that she is she started crying.. tell you all tomorrow!
[4/9/19, 6:10:53 AM] +1 (631) 379-9928: I CANT WAIT TO SEE YOUR SMILE TODAY
WHEN YOU SMILE YOUR ENTIRE BODY SMILES
[4/9/19, 6:11:41 AM] +1 (631) 379-9928: I know you'll be smiling because it's going to be a good day.
Just like the last two weeks.
The things you're conquering are amazing.
[4/9/19, 6:12:04 AM] +1 (631) 379-9928: You have no idea how proud I am of you!!!!
Big morning hug
[4/9/19, 6:19:23 AM] +1 (631) 379-9928: Equipment Check
REPORT OUT SOLDIER
how are your legs? Besides looking good and of course smooth.

Full disclosure i didn't work out this morning. Way overslept.
[4/9/19, 6:23:11 AM] Anastasia: Ahh yeah dude I'm on a high!!!· My Achilles hurt ·and now my hip but whatever and oh my! You over sleeping? Almost fell on the floor
[4/9/19, 6:23:46 AM] +1 (631) 379-9928: Late night
10 pm bedtime
Ug
[4/9/19, 6:24:02 AM] +1 (631) 379-9928: Take a few Motrin
With mom's approval

_chat

[4/9/19, 6:30:32 AM] Anastasia: Me too dude you got me going to bed early that
anytime past 9 is too late.. mom approval lol
[4/9/19, 6:32:58 AM] +1 (631) 379-9928: Live Clean
[4/9/19, 6:33:12 AM] +1 (631) 379-9928: You need to drink more water
[4/9/19, 6:34:57 AM] +1 (631) 379-9928: Bed early rise early
Nothing good happens after 9/10 unless you're in bed with someone, your own bed. LOL
[4/9/19, 6:38:45 AM] Anastasia: Loll
[4/9/19, 6:40:39 AM] +1 (631) 379-9928: You girl
You beat me to school
[4/9/19, 6:40:42 AM] +1 (631) 379-9928: Wtf
[4/9/19, 6:42:46 AM] Anastasia: There's a first time for everything
[4/9/19, 6:45:22 AM] +1 (631) 379-9928: Why are youbjear so early
[4/9/19, 6:45:26 AM] +1 (631) 379-9928: ?
[4/9/19, 6:47:06 AM] Anastasia: Extra help
[4/9/19, 7:01:48 AM] +1 (631) 379-9928: Just got the floor
[4/9/19, 7:02:00 AM] +1 (631) 379-9928: Who is this ?

Look at you!!!!
[4/9/19, 7:02:06 AM] +1 (631) 379-9928: What class?
[4/9/19, 7:07:50 AM] +1 (631) 379-9928: Very impressed
Look at you making yourself better
[4/9/19, 7:22:13 AM] Anastasia: I know right! I honestly started falling really far
behind in forensics
[4/9/19, 7:31:15 AM] +1 (631) 379-9928: I ask you all the time
Are you behind in anything ?

But it's my fault because I have been on top of you enough about it.

Are you caught up in everything else?
[4/9/19, 7:31:28 AM] +1 (631) 379-9928: Have not been on top
[4/9/19, 7:32:08 AM] +1 (631) 379-9928: Yo
Did you tell Sarah I told you she emailed me?
[4/9/19, 7:32:56 AM] Anastasia: I didn't realize I was so far behind till I opened
my folder for the first time in weeks and no I didn't tell ██████
[4/9/19, 7:56:29 AM] +1 (631) 379-9928: Girl
We can't let you slip in school

However

Major hugs for going to extra help.

Doubt you would have taken the initiative three weeks ago..........

I reee-read your deep text a few more times last night
[4/9/19, 8:01:09 AM] Anastasia: Dam right and good you need to see that
[4/9/19, 8:01:42 AM] +1 (631) 379-9928: I'll be upstairs at the bell
Haven't seen you yet
[4/9/19, 8:17:21 AM] +1 (631) 379-9928: Made sure I was with you know who just for
you
[4/9/19, 8:19:29 AM] Anastasia: Course
[4/9/19, 8:19:43 AM] +1 (631) 379-9928: Stay awake
[4/9/19, 8:20:05 AM] Anastasia: I'm on too much of a high to sleep
[4/9/19, 8:20:29 AM] +1 (631) 379-9928: Yo
Girl
Am I snatching your keys today
[4/9/19, 8:20:40 AM] Anastasia: Nah we're doing good
[4/9/19, 8:20:54 AM] +1 (631) 379-9928: Ok
Staying in for lunch and after?
[4/9/19, 8:21:13 AM] Anastasia: yes and yes and my keys are actually in my locker
[4/9/19, 8:21:40 AM] +1 (631) 379-9928: I'm a bit busy
Have to be at D. O. for a meeting
But I'll leave 8tj free if you want
[4/9/19, 8:21:58 AM] Anastasia: Sounds good:)

Page 50

_chat
[4/9/19, 8:22:12 AM] +1 (631) 379-9928: Where r u studying for Asvab
[4/9/19, 8:22:23 AM] Anastasia: Prob the lib
[4/9/19, 8:22:31 AM] +1 (631) 379-9928: Hey not sure I told you
[4/9/19, 8:22:47 AM] Anastasia: Told me what
[4/9/19, 8:23:04 AM] +1 (631) 379-9928: I'm really proud of you!!!
[4/9/19, 8:23:27 AM] Anastasia: I needed to hear this thank you
[4/9/19, 8:23:37 AM] Anastasia: BIG HUGS
[4/9/19, 8:23:47 AM] +1 (631) 379-9928: Ya GIRL
HUGS ALL DAY
[4/9/19, 8:23:49 AM] Anastasia: I miss u dude
[4/9/19, 8:23:57 AM] +1 (631) 379-9928: ME TOO
[4/9/19, 8:24:09 AM] +1 (631) 379-9928: Catch ya later
Got principal stuff to do
[4/9/19, 8:24:13 AM] Anastasia: █████████looks like a meal of course
[4/9/19, 8:24:28 AM] Anastasia: Ok
[4/9/19, 9:01:01 AM] +1 (631) 379-9928: Twins
Jesus
You look like twins
[4/9/19, 9:05:05 AM] Anastasia: Cute huh
[4/9/19, 9:27:25 AM] +1 (631) 379-9928: Of course you look better
[4/9/19, 9:38:38 AM] +1 (631) 379-9928: You watch criminal minds I watch these guys
Check them out they have a video for Achilles
Pretty much what I showed you
https://m.youtube.com/playlist?list=PLgAn41zZGBSDZ7j7gM2gdsBHFDc5_y6Sf
[4/9/19, 9:53:27 AM] Anastasia: Course
[4/9/19, 10:00:55 AM] +1 (631) 379-9928: They have good videos
[4/9/19, 10:07:13 AM] +1 (631) 379-9928: I was thinking
I'm very impressed with your ability to tackle your issues by talking to Maryann and
being honest with me.

You don't give yourself enough credit of how strong you are and how in command you
are.
You need to see this and use it to resist peer pressure.

I can see how you are starting to respect yourself more and value yourself. It
shows.
You are making bigger steps than you know.

I'll never stop telling you that it's the truth!!!!!!
               !!!!!!!!!!!!!!!
        !!!!!!!!STAY HARD!!!!!
            !!!!!!!!!!!!!!!!!
[4/9/19, 10:29:21 AM] Anastasia: You're so right dude! I feel pretty BA today
[4/9/19, 10:30:33 AM] +1 (631) 379-9928: You should feel BA every day

HUG
[4/9/19, 10:30:44 AM] Anastasia: Dam right
[4/9/19, 10:31:17 AM] Anastasia: I got yelled at for holding ██████'s hand in
uniform.. oops lol
[4/9/19, 10:34:29 AM] +1 (631) 379-9928: You're not allowed to do that???!!??
[4/9/19, 10:34:43 AM] Anastasia: Yeah apparently not
[4/9/19, 10:35:11 AM] +1 (631) 379-9928: See
Learn something new everyday
[4/9/19, 10:35:34 AM] +1 (631) 379-9928: <attached:
00001881-PHOTO-2019-04-09-10-35-18.jpg>
[4/9/19, 10:35:57 AM] Anastasia: True and I love it
[4/9/19, 10:36:29 AM] +1 (631) 379-9928: You'll see also
Live Clean
You will feel so much better
[4/9/19, 10:36:57 AM] Anastasia: I feel better I just need to stay like this
[4/9/19, 10:38:06 AM] +1 (631) 379-9928: I'm trying to help

How's your leg?
                              Page 51

```
                                              _chat
[4/9/19, 10:39:33 AM] Anastasia: I'm low key in pain
[4/9/19, 10:41:44 AM] +1 (631) 379-9928: Ug
[4/9/19, 10:42:00 AM] +1 (631) 379-9928: See Chris the trainer today
[4/9/19, 10:42:16 AM] +1 (631) 379-9928: I need to get you a rolling stick
[4/9/19, 10:42:19 AM] Anastasia: Nope
[4/9/19, 10:42:26 AM] +1 (631) 379-9928: Why not
[4/9/19, 10:43:21 AM] +1 (631) 379-9928: You are going to practice.
[4/9/19, 10:43:25 AM] Anastasia: yes
[4/9/19, 10:43:35 AM] +1 (631) 379-9928: Ok
[4/9/19, 10:44:12 AM] Anastasia: I'll just run it off dude no big deal we're Gucci
[4/9/19, 10:48:01 AM] +1 (631) 379-9928: Off to district office
Don't miss me too much
[4/9/19, 11:07:14 AM] +1 (631) 379-9928: FYI
Found another trail to run next Friday
It's wider less technical we can run side by side
[4/9/19, 11:12:12 AM] Anastasia: Let's go!
[4/9/19, 11:12:58 AM] +1 (631) 379-9928: It's the same trail that the race I'm doing
is
[4/9/19, 11:13:38 AM] Anastasia: oooooh
[4/9/19, 12:01:50 PM] +1 (631) 379-9928: Do you leave for lunch
[4/9/19, 12:03:20 PM] Anastasia: Nope
[4/9/19, 12:13:29 PM] +1 (631) 379-9928: Good girl

Thank you
[4/9/19, 12:16:26 PM] Anastasia: Gotchu
[4/9/19, 12:17:59 PM] +1 (631) 379-9928: You know what's right
Can't always pull it off
[4/9/19, 12:18:10 PM] +1 (631) 379-9928: Baby steps
[4/9/19, 12:23:53 PM] Anastasia: And I didn't stay in the locker room with them!
█████ was like you don't need to be around them because they're not passin and
they won't help you and I was like I totally agree
[4/9/19, 2:41:02 PM] +1 (631) 379-9928: You let me know if my hugs aren't chill
I just feel like you need them
But get it if you don't

Have a good practice
[4/9/19, 3:45:42 PM] Anastasia: You're right.. about █████
[4/9/19, 3:48:47 PM] +1 (631) 379-9928: Explain
[4/9/19, 3:48:54 PM] +1 (631) 379-9928: The wedge part?
[4/9/19, 3:49:56 PM] Anastasia: Change my gym.
[4/9/19, 3:51:02 PM] +1 (631) 379-9928: Did you just juul
[4/9/19, 3:51:20 PM] Anastasia: No I walked away
[4/9/19, 3:51:35 PM] +1 (631) 379-9928: I love you
Major hug
[4/9/19, 3:52:29 PM] +1 (631) 379-9928: Switch days
Or back to 7
[4/9/19, 3:52:45 PM] Anastasia: Throw me in █████ class
[4/9/19, 3:52:58 PM] +1 (631) 379-9928: Ok
Will
[4/9/19, 3:53:03 PM] +1 (631) 379-9928: Good move
[4/9/19, 3:53:32 PM] +1 (631) 379-9928: Yo down with the hugs ?
Or no
You know you can be honest
[4/9/19, 3:53:39 PM] Anastasia: and I'm going home
[4/9/19, 3:53:59 PM] Anastasia: Yeah bro I love ur hugs and you too course
[4/9/19, 3:54:46 PM] Anastasia: I just can't believe how blind I've been around her
[4/9/19, 3:55:36 PM] Anastasia: Like you both showed your true colors
[4/9/19, 3:56:06 PM] +1 (631) 379-9928: Not blind
Just wanting something she can't give

You've been searching for a replacement for █████
But that replacement is YOU
```

_chat

my true colors ?
[4/9/19, 3:58:40 PM] Anastasia: Yeah. You're right. I trust you.
[4/9/19, 3:58:59 PM] Anastasia: You showed me I can and I do
[4/9/19, 3:59:11 PM] Anastasia: I needed that thanks dad
[4/9/19, 4:00:17 PM] +1 (631) 379-9928: Puts head on shoulder

Touches heart
[4/9/19, 4:02:22 PM] Anastasia: yes
[4/9/19, 4:02:37 PM] Anastasia: not gunna lie I'm a little hurting from her
[4/9/19, 4:02:54 PM] +1 (631) 379-9928: I know
[4/9/19, 4:03:02 PM] +1 (631) 379-9928: Saw it coming
[4/9/19, 4:03:12 PM] Anastasia: I know you did I wish I listened
[4/9/19, 4:03:20 PM] +1 (631) 379-9928: You did
[4/9/19, 4:03:30 PM] +1 (631) 379-9928: Just on your terms
[4/9/19, 4:04:36 PM] Anastasia: I literally asked her today straight up.. where is
the juul. She said "home" I said "are you lying to me? "No" I go outside to get my
stuff and she hits it.. so not only is it not in her house but she lied and did
everything I politely asked her no to. Regan this is why I have trust issues.
[4/9/19, 4:04:38 PM] +1 (631) 379-9928: You need her on your terms or not at all
[4/9/19, 4:06:51 PM] +1 (631) 379-9928: But you knew about her
[4/9/19, 4:07:39 PM] Anastasia: and that's what hurts most.. that I let a part of me
once again think she wouldn't because of the person I am
[4/9/19, 4:08:08 PM] +1 (631) 379-9928: Ok that's a good part of you
[4/9/19, 4:08:32 PM] +1 (631) 379-9928: That part needs balance
[4/9/19, 4:09:12 PM] +1 (631) 379-9928: Dont be down
[4/9/19, 4:09:20 PM] +1 (631) 379-9928: Not worth it
[4/9/19, 4:10:29 PM] Anastasia: She was never worth it to begin with as shitty as
that sounds
[4/9/19, 4:10:42 PM] Anastasia: it's just that broken part of me people keep getting
to
[4/9/19, 4:11:27 PM] +1 (631) 379-9928: Ok ready
You weren't ready to let her go
[4/9/19, 4:12:22 PM] +1 (631) 379-9928: You look for good in people
That's good
But be guarded
[4/9/19, 4:13:32 PM] Anastasia: I don't think I'll ever be ready to let her go ya
dig she was there when (sorry) you weren't and along with sarah I grew up wth them.
[4/9/19, 4:13:47 PM] Anastasia: It's like I dunno how to do life *right now* without
them
[4/9/19, 4:13:52 PM] Anastasia: but I'll learn
[4/9/19, 4:14:05 PM] Anastasia: She just hit a soft spot
[4/9/19, 4:14:52 PM] +1 (631) 379-9928: I dig
[4/9/19, 4:15:09 PM] +1 (631) 379-9928: She wants your friendship
She follows your rules
[4/9/19, 4:15:57 PM] +1 (631) 379-9928: Take charge
Be the BA Anastasia that you are
Not
A small cute little thing that can be taken advantage of

Stay Hard Girl
[4/9/19, 4:16:13 PM] Anastasia: You're so right
[4/9/19, 4:18:24 PM] +1 (631) 379-9928: Here is one thing you'll never be able to
overcome
You're  tiny
And people will think they can get over on you

Don't let them

Do you think people see Cheryl and think she can whoop theirass in a 43 mile race
Fuck no
[4/9/19, 4:19:00 PM] Anastasia: Mm don't tell her this but she scares me
[4/9/19, 4:19:19 PM] Anastasia: In a good way of course but you know

_chat
[4/9/19, 4:20:09 PM] +1 (631) 379-9928: Me too
Haha
[4/9/19, 4:20:29 PM] +1 (631) 379-9928: You need to do two things
Talk to Maryann about ██████
Do push-ups
[4/9/19, 4:20:45 PM] Anastasia: do I ran today and I just made my ankle worse
[4/9/19, 4:20:58 PM] +1 (631) 379-9928: I'm gonna jet for now

Gonna run our loop

Told you to rest
[4/9/19, 4:21:18 PM] Anastasia: I went to Chris and we was like take it easy and
okay be safe love u dad
[4/9/19, 7:05:46 PM] +1 (631) 379-9928: 8.3 miles in the wild life
2nd best run ever there
Can you guess the 1st
Was craving pizza at the end was soooooo hungry
Came home stuffed my face now I feel sick.

How you doing ?
[4/9/19, 7:25:38 PM] Anastasia: and I just woke up from a nap. That made me smile.
"Can you guess the first?" Pizza is always good. I'm hurting man physically.
Mentally I'm fine.
[4/9/19, 7:46:17 PM] +1 (631) 379-9928: Physical is easier to fix
[4/9/19, 7:46:22 PM] +1 (631) 379-9928: Hot tub
[4/9/19, 7:46:32 PM] +1 (631) 379-9928: <attached:
00001969-PHOTO-2019-04-09-19-46-16.jpg>
[4/9/19, 7:46:39 PM] +1 (631) 379-9928: <attached:
00001970-PHOTO-2019-04-09-19-46-23.jpg>
[4/9/19, 7:47:27 PM] +1 (631) 379-9928: My dumb ass didn't bring my bottle so I was
kinda dying
[4/9/19, 7:54:13 PM] +1 (631) 379-9928: Your HW
Go on YouTube
Find the song
Fix you
By cold play
It starts slow picks up
Listen to it
Read the lyrics
It's deep
You're ready for it
[4/9/19, 7:54:49 PM] +1 (631) 379-9928: I'm going to bed
Catch you in the am

Stay Hard
BR
[4/9/19, 7:54:53 PM] +1 (631) 379-9928: Hi
[4/9/19, 7:54:58 PM] +1 (631) 379-9928: Just about to jet
[4/9/19, 7:55:14 PM] Anastasia: Hey! did you run with ur wife?
[4/9/19, 7:55:18 PM] +1 (631) 379-9928: Nope
[4/9/19, 7:55:27 PM] +1 (631) 379-9928: You in my mind
[4/9/19, 7:55:30 PM] Anastasia: ah no wonder ur pace was slow as hell
[4/9/19, 7:55:34 PM] Anastasia: Kidding aw
[4/9/19, 7:55:50 PM] +1 (631) 379-9928: We only get to run in fla when her parents
watch the kids
[4/9/19, 7:56:01 PM] +1 (631) 379-9928: Otherwise I'm solo or with you
[4/9/19, 7:56:03 PM] +1 (631) 379-9928: Ha
[4/9/19, 7:56:11 PM] +1 (631) 379-9928: You ok
[4/9/19, 7:56:21 PM] Anastasia: that actually sucks to be honest but yeah I'm doing
better
[4/9/19, 7:56:42 PM] +1 (631) 379-9928: Good
You probably shouldn't have napped now you'll be up
[4/9/19, 7:56:59 PM] Anastasia: I did 100 pushups because I missed yesterday's reps

```
                                                _chat
[4/9/19, 7:57:07 PM] +1 (631) 379-9928: 🔲🔲🔲🔲
[4/9/19, 7:57:16 PM] Anastasia: and I had to nap because I have to pack for this bs
spring trip
[4/9/19, 7:57:31 PM] +1 (631) 379-9928: Listen to the song
Really listen

Haha
[4/9/19, 7:57:42 PM] +1 (631) 379-9928: I gotta go shower ████
[4/9/19, 7:57:43 PM] Anastasia: I was literally just about to listen to it
[4/9/19, 7:58:01 PM] +1 (631) 379-9928: Ok
Give me feed back in the morning
It may take a few times
[4/9/19, 7:58:14 PM] Anastasia: Sounds good!
[4/9/19, 7:58:15 PM] +1 (631) 379-9928: Good night
-dad
[4/9/19, 7:58:23 PM] Anastasia: Goodnight dad :)
[4/9/19, 7:58:30 PM] Anastasia: my new favorite word
[4/9/19, 7:58:35 PM] +1 (631) 379-9928: Mine too
[4/10/19, 3:46:03 AM] +1 (631) 379-9928: The sun is shining all your sails are full,
the wind is at your back
Just beautiful sailing for you.
You left that bitch Wednesday on the dock because she wants you to juul with her all
the time, plus she doesn't shave herself and we can't have that!!

I think by now you know it's going to be a great day, you're not on a high it's just
how you are.

Don't let anyone on your boat that's not going in the same direction as you.

Can't wait to see you smile.

Goggins has a new post
Stay Hard!!
[4/10/19, 3:50:51 AM] +1 (631) 379-9928: Did you listen to the song?
[4/10/19, 6:02:08 AM] Anastasia: I just was about to tell u about Goggings! I love
the song
[4/10/19, 6:14:54 AM] +1 (631) 379-9928: Two ways of looking at that song
1) it's me talking to you
2) you're telling yourself (that's the deep one that I know you get now).
All your demons are in there. I'll show you later but I'm sure you've figured it
out.
[4/10/19, 6:15:19 AM] +1 (631) 379-9928: REPORT OUT SOLDIER

Injury update?!
[4/10/19, 6:20:27 AM] Anastasia: I'm doing good so far with the injury
[4/10/19, 6:25:25 AM] +1 (631) 379-9928: Good
And
BTW
I beat your ass to school today
[4/10/19, 6:25:53 AM] Anastasia: lmaooo
[4/10/19, 6:37:29 AM] +1 (631) 379-9928: Are you in a good mood today?
[4/10/19, 6:38:46 AM] Anastasia: Oooh yes:) all smiles here
[4/10/19, 6:39:38 AM] +1 (631) 379-9928: Can't wait to see it
[4/10/19, 6:40:07 AM] Anastasia: :)))
[4/10/19, 6:45:00 AM] +1 (631) 379-9928: What an incredible three weeks you're
having
[4/10/19, 6:47:15 AM] Anastasia: yes!
[4/10/19, 6:51:17 AM] +1 (631) 379-9928: Thank you for letting me be part of it

Stop fussing with your phone and get ready for school
Dad voice
[4/10/19, 7:27:32 AM] +1 (631) 379-9928: Yo
Went to DunkNuts this morning
```

_chat

Didn't get donuts!!!!
Aren't you proud?!?!

Fist pump should have been a morning hug

You look like you're on air
So good to see
[4/10/19, 7:28:58 AM] Anastasia: I'm so proud of you!! Major hug!!! You're right!!
[4/10/19, 8:18:06 AM] +1 (631) 379-9928: At least you had a big smile on your face
as you were late to class
[4/10/19, 8:23:41 AM] Anastasia: Of course! I'm too happy to frown
[4/10/19, 8:30:29 AM] +1 (631) 379-9928: I hope you hear yourself
This is great!!!
[4/10/19, 8:47:45 AM] +1 (631) 379-9928: Yo girl
Are you still down with changing gym classes
Not really asking but I respect you enough to run it by you one more time
[4/10/19, 8:47:56 AM] +1 (631) 379-9928: How many times did you listen to the song ?
[4/10/19, 8:48:36 AM] Anastasia: Change it before I change my mind and I listened to
it like the rest of the night on repeat then a few times this morning
[4/10/19, 9:24:15 AM] +1 (631) 379-9928: It's a great song
█████ sings to it
[4/10/19, 9:25:38 AM] +1 (631) 379-9928: Change days or back to 7
[4/10/19, 9:26:33 AM] Anastasia: 6b
[4/10/19, 9:30:18 AM] +1 (631) 379-9928: Ok
[4/10/19, 9:57:21 AM] +1 (631) 379-9928: Gym switch done.
Told Winkle you wouldn't be there today
[4/10/19, 9:57:28 AM] +1 (631) 379-9928: Gottchu
[4/10/19, 10:24:27 AM] Anastasia: thanks bro!
[4/10/19, 10:54:46 AM] +1 (631) 379-9928: Ain't no tang
[4/10/19, 11:09:14 AM] +1 (631) 379-9928: You want a slice of pizza ?
I'll get you a slice anyway not sure it will here by 6th
[4/10/19, 11:11:16 AM] Anastasia: Yes please!!!
[4/10/19, 11:12:31 AM] +1 (631) 379-9928: Ok
You might have to eat it 8th
Not sure when it's getting here
[4/10/19, 11:12:58 AM] +1 (631) 379-9928: Which is ok it will keep you from running
to much at track
Save your legs
[4/10/19, 11:13:04 AM] +1 (631) 379-9928: Still Smiling ?
[4/10/19, 11:13:41 AM] +1 (631) 379-9928: Too much
[4/10/19, 11:26:34 AM] Anastasia: okay that's fine. Yes still smiling!
[4/10/19, 12:23:19 PM] +1 (631) 379-9928: DONT JUUL
YOURE RUNNING TODAY
[4/10/19, 12:27:29 PM] Anastasia: Not juuling
[4/10/19, 12:29:46 PM] +1 (631) 379-9928: Thank you

You really are trying to kill me
[4/10/19, 12:30:08 PM] Anastasia: I know
[4/10/19, 12:30:40 PM] +1 (631) 379-9928: 🫠
[4/10/19, 12:30:43 PM] +1 (631) 379-9928: 🫠
[4/10/19, 12:30:47 PM] Anastasia: corny
[4/10/19, 12:31:07 PM] +1 (631) 379-9928: You live it
[4/10/19, 12:31:16 PM] Anastasia: You're not wrong
[4/10/19, 12:34:55 PM] Anastasia: Can I use you as an excuse of why I got "kicked
out of gym"
[4/10/19, 12:42:13 PM] +1 (631) 379-9928: Yes
Say I didn't want you switching teachers
[4/10/19, 12:42:34 PM] +1 (631) 379-9928: Don't say because of friends
[4/10/19, 12:43:33 PM] +1 (631) 379-9928: Say I was pissed
It shouldn't have happened but since I found out didn't want you switching teachers
Even though she is prego
[4/10/19, 12:44:53 PM] Anastasia: Ok
[4/10/19, 12:54:29 PM] Anastasia: And she just ripped out her juul
Page 56

_chat
[4/10/19, 12:54:41 PM] +1 (631) 379-9928: Ffffffffffffff
[4/10/19, 12:54:55 PM] +1 (631) 379-9928: Dude
TOLD YOU NOT TO GO OUT WITH HER
[4/10/19, 12:55:12 PM] +1 (631) 379-9928: DONT FUCKJNG DO IT
[4/10/19, 12:55:33 PM] Anastasia: I can visualize you mad right now
[4/10/19, 12:55:58 PM] +1 (631) 379-9928: DONT DO IT
[4/10/19, 12:56:03 PM] Anastasia: ughhhhh
[4/10/19, 12:56:32 PM] +1 (631) 379-9928: YOH WERE SOOO PISSED AT HER YESTERDAY
[4/10/19, 12:56:52 PM] Anastasia: I knowwwwwww
[4/10/19, 12:57:04 PM] +1 (631) 379-9928: SOOOOOOOOOOOOO
DONT
[4/10/19, 12:57:06 PM] Anastasia: And this whole time she was like it's home it's
home and just ripped it out
[4/10/19, 12:57:15 PM] Anastasia: and now I can't resist
[4/10/19, 12:57:23 PM] +1 (631) 379-9928: YOU HAVE TO
[4/10/19, 12:57:29 PM] Anastasia: DUUUDDDEEEE
[4/10/19, 12:58:12 PM] +1 (631) 379-9928: GIRL
FUCKIN HELL
[4/10/19, 12:58:37 PM] Anastasia: fuck
[4/10/19, 12:59:30 PM] +1 (631) 379-9928: YOU DONT NEED IT
[4/10/19, 12:59:44 PM] Anastasia: Oh I know
[4/10/19, 12:59:53 PM] +1 (631) 379-9928: TOO LATE?
[4/10/19, 1:00:17 PM] +1 (631) 379-9928: Did you hit it?
[4/10/19, 1:00:37 PM] Anastasia: Aiii
[4/10/19, 1:00:50 PM] +1 (631) 379-9928: What does that mean
[4/10/19, 1:01:00 PM] Anastasia: <attached: 00002073-PHOTO-2019-04-10-13-00-44.jpg>
[4/10/19, 1:01:29 PM] Anastasia: Rip
[4/10/19, 1:01:39 PM] +1 (631) 379-9928: English girl
[4/10/19, 1:01:42 PM] +1 (631) 379-9928: My English
[4/10/19, 1:01:51 PM] Anastasia: I haven't done it
[4/10/19, 1:01:59 PM] +1 (631) 379-9928: Then don't
[4/10/19, 1:02:17 PM] Anastasia: I don't think I have it in me to say no
[4/10/19, 1:02:34 PM] +1 (631) 379-9928: Please
I'm hugging the shit out of you right now
[4/10/19, 1:02:53 PM] +1 (631) 379-9928: She is a horrible friend
Doesn't get it
[4/10/19, 1:02:59 PM] Anastasia: never will
[4/10/19, 1:03:08 PM] +1 (631) 379-9928: She needs you more than you need her
[4/10/19, 1:03:16 PM] Anastasia: I want to do it but I won't
[4/10/19, 1:03:19 PM] +1 (631) 379-9928: Why don't you see that
[4/10/19, 1:03:26 PM] Anastasia: I dunno man
[4/10/19, 1:03:41 PM] +1 (631) 379-9928: She will never be ██████████
[4/10/19, 1:03:52 PM] Anastasia: you're right
[4/10/19, 1:04:15 PM] +1 (631) 379-9928: She needs to be your friend
On
Your terms
Or not all
[4/10/19, 1:04:26 PM] Anastasia: oh 100%
[4/10/19, 1:05:00 PM] +1 (631) 379-9928: You should be back now
She has class
[4/10/19, 1:05:35 PM] Anastasia: she's not going she skipping the rest of the day
[4/10/19, 1:05:58 PM] +1 (631) 379-9928: And where the fuck does that leave you
Hostage in her car
[4/10/19, 1:06:08 PM] Anastasia: yell some more
[4/10/19, 1:06:14 PM] Anastasia: I'm walking into the building
[4/10/19, 1:06:56 PM] +1 (631) 379-9928: Ok
1:30 my office
I need to check in with the APs on a few things
[4/10/19, 1:07:23 PM] +1 (631) 379-9928: Dude
FUCKIN HEART ATTACK
ITS COMING FROM YOU
[4/10/19, 1:07:45 PM] +1 (631) 379-9928: Be honest
Did you say no?

_chat

[4/10/19, 1:08:30 PM] Anastasia: Ok
[4/10/19, 1:08:37 PM] +1 (631) 379-9928: Answer
[4/10/19, 1:08:44 PM] Anastasia: and I love you man and I did I haven't done it
[4/10/19, 1:08:57 PM] +1 (631) 379-9928: Thank you
[4/10/19, 1:09:19 PM] Anastasia: You're welcome
[4/10/19, 1:09:26 PM] Anastasia: I'm better than that
[4/10/19, 1:09:36 PM] Anastasia: we know this
[4/10/19, 1:10:48 PM] +1 (631) 379-9928: Yes
[4/10/19, 1:11:04 PM] +1 (631) 379-9928: You're killing me
[4/10/19, 1:11:18 PM] Anastasia: I know dude
[4/10/19, 1:16:28 PM] +1 (631) 379-9928: And I love you too dude
[4/10/19, 1:18:31 PM] Anastasia: I waited for that..
[4/10/19, 1:20:44 PM] +1 (631) 379-9928: Gottchu
[4/10/19, 2:44:42 PM] +1 (631) 379-9928: Girl I could have hugged you until started to nap

You should be so impressed with yourself today
I am
Hence the strong hug
[4/10/19, 2:51:35 PM] Anastasia: aye! I love ur hugs. Not juuling today put me in such a better place. I feel so good
[4/10/19, 2:59:11 PM] +1 (631) 379-9928: You should feel good
[4/10/19, 2:59:33 PM] +1 (631) 379-9928: If ████ won't change around you you have tough choices
[4/10/19, 3:01:14 PM] +1 (631) 379-9928: I'm playing candy crush
[4/10/19, 3:05:54 PM] Anastasia: I know she won't chang
[4/10/19, 3:07:23 PM] Anastasia: And omg of course you are
[4/10/19, 3:08:26 PM] +1 (631) 379-9928: I'm gonna miss talking to you while you're on your trip
[4/10/19, 3:10:59 PM] Anastasia: Me too. It's definitely going to be different not seeing you on a daily basis
[4/10/19, 3:27:55 PM] +1 (631) 379-9928: Keep me in your head
And
STAY HARD

NOW
go kick ass on the track
[4/10/19, 3:34:04 PM] Anastasia: Can't forget to look good while doing it
[4/10/19, 3:39:51 PM] +1 (631) 379-9928: Girl that's a given !!
[4/10/19, 3:54:11 PM] +1 (631) 379-9928: Think you gave me your cold
As you say
Sharing is caring
[4/10/19, 4:11:11 PM] Anastasia: Oooh man
[4/10/19, 5:23:57 PM] Anastasia: I'm low key upset
[4/10/19, 5:28:36 PM] +1 (631) 379-9928: Why
[4/10/19, 5:33:00 PM] +1 (631) 379-9928: ████ just shit his pants real bad
I'm dry heaving in The shower
Is it worse than that.
Because that's a pretty low bar right now
Gross

Trying to make you laugh but this is really happening right now
[4/10/19, 5:37:36 PM] +1 (631) 379-9928: Talk to me
Are you hurt?
[4/10/19, 5:40:54 PM] Anastasia: I'm so weak but yeah I'm physically hurt and I keep trying to push it off and nothing seems to be working and I came in last in a 400
[4/10/19, 5:44:43 PM] +1 (631) 379-9928: Ok
So what and I say that with a hug
I told you
You're out there
On the line
Nobody is battling what you are
You've already won. Remuneration being pumped about coming in dead last.

Page 58

_chat
[4/10/19, 5:46:18 PM] +1 (631) 379-9928: Your fighting a cold
Legs are beat
It's ok

You know how many runs I've pulled the plug on?!?!?!?
"I'm gonna do 15" 9 miles in I'm walking
It's part of
Take the loss figure out why
And use it

You need a looooooooong hug
[4/10/19, 5:49:08 PM] Anastasia: I needed to hear that thank you. I do need a long hug but you'll really be sick from whatever BS I got
[4/10/19, 5:49:41 PM] +1 (631) 379-9928: Too late to
[4/10/19, 5:50:14 PM] +1 (631) 379-9928: Take the trip to rest your legs

And get better
[4/10/19, 5:50:18 PM] Anastasia: Stopppp I feeeeel bad
[4/10/19, 5:50:33 PM] Anastasia: ████ has nobody to room with on the trip wink wink
[4/10/19, 5:50:39 PM] +1 (631) 379-9928: We're running next week if your legs are good
I'm not breaking you down
[4/10/19, 5:50:47 PM] +1 (631) 379-9928: Oh my
[4/10/19, 5:50:50 PM] +1 (631) 379-9928: Behave
[4/10/19, 5:50:59 PM] Anastasia: Ahaha
[4/10/19, 5:51:00 PM] +1 (631) 379-9928: Single bed
LOL
[4/10/19, 5:51:07 PM] Anastasia: ahha
[4/10/19, 5:51:13 PM] +1 (631) 379-9928: Sorry that was rude
[4/10/19, 5:51:23 PM] Anastasia: what was?
[4/10/19, 5:51:31 PM] +1 (631) 379-9928: She has a roommate now
My bed joke
[4/10/19, 5:51:39 PM] Anastasia: lmao
[4/10/19, 5:51:59 PM] Anastasia: One night with me and.. never mind lol
[4/10/19, 5:52:04 PM] +1 (631) 379-9928: Of you would kick her out of your bed
Or
Fool around on hers
[4/10/19, 5:52:13 PM] Anastasia: yes!!!
[4/10/19, 5:52:19 PM] +1 (631) 379-9928: Girl you're ready to hear this
[4/10/19, 5:52:31 PM] Anastasia: I'm ready
[4/10/19, 5:52:32 PM] +1 (631) 379-9928: One night with me.......
[4/10/19, 5:52:38 PM] +1 (631) 379-9928: Ha

Back at ya
[4/10/19, 5:52:49 PM] Anastasia: Ahhhhhh good one
[4/10/19, 5:53:26 PM] Anastasia: So all my friends think I have a bf or a gf
[4/10/19, 5:53:30 PM] Anastasia: Other than ████
[4/10/19, 5:53:34 PM] +1 (631) 379-9928: why
[4/10/19, 5:54:02 PM] +1 (631) 379-9928: Because you're always on the phone
[4/10/19, 5:54:39 PM] Anastasia: I'm on the bus answering u and ████ (football girl) was like ouuuuu Anastasia
[4/10/19, 5:54:44 PM] Anastasia: I was like chill
[4/10/19, 5:55:12 PM] +1 (631) 379-9928: She's jealous
[4/10/19, 5:55:38 PM] Anastasia: she literally saw two letters and assumes I was like if only she knew she'd speak otherwise
[4/10/19, 5:56:01 PM] Anastasia: But nobody needs to know and who isn't jealous ·
[4/10/19, 5:56:17 PM] +1 (631) 379-9928: Ha
[4/10/19, 5:56:55 PM] Anastasia: How ████ btw
[4/10/19, 5:56:57 PM] +1 (631) 379-9928: Girl
Don't think twice about the meet
[4/10/19, 5:57:14 PM] Anastasia: I was disappointed in myself but whatever
[4/10/19, 5:57:24 PM] +1 (631) 379-9928: All clean

_chat

I came so close to throwing up
[4/10/19, 5:57:46 PM] +1 (631) 379-9928: I think he tried to fart and
Well you know the rest
[4/10/19, 5:57:57 PM] Anastasia: I would too and oh my
[4/10/19, 5:58:03 PM] +1 (631) 379-9928: Don't be disappointed
[4/10/19, 5:58:23 PM] +1 (631) 379-9928: Change you phone code
████████ is currious
[4/10/19, 5:58:48 PM] Anastasia: She is
[4/10/19, 5:59:19 PM] Anastasia: I've had my school id since freshman year as my
code.. gunna be hard
[4/10/19, 6:08:01 PM] +1 (631) 379-9928: Then change my name to Louis
It's my middle name
[4/10/19, 6:08:18 PM] +1 (631) 379-9928: If she breaks in
She'll look for BR
[4/10/19, 6:08:22 PM] +1 (631) 379-9928: It won't be there
[4/10/19, 6:08:35 PM] +1 (631) 379-9928: Keep code
[4/10/19, 6:09:18 PM] +1 (631) 379-9928: I hope you're feeling a bit better mentally

You're tired and not feeling well
Don't confuse
[4/10/19, 6:09:22 PM] Anastasia: YOUR MIDDLE NAME IS LOUIS OMG
[4/10/19, 6:09:31 PM] +1 (631) 379-9928: Yes why
[4/10/19, 6:10:13 PM] +1 (631) 379-9928: It was my grandfathers name
The Lebanese one
He flew planes in WW2
Pretty BA
[4/10/19, 6:16:09 PM] Anastasia: Agreed
[4/10/19, 6:17:51 PM] +1 (631) 379-9928: Why so surprised  about middle name
[4/10/19, 6:19:03 PM] +1 (631) 379-9928: Getting for dinner and ramping up for bed
time
I'll check in with you before I'm toes up

Shake today off
[4/10/19, 6:19:18 PM] Anastasia: You don't seem like a Louis &&ok
[4/10/19, 6:19:20 PM] +1 (631) 379-9928: Catch you in a bit
[4/10/19, 7:14:49 PM] +1 (631) 379-9928: Status check
REPORT OUT SOLDIER
[4/10/19, 7:15:25 PM] +1 (631) 379-9928: ████ was sing our (yours and mine) song
before 'Fix You'
[4/10/19, 7:24:20 PM] Anastasia: Awe
[4/10/19, 7:27:17 PM] +1 (631) 379-9928: How ya doing ?!

Did you hang with ████ after the meet?
[4/10/19, 7:34:21 PM] Anastasia: Sorry I was in the middle of a water fight I'm
doing good but I'm physically hurting no we just got back to the school
[4/10/19, 7:35:30 PM] +1 (631) 379-9928: Water fights r fun
Good
[4/10/19, 7:37:50 PM] Anastasia: They are till you're wet so
[4/10/19, 7:40:32 PM] Anastasia: I don't wanna chill with ████ because I know her
intentions
[4/10/19, 7:50:39 PM] +1 (631) 379-9928: That's a great statement

I'm going to bed

Good Night
Catch you in the am

Rest Hard (you like that?) you need it
[4/10/19, 7:50:53 PM] +1 (631) 379-9928: Go straight home
Dad voice
[4/11/19, 5:27:20 AM] +1 (631) 379-9928: I gently open your bedroom door. Quietly I
walk in. As I set your breakfast on the dresser I step on a water bottle.
I make my way over to the bed, I lean down and gently kiss your cheek and rub your

Page 60

_chat
shoulder "Wake up girl, get dressed time to run the trails."

Good Morning
I hope you're feeling better (physically)
[4/11/19, 5:30:48 AM] +1 (631) 379-9928: Did you re-pack ?
Do you have ?
Underwear
Socks
Warm clothes
Hat (bring the one I have you)
Gloves
Tooth brush
RAZOR (a must)
Deodorant
Snacks
Water bottle
Phone charger extra batters
THE BOOK I GAVE YOU TO READ ON THE BUS!!
And of course NO JUUL

See you soon
Dad-
[4/11/19, 6:01:09 AM] Anastasia: I LOVVVEEEEE THIS MORNING TEXT ohhh my goddd!!! Yes
yes yes 100x yes "and here's a box full of yes!" I packed my asvab book and yours
to keep busy! Can't wait to see you!!
[4/11/19, 6:22:29 AM] +1 (631) 379-9928: I loved writing that one
I was actually visualizing it as I wrote it.
[4/11/19, 6:54:12 AM] +1 (631) 379-9928: How you getting in today?
Drop off or bus (yuck)
Or are you leaving your car all weekend ?
[4/11/19, 6:56:37 AM] Anastasia: I'm driving and my parents are picking it up
tonight
[4/11/19, 6:58:46 AM] +1 (631) 379-9928: Ahhhhhh
Saved from the bus
[4/11/19, 6:59:35 AM] Anastasia: Ohhh yes
[4/11/19, 6:59:36 AM] +1 (631) 379-9928: Had a dream last night
Write about it later
Complete opposite of the other one
[4/11/19, 7:01:27 AM] +1 (631) 379-9928: How's your cute little cold / allergies
doing?
[4/11/19, 7:04:46 AM] Anastasia: I'm a mess lmao
[4/11/19, 7:26:50 AM] +1 (631) 379-9928: Why
[4/11/19, 7:26:55 AM] +1 (631) 379-9928: Cold?
[4/11/19, 7:35:32 AM] +1 (631) 379-9928: Ok
Dream (since you're not doing anything in eng anyway).

We were in a sunroom after a run looking at the water sitting on a couch (we weren't
in running clothes so I'm guessing we showered and changed before the sunroom).
Sitting on couch you put your head on my shoulder
I put my arm around you and you fell asleep on my chest and shoulder
You were at total peace
[4/11/19, 7:37:40 AM] +1 (631) 379-9928: Get to class
Dad / principal voice
[4/11/19, 7:39:17 AM] Anastasia: What is class?
[4/11/19, 7:40:13 AM] +1 (631) 379-9928: Don't play with my emotions
[4/11/19, 7:41:57 AM] Anastasia: Ok dad
[4/11/19, 7:50:05 AM] +1 (631) 379-9928: I'm having some anxiety about your trip

You need to reassure me and help me cope

Part dad anxiety part principal
Mostly I care and am nervous like one of my kids is going away for the first time
(which you are )

Page 61

_chat

[4/11/19, 7:52:05 AM] Anastasia: you have nothing to worry about. Breathe.
[4/11/19, 7:55:20 AM] +1 (631) 379-9928: Still
I'm sending one of kids away overnight
Nerves
[4/11/19, 7:56:05 AM] Anastasia: I get that (dad)
[4/11/19, 7:56:43 AM] +1 (631) 379-9928: Legs
How are they?
[4/11/19, 7:57:14 AM] +1 (631) 379-9928: Aaaaaaaaaand
Be gentle with █████
LOL
[4/11/19, 7:57:43 AM] Anastasia: My Achilles hurt (only on the right leg) otherwise
I'm good && honestly I love █████ too much to do anythig with anyone else
[4/11/19, 7:58:01 AM] +1 (631) 379-9928: Good
[4/11/19, 7:58:19 AM] Anastasia: Yes
[4/11/19, 7:58:57 AM] +1 (631) 379-9928: You need to run and stretch your calf
For the 1000th time
[4/11/19, 7:59:27 AM] Anastasia: oh shut up
[4/11/19, 8:00:22 AM] +1 (631) 379-9928: Sassy
[4/11/19, 8:00:36 AM] Anastasia: Course
[4/11/19, 8:02:29 AM] +1 (631) 379-9928: You still coming 4th? (Not really asking
more telling)
[4/11/19, 8:02:36 AM] Anastasia: Duh
[4/11/19, 8:03:47 AM] +1 (631) 379-9928: Good
You're not getting out of here without a hug today (this one will probably be more
for me to be honest)
[4/11/19, 8:10:06 AM] Anastasia: Probably but that's okay
[4/11/19, 9:25:17 AM] +1 (631) 379-9928: Sooooo
Here is some tea
Someone is loosing prom
Caught with a juul in the bathroom
[4/11/19, 9:28:16 AM] +1 (631) 379-9928: Just told █████ if the parents want to
meet it must be after 4th
I'm not letting them fuck up our time
[4/11/19, 9:29:39 AM] Anastasia: Sucks for them man! And thank you! We need our time
[4/11/19, 9:29:50 AM] +1 (631) 379-9928: Yes we do
[4/11/19, 9:30:09 AM] +1 (631) 379-9928: I really am going to miss you
[4/11/19, 9:31:42 AM] +1 (631) 379-9928: Come here 4th wait for me if I'm tied up
[4/11/19, 9:33:05 AM] Anastasia: Okay suhds good
[4/11/19, 10:41:41 AM] +1 (631) 379-9928: Meds
Did you  pack your medicine ?
[4/11/19, 10:48:24 AM] Anastasia: Yes! Thank you! I miss you already
[4/11/19, 10:48:37 AM] +1 (631) 379-9928: Miss you too
Have fun
[4/11/19, 11:00:18 AM] Anastasia: Ready for this?
[4/11/19, 11:12:54 AM] +1 (631) 379-9928: Hit me
[4/11/19, 11:13:00 AM] +1 (631) 379-9928: I'm afraid
[4/11/19, 11:13:53 AM] Anastasia: Juul is in █████ car so nobody is doing anything
[4/11/19, 11:17:07 AM] +1 (631) 379-9928: Wow
I feel better
[4/11/19, 11:17:19 AM] Anastasia: You needed that
[4/11/19, 11:19:07 AM] +1 (631) 379-9928: Yes
[4/11/19, 11:19:09 AM] +1 (631) 379-9928: Thank you
[4/11/19, 11:19:19 AM] +1 (631) 379-9928: Love you even more now
[4/11/19, 11:19:42 AM] Anastasia: Mm good:)
[4/11/19, 11:22:18 AM] +1 (631) 379-9928: Currently crushing spicy chicken
Do you like spicy food?
[4/11/19, 11:25:45 AM] Anastasia: Not really like this might sound weird but it
makes me hyper like I eat it sweat and bounce because it gets too hot for me
[4/11/19, 11:29:37 AM] +1 (631) 379-9928: Me too
That the best
I'm sweating like a ran and it clears my nose out
[4/11/19, 11:35:12 AM] Anastasia: I NEED THAT RIGHT NOW
[4/11/19, 11:53:26 AM] Anastasia: Yeah I blamed u on why I got kicked out of gym

_chat

[4/11/19, 11:53:31 AM] Anastasia: Out of ██████'s gym
[4/11/19, 11:59:13 AM] +1 (631) 379-9928: ok
I'm sure she's pissed
[4/11/19, 11:59:59 AM] +1 (631) 379-9928: Also I told ██████ nobody makes anymore
switches
To prevent them from switching tonyour class
[4/11/19, 12:00:17 PM] +1 (631) 379-9928: Did she have anything shitty to say about
me
[4/11/19, 12:02:29 PM] Anastasia: Yeah I really don't need to have her in my gym
class
[4/11/19, 12:02:37 PM] Anastasia: And no she just said wtf
[4/11/19, 12:07:42 PM] +1 (631) 379-9928: It was for the best
And I know you see that, which tells me you're gonna be ok
[4/11/19, 12:08:05 PM] Anastasia: Course
[4/11/19, 12:08:17 PM] Anastasia: I feel like I'm gunna do good
[4/11/19, 12:08:21 PM] Anastasia: Be okay
[4/11/19, 12:12:35 PM] +1 (631) 379-9928: Could've held that hug forever
[4/11/19, 12:13:02 PM] Anastasia: <attached: 00002270-PHOTO-2019-04-11-12-12-46.jpg>
[4/11/19, 12:13:29 PM] +1 (631) 379-9928: Ah yes
I know that ride well
[4/11/19, 12:13:38 PM] +1 (631) 379-9928: Plum island to your east
[4/11/19, 12:14:18 PM] Anastasia: Which way is east again
[4/11/19, 12:17:16 PM] +1 (631) 379-9928: Look towards the front of the boat
Right side

COME ON
[4/11/19, 12:17:45 PM] Anastasia: Lmaooo
[4/11/19, 12:32:24 PM] +1 (631) 379-9928: Your power goal
If someone breaks out a juul around you
Berate the shit out of them storm off
[4/11/19, 12:38:02 PM] Anastasia: Gotcha
[4/11/19, 12:47:39 PM] +1 (631) 379-9928: Hold onto that hug if you miss me
[4/11/19, 12:53:10 PM] Anastasia: I really do miss u
[4/11/19, 12:56:29 PM] +1 (631) 379-9928: Me too
But

Close your eyes
Go to the bench
I'm there
[4/11/19, 1:06:52 PM] Anastasia: puts head on shoulder
[4/11/19, 1:34:24 PM] +1 (631) 379-9928: It's 8 th period
I'm lonely

██████ just tried to snake my time this period knowing you were gone

I told her I had an appointment
8th period is our time no one else
[4/11/19, 1:36:20 PM] Anastasia: I love it! Wait till tomorrow when I'm really not
there all day. Nobody to make you laugh
[4/11/19, 1:36:31 PM] Anastasia: like I do at least
[4/11/19, 1:38:06 PM] Anastasia: Dude I almost ran to get a juul before
[4/11/19, 1:40:07 PM] +1 (631) 379-9928: Why would you do that
No juul
[4/11/19, 1:40:15 PM] Anastasia: Crave
[4/11/19, 1:42:02 PM] +1 (631) 379-9928: Don't
You didn't say the word promise
But you said you won't
[4/11/19, 1:42:22 PM] +1 (631) 379-9928: Ya not laughing tomorrow
[4/11/19, 1:42:24 PM] Anastasia: you're right
[4/11/19, 1:42:32 PM] Anastasia: like always
[4/11/19, 1:42:46 PM] +1 (631) 379-9928: If you said no yesterday
[4/11/19, 1:42:56 PM] Anastasia: I can say no again
[4/11/19, 1:43:05 PM] Anastasia: dam right

_chat
[4/11/19, 1:45:57 PM] +1 (631) 379-9928: Fuck ya
[4/11/19, 1:46:29 PM] +1 (631) 379-9928: You're not going to attack ██████ tonight
are you?
LOL
[4/11/19, 1:51:07 PM] +1 (631) 379-9928: If you can't say no for you
Do it for me

But I know you'll be strong
[4/11/19, 1:52:31 PM] Anastasia: she doesn't have it hun
[4/11/19, 1:53:56 PM] Anastasia: █████ like always didn't go to 8th and she sees
taylor in the halls and taylor goes "hey how are you?" And █████ was like good how
are you and I was like oh dam I would've been like better in ur bed but you know.."
and she was like you're so dirty there's never a clean moment in ur head is there
and I was like of course not gotta shoot your shot while u can
[4/11/19, 1:57:01 PM] +1 (631) 379-9928: Funny
[4/11/19, 1:57:20 PM] Anastasia: Aren't I
[4/11/19, 1:57:23 PM] +1 (631) 379-9928: 8th period log
[4/11/19, 1:57:38 PM] Anastasia: It's because I'm not there
[4/11/19, 1:57:55 PM] +1 (631) 379-9928: Day 1 no Anastasia
Walked around lost and aimless
Mumbling to my self
[4/11/19, 1:58:45 PM] Anastasia: Awee!
[4/11/19, 1:59:00 PM] Anastasia: dude my student just watched me look at someone's
ass
[4/11/19, 1:59:16 PM] +1 (631) 379-9928: Who's ass
[4/11/19, 1:59:24 PM] +1 (631) 379-9928: Was it worth it
[4/11/19, 1:59:29 PM] Anastasia: ██████████
[4/11/19, 1:59:37 PM] Anastasia: Oh yeah bro she had tights on
[4/11/19, 1:59:47 PM] Anastasia: had to
[4/11/19, 2:00:02 PM] +1 (631) 379-9928: You are a horny person aren't you
[4/11/19, 2:00:15 PM] Anastasia: "Horny 18 year old now"
[4/11/19, 2:00:19 PM] Anastasia: Nothing changed
[4/11/19, 2:00:46 PM] +1 (631) 379-9928: Hmmmm
[4/11/19, 2:15:34 PM] +1 (631) 379-9928: I kinda knew that you were even before you
told me
As they say
Game knows game
Just keep it in check on the trip
[4/11/19, 2:16:11 PM] Anastasia: Lmao
[4/11/19, 2:20:56 PM] Anastasia: okay so I gotta rant and you can read this
whenever. Yes this would've been the thing I dropped on you at 1:58 but I didn't
think about it's seriousness until now. So like I said █████████ changed. But like
it's like she's I dunno possessed. She went from this real hard working girl with
emotion to a girl who is so far gone that being okay and fine isn't even in her
vocabulary and it's scaring the hell out of me. She told █████ she's so far from
okay and regan im not really sure what to do
[4/11/19, 2:35:45 PM] +1 (631) 379-9928: I see it on her face
If you're that concerned two things
Tell her mom
And / or her counselor
[4/11/19, 2:36:46 PM] +1 (631) 379-9928: But for you right now

Enjoy your trip
BTW
Boston had 250 thousand college kids in sure here are some snacks and meals to see
[4/11/19, 2:37:31 PM] +1 (631) 379-9928: Also ██████████ is really struggling with
Wtf do I do in after June
[4/11/19, 2:38:35 PM] Anastasia: You're right and bro I can't wait.. sorry █████ I
love u kid but hello Boston girls
[4/11/19, 2:41:19 PM] Anastasia: Pulling my pants up and I looked and saw ███████
looking game on
[4/11/19, 2:42:20 PM] +1 (631) 379-9928: Um why were you pants down
[4/11/19, 2:42:31 PM] Anastasia: don't worry

_chat
[4/11/19, 2:42:46 PM] +1 (631) 379-9928: Random pants downis worrying
[4/11/19, 2:42:59 PM] Anastasia: Lmao kidding it's because I sat down so when I
stood up I re adjusted myself
[4/11/19, 2:43:02 PM] Anastasia: Lmaoo
[4/11/19, 2:43:35 PM] Anastasia: funny how she's all over her boyfriend now like
cmon stop denying that you want me in bed with you
[4/11/19, 2:43:54 PM] +1 (631) 379-9928: People be gettin caught staring at asses
left and right
[4/11/19, 2:44:15 PM] +1 (631) 379-9928: Telling you
She sends the gay vibe
[4/11/19, 2:44:22 PM] +1 (631) 379-9928: Be nice to her
[4/11/19, 2:44:53 PM] Anastasia: ohh definitely
[4/11/19, 2:49:24 PM] +1 (631) 379-9928: No like
She's testing
And yes you could blow her away
But you know she is experimenting

Don't be her experiment

And one of these days you're gonna tell me what skills you think you have. That will
be a fun conversation.
[4/11/19, 2:51:50 PM] +1 (631) 379-9928: I'll  reciprocate on that conversation if
you're down
[4/11/19, 2:51:56 PM] Anastasia: I'm down
[4/11/19, 2:52:13 PM] Anastasia: and she won't be experimenting after a night with
me
[4/11/19, 2:53:57 PM] +1 (631) 379-9928: LOL
[4/11/19, 3:45:58 PM] +1 (631) 379-9928: <attached:
00002339-PHOTO-2019-04-11-15-45-42.jpg>
[4/11/19, 3:47:42 PM] Anastasia: I love it
[4/11/19, 3:48:14 PM] Anastasia: I have over an hour so I'll listen to it on my  way
to new Oort
[4/11/19, 3:48:15 PM] Anastasia: Port
[4/11/19, 3:53:33 PM] Anastasia: I LITERALLY WENT IN FOR A PICTURE AND THE FOOTBALL
GIRL PLAYER GRABS ME RELALY CLOSE TO HER AND PICKED ME UP AND IVE NEVER FELT SO
VIOLATED I MY LIFE
[4/11/19, 3:57:11 PM] +1 (631) 379-9928: Oh ya
Ain't nobody pick you up like that except me
[4/11/19, 3:57:24 PM] Anastasia: Yeah literally
[4/11/19, 3:57:26 PM] +1 (631) 379-9928: I'll whoop her
[4/11/19, 3:57:32 PM] Anastasia: please do
[4/11/19, 3:57:36 PM] +1 (631) 379-9928: Maybe it would be a good fight
[4/11/19, 3:57:43 PM] Anastasia: I had to tell █████ and omg
[4/11/19, 4:00:59 PM] +1 (631) 379-9928: Because your small she thinks she can do
that

SHE IS WRONG
[4/11/19, 4:01:12 PM] Anastasia: Of course
[4/11/19, 4:02:57 PM] Anastasia: I'm on such a high
[4/11/19, 4:03:17 PM] +1 (631) 379-9928: You should be

But tell me why
[4/11/19, 4:03:25 PM] +1 (631) 379-9928: I want to hear it
[4/11/19, 4:05:21 PM] Anastasia: you know I don't think Ive ever met anyone like you
but I dunno like I haven't juuled and I won't and I everything I do I feel so good
about. I eat a burger and I'm like HELL YEA I listen to music and dam it's so good
and the people I'm with I'm just vibing with
[4/11/19, 4:05:26 PM] Anastasia: life is so good man
[4/11/19, 4:05:37 PM] Anastasia: Like I'm finding myself again
[4/11/19, 4:06:55 PM] Anastasia: Listen to simple and sweet by Jon Bellion it's a
slapper
[4/11/19, 4:09:27 PM] +1 (631) 379-9928: Good
I'm glad you're able to explain why
                              Page 65

_chat

We click together
Can't explain it but we get each other
I think we have a lot of similarities
[4/11/19, 4:10:04 PM] +1 (631) 379-9928: I like watching g you find yourself again
The key is to love and respect yourself
[4/11/19, 4:10:20 PM] +1 (631) 379-9928: I'm leaving for home catch you later
Have clean fun
[4/11/19, 4:12:13 PM] Anastasia: Sound good:)
[4/11/19, 4:12:32 PM] Anastasia: and I 100% agree were like two peas in a pod or is it pot?
[4/11/19, 4:12:39 PM] Anastasia: whatever you know what I mean
[4/11/19, 4:14:19 PM] +1 (631) 379-9928: LOL
[4/11/19, 4:23:21 PM] +1 (631) 379-9928: I like it
Watch
Nice for what
Drake
[4/11/19, 4:23:53 PM] Anastasia: Is that with the snacks
[4/11/19, 4:26:23 PM] +1 (631) 379-9928: Meals
[4/11/19, 4:29:47 PM] Anastasia: Bro majority of them are hot as hell
[4/11/19, 4:57:54 PM] +1 (631) 379-9928: Told you they were hot
If you watched it when I said you cajole have been enjoying them all along
[4/11/19, 5:00:48 PM] +1 (631) 379-9928: My favs
The first one Blonde (Olivia Wilde)
Harvard girl with Afro
Pool cannonball
Girl on water tower at end (she was in Black Panther and is from Kenya)
Oh and
Yes
They all want me, they just don't know it
[4/11/19, 5:01:12 PM] Anastasia: You're such a hot head
[4/11/19, 5:01:19 PM] Anastasia: but true
[4/11/19, 5:02:09 PM] +1 (631) 379-9928: I have a different def of Hot head
[4/11/19, 5:02:16 PM] Anastasia: Oh man
[4/11/19, 5:02:20 PM] Anastasia: I bet you do
[4/11/19, 5:03:03 PM] +1 (631) 379-9928: Where are you guys now
[4/11/19, 5:05:13 PM] Anastasia: According to Snapchat Jamestown RI
[4/11/19, 5:06:05 PM] Anastasia: On "Newport Claiborne pell  bridge"
[4/11/19, 5:09:05 PM] +1 (631) 379-9928: Let me guess █████ on Snapchat
[4/11/19, 5:09:23 PM] Anastasia: she is
[4/11/19, 5:09:23 PM] +1 (631) 379-9928: And you'll prob FaceTime her later
[4/11/19, 5:09:31 PM] Anastasia: I probably will
[4/11/19, 5:09:35 PM] Anastasia: Dam right
[4/11/19, 5:10:09 PM] +1 (631) 379-9928: She gonna keep you busy so you don't get busy
[4/11/19, 5:10:23 PM] Anastasia: English
[4/11/19, 5:10:27 PM] Anastasia: My language
[4/11/19, 5:12:13 PM] +1 (631) 379-9928: She is gonna make sure you're not with someone else
[4/11/19, 5:13:04 PM] Anastasia: Ooh right
[4/11/19, 5:13:21 PM] +1 (631) 379-9928: Ya can't get with █████ and face time
[4/11/19, 5:13:28 PM] Anastasia: So I'm scrolling on Instagram and of course this perverted things comes up
[4/11/19, 5:13:39 PM] Anastasia: And oh no
[4/11/19, 5:13:53 PM] Anastasia: █████ is all over her bf so I'm not interested
[4/11/19, 5:14:12 PM] +1 (631) 379-9928: What came up
And what were you Looking up
[4/11/19, 5:14:14 PM] +1 (631) 379-9928: ??
[4/11/19, 5:14:21 PM] Anastasia: but of course I watch because it's a girl half naked and I shit you not all the guys come behind me like woah woah
[4/11/19, 5:14:35 PM] Anastasia: I wasn't looking anything up it just came up because of what I follow
[4/11/19, 5:14:56 PM] +1 (631) 379-9928: Ya sure

_chat

[4/11/19, 5:15:03 PM] Anastasia: and I'm not telling you the name of the account because it will just yeah never mind
[4/11/19, 5:15:18 PM] Anastasia: mm shut up
[4/11/19, 5:15:40 PM] +1 (631) 379-9928: You have no idea how hard it was to get porn when I was in HS
Now forget it
[4/11/19, 5:15:50 PM] +1 (631) 379-9928: What account yours ?
[4/11/19, 5:16:04 PM] Anastasia: I was gunna ask you about porn but nooo
[4/11/19, 5:16:16 PM] Anastasia: It's hard to explain because you're like 50 so
[4/11/19, 5:16:46 PM] +1 (631) 379-9928: Ask me what
[4/11/19, 5:16:59 PM] Anastasia: it's someone else's account and u follow what they post but sometimes they post stuff that doesn't match their account and yea
[4/11/19, 5:17:06 PM] Anastasia: nothing that will be for another time
[4/11/19, 5:17:40 PM] +1 (631) 379-9928: I understand the concept of following
[4/11/19, 5:17:51 PM] Anastasia: that's a first
[4/11/19, 5:18:21 PM] +1 (631) 379-9928: /gently kicks her under the table\
[4/11/19, 5:18:37 PM] Anastasia: there's never a gently with you
[4/11/19, 5:18:52 PM] +1 (631) 379-9928: Depends
[4/11/19, 5:19:25 PM] Anastasia: the only gentle there is.. is maybe like your personality
[4/11/19, 5:19:33 PM] Anastasia: Everything else is rough around the edges
[4/11/19, 5:19:52 PM] +1 (631) 379-9928: Explain
[4/11/19, 5:20:42 PM] Anastasia: Dude u kick ur way into your office you bang your chairs around (along with many girls) BUDUM CHHHH SEA* what I did there I'm SHORE you didn't
[4/11/19, 5:21:21 PM] Anastasia: anyways you're just rough
[4/11/19, 5:21:24 PM] Anastasia: a rough guy
[4/11/19, 5:21:33 PM] +1 (631) 379-9928: Interesting
[4/11/19, 5:22:24 PM] +1 (631) 379-9928: So you want a softer side of me?
[4/11/19, 5:22:57 PM] Anastasia: Oh. Already got ur soft side I'm just telling you about the rough side you're clearly blind about
[4/11/19, 5:23:22 PM] +1 (631) 379-9928: Clearly
[4/11/19, 5:24:09 PM] Anastasia: I'm literally so dirty I put my backpack on my lap and look at one of my friends and was like wouldn't be the first thing on my lap and he was like mmh
[4/11/19, 5:24:53 PM] +1 (631) 379-9928: Flirt
[4/11/19, 5:25:09 PM] Anastasia: Aren't I
[4/11/19, 5:25:29 PM] +1 (631) 379-9928: You talk big
[4/11/19, 5:25:50 PM] Anastasia: gotta
[4/11/19, 5:30:22 PM] +1 (631) 379-9928: Like you said
Take your shot
[4/11/19, 5:30:37 PM] Anastasia: Shoot your shot bro
[4/11/19, 5:31:17 PM] +1 (631) 379-9928: Is that your version of
Stay Hard
[4/11/19, 5:32:26 PM] Anastasia: Maybe   .
[4/11/19, 5:34:35 PM] +1 (631) 379-9928: You know
We're prob gonna have to FaceTime to makeup not seeing each other LOL
[4/11/19, 5:34:50 PM] Anastasia: Literally
[4/11/19, 5:36:04 PM] +1 (631) 379-9928: Watching the song told to listen to
[4/11/19, 5:36:24 PM] Anastasia: the one I told u to listen to?
[4/11/19, 5:36:36 PM] +1 (631) 379-9928: It has a very cool melody
Like spa music
[4/11/19, 5:36:39 PM] +1 (631) 379-9928: Yes
[4/11/19, 5:36:51 PM] +1 (631) 379-9928: Simple and sweet
[4/11/19, 5:37:01 PM] Anastasia: Right!!
[4/11/19, 5:37:36 PM] Anastasia: I felt us sitting at the water
[4/11/19, 5:37:42 PM] Anastasia: I vibe with it     .
[4/11/19, 5:37:48 PM] +1 (631) 379-9928: And a there is a hottie in the vid
[4/11/19, 5:37:54 PM] +1 (631) 379-9928: Ya I can see that
[4/11/19, 5:37:54 PM] Anastasia: OHH YEAH
[4/11/19, 5:39:15 PM] +1 (631) 379-9928: You should take a few minutes and run your calf
And

Page 67

_chat
Don't get a freshman to do it
[4/11/19, 5:40:42 PM] +1 (631) 379-9928: How are the rest of his songs ?
[4/11/19, 5:42:59 PM] Anastasia: SOO GOO
[4/11/19, 5:43:04 PM] Anastasia: lmao
[4/11/19, 5:52:16 PM] +1 (631) 379-9928: Just registered Sunday's  race

It's on like Donkey Kong
Hope I don't shit the bed
[4/11/19, 5:53:01 PM] Anastasia: ur so corny
[4/11/19, 5:53:23 PM] +1 (631) 379-9928: Ha
[4/11/19, 5:53:43 PM] +1 (631) 379-9928: Yet oddly you love it
[4/11/19, 5:53:52 PM] Anastasia: ur right
[4/11/19, 5:54:40 PM] +1 (631) 379-9928: For that distance I'll debate if I should
carey a bottle
[4/11/19, 5:54:51 PM] +1 (631) 379-9928: Prob will
[4/11/19, 5:54:56 PM] Anastasia: just do it
[4/11/19, 5:55:21 PM] +1 (631) 379-9928: I ran a 5k at college
Drunk off my ass
[4/11/19, 5:55:40 PM] +1 (631) 379-9928: Still beat 3/4 of my fraternity
[4/11/19, 5:55:50 PM] Anastasia: OH MY GOD
[4/11/19, 5:55:54 PM] Anastasia: That sounds fun
[4/11/19, 5:55:57 PM] +1 (631) 379-9928: Then guess what
Went drinking
[4/11/19, 5:56:09 PM] Anastasia: lmao smart
[4/11/19, 5:56:35 PM] Anastasia: You know the age limit to buy weed here?
[4/11/19, 5:56:37 PM] Anastasia: 18
[4/11/19, 5:57:39 PM] +1 (631) 379-9928: You how many days you'll be suspended for
buying weed on a school trip?
[4/11/19, 5:57:56 PM] Anastasia: worth it
[4/11/19, 5:58:02 PM] Anastasia: not really but shh
[4/11/19, 5:59:51 PM] +1 (631) 379-9928: Your too big to spank
But girl
Sometimes !.!.!.!.!.!.
[4/11/19, 6:01:26 PM] Anastasia: lmaooo
[4/11/19, 6:01:36 PM] Anastasia: You love me
[4/11/19, 6:03:15 PM] +1 (631) 379-9928: Yes
[4/11/19, 6:04:36 PM] Anastasia: Sexually I disagree
[4/11/19, 6:05:18 PM] +1 (631) 379-9928: To spank?
[4/11/19, 6:05:42 PM] Anastasia: Mhm
[4/11/19, 6:07:11 PM] +1 (631) 379-9928: Ya if you like that
[4/11/19, 6:07:27 PM] Anastasia: Very true
[4/11/19, 6:08:42 PM] Anastasia: SOME KID JUST DEADED█████████
[4/11/19, 6:08:58 PM] Anastasia: threw her ass in the trash (not literally)
[4/11/19, 6:09:38 PM] +1 (631) 379-9928: She might need your shoulder tonight
[4/11/19, 6:10:28 PM] +1 (631) 379-9928: Told Echo (we don't call it Alexa) to play
songs by John Bellion
I like them
[4/11/19, 6:11:07 PM] Anastasia: Aren't they so good
[4/11/19, 6:11:10 PM] Anastasia: and yeah
[4/11/19, 6:11:18 PM] Anastasia: she's a girl
[4/11/19, 6:11:28 PM] Anastasia: If that makes sens
[4/11/19, 6:13:02 PM] +1 (631) 379-9928: It does
[4/11/19, 6:13:25 PM] +1 (631) 379-9928: Then spank her
LMAOO
[4/11/19, 6:13:44 PM] Anastasia: Mmh no not my type for that
[4/11/19, 6:13:51 PM] Anastasia: she'll cry
[4/11/19, 6:16:06 PM] +1 (631) 379-9928: Plus she doesn't have game
She thinks she does
[4/11/19, 6:16:39 PM] Anastasia: Shout it
[4/11/19, 6:17:51 PM] +1 (631) 379-9928: Is that shut it
Or some other language
[4/11/19, 6:21:39 PM] Anastasia: no like another way of agreed
[4/11/19, 6:23:11 PM] +1 (631) 379-9928: Ok

```
                                  _chat
Yo
Jon Bellion is from Long Island
But you knew that
[4/11/19, 6:24:41 PM] +1 (631) 379-9928: And graduated from my HS
Years after me
[4/11/19, 6:29:22 PM] +1 (631) 379-9928: Yo
Girl
Gonna jet
Time to start the process of getting the cherubs to bed        .

Behave tonight
Sexually
 and otherwise

Have fun
I miss you, I really do
Peace-
BR/ Dad
[4/11/19, 6:32:45 PM] Anastasia: Aw! Lmao okay okay I will and I miss you more of
course! Bye!
[4/11/19, 7:28:15 PM] +1 (631) 379-9928: This is me tucking you into bed
/kiss on the cheek\
Good Night


Live Clean
[4/11/19, 7:39:05 PM] Anastasia: Goodnight dad❤️🐶
[4/12/19, 5:41:35 AM] +1 (631) 379-9928: The morning light starts to peek through
the hotel window. You see the beautiful sunrise over the water. You start to think,
I'm doing really well. I've had three awesome weeks. I'm living clean.
My body is amazing, and I'm good looking.
The light  is now filling the room.
You look over to the other bed and see a the bare ass of your roommate with a big
red hand print on it, you think "she said spank me, damn I'm good!"
[4/12/19, 5:41:45 AM] +1 (631) 379-9928: Good Morning
[4/12/19, 5:43:39 AM] +1 (631) 379-9928: Here is your breakfast. Trust me watch
MEALS

https://m.youtube.com/watch?v=VJEbfeG2oAE
[4/12/19, 5:44:11 AM] +1 (631) 379-9928: Let me know how you're doing.
How was last night ?
[4/12/19, 7:08:50 AM] Anastasia: Dude this morning message was great! I'm doing
great! last night was one of the best nights. I laughed so much like I have felt
that good in a long time
[4/12/19, 7:24:23 AM] Anastasia: We made a groupchat and I told everyone to pull up
for an uno game.. let's just say 15 girls later.. didn't end well
[4/12/19, 7:24:52 AM] +1 (631) 379-9928: You just ruined Uno for me
[4/12/19, 7:24:59 AM] +1 (631) 379-9928: Haha
[4/12/19, 7:25:09 AM] +1 (631) 379-9928: Juul?
[4/12/19, 7:25:11 AM] Anastasia: Noooo
[4/12/19, 7:25:14 AM] Anastasia: And no
[4/12/19, 7:25:20 AM] +1 (631) 379-9928: Good Morning
[4/12/19, 7:25:33 AM] Anastasia: We got in trouble that's all that happened because
we couldn't stop laughing lmao
[4/12/19, 7:25:35 AM] Anastasia: Good morning
[4/12/19, 7:25:43 AM] +1 (631) 379-9928: Did you take advantage of anyone?
[4/12/19, 7:26:01 AM] Anastasia: nope             .                   .
[4/12/19, 7:26:08 AM] +1 (631) 379-9928: Good girl
[4/12/19, 7:26:22 AM] +1 (631) 379-9928: I'm glad you're having fun
And CLEAN
[4/12/19, 7:26:28 AM] Anastasia: me too!
[4/12/19, 7:26:47 AM] +1 (631) 379-9928: Listened to Bellion a million times last
night
```

_chat
[4/12/19, 7:26:55 AM] +1 (631) 379-9928: It's our other song
[4/12/19, 7:27:01 AM] Anastasia: Ugh that just made me happy
[4/12/19, 7:27:05 AM] Anastasia: happierrr*****
[4/12/19, 7:27:16 AM] +1 (631) 379-9928: Put it and his album on my phone
[4/12/19, 7:27:29 AM] Anastasia: good! You won't be disappointed
[4/12/19, 7:27:38 AM] +1 (631) 379-9928: The lyrics are pretty deep on the song
[4/12/19, 7:27:51 AM] Anastasia: right!!
[4/12/19, 7:28:28 AM] +1 (631) 379-9928: And
His music has a , turn the lights down get it on vibe
Very chill
[4/12/19, 7:28:42 AM] Anastasia: RIGHTTTTTTT
[4/12/19, 7:28:45 AM] Anastasia: ahhhh
[4/12/19, 7:28:53 AM] +1 (631) 379-9928: I feel ya girl
[4/12/19, 7:29:00 AM] +1 (631) 379-9928: How was PT
[4/12/19, 7:29:30 AM] Anastasia: Dope we ran a slow ass mile I was like cmon scurry
on up let's go
[4/12/19, 7:29:38 AM] Anastasia: and gunny sang while we ran
[4/12/19, 7:29:51 AM] +1 (631) 379-9928: How's your leg?

Marines do that
[4/12/19, 7:30:18 AM] Anastasia: bro the girls here
[4/12/19, 7:30:21 AM] +1 (631) 379-9928: I can tell your pumped
I miss your smile this morning
But I can tell you are
[4/12/19, 7:30:37 AM] +1 (631) 379-9928: Did you watch your breakfast video
[4/12/19, 7:30:52 AM] Anastasia: I miss you!! It's so different
[4/12/19, 7:31:40 AM] +1 (631) 379-9928: Miss you too!!
I love being on this ride with you
Watching you conquer everything
[4/12/19, 7:31:50 AM] Anastasia: :)) that means a lot
[4/12/19, 7:32:02 AM] Anastasia:███████ just looked at me and started smiling
[4/12/19, 7:32:06 AM] Anastasia: I was like oh man
[4/12/19, 7:32:22 AM] Anastasia: Nd she was like we will talk later
[4/12/19, 7:32:29 AM] +1 (631) 379-9928: She needs to make a decision
[4/12/19, 7:32:41 AM] Anastasia: no I just need to stop being a flirt
[4/12/19, 7:32:39 AM] +1 (631) 379-9928: She down or not
[4/12/19, 7:32:49 AM] Anastasia: she needs to be
[4/12/19, 7:33:05 AM] Anastasia: even though I literally love ██████ way too much to
Cheat
[4/12/19, 7:33:10 AM] Anastasia: you dig
[4/12/19, 7:33:12 AM] +1 (631) 379-9928: Leg how is it?
[4/12/19, 7:33:18 AM] +1 (631) 379-9928: Ya I dig
[4/12/19, 7:33:20 AM] Anastasia: It's actually good
[4/12/19, 7:33:39 AM] +1 (631) 379-9928: Did you rub and stretch that SPOT
[4/12/19, 7:33:56 AM] Anastasia: I think resting it yesterday and sleeping did the
job and yes I did that while sitting on the bus
[4/12/19, 7:34:09 AM] +1 (631) 379-9928: I knew the exact spot
Keep working it
[4/12/19, 7:34:27 AM] Anastasia: Sounds like a plan doooood
[4/12/19, 7:34:37 AM] Anastasia: How's your morning
[4/12/19, 7:35:44 AM] +1 (631) 379-9928: Way overslept
Didn't run
██████had us up at 12 and 2:30
[4/12/19, 7:35:55 AM] Anastasia: ohh man why
[4/12/19, 7:35:58 AM] +1 (631) 379-9928: I love her but almost ended her last night
[4/12/19, 7:36:12 AM] Anastasia: VIOLENT stop!
[4/12/19, 7:36:14 AM] +1 (631) 379-9928:██████almost became an only child again
[4/12/19, 7:36:27 AM] Anastasia: lmaooo
[4/12/19, 7:36:31 AM] Anastasia: he would've liked it
[4/12/19, 7:36:42 AM] +1 (631) 379-9928: I know I would never ever hurt them

Yes he would have
[4/12/19, 7:36:54 AM] +1 (631) 379-9928: I didn't shave
Page 70

_chat

I'm a mess
[4/12/19, 7:36:59 AM] Anastasia: anyways why did she have you up
[4/12/19, 7:37:06 AM] +1 (631) 379-9928: Female
[4/12/19, 7:37:10 AM] Anastasia: O man you really are that's not like you
[4/12/19, 7:37:11 AM] Anastasia: ah
[4/12/19, 7:37:29 AM] +1 (631) 379-9928: She wakes up and wants company
[4/12/19, 7:37:39 AM] Anastasia: Bruh
[4/12/19, 7:37:54 AM] Anastasia: I* would've ended her
[4/12/19, 7:38:25 AM] Anastasia: how's ███ doing
[4/12/19, 7:39:17 AM] +1 (631) 379-9928: I have a razor  in my office (of course) I might shave
[4/12/19, 7:39:28 AM] Anastasia: you should
[4/12/19, 7:39:45 AM] +1 (631) 379-9928: ███ is good
He has a field trip today
His class is going scuba diving
[4/12/19, 7:39:55 AM] +1 (631) 379-9928: Pretty cool
[4/12/19, 7:39:58 AM] Anastasia: What kind of what
[4/12/19, 7:40:09 AM] Anastasia: that's so dope I wish I was ███
[4/12/19, 7:40:35 AM] +1 (631) 379-9928: Yes Hampton dive center
Full gear jump in the pool
[4/12/19, 7:43:10 AM] Anastasia: Bruhh ███ is really living life
[4/12/19, 7:46:10 AM] +1 (631) 379-9928: Gotta go do principal shit
I'm glad we got to chat I'm sure we will talk later (would love to chat all day with you)
I miss you and am so happy you're having fun, this is what life is about

Send me a pic of your beautiful smile, need to see it!!!
[4/12/19, 7:46:27 AM] Anastasia: Gottchuuuu
[4/12/19, 7:47:23 AM] Anastasia: <attached: 00002584-PHOTO-2019-04-12-07-47-07.jpg>
[4/12/19, 7:51:50 AM] +1 (631) 379-9928: Did you actually look at that photo
It's more her

Try again yo!
And who does she think you're sending it to?
[4/12/19, 7:55:54 AM] +1 (631) 379-9928: And of course the little I can see of you
You look great
[4/12/19, 8:01:29 AM] Anastasia: I didn't even look at when I sent it lmao I just sent it and walked into the halls because my name was getting called
[4/12/19, 8:10:29 AM] +1 (631) 379-9928: Ya you have a great smile
But I want a pic of you
It will get me through the day
[4/12/19, 8:10:45 AM] Anastasia: OKAY SO I JUST TOOK ONE
[4/12/19, 8:10:53 AM] Anastasia: perfect timing
[4/12/19, 8:11:09 AM] Anastasia: <attached: 00002591-PHOTO-2019-04-12-08-10-52.jpg>
[4/12/19, 8:11:15 AM] Anastasia: This d the best you're getting
[4/12/19, 8:20:33 AM] +1 (631) 379-9928: Girl
Can't get a full face
Ha
I guess that will have to do
[4/12/19, 8:21:39 AM] Anastasia: Dude click on the picture
[4/12/19, 8:21:43 AM] Anastasia: dumbass
[4/12/19, 8:30:03 AM] +1 (631) 379-9928: Sorry
Haha

Beautiful

Simple and sweet on repeat
[4/12/19, 8:30:41 AM] Anastasia: Mm I know
[4/12/19, 8:30:47 AM] Anastasia: Me too omg
[4/12/19, 8:58:33 AM] Anastasia: I feel so badass dude I just shot an M4
[4/12/19, 9:00:31 AM] +1 (631) 379-9928: Wow
[4/12/19, 9:01:00 AM] +1 (631) 379-9928: Aren't you glad you went on the trip!!!!!!!!

Page 71

```
                                      _chat
[4/12/19, 9:01:42 AM] Anastasia: Hell yeah
[4/12/19, 9:01:56 AM] +1 (631) 379-9928: I can tell
[4/12/19, 9:02:11 AM] +1 (631) 379-9928: I'm pumped for you
[4/12/19, 9:02:40 AM] +1 (631) 379-9928: Miss you but pumped

You needed this trip
To have clean fun
[4/12/19, 9:03:03 AM] +1 (631) 379-9928: To show yourself you can do it
[4/12/19, 9:03:11 AM] Anastasia: Yes! I agree!
[4/12/19, 9:03:30 AM] Anastasia: I haven't felt this good in forever man
[4/12/19, 9:03:37 AM] Anastasia: I'm on such a high
[4/12/19, 9:04:01 AM] +1 (631) 379-9928: Good
Now we need to keep it

And guess what your not doing ?
[4/12/19, 9:04:12 AM] Anastasia: Juuling
[4/12/19, 9:05:36 AM] +1 (631) 379-9928: Yup
And
Drugs
[4/12/19, 9:05:55 AM] +1 (631) 379-9928: And you feel better

See a correlation !?!?!?!?!?!?
[4/12/19, 9:06:08 AM] Anastasia: YES!
[4/12/19, 9:06:13 AM] +1 (631) 379-9928: See I'm always trying to get you to a
better place
[4/12/19, 9:06:36 AM] Anastasia: See this is why I threw my trust on to you
[4/12/19, 9:20:48 AM] +1 (631) 379-9928: Breakdown of Anastasia

You're smarter than you know

You're a better person than you give yourself credit for

You're as attractive as you think you are (which is pretty attractive )

You know you have issues to deal with and are starting to deal with them in a
positive way.

I think you are a pretty amazing person
I've opened up to you I just felt like you needed it and it was the only way to save
you (Fix You).
I'm so glad I did.

All I want is honesty.

Ya very deep for 9am
[4/12/19, 9:30:49 AM] Anastasia: That was very deep for a 9am text but I needed to
hear that thank you. Of corse I agree about the good looking part! I'm glad you're
in my life.
[4/12/19, 9:35:57 AM] +1 (631) 379-9928: I love you man
Wanna see you do many great things which I know you will

████ is one of your demons
You know this
[4/12/19, 9:36:44 AM] Anastasia: I love you too bro! And she is but she wont be if I
don't let her be
[4/12/19, 9:44:26 AM] +1 (631) 379-9928: We need to work on that
But you know that
[4/12/19, 9:45:08 AM] Anastasia: Well get there dude
[4/12/19, 9:46:34 AM] +1 (631) 379-9928: I know
[4/12/19, 9:47:02 AM] +1 (631) 379-9928: As long as you want to
We will get there
[4/12/19, 9:47:28 AM] Anastasia: Yes
[4/12/19, 9:52:25 AM] +1 (631) 379-9928: What's the plan for today?
                                      Page 72
```

_chat
Where r u guys?

And
Has anyone been juul'in ? Obviously not you
[4/12/19, 9:57:01 AM] Anastasia: we have a few tours planned. We're currently at the
coastal riverine tour which they're showing us guns (still shootin the M4's. Then we
have the surface ware fare tour after. It's with like ship handling trainers or
something.
No nobody is juuling at least not that I have seen.
[4/12/19, 9:59:27 AM] +1 (631) 379-9928: Sounds very fun
[4/12/19, 9:59:46 AM] Anastasia: mm I'm more excited for lunch
[4/12/19, 10:02:08 AM] +1 (631) 379-9928: LOL
[4/12/19, 10:02:38 AM] +1 (631) 379-9928: I'm dreading prom tonight
[4/12/19, 10:03:02 AM] Anastasia: Oooh shit I totally forgot you had that
[4/12/19, 10:03:24 AM] Anastasia: Some kid asked me but obviously rotc is more
important
[4/12/19, 10:04:27 AM] +1 (631) 379-9928: You should have punched him
I wouldn't have suspended you
Ha
[4/12/19, 10:04:51 AM] +1 (631) 379-9928: ROTC and disappointing me
[4/12/19, 10:05:07 AM] Anastasia: Lmaooo
[4/12/19, 10:05:25 AM] Anastasia: you got a lot of jokes up your sleeve today
[4/12/19, 10:06:18 AM] +1 (631) 379-9928: Ya but I'm not laughing
B/c you're not here
[4/12/19, 10:06:43 AM] Anastasia: Way to make me sad
[4/12/19, 10:07:31 AM] Anastasia: KIDDING kidding lmao
[4/12/19, 10:15:57 AM] +1 (631) 379-9928: I'm just going to close my door 8th and
pretend we are talking
Hahap
[4/12/19, 10:16:11 AM] Anastasia: Aw! Dude I seriously miss you
[4/12/19, 10:17:05 AM] +1 (631) 379-9928: Me too
But knowing that you're having fun and kinda re-discovering your happy self makes me
feel really good
[4/12/19, 10:25:11 AM] Anastasia: Even tho I'm getting really sick
[4/12/19, 10:27:45 AM] +1 (631) 379-9928: What Now?!?!
You're still not feeling well
[4/12/19, 10:27:56 AM] Anastasia: No
[4/12/19, 10:28:01 AM] +1 (631) 379-9928: Hand of God is a good song
[4/12/19, 10:28:15 AM] Anastasia: Ok
[4/12/19, 10:28:24 AM] +1 (631) 379-9928: Has it traveled into your throat or chest
[4/12/19, 10:28:32 AM] Anastasia: My throat
[4/12/19, 10:28:32 AM] +1 (631) 379-9928: Or still nasal
[4/12/19, 10:29:11 AM] +1 (631) 379-9928: Don't go kissing anyone
[4/12/19, 10:29:13 AM] Anastasia: Nasal and I have a sore throat
[4/12/19, 10:29:25 AM] Anastasia: I haven't been because of my sickness
[4/12/19, 10:29:58 AM] +1 (631) 379-9928: The throat might just be post nasal drip
[4/12/19, 10:30:11 AM] +1 (631) 379-9928: Are your glands swollen
[4/12/19, 10:30:17 AM] Anastasia: Oh it 100% is and I dunno
[4/12/19, 10:30:41 AM] +1 (631) 379-9928: Stay hydrated
[4/12/19, 10:31:01 AM] +1 (631) 379-9928: And if you were here I would say take a
sinus cold Med
[4/12/19, 10:31:19 AM] Anastasia: I have just Tylenol with me
[4/12/19, 10:31:30 AM] +1 (631) 379-9928: Is tylenol cold ?
[4/12/19, 10:31:31 AM] Anastasia: So I'll probably METAPHORICALLY overdose on that
[4/12/19, 10:32:03 AM] +1 (631) 379-9928: Didnyou take your medicine last night ?
[4/12/19, 10:32:16 AM] Anastasia: Yes
[4/12/19, 10:32:21 AM] +1 (631) 379-9928: Good·
[4/12/19, 10:32:50 AM] +1 (631) 379-9928: If you saw me today you'd think I was sick

So sloppy
But still look good
[4/12/19, 10:33:32 AM] Anastasia: I bet and you'd know I'd say something
[4/12/19, 10:43:09 AM] +1 (631) 379-9928: I would expect nothing less

_chat
[4/12/19, 10:43:38 AM] Anastasia: lmao dam right
[4/12/19, 10:43:37 AM] +1 (631) 379-9928: I'm sure your texting █████
Tell her to ge to class
I just saw her
[4/12/19, 10:43:42 AM] Anastasia: Ok
[4/12/19, 10:43:48 AM] Anastasia: I def will
[4/12/19, 10:44:01 AM] +1 (631) 379-9928: But obviously don't tell her I told you
[4/12/19, 10:44:10 AM] Anastasia: She's in class apparently from her last Snapchat
[4/12/19, 10:44:14 AM] Anastasia: Obviously
[4/12/19, 10:44:34 AM] +1 (631) 379-9928: Sorry you're not feeling well

/////hug\\\\\\
[4/12/19, 10:44:58 AM] Anastasia: its okay dad I'm good I just ate and chugged a
bottle of water
[4/12/19, 10:45:11 AM] +1 (631) 379-9928: Good
[4/12/19, 10:45:18 AM] Anastasia: forgot I needed to you know take care of myself
and eat and stay hydrated for a second
[4/12/19, 10:45:29 AM] Anastasia: Also████████has lunch
[4/12/19, 10:45:36 AM] +1 (631) 379-9928: Did you call moms last night
[4/12/19, 10:45:49 AM] Anastasia: No I'm going to FaceTime them tonight
[4/12/19, 10:45:59 AM] Anastasia: It was late by the time I headed to bed
[4/12/19, 10:53:03 AM] +1 (631) 379-9928: Sitting with ████████
[4/12/19, 10:54:28 AM] +1 (631) 379-9928: Jealous
[4/12/19, 10:55:25 AM] Anastasia: Very
[4/12/19, 10:56:52 AM] +1 (631) 379-9928: And if I may
She looks good
[4/12/19, 11:00:25 AM] Anastasia: I don't even need to see her and I know
You can see her
[4/12/19, 11:14:22 AM] +1 (631) 379-9928: Close your eyes
That's awesome
Mental photobook
[4/12/19, 11:21:08 AM] Anastasia: Like I don't do that already lol
[4/12/19, 11:25:58 AM] Anastasia: I was just FaceTiming ████████because we had some
downtime and she was like lemme go look for regan
[4/12/19, 11:29:34 AM] +1 (631) 379-9928: We all have our mental photo books

She won't find me
[4/12/19, 11:30:07 AM] Anastasia: I know she literally was like oh yeah I couldn't
find him
[4/12/19, 11:33:43 AM] +1 (631) 379-9928: Ha
[4/12/19, 11:35:14 AM] +1 (631) 379-9928: How ya feeling?
[4/12/19, 11:35:52 AM] +1 (631) 379-9928: I was just looking at your photo cuz I
haven't seen you all day
Haha
[4/12/19, 11:37:18 AM] +1 (631) 379-9928: But not in a creepy kinda way
[4/12/19, 11:38:43 AM] Anastasia: I'm a lot better. And how could you not miss me..
I mean look at me.. ah what a cutie and I get that
[4/12/19, 11:39:56 AM] +1 (631) 379-9928: That made me laugh
Thanks
[4/12/19, 11:40:09 AM] Anastasia: Gotchu like always
[4/12/19, 11:40:24 AM] Anastasia: Monday can't come soon enough
[4/12/19, 11:40:39 AM] +1 (631) 379-9928: I can totally see you saying that to me
with your eye roll head turn and smile
[4/12/19, 11:40:57 AM] Anastasia: mm you know me well
[4/12/19, 11:41:17 AM] Anastasia: Dude I can't wait for the Air Force
[4/12/19, 11:41:31 AM] Anastasia: being around all this military man
[4/12/19, 11:41:34 AM] Anastasia: I'm so stoked
[4/12/19, 11:42:17 AM] +1 (631) 379-9928: I know
We need to get you there
[4/12/19, 11:42:29 AM] Anastasia: Yes!!
[4/12/19, 11:47:47 AM] +1 (631) 379-9928: <attached:
00002709-PHOTO-2019-04-12-11-47-31.jpg>
[4/12/19, 11:48:02 AM] Anastasia: That's so sad

_chat

[4/12/19, 11:48:24 AM] Anastasia: Like actually depressing to look at ITS EVEN FACED
THE WAY IT WOULD BE IF I WAS TO SIT THERE
[4/12/19, 11:57:21 AM] +1 (631) 379-9928: Don't get pissed
████████
Is in your seat
[4/12/19, 11:57:34 AM] Anastasia: OH NO
[4/12/19, 12:05:00 PM] +1 (631) 379-9928: Yo girl it was good seeing you for a few
seconds
We should have thought about that and done it ourselves
[4/12/19, 12:05:31 PM] Anastasia: we can
[4/12/19, 12:07:16 PM] Anastasia: <attached: 00002716-PHOTO-2019-04-12-12-06-59.jpg>
[4/12/19, 12:20:50 PM] +1 (631) 379-9928: Ha
Forgot you had that !!
See I'm all around you
Hat, cube , music
[4/12/19, 12:21:19 PM] +1 (631) 379-9928: Did you see my stuble / scruff?
[4/12/19, 12:27:03 PM] +1 (631) 379-9928: And that was a small ass bed
[4/12/19, 12:44:27 PM] +1 (631) 379-9928: Had Bellion playing when they were in here
[4/12/19, 12:57:47 PM] Anastasia: You always are all around. I did bro I expect a
better look Monday when I see you! You're telling me. Dude Bellion really is our guy
[4/12/19, 12:58:42 PM] +1 (631) 379-9928: Ya
Can't believe she sat in your chair
[4/12/19, 12:59:00 PM] Anastasia: DID YOU HEAR ME ASK HER WHOS CHAIR SHES IN LMAO
[4/12/19, 12:59:08 PM] +1 (631) 379-9928: Ya
[4/12/19, 12:59:08 PM] Anastasia: that hurt a whole different level
[4/12/19, 12:59:26 PM] +1 (631) 379-9928: That was funny but I knew you would call
her on it
[4/12/19, 12:59:45 PM] +1 (631) 379-9928: She knew enough to say "Your Chair"
[4/12/19, 1:00:15 PM] Anastasia: LMAOOO
[4/12/19, 1:00:15 PM] +1 (631) 379-9928: Dude almost 8th period
Sad
But you're having fun so it's soooooooo worth it
[4/12/19, 1:00:48 PM] +1 (631) 379-9928: Don't like my scruff ?
It will
Be gone before prom
[4/12/19, 1:01:08 PM] Anastasia: True true! It better be
[4/12/19, 1:01:15 PM] Anastasia: I expect nothing less
[4/12/19, 1:01:32 PM] +1 (631) 379-9928: Of course
[4/12/19, 1:01:40 PM] Anastasia: <attached: 00002734-PHOTO-2019-04-12-13-01-23.jpg>
[4/12/19, 1:02:14 PM] +1 (631) 379-9928: It's your chair
Forever
[4/12/19, 1:02:22 PM] Anastasia: Dam right
[4/12/19, 1:02:35 PM] Anastasia: Unless ████████ wants to sit there
[4/12/19, 1:02:43 PM] Anastasia: Then of corse I can't say anything
[4/12/19, 1:03:47 PM] Anastasia: <attached: 00002739-PHOTO-2019-04-12-13-03-31.jpg>
[4/12/19, 1:03:48 PM] +1 (631) 379-9928: LOL
[4/12/19, 1:04:28 PM] +1 (631) 379-9928: Ya
She didn't move until I dragged her to ████████ with me
[4/12/19, 1:04:38 PM] +1 (631) 379-9928: Keep that low key
[4/12/19, 1:04:44 PM] Anastasia: stupid bitch
[4/12/19, 1:04:46 PM] Anastasia: Sorry
[4/12/19, 1:04:51 PM] Anastasia: not really
[4/12/19, 1:05:46 PM] +1 (631) 379-9928: She's jealous
[4/12/19, 1:05:53 PM] Anastasia: Who isn't
[4/12/19, 1:06:08 PM] +1 (631) 379-9928: Was just going to type the same thing
[4/12/19, 1:06:11 PM] Anastasia: dude our friendship is something else I love it
[4/12/19, 1:06:19 PM] +1 (631) 379-9928: Me too
[4/12/19, 1:06:22 PM] Anastasia: I vibe wth u
[4/12/19, 1:06:32 PM] +1 (631) 379-9928: Very safe
Very true
[4/12/19, 1:06:36 PM] Anastasia: yes
[4/12/19, 1:07:05 PM] +1 (631) 379-9928: No lies
Helping each other

_chat

[4/12/19, 1:07:12 PM] Anastasia: jokes
[4/12/19, 1:07:27 PM] +1 (631) 379-9928: Ya you're pretty funny
[4/12/19, 1:07:49 PM] Anastasia: I'm still laughing about how you said I'd end up at
the navy port instead of the Air Force or something
[4/12/19, 1:08:11 PM] +1 (631) 379-9928: Again before
Like I don't need to see ███████ she stole the phone
[4/12/19, 1:08:23 PM] Anastasia: what
[4/12/19, 1:08:30 PM] Anastasia: I lost me homie
[4/12/19, 1:09:14 PM] +1 (631) 379-9928: When ██████ came in face timing
███████████ jumped in
[4/12/19, 1:09:26 PM] Anastasia: fuck her bro I was da tight
[4/12/19, 1:09:28 PM] Anastasia: like who tf
[4/12/19, 1:10:34 PM] +1 (631) 379-9928: Me too
[4/12/19, 1:11:57 PM] +1 (631) 379-9928: You still vibing high
[4/12/19, 1:12:12 PM] Anastasia: Ohh so high dude
[4/12/19, 1:12:23 PM] Anastasia: healthy of course
[4/12/19, 1:12:41 PM] Anastasia: those days are over till spring break
[4/12/19, 1:13:09 PM] +1 (631) 379-9928: The fuck they will be
[4/12/19, 1:13:21 PM] +1 (631) 379-9928: You better try your fucking hardest over
break
[4/12/19, 1:13:29 PM] +1 (631) 379-9928: No bullshit
[4/12/19, 1:14:38 PM] +1 (631) 379-9928: Or you'll get a spanking
And not the kind you like
LOL
Just made myself laugh
[4/12/19, 1:14:56 PM] Anastasia: no promises
[4/12/19, 1:15:01 PM] Anastasia: Lmao
[4/12/19, 1:15:06 PM] Anastasia: that made me cackle
[4/12/19, 1:15:32 PM] Anastasia: you really be bringing my ugly laugh out bro that's
when you know you're close with me
[4/12/19, 1:17:44 PM] +1 (631) 379-9928: <attached:
00002777-PHOTO-2019-04-12-13-17-28.jpg>
[4/12/19, 1:18:45 PM] Anastasia: Lmaooo
[4/12/19, 1:19:13 PM] +1 (631) 379-9928: Did you tell ██████ to rock in here while on
FT
[4/12/19, 1:19:24 PM] +1 (631) 379-9928: What are you doing ?
Bus?
[4/12/19, 1:19:32 PM] Anastasia: Yes I was like go find regan's bitch ass he's in
his office I believe
[4/12/19, 1:20:06 PM] +1 (631) 379-9928: Bitch ass
[4/12/19, 1:20:13 PM] Anastasia: Lmaooo
[4/12/19, 1:20:28 PM] Anastasia: yea we're heading downtown
[4/12/19, 1:20:57 PM] +1 (631) 379-9928: It's a premium bitch ass
[4/12/19, 1:21:06 PM] +1 (631) 379-9928: See you're rubbing off
[4/12/19, 1:21:40 PM] Anastasia: good
[4/12/19, 1:25:10 PM] +1 (631) 379-9928: Bellion
Mix of spa/ rap / bedroom music
Not always in that order

Thanks for telling me to listen
[4/12/19, 1:26:24 PM] Anastasia: Honestly and dude I gotchu
[4/12/19, 1:42:41 PM] +1 (631) 379-9928: Listen to the entire album Human Condition
If you haven't
[4/12/19, 1:44:31 PM] Anastasia: Listen to mornin in America
[4/12/19, 1:44:34 PM] Anastasia: By him
[4/12/19, 1:49:18 PM] +1 (631) 379-9928: It's on the album
[4/12/19, 1:51:41 PM] Anastasia: Yes
[4/12/19, 1:52:45 PM] +1 (631) 379-9928: I'm still laughing at you yelling at ███████
about getting out of your chair
[4/12/19, 1:55:38 PM] Anastasia: Lmaooo
[4/12/19, 1:58:52 PM] +1 (631) 379-9928: I was tight too
Like
Who do you think you are?

```
                                    _chat
[4/12/19, 1:59:38 PM] Anastasia: LITERALLY
[4/12/19, 1:59:47 PM] Anastasia: my fucking chair
[4/12/19, 2:14:49 PM] Anastasia: currently on this hike you'd like it
[4/12/19, 2:25:40 PM] +1 (631) 379-9928: If it was with you
I'm sure I would
Take a pic of the trail
[4/12/19, 2:32:29 PM] Anastasia: <attached: 00002802-PHOTO-2019-04-12-14-32-12.jpg>
[4/12/19, 2:32:37 PM] Anastasia: This is part of so
[4/12/19, 2:32:39 PM] Anastasia: It
[4/12/19, 2:33:41 PM] +1 (631) 379-9928: Looks like water beyond that Japanese
looking thing
[4/12/19, 2:34:46 PM] Anastasia: You go under tunnels and shit it's dope
[4/12/19, 2:35:10 PM] +1 (631) 379-9928: The kids in the photo don't look too happy
[4/12/19, 2:37:35 PM] Anastasia: BECAUSE WERE ON LIKE A 5 mile hike Lmaoo
[4/12/19, 2:38:18 PM] +1 (631) 379-9928: Cake
[4/12/19, 2:38:38 PM] +1 (631) 379-9928: You should be in your glory
Until nature calls
[4/12/19, 2:38:52 PM] Anastasia: OHH I AM
[4/12/19, 2:40:02 PM] +1 (631) 379-9928: See you can do this
Live Clean
And
Stay Hard
[4/12/19, 2:40:25 PM] Anastasia: I really can
[4/12/19, 2:40:30 PM] Anastasia: I needed this trip
[4/12/19, 2:41:08 PM] +1 (631) 379-9928: Yes
But if I'm honest
I was worried
But knew if you did it right you'd take off
[4/12/19, 2:42:49 PM] +1 (631) 379-9928: Even I didn't think you would enjoy it as
much as you are

You should really use it to reflect about what works and how FUCKING STRONG YOU ARE
your strength will only make you more beautiful
[4/12/19, 2:43:17 PM] Anastasia: Thanks dude
[4/12/19, 2:47:39 PM] +1 (631) 379-9928: I mean it
You have no idea what you can do
[4/12/19, 2:53:36 PM] Anastasia: And I don't think I understood that till now
[4/12/19, 2:58:31 PM] +1 (631) 379-9928: No
You haven't been hearing it
I've been saying it
But
You weren't ready
[4/12/19, 2:59:02 PM] Anastasia: Yes. I agree
[4/12/19, 2:59:17 PM] +1 (631) 379-9928: The test
Resist the backslide
[4/12/19, 2:59:31 PM] +1 (631) 379-9928: Stay strong about juul and weed
[4/12/19, 2:59:38 PM] +1 (631) 379-9928: Respect yourself
[4/12/19, 2:59:40 PM] Anastasia: it's so hard man
[4/12/19, 2:59:45 PM] +1 (631) 379-9928: Love yourself
[4/12/19, 2:59:45 PM] Anastasia: it really is
[4/12/19, 3:00:07 PM] +1 (631) 379-9928: I know
Which is why I say it
Over and over
[4/12/19, 3:01:10 PM] Anastasia: I know that's
[4/12/19, 3:01:20 PM] +1 (631) 379-9928: Like I feel like I need to hold and hug you
while I say it
[4/12/19, 3:01:24 PM] Anastasia: Idk why I said that's
[4/12/19, 3:01:30 PM] Anastasia: Maybe
[4/12/19, 3:02:17 PM] Anastasia: Yes I agree actually
[4/12/19, 3:02:23 PM] +1 (631) 379-9928: This way you can feel me telling you
[4/12/19, 3:02:32 PM] +1 (631) 379-9928: And use that as strength
[4/12/19, 3:02:45 PM] Anastasia: yes!
[4/12/19, 3:05:01 PM] +1 (631) 379-9928: You need to feel my arms around you
                                    Page 77
```

_chat
[4/12/19, 3:05:14 PM] +1 (631) 379-9928: My holding you
[4/12/19, 3:05:16 PM] Anastasia: I really do
[4/12/19, 3:05:25 PM] +1 (631) 379-9928: Telling you
You can do it
[4/12/19, 3:05:37 PM] Anastasia: Yes!!
[4/12/19, 3:05:45 PM] +1 (631) 379-9928: Like when I lift you
[4/12/19, 3:06:10 PM] +1 (631) 379-9928: You'll feel the strength coming through you
[4/12/19, 3:06:21 PM] Anastasia: I love when u lift me
[4/12/19, 3:07:36 PM] +1 (631) 379-9928: I have muscles
But your 100lbs no prob
[4/12/19, 3:07:57 PM] Anastasia: Clearly not
[4/12/19, 3:08:08 PM] Anastasia: You throw me around like a rag doll
[4/12/19, 3:08:28 PM] +1 (631) 379-9928: 🔫🔫
[4/12/19, 3:08:38 PM] +1 (631) 379-9928: Not bad for an old man
[4/12/19, 3:08:44 PM] Anastasia: Noppeee
[4/12/19, 3:10:22 PM] +1 (631) 379-9928: But you need that sensation of physical contact to help
So when you hear my words you'll feel them
And then you go to our bench by the water
[4/12/19, 3:10:52 PM] Anastasia: Yessss!!!
[4/12/19, 3:17:42 PM] Anastasia: I really do need that
[4/12/19, 3:24:13 PM] +1 (631) 379-9928: The first time I a grabbed your leg to show you your Achilles
I was a bit nervous wasn't really sure how you'd react. I know I joke about you kicking me but.....
(Being honest)
[4/12/19, 3:25:28 PM] Anastasia: Nah bro you know me I'm chill
[4/12/19, 3:26:14 PM] +1 (631) 379-9928: Ya I know now
[4/12/19, 3:26:56 PM] +1 (631) 379-9928: But you've been very open with me so I owe you
[4/12/19, 3:27:04 PM] Anastasia: Yes!
[4/12/19, 3:29:20 PM] +1 (631) 379-9928: Fuck me
[4/12/19, 3:29:25 PM] +1 (631) 379-9928: Junior prom
[4/12/19, 3:29:33 PM] Anastasia: OHHH YEAH
[4/12/19, 3:29:43 PM] Anastasia: Take ur wife man get lit
[4/12/19, 3:29:57 PM] +1 (631) 379-9928: Gonna jet for a bit to go home and get ready
[4/12/19, 3:30:03 PM] +1 (631) 379-9928: Nah she stays home
[4/12/19, 3:30:04 PM] Anastasia: Ok
[4/12/19, 3:30:07 PM] Anastasia: Lmao
[4/12/19, 3:30:46 PM] +1 (631) 379-9928: Enjoy the rest of your day
Catch you later

I missed you today
Missed hugging you
[4/12/19, 3:31:36 PM] Anastasia: I miss** you too a lot
[4/12/19, 3:31:41 PM] Anastasia: have fun at prom
[4/12/19, 3:33:34 PM] +1 (631) 379-9928: I'm sure I'll be talking to you at prom

Btw this is much better than email
LOL
[4/12/19, 3:33:51 PM] Anastasia: this really is and I hope u do
[4/12/19, 3:44:55 PM] Anastasia: Bruhhhhh
[4/12/19, 3:45:25 PM] Anastasia: So the nicotine age and weed age here is 18 and lemme tell you the temptation
[4/12/19, 3:48:43 PM] +1 (631) 379-9928: You in my arms tight hug
Lifting you up
[4/12/19, 3:50:42 PM] Anastasia: Puts head on shoulder
[4/12/19, 4:27:23 PM] Anastasia: This might be the end of my good girl streak
[4/12/19, 4:48:00 PM] +1 (631) 379-9928: Wtf
Explain
[4/12/19, 4:59:13 PM] +1 (631) 379-9928: Really what more do I need to do.

Page 78

_chat

Close your eyes, feel yourself in my arms (they feel nice right haha) Feel me squeeze you.
You're strong enough to resist. You've proven this to yourself.
Rad back to what you wrote earlier.
Come on
Stay Hard.


I have a funny story that's gornto wait now until I know you're  cool
[4/12/19, 5:11:11 PM] Anastasia: I'm cool
[4/12/19, 5:11:17 PM] Anastasia: I almost lost myself for a second
[4/12/19, 5:11:20 PM] Anastasia: but I'm good
[4/12/19, 5:25:44 PM] +1 (631) 379-9928: Are you free or around a shit to of people
[4/12/19, 5:26:00 PM] Anastasia: Depends
[4/12/19, 5:26:28 PM] +1 (631) 379-9928: What does that mean
[4/12/19, 5:26:50 PM] Anastasia: I'm free but I'm you know on the bus
[4/12/19, 5:27:27 PM] +1 (631) 379-9928: Oh f that
Was gonna face time or vid chat with the app
[4/12/19, 5:27:40 PM] +1 (631) 379-9928: Btw
Guess who is clean shaven now
[4/12/19, 5:27:55 PM] Anastasia: Ohh no I can't but it best be you
[4/12/19, 5:28:15 PM] Anastasia: what time is prom?
[4/12/19, 5:28:32 PM] +1 (631) 379-9928: I'm home alone leaving in about 15 mins
[4/12/19, 5:28:39 PM] Anastasia: ah I miss you man
[4/12/19, 5:29:03 PM] +1 (631) 379-9928: I miss you too sucks not seeing or hearing you
[4/12/19, 5:29:10 PM] +1 (631) 379-9928: On funny story
[4/12/19, 5:29:11 PM] Anastasia: you said don't miss you too much but here I am
[4/12/19, 5:29:15 PM] Anastasia: okay what's up
[4/12/19, 5:29:26 PM] +1 (631) 379-9928: Miss me all you want
[4/12/19, 5:29:41 PM] Anastasia: I really do
[4/12/19, 5:31:18 PM] +1 (631) 379-9928: I band out 5K on the treadmill
50 push-ups after
Come out of the gym in just running tights no shirt
████████takes a look and says "Dad you're wearing a muscle suit like a super hero!"
Comes to hug me and goes
Yuck you're all sweaty
[4/12/19, 5:31:37 PM] Anastasia: AWE
[4/12/19, 5:31:47 PM] +1 (631) 379-9928: It was funny at the moment
[4/12/19, 5:31:55 PM] +1 (631) 379-9928: Not sure it translates to text
[4/12/19, 5:32:01 PM] Anastasia: that's adorable
[4/12/19, 5:32:04 PM] Anastasia: it's more cute
[4/12/19, 5:32:32 PM] +1 (631) 379-9928: Of course I looked good
[4/12/19, 5:32:38 PM] Anastasia: ohh I bet
[4/12/19, 5:33:07 PM] Anastasia: I think I'm homesick
[4/12/19, 5:33:23 PM] +1 (631) 379-9928: You me sick missing me


What was your almost breakdown story ?
[4/12/19, 5:33:54 PM] Anastasia: Noo haha
[4/12/19, 5:33:59 PM] +1 (631) 379-9928: Cover your phone so only you can see
[4/12/19, 5:34:05 PM] Anastasia: Ok
[4/12/19, 5:34:50 PM] Anastasia: Covered
[4/12/19, 5:34:52 PM] +1 (631) 379-9928: <attached:
00002912-PHOTO-2019-04-12-17-34-36.jpg>
[4/12/19, 5:35:04 PM] +1 (631) 379-9928: That should hold you
[4/12/19, 5:35:19 PM] +1 (631) 379-9928: Make sure you delete that shit later
[4/12/19, 5:37:30 PM] Anastasia: OMG
[4/12/19, 5:37:40 PM] Anastasia: Awww
[4/12/19, 5:38:13 PM] +1 (631) 379-9928: I owed you
[4/12/19, 5:39:51 PM] +1 (631) 379-9928: How long will you be on the bus?
What time are you going to bed?
[4/12/19, 5:40:24 PM] +1 (631) 379-9928: I'm getting in the car for prom

_chat
Tell me your almost breakdown story?
[4/12/19, 5:41:18 PM] +1 (631) 379-9928: Can you guess what music I'll be listening to?
[4/12/19, 5:43:59 PM] Anastasia: So ███ saw the picture and lost it. And obviously Jon Bellion
[4/12/19, 5:45:19 PM] +1 (631) 379-9928: Are you Fucking serious
[4/12/19, 5:46:14 PM] +1 (631) 379-9928: I hope you were quick on your feet with a cover
[4/12/19, 5:46:16 PM] +1 (631) 379-9928: Fuck
[4/12/19, 5:46:31 PM] Anastasia: OH DAM RIGHT I WAS
[4/12/19, 5:47:10 PM] +1 (631) 379-9928: What did you tell her
That will keep her from telling EVERYONE I sent you a picture
[4/12/19, 5:47:12 PM] Anastasia: I had to be weak too because it was weak but I was like my friend ███ knows him and told me to send it through the body of our school and she was like bro email it to him
[4/12/19, 5:47:27 PM] Anastasia: You're good
[4/12/19, 5:48:40 PM] +1 (631) 379-9928: Ok
So your friend found it and wanted you to blast it out
[4/12/19, 5:48:58 PM] +1 (631) 379-9928: Delete it
[4/12/19, 5:49:11 PM] Anastasia: I deleted it the second u sent it
[4/12/19, 5:49:13 PM] +1 (631) 379-9928: No
We are good
[4/12/19, 5:49:24 PM] Anastasia: Of course after a chuckle
[4/12/19, 5:49:26 PM] Anastasia: But yes
[4/12/19, 5:49:41 PM] +1 (631) 379-9928: You really are going to kill me
[4/12/19, 5:50:04 PM] +1 (631) 379-9928: Now
What was the moment of weakness
[4/12/19, 5:51:20 PM] Anastasia: I'm soooo weak butttttt
[4/12/19, 5:53:38 PM] +1 (631) 379-9928: Just had a laugh
Thank god it wasn't another type of pic
And that's why U don't send pics
[4/12/19, 5:53:52 PM] Anastasia: LMAOOOO LITTLE
[4/12/19, 5:54:00 PM] Anastasia: LITERALLY I WAS LIKE COULD U IMAINE
[4/12/19, 5:54:02 PM] Anastasia: IMAGINE
[4/12/19, 5:54:16 PM] Anastasia: <attached: 00002942-PHOTO-2019-04-12-17-53-59.jpg>
[4/12/19, 5:54:21 PM] Anastasia: LETS GOOOOOOOOOOOO
[4/12/19, 5:56:18 PM] Anastasia: So I was half way to downtown right and ███ was like yo Ana lemme tell you the age.. 18 to get whatever you want here. I was like YEOO let's goooo and he was like no don't try it
[4/12/19, 5:57:26 PM] Anastasia: But let me tell u his hypocrite ass is so aggravating. He's like "don't do it but gives me every reason to want to
[4/12/19, 6:06:37 PM] +1 (631) 379-9928: I'm starting to not like him
[4/12/19, 6:07:44 PM] +1 (631) 379-9928: I feel like taking you around to all your friends
Throw my arm around you and say "See her, stay away don't try shit or deal with me, and then flex !!"
[4/12/19, 6:08:26 PM] +1 (631) 379-9928: When guys want to randomly get high  with you
They want to fuck you.
But I think you know that
[4/12/19, 6:08:40 PM] +1 (631) 379-9928: Great photo
[4/12/19, 6:08:54 PM] +1 (631) 379-9928: Let me know if paddleford starts dragging the photo
[4/12/19, 6:11:32 PM] Anastasia: DUDE
[4/12/19, 6:12:08 PM] Anastasia: SO I BROUGHT UP BEING HIGH TO ███ AND HE WAS LIKE YK IF I GET U HIGH SOMETHING COMES OUT OF IT FOR ME
[4/12/19, 6:12:14 PM] Anastasia: and she won't
[4/12/19, 6:25:43 PM] +1 (631) 379-9928: See
I
Am usually right
What a pig he is
[4/12/19, 6:26:10 PM] +1 (631) 379-9928: I'm telling you
I'm gonna throw hammer down on your friends

```
                               _chat
[4/12/19, 6:31:59 PM] Anastasia: I hate my friends
[4/12/19, 6:40:58 PM] +1 (631) 379-9928: I'm starting to also
[4/12/19, 6:41:10 PM] +1 (631) 379-9928: And she won't
Was perfect
[4/12/19, 6:41:47 PM] Anastasia: Lmao
[4/12/19, 7:31:08 PM] +1 (631) 379-9928: How ya doing ?
[4/12/19, 7:32:00 PM] +1 (631) 379-9928: <attached:
00002961-PHOTO-2019-04-12-19-31-44.jpg>
[4/12/19, 7:32:33 PM] Anastasia: Are you not like rich?
[4/12/19, 7:32:38 PM] Anastasia: Buy it yourself
[4/12/19, 7:34:21 PM] Anastasia: But I'm doing hella good
[4/12/19, 7:37:08 PM] +1 (631) 379-9928: Girl
Not rich
And that car is $150k
[4/12/19, 7:37:26 PM] +1 (631) 379-9928: I hate prom
[4/12/19, 7:39:08 PM] Anastasia: Mm seems close lol and bro me too
[4/12/19, 7:41:10 PM] +1 (631) 379-9928: What time you going to bed
[4/12/19, 7:41:15 PM] Anastasia: Why do u think████████and I try to doge prom
[4/12/19, 7:41:23 PM] Anastasia: not till late we're bowling right now
[4/12/19, 7:41:25 PM] +1 (631) 379-9928: $&$&
[4/12/19, 7:42:43 PM] +1 (631) 379-9928: Ok
Wanted to know how late I could bother you
[4/12/19, 7:44:08 PM] Anastasia: Nah b we got time
[4/12/19, 7:44:16 PM] Anastasia: Seems like you got plenty of it
[4/12/19, 7:46:55 PM] +1 (631) 379-9928: Is it wrong to say that I really just wanna
chill with you for a day or so
Nobody around
[4/12/19, 7:49:20 PM] Anastasia: Nah b I feel like that errrryyydayyy
[4/12/19, 7:51:54 PM] Anastasia: Let's do it
[4/12/19, 7:59:33 PM] +1 (631) 379-9928: I realllllly need you to walk on my back
right now
Ouch
[4/12/19, 8:00:12 PM] Anastasia: gotchu
[4/12/19, 8:14:57 PM] +1 (631) 379-9928: Fuckn hate prom
[4/12/19, 8:15:02 PM] +1 (631) 379-9928: Make me laugh
[4/12/19, 8:20:50 PM] Anastasia: Did you go? When you know you weren't 50
[4/12/19, 8:25:17 PM] +1 (631) 379-9928: Yes
[4/12/19, 8:26:07 PM] Anastasia: <attached: 00002984-PHOTO-2019-04-12-20-25-51.jpg>
[4/12/19, 8:26:16 PM] Anastasia: So this just got more lit
[4/12/19, 8:27:15 PM] +1 (631) 379-9928: Ok why
[4/12/19, 8:27:45 PM] Anastasia: lights just got shut off disco lights came on music
got loud
[4/12/19, 8:27:52 PM] +1 (631) 379-9928: I have another photo for you
But you did such a great job with the first one
[4/12/19, 8:28:03 PM] Anastasia: Shut up
[4/12/19, 8:28:04 PM] +1 (631) 379-9928: Wow
Cool
[4/12/19, 8:28:19 PM] +1 (631) 379-9928: Can you make sure nobody sees your phone
[4/12/19, 8:28:31 PM] +1 (631) 379-9928: You won't be able to make up a story
[4/12/19, 8:28:35 PM] Anastasia: Yeah give me a second
[4/12/19, 8:29:15 PM] Anastasia: Okay ur good
[4/12/19, 8:29:48 PM] +1 (631) 379-9928: Photo both
[4/12/19, 8:29:51 PM] +1 (631) 379-9928: <attached:
00002996-PHOTO-2019-04-12-20-29-35.jpg>
[4/12/19, 8:30:00 PM] Anastasia: WHY ARE YOU SO SERIOUS
[4/12/19, 8:30:14 PM] +1 (631) 379-9928: It's the art of no smile
Done on purpose
[4/12/19, 8:30:18 PM] Anastasia: you need to loooooosseeen the fuck up man
[4/12/19, 8:30:25 PM] +1 (631) 379-9928: Delete that
[4/12/19, 8:30:28 PM] Anastasia: Mmh look at ████████
[4/12/19, 8:30:42 PM] +1 (631) 379-9928: Ya
Stood next to her just for you
[4/12/19, 8:31:44 PM] Anastasia: Meal
```

_chat

[4/12/19, 8:32:03 PM] +1 (631) 379-9928: You can't let anyone see that
[4/12/19, 8:32:11 PM] +1 (631) 379-9928: No way Louis would have that
[4/12/19, 8:32:45 PM] Anastasia: Lmaoo
[4/12/19, 8:32:51 PM] Anastasia: Gotchu
[4/12/19, 8:32:54 PM] Anastasia: For real this time
[4/12/19, 8:33:15 PM] +1 (631) 379-9928: Ya girl
[4/12/19, 8:33:37 PM] Anastasia: Still can't get over █████
[4/12/19, 8:34:13 PM] +1 (631) 379-9928: Ya I get some stink eye at home when her name comes up
Not all the time
[4/12/19, 8:34:26 PM] Anastasia: NO SHIT
[4/12/19, 8:34:39 PM] Anastasia: bro she's never mind
[4/12/19, 8:43:35 PM] +1 (631) 379-9928: Ya huh
[4/12/19, 8:43:35 PM] +1 (631) 379-9928: I'm gonna kill someone tonight
[4/12/19, 8:56:34 PM] Anastasia: BREATHE
[4/12/19, 8:56:38 PM] Anastasia: Jus like you tell me
[4/12/19, 8:56:55 PM] Anastasia: and you calm me AND MY LEGS down so it says a lot
[4/12/19, 9:09:15 PM] +1 (631) 379-9928: Just told some kid to "cut the shit he's not as slick as he thinks "
Ended it with "YA DIG"
[4/12/19, 9:10:27 PM] Anastasia: GOOD FOR YOU
[4/12/19, 9:11:10 PM] +1 (631) 379-9928: Sooooo pissed
Think I need a hug
Where's █████ ?
Lmaooooo
[4/12/19, 9:27:05 PM] Anastasia: LMAOOOOO
[4/12/19, 9:27:37 PM] +1 (631) 379-9928: Don't worry I'm not moving in on your girl
[4/12/19, 9:30:45 PM] +1 (631) 379-9928: Please tell me your having fun
[4/12/19, 9:33:51 PM] Anastasia: Na b sharing is caring
[4/12/19, 9:34:05 PM] Anastasia: lmaoo I can't believe I just said that
[4/12/19, 9:34:37 PM] Anastasia: I am having a great time. How about you?
[4/12/19, 9:37:25 PM] +1 (631) 379-9928: This is my balls
So pissed
[4/12/19, 9:37:58 PM] +1 (631) 379-9928: I'm glad you're jammin'

Still clean?
[4/12/19, 9:39:09 PM] +1 (631) 379-9928: Your funny
Pretty sure the limit is way out there on what we say to or ask each other
[4/12/19, 9:43:59 PM] Anastasia: still clean homie. && yeah I at this point.
[4/12/19, 9:45:30 PM] Anastasia: I just FaceTimed my parents and they literally tried hanging up on me I was like hey mom and Theresa was like "okay goodnight we love you" and I was like oh okay well bye love u too assholes and Clifford came into the camera and gave me a lick
[4/12/19, 9:49:06 PM] +1 (631) 379-9928: That's sucks
But funny
[4/12/19, 9:50:14 PM] +1 (631) 379-9928: █████████ and her BF have been dancing all night
And your future crush █████ is here.

It's way past my bedtime
I'm tired  and pissed
[4/12/19, 9:54:11 PM] +1 (631) 379-9928: Hi
[4/12/19, 9:54:16 PM] Anastasia: it does but you know they're old like you so they're tired. I love █████, █████ is cute but won't be as cute as █████ of course.
So act so much like a child yet so much like a 80 year old man
[4/12/19, 9:54:21 PM] Anastasia: Hey duuude:)
[4/12/19, 9:54:24 PM] Anastasia: miss ya
[4/12/19, 9:54:39 PM] +1 (631) 379-9928: Miss you too
[4/12/19, 9:54:51 PM] +1 (631) 379-9928: I'm glad you're having sooooooo much fun
[4/12/19, 9:55:18 PM] Anastasia: If sooo much fun is chilling in bed.. count me in
[4/12/19, 9:55:28 PM] +1 (631) 379-9928: Done bowling ?
[4/12/19, 9:56:10 PM] Anastasia: Way done with that

_chat
[4/12/19, 9:56:12 PM] +1 (631) 379-9928: Then let me guess
FT ▓▓▓▓▓
[4/12/19, 9:56:35 PM] Anastasia: <attached: 00003045-PHOTO-2019-04-12-21-56-18.jpg>
[4/12/19, 9:56:40 PM] Anastasia: Na b
[4/12/19, 9:57:03 PM] +1 (631) 379-9928: The pic is loading
[4/12/19, 9:57:15 PM] Anastasia: It's nothing special
[4/12/19, 9:57:20 PM] +1 (631) 379-9928: It's you
[4/12/19, 9:57:27 PM] Anastasia: Cute
[4/12/19, 9:57:45 PM] +1 (631) 379-9928: Um you look exhausted
[4/12/19, 9:57:54 PM] Anastasia: I'm not weirdly
[4/12/19, 9:58:06 PM] +1 (631) 379-9928: Is ▓▓▓▓▓▓▓▓ awake
[4/12/19, 9:58:25 PM] +1 (631) 379-9928: You're burried under your blankets
Cold?
[4/12/19, 9:58:56 PM] Anastasia: She is and no I'm not I just bought sweatpants even
tho I clearly don't need them so now I'm nice and toasty
[4/12/19, 9:59:31 PM] +1 (631) 379-9928: Did she bring up the photo again?
[4/12/19, 9:59:50 PM] Anastasia: Nah I just told her don't tell anyone you know
about that
[4/12/19, 10:00:06 PM] Anastasia: she was like that was a weak ass photo but I'd
never
[4/12/19, 10:00:17 PM] +1 (631) 379-9928: Ha
[4/12/19, 10:00:39 PM] Anastasia: "it's 10:00 do you know where your kids are?"
[4/12/19, 10:00:38 PM] +1 (631) 379-9928: Am I keeping you up?

And
Didnyou take meds
[4/12/19, 10:00:51 PM] +1 (631) 379-9928: I'm talking to one of them
[4/12/19, 10:00:57 PM] Anastasia: OH SHIZZZ NO I DDINT THANKS FOR THE REMINDER
[4/12/19, 10:01:05 PM] Anastasia: gotcha
[4/12/19, 10:01:11 PM] Anastasia: and no you're not
[4/12/19, 10:01:28 PM] +1 (631) 379-9928: Take them now
[4/12/19, 10:01:58 PM] +1 (631) 379-9928: So if moms  wouldn't kill you
Would you get a a tattoo
[4/12/19, 10:03:02 PM] Anastasia: hella yeah
[4/12/19, 10:03:16 PM] Anastasia: in a heart beat // I just took it
[4/12/19, 10:03:31 PM] +1 (631) 379-9928: What would it be
And where
[4/12/19, 10:03:42 PM] Anastasia: I wouldn't tell u where
[4/12/19, 10:04:00 PM] +1 (631) 379-9928: And don't say butterfly on the small of
your back
[4/12/19, 10:04:06 PM] Anastasia: but I'd definitely be a small quant one
[4/12/19, 10:04:23 PM] +1 (631) 379-9928: Yes you would tell me
[4/12/19, 10:04:35 PM] Anastasia: I dunno maybe like an infinity sign something
never gave much thought to
[4/12/19, 10:04:38 PM] Anastasia: and Na
[4/12/19, 10:04:46 PM] +1 (631) 379-9928: Why not ?
[4/12/19, 10:04:49 PM] +1 (631) 379-9928: Tell
[4/12/19, 10:04:51 PM] Anastasia: you know plenty enough
[4/12/19, 10:04:55 PM] Anastasia: Na
[4/12/19, 10:05:16 PM] +1 (631) 379-9928: Wow
[4/12/19, 10:05:34 PM] Anastasia: salty?
[4/12/19, 10:05:36 PM] +1 (631) 379-9928: Then you'd show me
[4/12/19, 10:05:50 PM] Anastasia: Yeahh you got me there
[4/12/19, 10:06:22 PM] Anastasia: Actually maybe not
[4/12/19, 10:06:37 PM] +1 (631) 379-9928: Nah
You would
[4/12/19, 10:06:40 PM] Anastasia: nah
[4/12/19, 10:06:44 PM] +1 (631) 379-9928: Ya know why
[4/12/19, 10:06:58 PM] Anastasia: I can 95% guarantee that
[4/12/19, 10:06:58 PM] +1 (631) 379-9928: I'd probably be there when you got it
[4/12/19, 10:07:03 PM] Anastasia: LMAOOOO
[4/12/19, 10:07:17 PM] Anastasia: Then I'd have to change spots
[4/12/19, 10:07:58 PM] +1 (631) 379-9928: You're being difficult

_chat

[4/12/19, 10:08:12 PM] Anastasia: shut up
[4/12/19, 10:08:17 PM] +1 (631) 379-9928: Ha
[4/12/19, 10:08:24 PM] Anastasia: ha
[4/12/19, 10:08:26 PM] Anastasia: Corny
[4/12/19, 10:08:51 PM] Anastasia: What time is prom over
[4/12/19, 10:09:00 PM] +1 (631) 379-9928: Not soon enough
[4/12/19, 10:09:02 PM] +1 (631) 379-9928: 11
[4/12/19, 10:09:04 PM] Anastasia: lmaooo
[4/12/19, 10:09:13 PM] +1 (631) 379-9928: Wanna go to sleep
[4/12/19, 10:09:32 PM] Anastasia: yeah because you're like 50
[4/12/19, 10:09:49 PM] +1 (631) 379-9928: No ass
Do you want to go to sleep
[4/12/19, 10:09:53 PM] Anastasia: SOOO I GOT TEA
[4/12/19, 10:09:55 PM] Anastasia: NO
[4/12/19, 10:10:04 PM] +1 (631) 379-9928: Do tell
[4/12/19, 10:10:10 PM] Anastasia: So███████ FaceTimes her boyfriend
[4/12/19, 10:10:36 PM] Anastasia: Right and she rolls over and goes "I thought nast was sleeping but she not" (nast is my nickname)
[4/12/19, 10:10:58 PM] +1 (631) 379-9928: Yes I know that nast
[4/12/19, 10:11:04 PM] Anastasia: Anyways. I was like nahh b we chillin like a villain
[4/12/19, 10:11:37 PM] Anastasia: and she goes back to talking to him and all I hear is "I'm tickling you" and I lost it SHE IS LITERALLY TICKLING A BOY ON A SCREEN
[4/12/19, 10:11:50 PM] Anastasia: I was like YEOOOO WTF
[4/12/19, 10:12:05 PM] +1 (631) 379-9928: I'm sitting in a chair laughing by myself
[4/12/19, 10:12:10 PM] Anastasia: LMAOOOOOOOOOO
[4/12/19, 10:12:26 PM] +1 (631) 379-9928: Not sure I would use FaceTime for that
[4/12/19, 10:12:37 PM] +1 (631) 379-9928: But hey
To each their own
[4/12/19, 10:12:50 PM] Anastasia: It's fucking weird
[4/12/19, 10:13:46 PM] +1 (631) 379-9928: Fetish
[4/12/19, 10:14:10 PM] Anastasia: She deadass Tried to blame it on me
[4/12/19, 10:14:19 PM] Anastasia: Like sis I know what I saw and heard
[4/12/19, 10:14:59 PM] Anastasia: As much as I love PT we don't have to do it tomorrow because we have to get up early or whatever and let's just say I'm blessed
[4/12/19, 10:15:13 PM] +1 (631) 379-9928: It could have gone in a completely diff direction
[4/12/19, 10:15:18 PM] +1 (631) 379-9928: Good for you
[4/12/19, 10:15:21 PM] Anastasia: OHH NO
[4/12/19, 10:15:30 PM] Anastasia: Wait are we talking sexually
[4/12/19, 10:15:42 PM] +1 (631) 379-9928: Yes
With her and him
[4/12/19, 10:15:45 PM] +1 (631) 379-9928: Duh
[4/12/19, 10:15:49 PM] Anastasia: OH LMAO
[4/12/19, 10:16:25 PM] Anastasia: sooo I'm in the bathroom and I was talking to some girl
[4/12/19, 10:16:43 PM] Anastasia: and other girls were you know showering brushing their teeth etc
[4/12/19, 10:16:57 PM] +1 (631) 379-9928: Oh god
[4/12/19, 10:16:59 PM] Anastasia: and I deadass look over and this girl was butt ass naked
[4/12/19, 10:17:07 PM] Anastasia: I shit you not as gay as I am bro
[4/12/19, 10:17:11 PM] Anastasia: I looked away
[4/12/19, 10:17:23 PM] +1 (631) 379-9928: Was she nasty
[4/12/19, 10:17:27 PM] Anastasia: It took me by total surprise
[4/12/19, 10:17:38 PM] Anastasia: I didn't really look
[4/12/19, 10:18:05 PM] Anastasia: IF IT WAS███████ on the other hand
[4/12/19, 10:18:20 PM] Anastasia: Now we're talkin
[4/12/19, 10:18:51 PM] +1 (631) 379-9928: Ha
[4/12/19, 10:18:52 PM] +1 (631) 379-9928: There is good naked
And
Bad naked
[4/12/19, 10:19:08 PM] Anastasia: Agreed

Page 84

```
                                        _chat
[4/12/19, 10:20:12 PM] +1 (631) 379-9928: Don't be running your ass around naked
[4/12/19, 10:20:27 PM] Anastasia: No promises
[4/12/19, 10:21:03 PM] +1 (631) 379-9928: Some may not appreciate it
[4/12/19, 10:21:18 PM] Anastasia: how could you not
[4/12/19, 10:21:22 PM] Anastasia: I'm a package
[4/12/19, 10:21:51 PM] +1 (631) 379-9928: You have to leave some things to the
imagination
[4/12/19, 10:22:02 PM] +1 (631) 379-9928: Or discovery for later
[4/12/19, 10:22:16 PM] Anastasia: Yeahhh
[4/12/19, 10:22:27 PM] Anastasia: or you could just have fun
[4/12/19, 10:22:38 PM] +1 (631) 379-9928: This is true
[4/12/19, 10:23:16 PM] Anastasia: do you have to go to senior prom too?
[4/12/19, 10:23:22 PM] +1 (631) 379-9928: Yup
[4/12/19, 10:23:34 PM] +1 (631) 379-9928: So I'll see you ther
[4/12/19, 10:23:36 PM] Anastasia: ███████ is saying she has to get a dress because you
won't let her miss out on it
[4/12/19, 10:23:46 PM] Anastasia: mm prob not I'll be busy that night
[4/12/19, 10:23:53 PM] +1 (631) 379-9928: Yup
Told her she needs to go
[4/12/19, 10:23:56 PM] +1 (631) 379-9928: So do you
[4/12/19, 10:24:06 PM] Anastasia: nah busy
[4/12/19, 10:24:17 PM] Anastasia: I can see you jaw clenching
[4/12/19, 10:24:19 PM] +1 (631) 379-9928: I'll dance with you
Let you stand on my feet and all
[4/12/19, 10:24:26 PM] Anastasia: DAMMMMM
[4/12/19, 10:24:42 PM] Anastasia: how can I resist
[4/12/19, 10:24:57 PM] +1 (631) 379-9928: That would be a site
Every phone would be out
[4/12/19, 10:25:12 PM] Anastasia: hmmmm get shit faced or go to prom?
[4/12/19, 10:25:17 PM] Anastasia: LITERALLY
[4/12/19, 10:25:37 PM] +1 (631) 379-9928: Why does it have to be shit faced
[4/12/19, 10:25:46 PM] Anastasia: why not
[4/12/19, 10:25:59 PM] +1 (631) 379-9928: Come on
You stopped drinking
[4/12/19, 10:26:06 PM] Anastasia: GO TO PROM THENNNN GET
[4/12/19, 10:26:15 PM] Anastasia: LIT
[4/12/19, 10:26:26 PM] +1 (631) 379-9928: You really know how to crush me
[4/12/19, 10:26:34 PM] Anastasia: oh I'm kidding around
[4/12/19, 10:26:42 PM] Anastasia: Put ur big boy pants on
[4/12/19, 10:27:26 PM] +1 (631) 379-9928: My big boy tights rubbed the shit out of
me on my run today
Fuckin ouch
[4/12/19, 10:27:37 PM] Anastasia: Lmaoo
[4/12/19, 10:27:46 PM] Anastasia: according to ██████ you were sweaty
[4/12/19, 10:28:13 PM] +1 (631) 379-9928: I was
[4/12/19, 10:28:24 PM] +1 (631) 379-9928: In my muscle suit
[4/12/19, 10:28:43 PM] Anastasia: If that helps you sleep at night
[4/12/19, 10:28:59 PM] +1 (631) 379-9928: Nah
[4/12/19, 10:29:11 PM] Anastasia: yah
[4/12/19, 10:29:53 PM] +1 (631) 379-9928: Is she still tickling
[4/12/19, 10:30:04 PM] Anastasia: Ew
[4/12/19, 10:30:07 PM] Anastasia: no
[4/12/19, 10:30:14 PM] Anastasia: ██████ yelled at us
[4/12/19, 10:30:28 PM] +1 (631) 379-9928: So stupid
And waste of time

Told you
She has no game
[4/12/19, 10:30:38 PM] Anastasia: nope never will
[4/12/19, 10:30:47 PM] +1 (631) 379-9928: ██████ yelled
Why
[4/12/19, 10:31:18 PM] Anastasia: bruh she FaceTimed her mom and I thought she said
something about drugs and I was like we're doing drugs tonight??
                                  Page 85
```

_chat

[4/12/19, 10:31:27 PM] Anastasia: And her mom.. yeah
[4/12/19, 10:31:31 PM] Anastasia: not so happy
[4/12/19, 10:31:39 PM] Anastasia: because we're loud
[4/12/19, 10:31:46 PM] Anastasia: But like suck my dick
[4/12/19, 10:32:00 PM] Anastasia: get over yourself
[4/12/19, 10:32:19 PM] +1 (631) 379-9928: You know that's anatomically impossible
[4/12/19, 10:32:33 PM] Anastasia: stop being a nerd
[4/12/19, 10:32:41 PM] Anastasia: For 1 second
[4/12/19, 10:32:56 PM] +1 (631) 379-9928: O Tay
[4/12/19, 10:33:00 PM] Anastasia: lmao
[4/12/19, 10:33:37 PM] Anastasia: you ever realize how much time in our lives we waste though
[4/12/19, 10:34:02 PM] +1 (631) 379-9928: Yes
I play a lot of candy crush

Waste of time
[4/12/19, 10:34:17 PM] Anastasia: lmaooo
[4/12/19, 10:34:49 PM] +1 (631) 379-9928: But are you talking about like not doing what we want and wasting time
[4/12/19, 10:34:58 PM] Anastasia: dude we have so many stars in our atmosphere that they can literally represent a dead person
[4/12/19, 10:35:12 PM] Anastasia: not necessarily
[4/12/19, 10:35:16 PM] +1 (631) 379-9928: Now who's being a nerd
[4/12/19, 10:35:27 PM] +1 (631) 379-9928: Or your stoned out of your mind
[4/12/19, 10:35:38 PM] Anastasia: call me a nerd one more time and ur getting deck
[4/12/19, 10:35:40 PM] Anastasia: Ed
[4/12/19, 10:35:49 PM] Anastasia: And nope clean as a whistle
[4/12/19, 10:36:01 PM] Anastasia: though I wish I was.. I'm not
[4/12/19, 10:36:06 PM] +1 (631) 379-9928: Try it
You'll end up under me
[4/12/19, 10:36:12 PM] Anastasia: doubt it
[4/12/19, 10:36:19 PM] +1 (631) 379-9928: Puhleeze
[4/12/19, 10:36:28 PM] Anastasia: I almost made a dirty joke
[4/12/19, 10:36:46 PM] Anastasia: Like I had to throw my breaks on high
[4/12/19, 10:36:54 PM] +1 (631) 379-9928: Chicken
[4/12/19, 10:36:57 PM] +1 (631) 379-9928: LOL
[4/12/19, 10:37:01 PM] Anastasia: bro
[4/12/19, 10:37:20 PM] Anastasia: I'll deck u
[4/12/19, 10:37:52 PM] +1 (631) 379-9928: You want to
I see it in your eyes sometime
[4/12/19, 10:38:05 PM] Anastasia: yeah bro
[4/12/19, 10:38:20 PM] Anastasia: You might be my principal or whatever but shit don't matter to me
[4/12/19, 10:38:36 PM] +1 (631) 379-9928: Slow your role
[4/12/19, 10:38:47 PM] +1 (631) 379-9928: Typo
[4/12/19, 10:38:53 PM] Anastasia: oh
[4/12/19, 10:38:55 PM] Anastasia: My
[4/12/19, 10:38:56 PM] Anastasia: Lord
[4/12/19, 10:39:15 PM] Anastasia: I haven't called you out on any of your typing mistakes we're not starting now
[4/12/19, 10:39:32 PM] Anastasia: principle*
[4/12/19, 10:39:38 PM] +1 (631) 379-9928: It's text
Rule go out the window
[4/12/19, 10:39:51 PM] Anastasia: SO WHY nevermind
[4/12/19, 10:40:14 PM] +1 (631) 379-9928: Never mind ??
[4/12/19, 10:40:19 PM] Anastasia: yup
[4/12/19, 10:40:24 PM] +1 (631) 379-9928: Huh
[4/12/19, 10:40:31 PM] Anastasia: I gave up arguing with u
[4/12/19, 10:40:46 PM] +1 (631) 379-9928: Why what
[4/12/19, 10:40:58 PM] +1 (631) 379-9928: You mad at me
[4/12/19, 10:41:00 PM] Anastasia: Because you METAPHORICALLY make me wanna die
[4/12/19, 10:41:07 PM] +1 (631) 379-9928: How so
[4/12/19, 10:41:21 PM] Anastasia: I'm not mad I could never be

_chat
[4/12/19, 10:41:28 PM] +1 (631) 379-9928: I'm trying to do the exact opposite
[4/12/19, 10:41:29 PM] Anastasia: you're just regan
[4/12/19, 10:42:24 PM] Anastasia: my principle who needs to be decked
[4/12/19, 10:42:44 PM] +1 (631) 379-9928: Principal
You were right the first time
[4/12/19, 10:42:49 PM] +1 (631) 379-9928: Lmao
[4/12/19, 10:42:50 PM] Anastasia: FUCK U
[4/12/19, 10:42:59 PM] +1 (631) 379-9928: Wow
[4/12/19, 10:43:18 PM] Anastasia: Kidding obviously
[4/12/19, 10:43:32 PM] Anastasia: But that's why because you do shit like that
[4/12/19, 10:43:40 PM] +1 (631) 379-9928: I know girl
[4/12/19, 10:43:49 PM] +1 (631) 379-9928: You hate me out of love sometime S
[4/12/19, 10:43:59 PM] Anastasia: if that helps you sleep at night
[4/12/19, 10:44:07 PM] Anastasia: keep telling yourself that
[4/12/19, 10:44:19 PM] +1 (631) 379-9928: Or you just hate
[4/12/19, 10:44:31 PM] Anastasia: nah now I'm just messin
[4/12/19, 10:44:36 PM] Anastasia: you know I love you bro
[4/12/19, 10:44:57 PM] +1 (631) 379-9928: I know
I love you too
And missed you today
[4/12/19, 10:45:05 PM] Anastasia: mm I know
[4/12/19, 10:45:11 PM] Anastasia: I'm just so amazing how could you not
[4/12/19, 10:45:36 PM] +1 (631) 379-9928: You better believe it
[4/12/19, 10:45:44 PM] Anastasia: dam right I do
[4/12/19, 10:45:50 PM] +1 (631) 379-9928: Been trying to beat it into your head
[4/12/19, 10:46:25 PM] Anastasia: bro you know now* you gotta do more than talk #hug
[4/12/19, 10:46:42 PM] Anastasia: *putsheadonshoulder**
[4/12/19, 10:48:09 PM] +1 (631) 379-9928: You lost me a bit
[4/12/19, 10:48:36 PM] Anastasia: like now we do hugs so I can physically feel what
u mean
[4/12/19, 10:48:40 PM] Anastasia: like u said earlier
[4/12/19, 10:49:21 PM] +1 (631) 379-9928: Got it
[4/12/19, 10:49:37 PM] Anastasia: Yes
[4/12/19, 10:50:19 PM] +1 (631) 379-9928: I feel you melt a bit when I pick you up
[4/12/19, 10:50:30 PM] Anastasia: I do bro
[4/12/19, 10:50:50 PM] Anastasia: but that's low key I didn't think you'd pick up on
that
[4/12/19, 10:51:03 PM] +1 (631) 379-9928: Like totally relax like on the bench
[4/12/19, 10:51:23 PM] Anastasia: I don't know what it is about you but you get me
there (relaxed)
[4/12/19, 10:51:56 PM] Anastasia: Like when you're high right and you feel that
relaxation after being anxious all day
[4/12/19, 10:52:07 PM] Anastasia: That's what it's like wth you
[4/12/19, 10:52:32 PM] +1 (631) 379-9928: I can see it in you and feel it
[4/12/19, 10:53:04 PM] Anastasia: surprised.. not a lot of people
So
[4/12/19, 10:53:10 PM] Anastasia: Would/do
[4/12/19, 10:53:20 PM] Anastasia: then again you're not like everyone else
[4/12/19, 10:55:28 PM] +1 (631) 379-9928: You needed wanted help
[4/12/19, 10:55:41 PM] +1 (631) 379-9928: And nobody was giving it to you
[4/12/19, 10:55:45 PM] Anastasia: Yes!
[4/12/19, 10:55:56 PM] Anastasia: Agreed
[4/12/19, 10:56:02 PM] +1 (631) 379-9928: People failed you
[4/12/19, 10:56:18 PM] +1 (631) 379-9928: I failed you and it almost took me too
long to see it
[4/12/19, 10:56:35 PM] Anastasia: And how did you fail me
[4/12/19, 10:56:40 PM] Anastasia: the suspension?
[4/12/19, 10:58:42 PM] +1 (631) 379-9928: Wasn't there for you when you needed it
[4/12/19, 10:59:02 PM] Anastasia: That wasn't your fault though
[4/12/19, 10:59:22 PM] +1 (631) 379-9928: Post suspension
[4/12/19, 10:59:37 PM] Anastasia: still wasn't your fault
[4/12/19, 11:00:22 PM] +1 (631) 379-9928: It was
[4/12/19, 11:00:41 PM] Anastasia: "Angry at all the things, angry at all the things
Page 87

_chat
I can't change.."
[4/12/19, 11:01:01 PM] +1 (631) 379-9928: You don't need to be angry
[4/12/19, 11:01:07 PM] Anastasia: it wasn't your fault bro
[4/12/19, 11:01:40 PM] Anastasia: can't stress or have a emotions toward something
you can't change
[4/12/19, 11:05:33 PM] +1 (631) 379-9928: Can't change the past
Working on you
Fix you
[4/12/19, 11:07:42 PM] +1 (631) 379-9928: You should go to sleep
[4/13/19, 1:56:24 AM] Anastasia: Yeah dude I knocked
[4/13/19, 6:32:41 AM] +1 (631) 379-9928: Captains Log
Entering day 3 of Anastasia's reawakening.
Subject has stated she is glad she went on the trip "I really needed this".
She has stayed clean and resisted the advances of a real douche  hammer who wanted
sex for weed. She has too much respect for herself to do that.
She is beginning to see herself as the amazing person that she is and others know
she is too.
Additionally, she learned that her roommate has a tickle fetish.

She is missed by those at home (me).

It makes me feel good to know you're in a good place.
Love Dad
[4/13/19, 6:33:19 AM] +1 (631) 379-9928: Yo I'm shot from last night
You capped out pretty much text
[4/13/19, 6:33:59 AM] +1 (631) 379-9928: Oh
And
Good Morning
[4/13/19, 7:00:08 AM] +1 (631) 379-9928: I soooooooooo hope you're sleeping in
[4/13/19, 7:04:02 AM] +1 (631) 379-9928: Hi
[4/13/19, 7:04:53 AM] Anastasia: Lmao I love your morning messages lmao. I'm shot
too man. I had a 5:30am start but weirdly I'm not tired. Definitely sore though.
Good morning!! I wish I was sleeping in. By
[4/13/19, 7:04:55 AM] Anastasia: Hey*
[4/13/19, 7:05:16 AM] +1 (631) 379-9928: 5:30
[4/13/19, 7:05:21 AM] +1 (631) 379-9928: Ug
[4/13/19, 7:07:17 AM] Anastasia: Yeah literally
[4/13/19, 7:07:37 AM] Anastasia: I have to read about bunker hill and talk about it
in front of everyone
[4/13/19, 7:07:46 AM] Anastasia: which I'm already dreading
[4/13/19, 7:08:37 AM] +1 (631) 379-9928: Come on
You'll do great
[4/13/19, 7:08:45 AM] Anastasia: Nah
[4/13/19, 7:08:59 AM] +1 (631) 379-9928: So little self confidence
[4/13/19, 7:09:09 AM] Anastasia: Me out of all people don't have that
[4/13/19, 7:09:29 AM] +1 (631) 379-9928: So you're doing school stuff on this trip
too
[4/13/19, 7:09:50 AM] +1 (631) 379-9928: How did you get stuck with that?
[4/13/19, 7:10:09 AM] Anastasia: Bruh literally this isn't even a fun trip with the
amount of work I've done like cmon if I knew I had to do this I would've stayed home
[4/13/19, 7:11:57 AM] +1 (631) 379-9928: Bruh
I'm calling bullshit on that
[4/13/19, 7:12:13 AM] +1 (631) 379-9928: You told me yesterday you're glad you went
[4/13/19, 7:12:29 AM] +1 (631) 379-9928: Are you in a bad mood this morning ?
[4/13/19, 7:12:41 AM] Anastasia: I just hate ████
[4/13/19, 7:12:52 AM] +1 (631) 379-9928: Ok
[4/13/19, 7:12:54 AM] +1 (631) 379-9928: Tell me
[4/13/19, 7:12:59 AM] Anastasia: like could we not have done this yesterday
[4/13/19, 7:13:11 AM] Anastasia: he does this wth everything just the day of
[4/13/19, 7:13:15 AM] +1 (631) 379-9928: Good point
[4/13/19, 7:13:48 AM] +1 (631) 379-9928: Is he still being a D to you?!
[4/13/19, 7:13:55 AM] Anastasia: He always is
[4/13/19, 7:14:06 AM] +1 (631) 379-9928: Why

_chat
[4/13/19, 7:14:14 AM] Anastasia: Because it's █████████████
[4/13/19, 7:14:24 AM] Anastasia: He's literally a hypocrite
[4/13/19, 7:14:30 AM] Anastasia: biggest one out there
[4/13/19, 7:16:36 AM] +1 (631) 379-9928: Let me guess
He likes you
Or
Thinks you're a sure thing
Gets pissy when you don't give in
Then
He takes it out on you

Plays the good guy around everyone
Then
Snakes when he thinks he can
[4/13/19, 7:16:53 AM] Anastasia: I think it's the second thing
[4/13/19, 7:17:05 AM] Anastasia: 100%
[4/13/19, 7:18:27 AM] +1 (631) 379-9928: You are a very good read of people
[4/13/19, 7:18:46 AM] +1 (631) 379-9928: No negative talk
Tell me something good
[4/13/19, 7:20:36 AM] Anastasia: ████████ had my phone was like ou this Louis what
app'd you
[4/13/19, 7:22:17 AM] +1 (631) 379-9928: Dude
[4/13/19, 7:22:55 AM] Anastasia: I was weak
[4/13/19, 7:23:02 AM] Anastasia: like yeah he's my friend
[4/13/19, 7:23:35 AM] +1 (631) 379-9928: Do the msg show on your lock screen
Or just a notification
[4/13/19, 7:24:51 AM] +1 (631) 379-9928: Could he read it
Or just see that a msg came in
[4/13/19, 7:25:07 AM] Anastasia: He could see what u said
[4/13/19, 7:25:15 AM] Anastasia: Hold on let me shut these notifications off
[4/13/19, 7:26:06 AM] +1 (631) 379-9928: Prob a good idea
Sorry I feel like I'm jamming you up by talking to me
[4/13/19, 7:26:17 AM] Anastasia: Nah we're on the bus
[4/13/19, 7:26:26 AM] Anastasia: Doing literally nothing
[4/13/19, 7:27:41 AM] +1 (631) 379-9928: You can have notifications with no preview
I think

Man people are into your business
[4/13/19, 7:27:58 AM] Anastasia: They really are bro
[4/13/19, 7:28:14 AM] Anastasia: like hop off my ****
[4/13/19, 7:30:14 AM] +1 (631) 379-9928: They are stuck in HS mentality

What time is the baseball game
[4/13/19, 7:31:00 AM] +1 (631) 379-9928: Better yet How is ████?
[4/13/19, 7:31:55 AM] Anastasia: They are stuck. Baseball game is uh..
[4/13/19, 7:32:20 AM] Anastasia: 1:30
[4/13/19, 7:32:47 AM] Anastasia: ██████is good. She is actually at a camp right now
[4/13/19, 7:33:08 AM] +1 (631) 379-9928: And what have I been telling you?!?
Think beyond HS

What camp?
[4/13/19, 7:33:54 AM] Anastasia: now I understand!
She's at ryla rila? Idk
[4/13/19, 7:34:50 AM] +1 (631) 379-9928: So you're obviously tired
But how are you?

And   .              .                        .
How's your leg?
[4/13/19, 7:39:28 AM] Anastasia: I'm tired of ███████ bullshit but I'm good kinda just
want to go home my legs are sore
[4/13/19, 7:40:42 AM] +1 (631) 379-9928: You're homesick
You need your bed and hot tub
[4/13/19, 7:41:46 AM] +1 (631) 379-9928: So does he like always try to get you to be
Page 89

_chat
with him
Or
Is he just two faced
[4/13/19, 7:42:58 AM] Anastasia: he's two faced
[4/13/19, 7:43:43 AM] Anastasia: like one second we're buddy buddy having a good ass
convo then we fuck around about drugs
[4/13/19, 7:44:04 AM] +1 (631) 379-9928: So you see through him
[4/13/19, 7:44:10 AM] +1 (631) 379-9928: That's good
[4/13/19, 7:44:42 AM] Anastasia: Pretty much
[4/13/19, 7:44:42 AM] +1 (631) 379-9928: And
Don't confuse the drug conversations as nothing more than fore play
[4/13/19, 7:44:48 AM] Anastasia: ohh I know
[4/13/19, 7:44:59 AM] Anastasia: but sometimes me being a flirt gets me into shit
[4/13/19, 7:45:08 AM] +1 (631) 379-9928: Yes it does
[4/13/19, 7:46:07 AM] +1 (631) 379-9928: "Dude I'm gay, you know that right?!?!"
Throw that at him
[4/13/19, 7:47:30 AM] Anastasia: I DO
[4/13/19, 7:47:47 AM] +1 (631) 379-9928: Then he sucks
End of story
[4/13/19, 7:47:48 AM] Anastasia: it's hard when you're in high school
[4/13/19, 7:48:06 AM] +1 (631) 379-9928: I know
I really feel for you
[4/13/19, 7:48:21 AM] +1 (631) 379-9928: Guys have no respect
Their parents failed them
[4/13/19, 7:49:03 AM] Anastasia: they really do
[4/13/19, 7:49:11 AM] Anastasia: don't *
[4/13/19, 7:49:26 AM] +1 (631) 379-9928: No
Dad talk
[4/13/19, 7:49:29 AM] +1 (631) 379-9928: Now
[4/13/19, 7:49:33 AM] Anastasia: Go
[4/13/19, 7:50:29 AM] +1 (631) 379-9928: If he was your friend he wouldn't .......

But you also have set the stage for his expectations
Which is ok
Now you need to live another lifestyle
[4/13/19, 7:50:34 AM] +1 (631) 379-9928: Because
[4/13/19, 7:51:40 AM] +1 (631) 379-9928: I know you don't want to be seen as the hot
gay girl who will blow or fuck a dude for drugs ( that's hard and I say it with all
the love I have for you ).
THATS NOT YOU
[4/13/19, 7:52:11 AM] Anastasia: It's not you're 100% right but I but on such a
cover that I forget that
[4/13/19, 7:52:20 AM] Anastasia: And yeah that was hard to admit
[4/13/19, 7:52:41 AM] +1 (631) 379-9928: Own yourself
[4/13/19, 7:52:53 AM] Anastasia: kinda hard to do tht
[4/13/19, 7:52:59 AM] +1 (631) 379-9928: If you're gay
Rock it
[4/13/19, 7:53:23 AM] Anastasia: honestly it might be a demon
[4/13/19, 7:53:38 AM] +1 (631) 379-9928: If you get close to a guy and feel that
being sexual with him is the right thing
Own it
But on your terms
[4/13/19, 7:53:47 AM] Anastasia: Your right
[4/13/19, 7:54:06 AM] Anastasia: i jut vibe with people you know like if I vibe with
u and we have sex so be it
[4/13/19, 7:54:55 AM] Anastasia: there's just been too many times where I haven't
been sober where I gave myself up
[4/13/19, 7:55:14 AM] +1 (631) 379-9928: Hence why you need to be sober
[4/13/19, 7:55:19 AM] Anastasia: Exaclry
[4/13/19, 7:55:22 AM] Anastasia: exactly
[4/13/19, 7:56:05 AM] +1 (631) 379-9928: Yup
[4/13/19, 7:57:06 AM] Anastasia: There's this girl
[4/13/19, 7:57:14 AM] +1 (631) 379-9928: Uh oh

_chat

[4/13/19, 7:58:13 AM] Anastasia: on my bus and she was talking about being bi and she started hinting me bout having a crush and I was like if I'm going to be quite honest wit you if I didn't love ▮▮▮▮ as much as I do.. I'd think about it for you but since that's not the case.. I'm sorry
[4/13/19, 8:00:10 AM] Anastasia: This is like the 3rd girl on the trip
[4/13/19, 8:00:22 AM] Anastasia: like I'm snagging all the girls out of the closet
[4/13/19, 8:00:36 AM] +1 (631) 379-9928: Chic magnet
[4/13/19, 8:02:02 AM] Anastasia: course
[4/13/19, 8:02:06 AM] Anastasia: I mean look at me
[4/13/19, 8:02:09 AM] Anastasia: a meal
[4/13/19, 8:07:39 AM] +1 (631) 379-9928: No doubt
[4/13/19, 8:10:39 AM] +1 (631) 379-9928: Jjjjuuuuuust got yelled at by a 6 and 9 year old over breakfast
FML
[4/13/19, 8:13:03 AM] +1 (631) 379-9928: They see you as safe
Your cute
Funny
Non threatening
Doubt they would be coming out to the football player
[4/13/19, 8:15:41 AM] +1 (631) 379-9928: Yo girl
I feel like you're not smiling
[4/13/19, 9:14:47 AM] +1 (631) 379-9928: You went dark
I hope you're sleeping
And someone didn't snatch your phone ha
[4/13/19, 10:17:17 AM] Anastasia: Aw! I love ur kids man. I dunno I'm hitting a low
[4/13/19, 10:18:53 AM] +1 (631) 379-9928: I knew it
Where u been was worried
[4/13/19, 10:19:29 AM] Anastasia: I'm not getting ur message I might need to just turn my notifications back on
[4/13/19, 10:20:11 AM] +1 (631) 379-9928: See you were low because you didn't hear from me
Thought I left you
[4/13/19, 10:21:42 AM] +1 (631) 379-9928: Need to see your smile send me a pic
Low key
[4/13/19, 10:21:54 AM] Anastasia: <attached: 00003425-PHOTO-2019-04-13-10-21-37.jpg>
[4/13/19, 10:22:00 AM] Anastasia: I literally can't even see right now
[4/13/19, 10:22:16 AM] +1 (631) 379-9928: I can see that
You're on the constitution
[4/13/19, 10:22:43 AM] Anastasia: Oh my god that's so cool you know
[4/13/19, 10:23:13 AM] +1 (631) 379-9928: You need sun glasses
[4/13/19, 10:24:33 AM] +1 (631) 379-9928: I wear mine 25/8 if you haven't noticed
Even in the rain
[4/13/19, 10:27:44 AM] +1 (631) 379-9928: Ready
Just did 300 push-ups 50 pull-ups
[4/13/19, 10:28:03 AM] Anastasia: I'm sooo sooo sooo proud of you!
[4/13/19, 10:28:09 AM] Anastasia: I need sunglasses
[4/13/19, 10:28:19 AM] Anastasia: It just got really bright because it stopped raining
[4/13/19, 10:28:33 AM] +1 (631) 379-9928: Thought you would smile at that
[4/13/19, 10:28:55 AM] Anastasia: I did a lot
[4/13/19, 10:29:47 AM] +1 (631) 379-9928: Glad I could help
[4/13/19, 10:30:00 AM] +1 (631) 379-9928: Cheer up girl
Gottchu
[4/13/19, 10:30:22 AM] Anastasia: it's like weird because it came out of no where
[4/13/19, 10:30:29 AM] Anastasia: maybe it's the weather
[4/13/19, 10:30:46 AM] +1 (631) 379-9928: Could be
[4/13/19, 10:30:54 AM] +1 (631) 379-9928: Sunshine is healthy
[4/13/19, 10:31:04 AM] Anastasia: yes!
[4/13/19, 10:32:01 AM] +1 (631) 379-9928: Don't let ▮▮▮▮ get you down

How did your reading go?
[4/13/19, 10:32:17 AM] Anastasia: sill haven't done it
[4/13/19, 10:32:29 AM] +1 (631) 379-9928: Still Clean

```
                                    _chat
[4/13/19, 10:32:50 AM] +1 (631) 379-9928: //////HUG\\\\\\\
[4/13/19, 10:33:08 AM] +1 (631) 379-9928: You needed that
[4/13/19, 10:35:55 AM] Anastasia: still clean
[4/13/19, 10:36:05 AM] Anastasia: I'd be worse if I wasn't
[4/13/19, 10:37:14 AM] +1 (631) 379-9928: Ahhhhhh
Now you see
[4/13/19, 10:37:31 AM] Anastasia: Yes!
[4/13/19, 10:38:21 AM] +1 (631) 379-9928: Now hold onto it
[4/13/19, 10:38:48 AM] +1 (631) 379-9928: So your a little down

Nothing to get too blown up about
[4/13/19, 10:38:50 AM] Anastasia: you just missed me in a sailor hat
[4/13/19, 10:38:52 AM] Anastasia: tragic
[4/13/19, 10:38:58 AM] Anastasia: nope not at all
[4/13/19, 10:39:07 AM] +1 (631) 379-9928: I'm sure you looked good
[4/13/19, 10:39:21 AM] Anastasia: oh duh
[4/13/19, 10:39:41 AM] Anastasia: The football player was like stapon you look cute
I was like I know
[4/13/19, 10:39:54 AM] +1 (631) 379-9928: She wants you
[4/13/19, 10:39:58 AM] +1 (631) 379-9928: Duh
[4/13/19, 10:40:20 AM] Anastasia: Duh
[4/13/19, 10:40:29 AM] Anastasia: Thanks but no thanks
[4/13/19, 10:40:51 AM] +1 (631) 379-9928: Can anyone see your phone
[4/13/19, 10:41:26 AM] Anastasia: No
[4/13/19, 10:41:29 AM] +1 (631) 379-9928: She has a menis (penis)
[4/13/19, 10:42:00 AM] Anastasia: LMAOOOOO
[4/13/19, 10:42:10 AM] Anastasia: IM SOOOOO WEAK
[4/13/19, 10:43:25 AM] +1 (631) 379-9928: We also say "she has a 9inch clitoris  "
[4/13/19, 10:43:37 AM] +1 (631) 379-9928: For the the really big lesbians
[4/13/19, 10:43:45 AM] +1 (631) 379-9928: Too far?
[4/13/19, 10:43:57 AM] Anastasia: we're heading to bunker hills (where I have to say
the speech)
[4/13/19, 10:44:00 AM] Anastasia: LMAO
[4/13/19, 10:44:05 AM] Anastasia: Bro why is that sooo true
[4/13/19, 10:44:24 AM] +1 (631) 379-9928: We have some pretty funny conversations
[4/13/19, 10:44:41 AM] Anastasia: We really do
[4/13/19, 10:45:09 AM] Anastasia: she walked by and I put my phone down laughing and'
she was like I wasn't reading it and I was like it's not about u at all
[4/13/19, 10:45:12 AM] Anastasia: Meanwhile it was
[4/13/19, 10:45:27 AM] +1 (631) 379-9928: Good luck at bunker hill
Enjoy the game
I'm sending good vibes your way
You're on my mind all the time
wishing good thoughts
[4/13/19, 10:45:46 AM] Anastasia: I needed to hear that..
[4/13/19, 10:47:06 AM] +1 (631) 379-9928: I'm gonna be off for the a good part of
the day
Cousins coming over
I'll check you after the game but I'll have a full house

Close your eyes
Think the bench
Tight hug , feel it

Stay Hard
[4/13/19, 10:49:54 AM] Anastasia: Okay okay &&okay. Thank you for always being here
for me:) catch u later I'll be thinking of u and feeling the hugs
[4/13/19, 11:27:41 AM] Anastasia: Dude the runners here are to drool over
[4/13/19, 11:31:22 AM] +1 (631) 379-9928: Control yourself
[4/13/19, 11:31:49 AM] Anastasia: I can't man they're too much to handle
[4/13/19, 11:34:02 AM] +1 (631) 379-9928: This is also why I tell you to keep
running
You are a horny little thing aren't you
```

_chat

[4/13/19, 11:36:34 AM] Anastasia: Lmaoo yeah I low key am
[4/13/19, 11:52:31 AM] +1 (631) 379-9928: Told you
Game knows game
[4/13/19, 11:52:52 AM] Anastasia: Re tweet
[4/13/19, 11:53:11 AM] Anastasia: Woah wait are you saying you're the same?
[4/13/19, 11:55:48 AM] +1 (631) 379-9928: Duh
[4/13/19, 11:56:01 AM] Anastasia: Ahhhhh I love it
[4/13/19, 11:56:29 AM] +1 (631) 379-9928: I gottchu on many levels
[4/13/19, 11:56:36 AM] Anastasia: You really do
[4/13/19, 11:57:44 AM] +1 (631) 379-9928: You have no idea what your body can do

. Trust me you don't
[4/13/19, 11:57:56 AM] Anastasia: Oh man
[4/13/19, 11:58:07 AM] Anastasia: now I'm curious
[4/13/19, 11:58:32 AM] +1 (631) 379-9928: Talk for another day
[4/13/19, 11:58:42 AM] Anastasia: Mmh  okay
[4/13/19, 12:02:13 PM] Anastasia: I'm gunna tell you this now.. I dunno what
tomorrow will consist of.. I know it won't be good and I can tell you now shits
going down
[4/13/19, 12:03:22 PM] +1 (631) 379-9928: Girl
Drugs
[4/13/19, 12:03:57 PM] Anastasia: Yeah bro
[4/13/19, 12:04:02 PM] Anastasia: I can't help myself
[4/13/19, 12:04:13 PM] +1 (631) 379-9928: School trip
[4/13/19, 12:04:21 PM] +1 (631) 379-9928: Don't put me in a position
[4/13/19, 12:04:30 PM] Anastasia: Nope everything is after
[4/13/19, 12:04:53 PM] Anastasia: So like if you don't hear from me you know why
[4/13/19, 12:05:25 PM] +1 (631) 379-9928: We will talk later house full of people

I liked the other talk better
[4/13/19, 12:05:45 PM] Anastasia: I just needed to tell u before tomorrow came and I
went MIA
[4/13/19, 12:06:02 PM] +1 (631) 379-9928: You won't go mia
You're better than that
[4/13/19, 12:06:40 PM] Anastasia: I just don't wanna say anything
[4/13/19, 12:07:00 PM] Anastasia: Because I can't help myself under the influence
[4/13/19, 12:14:03 PM] +1 (631) 379-9928: Say what
[4/13/19, 12:14:24 PM] Anastasia: Lord only knows
[4/13/19, 12:26:12 PM] +1 (631) 379-9928: 1) Girl you know you can say anything to
me
2) I'll be upset if you go looking for drugs

You're better
You've told me that
Plus if you go MIA
I can't tel you about my race
[4/13/19, 12:27:51 PM] Anastasia: I'll read it just a matter of when you know I
gotchu
[4/13/19, 12:28:46 PM] +1 (631) 379-9928: Again you're killing me
[4/13/19, 12:30:03 PM] Anastasia: I neeeded to tell u before u think I'm ded
[4/13/19, 12:30:16 PM] +1 (631) 379-9928: How about
Just don't
[4/13/19, 12:30:32 PM] Anastasia: Ok ok
[4/13/19, 12:32:07 PM] Anastasia: I low key am just playing you
[4/13/19, 12:33:10 PM] +1 (631) 379-9928: Ya ya
Listen
After you read this
Stand down on replying for a bit
Wife's phone is dead she's all over mine until hers comes back
Batt died and it's wet
 f me
Neither of us need me to explain who I'm texting

_chat
Ya well what's the opposite of low key
That's me right now
No drugs
[4/13/19, 12:33:18 PM] +1 (631) 379-9928: I'll text you later
[4/13/19, 12:53:45 PM] +1 (631) 379-9928: Her phone is back
So girl

You're not upset are you?
[4/13/19, 12:53:48 PM] +1 (631) 379-9928: Sorry
[4/13/19, 12:54:17 PM] Anastasia: Nope not at all
[4/13/19, 12:56:01 PM] Anastasia: I meant to say okaying you
[4/13/19, 1:00:42 PM] +1 (631) 379-9928: K
[4/13/19, 1:03:25 PM] Anastasia: Dam
[4/13/19, 2:44:43 PM] +1 (631) 379-9928: Girl how ya doing ?
[4/13/19, 2:44:56 PM] +1 (631) 379-9928: My kitchen is a mess
FML
[4/13/19, 2:45:37 PM] +1 (631) 379-9928: Here is another reason to not drug tomorrow

Ill be at my parents and be able to talk for as long as you want
[4/13/19, 2:45:41 PM] +1 (631) 379-9928: Hmmm
[4/13/19, 2:45:50 PM] +1 (631) 379-9928: You know I'm right
[4/13/19, 3:38:14 PM] Anastasia: No promises
[4/13/19, 3:50:51 PM] +1 (631) 379-9928: We will fight about that later.
How are you doing ?
[4/13/19, 3:54:50 PM] Anastasia: Okay and I'm chillin you know how it is
[4/13/19, 3:59:25 PM] +1 (631) 379-9928: Still have fun
[4/13/19, 3:59:44 PM] +1 (631) 379-9928: Having
[4/13/19, 4:04:53 PM] Anastasia: Yeah maybe too much but you know
[4/13/19, 6:42:27 PM] +1 (631) 379-9928: Yo
House full of people
I went upstairs took an hour nap
You're rubbing off

Still Clean girl?
[4/13/19, 6:58:32 PM] +1 (631) 379-9928: Should I take that as no?!!
Missed you today
I feel like you needed me
[4/13/19, 7:22:29 PM] +1 (631) 379-9928: You're reading but not responding
Which tells me you have something you don't want to say.

I going lights out in about 20 mins.
I hope you had fun today.
Kinda sad today
Catch you tomorrow.
[4/14/19, 6:09:11 AM] +1 (631) 379-9928: In a little over 24 hours we will get to
see each other.
Are you excited ?
[4/14/19, 6:12:57 AM] +1 (631) 379-9928: Yo
[4/14/19, 6:13:18 AM] +1 (631) 379-9928: Thought I saw you online
[4/14/19, 6:13:46 AM] +1 (631) 379-9928: Today's morning msg
Short and to the point
[4/14/19, 6:16:56 AM] +1 (631) 379-9928: So what's up?
[4/14/19, 8:10:38 AM] Anastasia: Hey
[4/14/19, 7:25:45 AM] +1 (631) 379-9928: I'll leave you alone
Not sure what's going on
[4/14/19, 10:33:44 AM] +1 (631) 379-9928: Hey
[4/14/19, 10:52:01 AM] Anastasia: Dude a lot of like I dunno changed
[4/14/19, 10:53:33 AM] Anastasia: Hence why I didn't answer
[4/14/19, 10:56:13 AM] +1 (631) 379-9928: Explain
So you F'ing ignore me
Don't you understand how I worry and care?
[4/14/19, 10:56:22 AM] Anastasia: I just feel myself so far gone
[4/14/19, 10:56:36 AM] +1 (631) 379-9928: Fuck that you're not

```
                                                 _chat
[4/14/19, 10:57:07 AM] +1 (631) 379-9928: Juul or weed or blowjob
Which one
[4/14/19, 10:57:10 AM] Anastasia: it's been a mess
[4/14/19, 10:57:17 AM] Anastasia: Actually none of them
[4/14/19, 10:57:28 AM] +1 (631) 379-9928: Ok
Good
[4/14/19, 10:57:49 AM] +1 (631) 379-9928: Do them what
[4/14/19, 10:57:55 AM] Anastasia: But I just got so close to like getting i way over
my head
[4/14/19, 10:58:08 AM] +1 (631) 379-9928: Girl
[4/14/19, 10:58:12 AM] Anastasia: dude
[4/14/19, 10:58:19 AM] +1 (631) 379-9928: I'm hugging you
[4/14/19, 10:58:37 AM] +1 (631) 379-9928: Have been
[4/14/19, 10:58:41 AM] Anastasia: but I know going home will be another story
[4/14/19, 10:59:11 AM] +1 (631) 379-9928: It won't be of youdont let it
[4/14/19, 10:59:23 AM] Anastasia: how can I not
[4/14/19, 10:59:29 AM] +1 (631) 379-9928: Stay home
[4/14/19, 10:59:34 AM] +1 (631) 379-9928: Talk to me
[4/14/19, 10:59:55 AM] +1 (631) 379-9928: I have s few hours this afternoon
I told you
[4/14/19, 11:00:01 AM] Anastasia: I know
[4/14/19, 11:00:07 AM] +1 (631) 379-9928: Who wants to get you high
[4/14/19, 11:00:43 AM] +1 (631) 379-9928: When r I home
[4/14/19, 11:00:50 AM] Anastasia: so many people
[4/14/19, 11:00:59 AM] Anastasia: like this is where it got crazy last night
[4/14/19, 11:01:51 AM] +1 (631) 379-9928: Do you what I'm listening to
And do you know why
You
[4/14/19, 11:02:24 AM] Anastasia: like music wise?
[4/14/19, 11:05:54 AM] +1 (631) 379-9928: Ya girl
[4/14/19, 11:07:20 AM] Anastasia: Our boy Jon
[4/14/19, 11:45:28 AM] Anastasia: Lmao so how are you
[4/14/19, 12:24:57 PM] Anastasia: You take 60 years to answer
[4/14/19, 12:25:43 PM] +1 (631) 379-9928: I'm gonna gut punch you
Ready
I'M NOT ████████
YOU ARE NOT THE 9 YEAR OLD SHE DESTROYED
I WILL NOT TURN MY BACK ON YOU
HOWEVER
I HAVE BEEN WATCHING AS YOU WALK AWAY
AND RETURN
you're  at a fork and you have been traveling down the better path but sometimes cut
over to the bad path.
I've been there the entire time
I've told you stop thinking like a HS kid

You know the drugs are not good for you theblast three weeks are proof. You've done
less and feel great.

I will not give up on you!!!!!!!
[4/14/19, 12:26:27 PM] +1 (631) 379-9928: Take Maryann for a walk today
You know I'm right
[4/14/19, 12:26:39 PM] +1 (631) 379-9928: Everything I tell you is out of love
[4/14/19, 12:27:01 PM] +1 (631) 379-9928: Even if I know you'll be pissed off and
want to tell me to fuck off
[4/14/19, 12:27:15 PM] Anastasia: I needed to read that
[4/14/19, 12:27:35 PM] Anastasia: but·I'm legitimately not gunna lie I'm getting
messed up wen I go home
[4/14/19, 12:27:45 PM] +1 (631) 379-9928: WHY
[4/14/19, 12:27:52 PM] Anastasia: because I've missed out
[4/14/19, 12:28:05 PM] +1 (631) 379-9928: on what
[4/14/19, 12:28:12 PM] Anastasia: Dude I can't even explain how much weird things
have changed
```

_chat

[4/14/19, 12:28:21 PM] +1 (631) 379-9928: Like what
[4/14/19, 12:28:32 PM] Anastasia: the amount of weed intake
[4/14/19, 12:29:00 PM] Anastasia: New thoughts that have bee sprinting through my head
[4/14/19, 12:29:14 PM] Anastasia: I have no idea how to explain it to yo
[4/14/19, 12:29:15 PM] +1 (631) 379-9928: How so
According to what you've told me you haven't smoked weed since that one sat night
[4/14/19, 12:29:36 PM] Anastasia: from what you know
[4/14/19, 12:29:43 PM] Anastasia: heres the deal
[4/14/19, 12:29:50 PM] +1 (631) 379-9928: So tell me the Fucking truth
[4/14/19, 12:30:03 PM] Anastasia: There's obviously things I do not even tell u because you get into dad mode
[4/14/19, 12:30:13 PM] Anastasia: as that's wen I go "fuck off"
[4/14/19, 12:30:59 PM] Anastasia: and tell you the truth? Truth of what dad?? That I get cross faded
[4/14/19, 12:31:27 PM] +1 (631) 379-9928: And have I said fuck off
No
So why can't you tell me
[4/14/19, 12:31:44 PM] +1 (631) 379-9928: Cross faded
English please
[4/14/19, 12:31:46 PM] Anastasia: BECAUSE YOU TURN DAD ON ME
[4/14/19, 12:31:54 PM] Anastasia: it's been a mess
[4/14/19, 12:32:16 PM] +1 (631) 379-9928: I'm listening
Dad mode off
[4/14/19, 12:32:41 PM] Anastasia: and this is where you walk away and throw ur hands in the  Air because if I was more honest you wouldn't be here
[4/14/19, 12:33:02 PM] +1 (631) 379-9928: You don't know that
[4/14/19, 12:33:27 PM] Anastasia: I do
[4/14/19, 12:33:31 PM] Anastasia: Because I've been down this road
[4/14/19, 12:33:49 PM] +1 (631) 379-9928: And it's not fair that you didn't even give me a chance
[4/14/19, 12:34:03 PM] +1 (631) 379-9928: Not with me you haven't
[4/14/19, 12:34:29 PM] Anastasia: I honestly sm even know gere to begin
[4/14/19, 12:34:33 PM] Anastasia: Where
[4/14/19, 12:34:55 PM] +1 (631) 379-9928: Honesty
All I want
[4/14/19, 12:35:05 PM] Anastasia: Oh man
[4/14/19, 12:36:24 PM] Anastasia: so I get high everynight.. I fien for juuled myseld sometimes
[4/14/19, 12:36:28 PM] Anastasia: myself
[4/14/19, 12:37:08 PM] +1 (631) 379-9928: Where do get high
[4/14/19, 12:38:24 PM] +1 (631) 379-9928: So every night since we've been talking
[4/14/19, 12:39:05 PM] Anastasia: with ███████depends literally everyone has g
[4/14/19, 12:39:06 PM] Anastasia: it
[4/14/19, 12:39:12 PM] Anastasia: and for the most part
[4/14/19, 12:40:22 PM] +1 (631) 379-9928: Keep talking
[4/14/19, 12:41:01 PM] +1 (631) 379-9928: Did you smoke weed on this trip
[4/14/19, 12:41:05 PM] Anastasia: Drinkings been rough
[4/14/19, 12:41:09 PM] Anastasia: Edibles
[4/14/19, 12:41:32 PM] +1 (631) 379-9928: You've been drinking too?
[4/14/19, 12:42:21 PM] Anastasia: Yeah way too much
[4/14/19, 12:42:36 PM] +1 (631) 379-9928: This whole time
[4/14/19, 12:44:16 PM] Anastasia: Yeah dude
[4/14/19, 12:44:18 PM] Anastasia: I'm sorry
[4/14/19, 12:44:57 PM] Anastasia: I knew I'd block you out and then on this trip the kids were like you cant trust adults and all this shit
[4/14/19, 12:45:27 PM] +1 (631) 379-9928: So what am I to you?
What has our time been?

Block me out?
[4/14/19, 12:45:44 PM] Anastasia: It was like a 2am convo being high and everything sounds so true and good so i started not answering yesterday but I woke up like I can't keep doing this to you

_chat
[4/14/19, 12:46:47 PM] +1 (631) 379-9928: Answer my questions
[4/14/19, 12:46:54 PM] Anastasia: I don't know
[4/14/19, 12:48:52 PM] +1 (631) 379-9928: Do you want my help?

Do you want me in your life?

And btw the you can't trust adults BS
You're pretty much and adult
[4/14/19, 12:48:54 PM] Anastasia: I just get so rapped up in this BS life that I
just adjust and let go because I'm tired of fighting
[4/14/19, 12:49:26 PM] Anastasia: I want your help. I want you in my life. They have
become more needs that wants at this point
[4/14/19, 12:50:41 PM] +1 (631) 379-9928: If we were talking in person I think we
would both be crying our eyes out.
[4/14/19, 12:50:58 PM] Anastasia: I've been holding this in for weeks and dreading
the day it would all just come out
[4/14/19, 12:51:49 PM] Anastasia: I don't even know if saying sorry does it because
of how far I threw myself into this
[4/14/19, 12:53:29 PM] +1 (631) 379-9928: Soooooooooooo
Has anything we've talked about made a difference ?
Or when you told me that the talks with Maryann made you feel better and this or
that helped , running etc is that all lies ?
[4/14/19, 12:54:10 PM] Anastasia: No the only thing I held back on was my low key
drug life that I'm so ingulfed into
[4/14/19, 12:54:56 PM] +1 (631) 379-9928: Low key my ass
[4/14/19, 12:55:04 PM] +1 (631) 379-9928: Are you selling ?
[4/14/19, 12:55:25 PM] Anastasia: Not naymore
[4/14/19, 12:55:28 PM] Anastasia: anymore
[4/14/19, 12:55:42 PM] +1 (631) 379-9928: Define anymore
[4/14/19, 12:55:47 PM] Anastasia: Okay well u didn't know hence the low key
[4/14/19, 12:55:55 PM] Anastasia: Like it's been a week or two
[4/14/19, 12:56:15 PM] +1 (631) 379-9928: So you were still selling
[4/14/19, 12:56:39 PM] Anastasia: Yes but telling the PRINCIPAL of rhs could get me
shot
[4/14/19, 12:58:59 PM] +1 (631) 379-9928: So
Is there anything else?
[4/14/19, 12:59:34 PM] Anastasia: no that was is
[4/14/19, 12:59:36 PM] Anastasia: It
[4/14/19, 12:59:48 PM] Anastasia: the major major stuff
[4/14/19, 12:59:48 PM] +1 (631) 379-9928: That was a lot
[4/14/19, 1:00:03 PM] Anastasia: yeah try holding it in for a month
[4/14/19, 1:00:10 PM] +1 (631) 379-9928: What's the minor stuff
[4/14/19, 1:00:27 PM] Anastasia: I started cheating my way through school
[4/14/19, 1:00:44 PM] +1 (631) 379-9928: How
[4/14/19, 1:00:54 PM] Anastasia: you can put that puzzle together
[4/14/19, 1:01:15 PM] +1 (631) 379-9928: Drugs for grades
Or
Sex for grades
[4/14/19, 1:01:27 PM] Anastasia: drugs of course
[4/14/19, 1:02:07 PM] +1 (631) 379-9928: Could have been worse

Why though
I told you I would help you with school
[4/14/19, 1:02:35 PM] Anastasia: like I said I was throwing myself down the drain
[4/14/19, 1:02:56 PM] Anastasia: I don't think I've ever taken that many drugs in a
small time period
[4/14/19, 1:03:09 PM] Anastasia: and I never took my meds last night so I'm all
fucked up
[4/14/19, 1:04:03 PM] +1 (631) 379-9928: So basically I've made no difference in
your life
Other than a few laughs
[4/14/19, 1:04:22 PM] +1 (631) 379-9928: That's what I'm hearing
[4/14/19, 1:04:27 PM] Anastasia: well it sounds shitty putting it that way

_chat

[4/14/19, 1:05:24 PM] +1 (631) 379-9928: Tell me how it's anything but that
[4/14/19, 1:06:33 PM] Anastasia: I can't
[4/14/19, 1:06:41 PM] Anastasia: because that's what it is
[4/14/19, 1:08:07 PM] +1 (631) 379-9928: So
Here is a double gut punch
You're an asshole
And I'm crushed

But I'm not turning my back on you.
[4/14/19, 1:08:37 PM] Anastasia: I would
[4/14/19, 1:08:42 PM] Anastasia: 100%
[4/14/19, 1:09:51 PM] +1 (631) 379-9928: Because that's what you know and have see

What would anything I've told you mean if I shut  you out out and walked away??????
[4/14/19, 1:10:15 PM] Anastasia: nothing I guess
[4/14/19, 1:10:43 PM] +1 (631) 379-9928: Exactly
[4/14/19, 1:10:49 PM] Anastasia: Kinda wish I never said anything though
[4/14/19, 1:11:03 PM] +1 (631) 379-9928: Why
[4/14/19, 1:11:28 PM] +1 (631) 379-9928: You told me for a reason
Do you know what that reason is?
[4/14/19, 1:12:07 PM] Anastasia: Because you don't deserve to be played anymore
[4/14/19, 1:13:30 PM] +1 (631) 379-9928: Well that's your guilt which is good
[4/14/19, 1:13:46 PM] Anastasia: like I wanted to just end it all
[4/14/19, 1:14:01 PM] +1 (631) 379-9928: End what
Our relationship
[4/14/19, 1:14:14 PM] Anastasia: My life
[4/14/19, 1:14:27 PM] +1 (631) 379-9928: Stop with that shit
[4/14/19, 1:14:59 PM] +1 (631) 379-9928: Do you know what you've been doing is wrong
[4/14/19, 1:15:04 PM] +1 (631) 379-9928: Yes or no
[4/14/19, 1:15:05 PM] Anastasia: Yes
[4/14/19, 1:15:26 PM] +1 (631) 379-9928: Do you know you need to stop?
Yes or no
[4/14/19, 1:15:52 PM] Anastasia: yes
[4/14/19, 1:17:02 PM] +1 (631) 379-9928: Do you want me to try to help you
?
We can do it together instead of me going dad mode on your ass
[4/14/19, 1:17:12 PM] Anastasia: yes
[4/14/19, 1:17:44 PM] +1 (631) 379-9928: Don't know if I would hug  you right now or
punch you
[4/14/19, 1:18:43 PM] +1 (631) 379-9928: Has anything made a difference ?
Do I mean anything to you ?
[4/14/19, 1:19:49 PM] Anastasia: I mean I'm still alive because of you so yeah you
mean a pretty big deal to me
[4/14/19, 1:19:56 PM] Anastasia: I'd rather a hug
[4/14/19, 1:20:09 PM] +1 (631) 379-9928: Those last two questions weren't fair
I'm sorry
[4/14/19, 1:20:19 PM] +1 (631) 379-9928: Might be a hug punch
[4/14/19, 1:20:26 PM] Anastasia: i can handle it
[4/14/19, 1:21:04 PM] +1 (631) 379-9928: Where r u
[4/14/19, 1:21:28 PM] +1 (631) 379-9928: Can you manage a smile and send it to me
low key?
[4/14/19, 1:25:03 PM] Anastasia: I'm at a rest stop but I will when I can
[4/14/19, 1:25:22 PM] +1 (631) 379-9928: What did you think my reaction would be?
[4/14/19, 1:25:53 PM] Anastasia: i dunno
[4/14/19, 1:26:16 PM] +1 (631) 379-9928: Do you want me to walk away?
[4/14/19, 1:26:28 PM] Anastasia: I personally don't but I expected it
[4/14/19, 1:26:53 PM] +1 (631) 379-9928: You're fucking stuck with me
[4/14/19, 1:26:56 PM] +1 (631) 379-9928: LOL
[4/14/19, 1:27:09 PM] Anastasia: fine wth me!
[4/14/19, 1:29:09 PM] +1 (631) 379-9928: Ok
Rest button

Less dad mode more reflection from me

_chat

More honesty A LOT MORE from you
[4/14/19, 1:29:30 PM] +1 (631) 379-9928: Because obviously it wasn't working
[4/14/19, 1:30:56 PM] +1 (631) 379-9928: Deal ?
[4/14/19, 1:31:01 PM] Anastasia: Deal
[4/14/19, 1:31:14 PM] +1 (631) 379-9928: You need to trust me
[4/14/19, 1:31:18 PM] Anastasia: I feel like 200 pounds just got lifted
[4/14/19, 1:31:39 PM] +1 (631) 379-9928: Do you know how much trust I've thrown your way
[4/14/19, 1:31:47 PM] Anastasia: a lot
[4/14/19, 1:32:48 PM] +1 (631) 379-9928: And you better have you're fucking tail between your legs tomorrow when you come visit me
Which you will do
[4/14/19, 1:33:01 PM] Anastasia: LMAOOOOO
[4/14/19, 1:33:04 PM] Anastasia: I really will
[4/14/19, 1:33:43 PM] +1 (631) 379-9928: You really are trying to kill me
[4/14/19, 1:33:57 PM] Anastasia: not trying just happens
[4/14/19, 1:34:06 PM] +1 (631) 379-9928: 🙄
[4/14/19, 1:36:48 PM] +1 (631) 379-9928: Now
Let me ask you, do you feel better ?
[4/14/19, 1:49:58 PM] Anastasia: I do
[4/14/19, 1:50:21 PM] Anastasia: But I'm in way over my head
[4/14/19, 1:50:25 PM] +1 (631) 379-9928: Ok
I'll do less beating you up more listening
[4/14/19, 1:50:35 PM] Anastasia: thank you
[4/14/19, 1:51:25 PM] +1 (631) 379-9928: With the understanding I'm not just going to listen your drug stories
We and I mean WE
are going to come up with a plan
Ya dig
[4/14/19, 1:51:40 PM] Anastasia: I dig I need it
[4/14/19, 1:52:08 PM] +1 (631) 379-9928: We need it
[4/14/19, 1:52:18 PM] Anastasia: yes
[4/14/19, 1:52:28 PM] Anastasia: thanks for not leaving
[4/14/19, 1:52:37 PM] +1 (631) 379-9928: Don't  go anywhere hold on
Brb
[4/14/19, 1:52:46 PM] Anastasia: ok
[4/14/19, 1:56:43 PM] +1 (631) 379-9928: Ok back
[4/14/19, 1:56:53 PM] +1 (631) 379-9928: Had to help moms with something
[4/14/19, 1:57:32 PM] +1 (631) 379-9928: I've failed you again
I'm sorry
[4/14/19, 1:58:14 PM] Anastasia: No u haven't
[4/14/19, 1:58:18 PM] Anastasia: not at all
[4/14/19, 1:58:26 PM] Anastasia: It's always been me
[4/14/19, 1:59:06 PM] +1 (631) 379-9928: Can't help you
If don't help me
[4/14/19, 2:00:02 PM] +1 (631) 379-9928: You need a huge ass hug and kiss girl
[4/14/19, 2:00:03 PM] Anastasia: your right
[4/14/19, 2:00:08 PM] Anastasia: deal
[4/14/19, 2:00:47 PM] +1 (631) 379-9928: Enough depressing stressed out shit talk
[4/14/19, 2:01:05 PM] Anastasia: good
[4/14/19, 2:01:54 PM] +1 (631) 379-9928: Anything you want to ask me about this morning ?
[4/14/19, 2:02:20 PM] Anastasia: OHH MY
[4/14/19, 2:02:28 PM] Anastasia: How was ur race!!
[4/14/19, 2:02:40 PM] +1 (631) 379-9928: Ya
Ya fuck
[4/14/19, 2:02:50 PM] +1 (631) 379-9928: Haha
Said with love
[4/14/19, 2:02:54 PM] Anastasia: I thought about you yesterday and the run and told myself not to forget but I did
[4/14/19, 2:03:03 PM] Anastasia: How was ur dumbass
[4/14/19, 2:03:04 PM] Anastasia: It

_chat
[4/14/19, 2:03:43 PM] +1 (631) 379-9928: Ran pain free
Major plus
Ran it in the time wanted
[4/14/19, 2:04:04 PM] +1 (631) 379-9928: Went out way too fucking hard (as always)
[4/14/19, 2:04:23 PM] Anastasia: I'm proud!!
[4/14/19, 2:04:33 PM] Anastasia: I do that too
[4/14/19, 2:04:35 PM] +1 (631) 379-9928: Last two miles sucked
But
I earned the pain
[4/14/19, 2:04:39 PM] Anastasia: I get way too hyper
[4/14/19, 2:04:44 PM] Anastasia: I know u did
[4/14/19, 2:05:21 PM] +1 (631) 379-9928: I was 21st overall nothing great
And second in my old man age class
LOL
[4/14/19, 2:05:31 PM] Anastasia: Ayyyeeee!!!
[4/14/19, 2:05:38 PM] Anastasia: MEGGA hug for u
[4/14/19, 2:05:41 PM] Anastasia: gotchu
[4/14/19, 2:06:56 PM] Anastasia: you really do take 60 years to type
[4/14/19, 2:07:01 PM] Anastasia: Like cmon oldie
[4/14/19, 2:07:17 PM] +1 (631) 379-9928: And
I didn't get a chance to shave yesterday so I kinda had some low key stubble
[4/14/19, 2:07:27 PM] Anastasia: ew hair
[4/14/19, 2:07:32 PM] Anastasia: I don't know how u do it
[4/14/19, 2:08:11 PM] +1 (631) 379-9928: Wasn't too bad  but not smooth like you saw
[4/14/19, 2:09:17 PM] +1 (631) 379-9928: Just didn't have the time yesterday
[4/14/19, 2:09:17 PM] Anastasia: i like it smooth
[4/14/19, 2:09:33 PM] +1 (631) 379-9928: Why wouldn't you
[4/14/19, 2:09:46 PM] Anastasia: your right
[4/14/19, 2:10:21 PM] Anastasia: so
[4/14/19, 2:10:25 PM] Anastasia: lemme spill the tea
[4/14/19, 2:10:35 PM] +1 (631) 379-9928: More
[4/14/19, 2:10:38 PM] +1 (631) 379-9928: Ok
[4/14/19, 2:10:49 PM] Anastasia: so much happened
[4/14/19, 2:11:00 PM] +1 (631) 379-9928: Who did you get with
[4/14/19, 2:11:04 PM] Anastasia: LMAOOOO
[4/14/19, 2:11:14 PM] Anastasia: No one I kept myself together
[4/14/19, 2:11:17 PM] +1 (631) 379-9928: You horny little thing
[4/14/19, 2:11:39 PM] Anastasia: catch me in a club then we will have another story
but
[4/14/19, 2:11:46 PM] Anastasia: Anyways
[4/14/19, 2:11:54 PM] Anastasia: I'm walking in the bathroom
[4/14/19, 2:12:33 PM] +1 (631) 379-9928: Who needs a club

Ok
Bathroom go ahead
[4/14/19, 2:13:03 PM] Anastasia: me but anyways
[4/14/19, 2:13:37 PM] +1 (631) 379-9928: You have so much to learn
[4/14/19, 2:13:46 PM] +1 (631) 379-9928: Tea
Let's go
[4/14/19, 2:14:01 PM] Anastasia: I walk in th bathroom like "heyyy bitches it's me
again and I walk near the showers like ah my favorite place full of naked girls just
what I like to see
[4/14/19, 2:14:21 PM] Anastasia: And OF COURSE THE FIRST PERSON I SEE FULL BLOWN
NAKED IS ███████
[4/14/19, 2:14:21 PM] +1 (631) 379-9928: Of course
[4/14/19, 2:14:34 PM] +1 (631) 379-9928: Oh boy
[4/14/19, 2:14:50 PM] +1 (631) 379-9928: Did you get all weak in the knees   .
[4/14/19, 2:14:52 PM] +1 (631) 379-9928: ?
[4/14/19, 2:15:10 PM] Anastasia: bruh she deadass turned me on
[4/14/19, 2:15:15 PM] Anastasia: I was like FUCKKKKKKK
[4/14/19, 2:15:24 PM] Anastasia: almost risked it all
[4/14/19, 2:15:42 PM] +1 (631) 379-9928: Where you showering
Or just viewing

_chat

[4/14/19, 2:15:52 PM] Anastasia: nope just there for the view
[4/14/19, 2:15:55 PM] Anastasia: Of corse
[4/14/19, 2:15:56 PM] Anastasia: Course
[4/14/19, 2:16:07 PM] +1 (631) 379-9928: Make them earn your goods
[4/14/19, 2:16:14 PM] Anastasia: Mmh
[4/14/19, 2:17:10 PM] +1 (631) 379-9928: Did you just lock eyes with her
Or were you obvious about checking her out
[4/14/19, 2:17:26 PM] Anastasia: ohhh I was obvious
[4/14/19, 2:18:02 PM] Anastasia: I was like oh dam now y'all know why I come into
the bathroom all the time...hey ▊▊▊▊
[4/14/19, 2:18:16 PM] +1 (631) 379-9928: Funny
[4/14/19, 2:18:34 PM] Anastasia: Lmaooo
[4/14/19, 2:19:28 PM] +1 (631) 379-9928: Add it to the mental photo book
[4/14/19, 2:19:34 PM] Anastasia: course
[4/14/19, 2:19:55 PM] Anastasia: ▊▊▊▊ needs a night with me
[4/14/19, 2:19:59 PM] Anastasia: Strongly agree
[4/14/19, 2:20:21 PM] +1 (631) 379-9928: No comment
[4/14/19, 2:21:52 PM] +1 (631) 379-9928: So
Safe to assume you're fully clean shaven ?
Based on your distain for hair
[4/14/19, 2:22:01 PM] Anastasia: Mmh yea
[4/14/19, 2:23:16 PM] +1 (631) 379-9928: Only way to be
So much better
[4/14/19, 2:23:22 PM] Anastasia: course
[4/14/19, 2:23:43 PM] Anastasia: so ▊▊▊▊ and I almost fucked
[4/14/19, 2:24:03 PM] +1 (631) 379-9928: Kinda saw that coming
[4/14/19, 2:24:10 PM] +1 (631) 379-9928: Why and why not
[4/14/19, 2:24:50 PM] +1 (631) 379-9928: Are you into him or was there some thing
else going on?
[4/14/19, 2:25:02 PM] Anastasia: uhm no because we're on a school trip.. and why
because we get high together and I can't help myself when people put their hands on
my thighs
[4/14/19, 2:25:37 PM] +1 (631) 379-9928: So that's your trigger
[4/14/19, 2:25:42 PM] Anastasia: Yeah
[4/14/19, 2:26:35 PM] +1 (631) 379-9928: Good thing I only grabbed your calf
[4/14/19, 2:26:43 PM] Anastasia: Yeahh bro
[4/14/19, 2:27:11 PM] Anastasia: I'd have to leave if u by accident did it
[4/14/19, 2:28:14 PM] +1 (631) 379-9928: Why
I would have stopped if you were uncomfortable
[4/14/19, 2:29:51 PM] Anastasia: ▊▊▊▊ AND ▊▊▊▊ JUST FIGURED OUT MY WEAKNESS
[4/14/19, 2:29:58 PM] Anastasia: and are trying to grab my thigh
[4/14/19, 2:30:11 PM] +1 (631) 379-9928: From reading your phone
[4/14/19, 2:30:14 PM] Anastasia: no like I would've needed to leave and re collect
myself
[4/14/19, 2:30:16 PM] Anastasia: nope
[4/14/19, 2:30:39 PM] +1 (631) 379-9928: You would have stayed
You would have been fine
[4/14/19, 2:31:17 PM] Anastasia: My legs are over ▊▊▊▊ and she slid up and lean on
me and I was like you can't do that and she was like do what and I was like put ur
hand on my thigh and I can't control what happens after
[4/14/19, 2:31:44 PM] Anastasia: Bro I just broke a sweat that's how much I can't
have someone do it
[4/14/19, 2:31:52 PM] +1 (631) 379-9928: We know she has no game
[4/14/19, 2:31:57 PM] Anastasia: nope
[4/14/19, 2:32:00 PM] Anastasia: but ▊▊▊▊ does
[4/14/19, 2:32:09 PM] +1 (631) 379-9928: Debatable
[4/14/19, 2:32:17 PM] Anastasia: Yes
[4/14/19, 2:32:29 PM] +1 (631) 379-9928: Have you had sex with him before
[4/14/19, 2:32:37 PM] Anastasia: Nope
[4/14/19, 2:32:46 PM] Anastasia: but I would if it happened
[4/14/19, 2:33:09 PM] +1 (631) 379-9928: Hmmm
[4/14/19, 2:34:04 PM] Anastasia: oof
[4/14/19, 2:34:09 PM] Anastasia: I'm sweating

_chat

[4/14/19, 2:34:55 PM] +1 (631) 379-9928: We it's a good thing I didn't rub your
thigh on our run when sitting on the bench
I almost did Just to make you feel better
[4/14/19, 2:35:08 PM] Anastasia: oh my god
[4/14/19, 2:35:21 PM] Anastasia: I would probably just laughed and told u as I
pushed u off
[4/14/19, 2:36:06 PM] +1 (631) 379-9928: Good thing
[4/14/19, 2:36:16 PM] Anastasia: yeah bro
[4/14/19, 2:36:29 PM] +1 (631) 379-9928: Had some woman try to chat me up before the
race
[4/14/19, 2:36:55 PM] +1 (631) 379-9928: Totally blew her off
[4/14/19, 2:37:35 PM] Anastasia: good for u
[4/14/19, 2:37:41 PM] Anastasia: look at u getting chicks
[4/14/19, 2:38:36 PM] +1 (631) 379-9928: What about me says
Talk to me randomly
[4/14/19, 2:40:59 PM] +1 (631) 379-9928: So what are the chances you won't get high
/ drunk tonight ?
[4/14/19, 2:43:27 PM] Anastasia: 0%
[4/14/19, 2:43:34 PM] Anastasia: no joke I'm already high
[4/14/19, 2:43:58 PM] +1 (631) 379-9928: Thought you were a little lose with details
[4/14/19, 2:44:16 PM] +1 (631) 379-9928: You haven't told anyone we text have you
[4/14/19, 2:45:03 PM] Anastasia: Kid comes up and goes yo Ana gummy's// I was like
bet I haven't had these in a min i grab a handful and gobble it down and he was like
.. should I have told you they're edibles
[4/14/19, 2:45:06 PM] Anastasia: and no!
[4/14/19, 2:45:45 PM] +1 (631) 379-9928: Ok
Keep it that way
[4/14/19, 2:47:07 PM] +1 (631) 379-9928: You're going to track tomorrow
Don't fuck with me on this one

How is your leg?
[4/14/19, 2:47:31 PM] Anastasia: Probably because we have a meet but not sure
because my legs hurt like a bitch
[4/14/19, 2:48:10 PM] +1 (631) 379-9928: Ok
I'll rub your calves
Not thighs obviously
LOL
[4/14/19, 2:48:19 PM] Anastasia: LMAOOO
[4/14/19, 2:48:24 PM] Anastasia: good one
[4/14/19, 2:48:31 PM] Anastasia: too bad the pain is my thighs
[4/14/19, 2:49:10 PM] +1 (631) 379-9928: You mean claves
[4/14/19, 2:49:16 PM] Anastasia: No
[4/14/19, 2:49:26 PM] +1 (631) 379-9928: Oh my
[4/14/19, 2:49:30 PM] Anastasia: it's my hams
[4/14/19, 2:49:35 PM] Anastasia: so I'm screwed
[4/14/19, 2:50:01 PM] +1 (631) 379-9928: Same reaction with hams
[4/14/19, 2:50:11 PM] Anastasia: meaning?
[4/14/19, 2:50:55 PM] +1 (631) 379-9928: When people touch your hams is it the same
reaction from you
Hot and heavy
[4/14/19, 2:51:21 PM] Anastasia: No
[4/14/19, 2:51:28 PM] Anastasia: but I'm ticklish
[4/14/19, 2:51:33 PM] Anastasia: So I squirm
[4/14/19, 2:51:42 PM] +1 (631) 379-9928: Any other trigger points I need to know
about
[4/14/19, 2:51:48 PM] Anastasia: No
[4/14/19, 2:52:00 PM] Anastasia: that was the main
[4/14/19, 2:53:11 PM] +1 (631) 379-9928: I'm sure there are others
That haven't been discovered
[4/14/19, 2:53:20 PM] Anastasia: I'm sure
[4/14/19, 2:54:24 PM] +1 (631) 379-9928: I'm getting ready to leave my parents and
head home
I already know your plans for tonight

_chat
But
Can you maybe dial it back a bit
For me
For us!
[4/14/19, 2:54:42 PM] Anastasia: Yea
[4/14/19, 2:54:49 PM] Anastasia: Gotchu
[4/14/19, 2:54:55 PM] +1 (631) 379-9928: And you never sent me a smile
[4/14/19, 2:55:05 PM] Anastasia: Can't wait to see u tomrorow even though I asked to
stay home
[4/14/19, 2:55:20 PM] +1 (631) 379-9928: I want honesty
You'll get less dad mode
[4/14/19, 2:55:25 PM] +1 (631) 379-9928: More support
[4/14/19, 2:55:31 PM] Anastasia: <attached: 00003909-PHOTO-2019-04-14-14-55-14.jpg>
[4/14/19, 2:55:40 PM] Anastasia: Deal!
[4/14/19, 2:55:58 PM] +1 (631) 379-9928: There you are
Eyes all High and shit
[4/14/19, 2:56:01 PM] +1 (631) 379-9928: Lol
[4/14/19, 2:56:16 PM] Anastasia: LMAOO
[4/14/19, 2:56:34 PM] +1 (631) 379-9928: New deal goin forward girl
[4/14/19, 2:56:47 PM] +1 (631) 379-9928: Cath you later
Delete this shit
LOL
[4/14/19, 2:58:23 PM] Anastasia: gotchu
[4/14/19, 3:01:42 PM] +1 (631) 379-9928: And yes
I can't wait to see you either
[4/14/19, 5:15:36 PM] Anastasia: So I didn't get high
[4/14/19, 5:30:43 PM] +1 (631) 379-9928: Thank you
[4/14/19, 5:41:04 PM] Anastasia: Gotchu
[4/14/19, 5:52:34 PM] +1 (631) 379-9928: You should probably go to bed
[4/14/19, 5:52:36 PM] +1 (631) 379-9928: Ha
[4/14/19, 5:52:50 PM] +1 (631) 379-9928: Can't wait to see you tomorrow
[4/14/19, 5:53:54 PM] Anastasia: Yeahhh dude! I've been taking power naps throughout
my day because I literally have slept in like 72 hours
[4/14/19, 6:10:11 PM] +1 (631) 379-9928: Point of clarification
You didn't get any higher
You were high before

But
I appreciate you telling me
I know you what you meant
It means a lot
[4/14/19, 6:11:09 PM] +1 (631) 379-9928: Less dad mode I promise
Call me on it I go too hard on dad mode
[4/14/19, 6:32:58 PM] +1 (631) 379-9928: Thanks for coming clean
I'm sure it was hard.

Big punch hug!! Probably more hug
[4/14/19, 6:38:34 PM] +1 (631) 379-9928: Fix You
Put it on repeat
[4/14/19, 6:38:38 PM] Anastasia: Perfect timing
[4/14/19, 6:38:41 PM] +1 (631) 379-9928: Ya
[4/14/19, 6:38:57 PM] +1 (631) 379-9928: I have about three mins
[4/14/19, 6:39:02 PM] +1 (631) 379-9928: How are you
[4/14/19, 6:39:04 PM] Anastasia: all I need
[4/14/19, 6:39:17 PM] Anastasia: I'm doing good eating an apple and chilling
[4/14/19, 6:39:27 PM] +1 (631) 379-9928: Good
[4/14/19, 6:39:28 PM] Anastasia: dude role me out tomorrow
[4/14/19, 6:39:37 PM] +1 (631) 379-9928: English
[4/14/19, 6:39:48 PM] Anastasia: roll lmao
[4/14/19, 6:39:56 PM] Anastasia: like my hams
[4/14/19, 6:40:15 PM] +1 (631) 379-9928: We will see what we can do
[4/14/19, 6:40:42 PM] +1 (631) 379-9928: Gotta go
Bed time for cherubs

_chat

Take your meds
[4/14/19, 6:40:49 PM] +1 (631) 379-9928: See you tomorrow
[4/14/19, 6:41:42 PM] Anastasia: Sounds good:)
[4/14/19, 6:47:01 PM] +1 (631) 379-9928: I make no promises for possible adverse
reactions you may have if I roll your hams
I have gifted hands


But I'll bring my roller
[4/14/19, 6:51:31 PM] Anastasia: Mmh ok
[4/15/19, 4:38:06 AM] +1 (631) 379-9928: <attached:
00003946-PHOTO-2019-04-15-04-37-50.jpg>
[4/15/19, 4:42:12 AM] +1 (631) 379-9928: It took a lot of courage to tell me the
TRUTH yesterday.  And I'm sure you didn't know how I was going to react.
You should at least be proud of your self for doing that.
[4/15/19, 4:43:25 AM] +1 (631) 379-9928: I want smiles today
Ya dig!!!!
Don't avoid me.
[4/15/19, 4:44:12 AM] +1 (631) 379-9928: And
Good Morning !!!!
[4/15/19, 5:37:56 AM] Anastasia: In glad I told you. Al honesty from now on. I won't
avoid you..good morning!!
[4/15/19, 6:08:26 AM] +1 (631) 379-9928: Wanna go for a run in the rain?
[4/15/19, 6:08:57 AM] Anastasia: Lmaoo sure
[4/15/19, 6:10:46 AM] +1 (631) 379-9928: How are you feeling this morning ?
[4/15/19, 6:11:43 AM] +1 (631) 379-9928: And dude be careful driving in!
(Dad Mode but that was out of love )
[4/15/19, 6:17:15 AM] Anastasia: I'm doing really good! && okay I will
[4/15/19, 6:35:30 AM] +1 (631) 379-9928: Ok serious question
Am going to need to investigate anything that happened on your trip? Like am I gonna
get a call
"This one was high, that one was ....."
Like the music trip.
Basically is some do good parent gonna call and rat everyone out because their child
saw something.
[4/15/19, 7:17:14 AM] Anastasia: Nope
[4/15/19, 7:21:56 AM] +1 (631) 379-9928: Thank you
[4/15/19, 7:24:38 AM] Anastasia: Dude I'm feigning
[4/15/19, 7:43:57 AM] +1 (631) 379-9928: Aren't you always ??
We need a plan
[4/15/19, 7:45:41 AM] +1 (631) 379-9928: I'm made of questions right now
I don't want to jump all over you later ( you don't need that and it wouldn't be
fair) I promise I'll be gentle
[4/15/19, 7:46:22 AM] +1 (631) 379-9928: So
Question
Do you owe anyone money?
Not asking as a dad
[4/15/19, 7:47:55 AM] Anastasia: No but in periods away from buying a juul myself
[4/15/19, 8:00:21 AM] +1 (631) 379-9928: Don't
[4/15/19, 8:01:13 AM] +1 (631) 379-9928: Next question
Are you in possession of any drugs ?
Car /home / person won't use the info against you
[4/15/19, 8:01:46 AM] Anastasia: yea
[4/15/19, 8:02:01 AM] +1 (631) 379-9928: What do you have
[4/15/19, 8:02:06 AM] Anastasia: Juul
[4/15/19, 8:02:12 AM] Anastasia: I just gave the weed off
[4/15/19, 8:02:22 AM] +1 (631) 379-9928: What does that mean
[4/15/19, 8:02:36 AM] Anastasia: I had weed but i handed it off to someone
[4/15/19, 8:02:59 AM] +1 (631) 379-9928: So you bought another juul after you gave
me the one you had
[4/15/19, 8:03:23 AM] Anastasia: I'm actually just borrowing this one
[4/15/19, 8:03:32 AM] +1 (631) 379-9928: Ok

_chat

[4/15/19, 8:03:39 AM] Anastasia: So no but I'm literally about to because of how bad I want t
[4/15/19, 8:03:40 AM] Anastasia: I
[4/15/19, 8:03:41 AM] Anastasia: It
[4/15/19, 8:03:48 AM] +1 (631) 379-9928: Do you have any other drugs
[4/15/19, 8:03:52 AM] Anastasia: no
[4/15/19, 8:04:17 AM] +1 (631) 379-9928: When you let is going 1000mph in my office
Are you on something ?
[4/15/19, 8:04:36 AM] Anastasia: What and a juul high
[4/15/19, 8:05:11 AM] +1 (631) 379-9928: So when your legs is shaking it's a juul high
[4/15/19, 8:05:17 AM] +1 (631) 379-9928: Leg
[4/15/19, 8:06:36 AM] Anastasia: Yes
[4/15/19, 8:08:20 AM] +1 (631) 379-9928: How much alcohol do you have in your bedroom right now?
[4/15/19, 8:10:06 AM] Anastasia: none
[4/15/19, 8:10:12 AM] Anastasia: because I drank it all
[4/15/19, 8:14:27 AM] +1 (631) 379-9928: What was it
How long have you been out?
[4/15/19, 8:20:00 AM] Anastasia: Since yesterday and a mix of a a bunch of drinks one of my friends made it
[4/15/19, 8:21:56 AM] +1 (631) 379-9928: So all the workouts you told me you did
Push-ups etc
Did they happen?
[4/15/19, 8:26:38 AM] Anastasia: Yes
[4/15/19, 8:28:40 AM] +1 (631) 379-9928: Good answer
[4/15/19, 8:33:18 AM] +1 (631) 379-9928: What do you want / need from me?

Do you want me to leave you alone to go about your drug habits ?
[4/15/19, 8:33:26 AM] Anastasia: No dude
[4/15/19, 8:33:34 AM] Anastasia: I just don't feel like I can stop
[4/15/19, 8:33:38 AM] Anastasia: Like I'm so addicted
[4/15/19, 8:34:32 AM] +1 (631) 379-9928: Ok
Needed to read that
[4/15/19, 8:35:10 AM] +1 (631) 379-9928: You understand my head is spinning
But I think you know that
[4/15/19, 8:35:16 AM] Anastasia: I know
[4/15/19, 8:35:53 AM] +1 (631) 379-9928: I feel bad
[4/15/19, 8:35:57 AM] Anastasia: why
[4/15/19, 8:37:06 AM] +1 (631) 379-9928: Like I said I feel like I've done nothing for you
[4/15/19, 8:37:35 AM] Anastasia: that's one thing you won't understand
[4/15/19, 8:37:41 AM] Anastasia: like these were my decisions
[4/15/19, 8:37:58 AM] Anastasia: There was nothing in this world you could've done to change anything
[4/15/19, 8:40:17 AM] +1 (631) 379-9928: Well guess what sister
We are not going to stop trying
Ya dig!!!
[4/15/19, 8:41:56 AM] Anastasia: i dig. I needed to hear that.
[4/15/19, 8:46:18 AM] +1 (631) 379-9928: Ok happy talk
Were you happy to see Alexa?
[4/15/19, 8:50:31 AM] Anastasia: <attached: 00004009-PHOTO-2019-04-15-08-50-14.jpg>
[4/15/19, 8:51:22 AM] Anastasia: I literally jumped on her
[4/15/19, 8:51:55 AM] +1 (631) 379-9928: Lol
[4/15/19, 8:52:18 AM] +1 (631) 379-9928: That's the smile I love
[4/15/19, 8:53:03 AM] Anastasia: :))
[4/15/19, 9:00:30 AM] +1 (631) 379-9928: Ok
We need a plan that you can stick with. Otherwise we are just two people who talk / flirt and have racy conversations with eachother
[4/15/19, 9:00:44 AM] Anastasia: Pretty much
[4/15/19, 9:01:27 AM] +1 (631) 379-9928: I don't mind the conversations
But we need to move you forward a bit
[4/15/19, 9:01:38 AM] Anastasia: We're slacking

_chat

[4/15/19, 9:01:43 AM] Anastasia: but you know it's whatever
[4/15/19, 9:01:51 AM] +1 (631) 379-9928: Not whatever
[4/15/19, 9:01:58 AM] Anastasia: Mmh
[4/15/19, 9:02:02 AM] +1 (631) 379-9928: To a better place
[4/15/19, 9:02:15 AM] Anastasia: yes
[4/15/19, 9:02:21 AM] Anastasia: even though I'm gone rn
[4/15/19, 9:02:25 AM] +1 (631) 379-9928: Like you morning msg
[4/15/19, 9:02:35 AM] +1 (631) 379-9928: Gone?
[4/15/19, 9:02:39 AM] Anastasia: Messed up
[4/15/19, 9:02:52 AM] +1 (631) 379-9928: Everything is recoverable
[4/15/19, 9:03:12 AM] +1 (631) 379-9928: Did you think I wasn't going to text you
this morning
[4/15/19, 9:03:17 AM] Anastasia: Yeahh
[4/15/19, 9:03:26 AM] Anastasia: But like always I'm not let down
[4/15/19, 9:04:14 AM] +1 (631) 379-9928: Like I said
What would anything I've said be worth if I walk
[4/15/19, 9:04:39 AM] Anastasia: Your right
[4/15/19, 9:05:26 AM] +1 (631) 379-9928: So you haven't stopped the drugs
But
Do you have any more respect for yourself ? Or was that BS too
[4/15/19, 9:06:09 AM] Anastasia: it's becoming BS
[4/15/19, 9:06:21 AM] +1 (631) 379-9928: We'll fix that too
[4/15/19, 9:06:29 AM] Anastasia: Indeed
[4/15/19, 9:07:28 AM] +1 (631) 379-9928: Hot drugies that sleep around have a short
shelf life
[4/15/19, 9:07:40 AM] Anastasia: True
[4/15/19, 9:08:14 AM] +1 (631) 379-9928: When are you coming down here?
[4/15/19, 9:08:48 AM] Anastasia: when do u want me to
[4/15/19, 9:09:14 AM] +1 (631) 379-9928: We needed the entire day but
[4/15/19, 9:09:22 AM] Anastasia: Literally
[4/15/19, 9:10:02 AM] +1 (631) 379-9928: What can you handle
I think you have gym today
[4/15/19, 9:10:28 AM] Anastasia: I don't
[4/15/19, 9:10:51 AM] +1 (631) 379-9928: What are your lunch plans?
[4/15/19, 9:11:10 AM] Anastasia: I dunno yet
[4/15/19, 9:11:16 AM] Anastasia: might get high(er)
[4/15/19, 9:11:33 AM] +1 (631) 379-9928: So you smoked weed already today
[4/15/19, 9:12:10 AM] Anastasia: Edibles
[4/15/19, 9:13:22 AM] +1 (631) 379-9928: Be here at 1 the latest
I would like to see at the end of 5th ALONE then you can go to lunch
[4/15/19, 9:13:56 AM] Anastasia: okay so am I coming at the end of 5th then at 1?
[4/15/19, 9:15:45 AM] Anastasia: ████ just told me I've checked out and she doesn't
know why
[4/15/19, 9:16:45 AM] +1 (631) 379-9928: I brought my roller you can roll your hams
later
I will let you do it

I'm not going to be responsible for you getting all hot and steamy
[4/15/19, 9:17:03 AM] Anastasia: Lmaooo
[4/15/19, 9:18:28 AM] Anastasia: like I actually wanna die
[4/15/19, 9:18:47 AM] +1 (631) 379-9928: You prob needed the laugh
Plus
What's your quote "one night with me........"
Like I said girl
Game knows game
LOL
[4/15/19, 9:19:35 AM] +1 (631) 379-9928: Yes end of 5th and at 1
[4/15/19, 9:20:33 AM] Anastasia: you right
[4/15/19, 9:21:11 AM] Anastasia: And o k
[4/15/19, 10:36:57 AM] +1 (631) 379-9928: Yo a parent just showed up for a
suspension meeting can you stay In The building until it's over
Then come by for two minutes

Page 106

_chat

I'll text you when it's over
[4/15/19, 10:37:39 AM] +1 (631) 379-9928: F me
I'm a period off
Thought it was end of 5th now
Sorry
I'm old
[4/15/19, 11:25:29 AM] Anastasia: So am i coming end of 5
[4/15/19, 11:26:54 AM] +1 (631) 379-9928: Yes
[4/15/19, 11:27:00 AM] +1 (631) 379-9928: As in now
[4/15/19, 11:27:27 AM] Anastasia: Ok lmao
[4/15/19, 11:28:36 AM] +1 (631) 379-9928: By yourself
[4/15/19, 5:05:12 PM] +1 (631) 379-9928: Report out Soldier
Where the fuck are you?
[4/15/19, 5:12:42 PM] Anastasia: Clearly not home
[4/15/19, 5:12:58 PM] +1 (631) 379-9928: Come on
[4/15/19, 5:13:24 PM] +1 (631) 379-9928: Where
[4/15/19, 5:14:50 PM] Anastasia: I was with ███ but I'm heading home
[4/15/19, 5:14:50 PM] +1 (631) 379-9928: Grrrrrrrrr
[4/15/19, 5:14:58 PM] +1 (631) 379-9928: Juul
[4/15/19, 5:15:05 PM] Anastasia: Course
[4/15/19, 5:15:26 PM] +1 (631) 379-9928: Something's gotta give
[4/15/19, 5:15:47 PM] +1 (631) 379-9928: Like one from Column A or B
[4/15/19, 5:16:02 PM] +1 (631) 379-9928: At least don't drink tonight
[4/15/19, 5:16:08 PM] +1 (631) 379-9928: Was it weed
[4/15/19, 5:16:18 PM] Anastasia: no but I prob won't
[4/15/19, 5:16:38 PM] +1 (631) 379-9928: Not prob
Def
[4/15/19, 5:16:49 PM] +1 (631) 379-9928: And your ass should do some push-ups
[4/15/19, 5:17:26 PM] Anastasia: I probably should
[4/15/19, 5:17:37 PM] +1 (631) 379-9928: Did ███ smoke weed before 8th
[4/15/19, 5:17:45 PM] Anastasia: No
[4/15/19, 5:17:50 PM] +1 (631) 379-9928: Ok
[4/15/19, 5:17:51 PM] Anastasia: We just juuled
[4/15/19, 5:18:35 PM] Anastasia: I'm just at a point where helping myself isn't ah option
[4/15/19, 5:19:03 PM] Anastasia: An and I know that's bs but that's where my heads at
[4/15/19, 5:19:27 PM] +1 (631) 379-9928: I have a friend who OD'd and was clinically dead for 4 minutes
Owned night clubs partied with Madonna etc
[4/15/19, 5:19:49 PM] +1 (631) 379-9928: He came back and has been dry for 25 years
[4/15/19, 5:20:28 PM] Anastasia: Oh man
[4/15/19, 5:20:30 PM] +1 (631) 379-9928: Is that's what it's gonna take ?
Because the dr s told him he was 1 in a million to live with no brain damage
[4/15/19, 5:20:52 PM] +1 (631) 379-9928: Swears he saw god and all kind of crazy shit
[4/15/19, 5:21:07 PM] +1 (631) 379-9928: A or B
Pick one
[4/15/19, 5:21:16 PM] +1 (631) 379-9928: That's how you need to stop
[4/15/19, 5:21:46 PM] +1 (631) 379-9928: Your little body (as good as it is) can't handle all the shit you're putting in it
[4/15/19, 5:22:08 PM] +1 (631) 379-9928: Juul don't drink
[4/15/19, 5:22:14 PM] Anastasia: I can't stop man
[4/15/19, 5:22:19 PM] +1 (631) 379-9928: Can't fucking believe I'm saying this
[4/15/19, 5:22:59 PM] Anastasia: I don't want to go as far as "seeing god" but I also don't have it in me to be like enough is enough
[4/15/19, 5:23:06 PM] Anastasia: I'm just not mentally strong enough
[4/15/19, 5:23:17 PM] +1 (631) 379-9928: Pick a poison
[4/15/19, 5:23:39 PM] +1 (631) 379-9928: You won't come back from the conversation with god
[4/15/19, 5:24:01 PM] +1 (631) 379-9928: Where r u
[4/15/19, 5:24:50 PM] Anastasia: Just got home
[4/15/19, 5:24:59 PM] Anastasia: And I know I won't I'm in it too deep right now

```
                                    _chat
[4/15/19, 5:25:04 PM] Anastasia: like I need help
[4/15/19, 5:25:14 PM] +1 (631) 379-9928: Ok

Define help
[4/15/19, 5:25:47 PM] +1 (631) 379-9928: Did I go dad mode on you today
[4/15/19, 5:26:15 PM] Anastasia: no u didn't
[4/15/19, 5:26:24 PM] Anastasia: And I don't know like I just need help stopping
[4/15/19, 5:26:54 PM] +1 (631) 379-9928: https://www.americanzofingenduathlon.com/
[4/15/19, 5:27:33 PM] +1 (631) 379-9928: Check that site out
That's the race in late May I'm doing
Look at the pics watch vids
It's amazing
[4/15/19, 5:28:11 PM] Anastasia: Okay
[4/15/19, 5:28:15 PM] +1 (631) 379-9928: Help
Make better choices

You should have gone home from school
[4/15/19, 5:28:45 PM] Anastasia: I should've but I didn't and now I'm going to pay a
price
[4/15/19, 5:28:57 PM] +1 (631) 379-9928: Pay the price how
[4/15/19, 5:29:14 PM] Anastasia: like the thing with track.. u don't go one day you
won't go the next etc.. I did it once and now I'm just out of control
[4/15/19, 5:29:48 PM] +1 (631) 379-9928: You're going to track tomorrow
[4/15/19, 5:29:50 PM] Anastasia: My lungs will kill me tomorrow
[4/15/19, 5:29:51 PM] Anastasia: yes
[4/15/19, 5:29:59 PM] +1 (631) 379-9928: And it's the same in reverse
[4/15/19, 5:30:34 PM] +1 (631) 379-9928: I should make you pay me every time you go
against what you tell me you're going to do
[4/15/19, 5:30:59 PM] Anastasia: I'm already broke so
[4/15/19, 5:31:20 PM] +1 (631) 379-9928: Ya well tough
[4/15/19, 5:31:31 PM] Anastasia: true
[4/15/19, 5:31:47 PM] +1 (631) 379-9928: Like swear jar
[4/15/19, 5:31:58 PM] Anastasia: let's do it
[4/15/19, 5:32:20 PM] +1 (631) 379-9928: Or make you do something embarrassing
Like truth or dare

Juul or dare
[4/15/19, 5:32:26 PM] Anastasia: LMAOO
[4/15/19, 5:32:29 PM] Anastasia: deal!
[4/15/19, 5:32:35 PM] +1 (631) 379-9928: I'm laughing to myself in the dance studio
[4/15/19, 5:33:08 PM] +1 (631) 379-9928: You juul
Go get long ass fake nails and where them
[4/15/19, 5:33:26 PM] Anastasia: LMAOOO
[4/15/19, 5:33:29 PM] Anastasia: ew
[4/15/19, 5:33:39 PM] +1 (631) 379-9928: I know
[4/15/19, 5:33:44 PM] +1 (631) 379-9928: Or get a facial
[4/15/19, 5:33:56 PM] Anastasia: so my acne is coming back
[4/15/19, 5:34:07 PM] +1 (631) 379-9928: I saw it on your forehead
[4/15/19, 5:34:26 PM] +1 (631) 379-9928: Why
[4/15/19, 5:34:30 PM] Anastasia: the juul
[4/15/19, 5:34:39 PM] Anastasia: Not taking care of myself as much as I used to
[4/15/19, 5:34:39 PM] +1 (631) 379-9928: Hmmmmm
[4/15/19, 5:35:23 PM] +1 (631) 379-9928: Your looks are very important to you
As my physique is to me
[4/15/19, 5:35:44 PM] Anastasia: Yes
[4/15/19, 5:36:08 PM] +1 (631) 379-9928: And as good looking as you are
I'm in pretty good shape
[4/15/19, 5:36:17 PM] Anastasia: yeah bro I know
[4/15/19, 5:36:30 PM] +1 (631) 379-9928: Why would either of us do something to f
that up
[4/15/19, 5:36:39 PM] Anastasia: Your right
[4/15/19, 5:36:48 PM] Anastasia: I really gotta stop
[4/15/19, 5:37:01 PM] +1 (631) 379-9928: Juul
                                    Page 108
```

_chat
Get a perm
[4/15/19, 5:37:06 PM] Anastasia: SIKE
[4/15/19, 5:37:08 PM] Anastasia: Lmaoo
[4/15/19, 5:37:13 PM] +1 (631) 379-9928: I can go all night
[4/15/19, 5:37:16 PM] +1 (631) 379-9928: Let's see
[4/15/19, 5:37:40 PM] +1 (631) 379-9928: Smoke weed
Don't shave for 8 days
ANYTHING
[4/15/19, 5:38:19 PM] Anastasia: Ew not shaving!! Nope
[4/15/19, 5:38:28 PM] Anastasia: Will never do that again
[4/15/19, 5:38:34 PM] +1 (631) 379-9928: at the 5 day mark everything starts to itch
[4/15/19, 5:38:49 PM] Anastasia: ohh I know
[4/15/19, 5:39:12 PM] +1 (631) 379-9928: Makenit your personal crusade to make every
female shave

Enough is enough
[4/15/19, 5:39:29 PM] Anastasia: after that week my family kinda just picked me up
and threw me in the shower my room was horrendous
[4/15/19, 5:39:41 PM] Anastasia: it really is
[4/15/19, 5:39:49 PM] +1 (631) 379-9928: Let's see what else is crazy girly that you
would hate
[4/15/19, 5:40:01 PM] +1 (631) 379-9928: Oh

Wear a dress to school
[4/15/19, 5:40:06 PM] Anastasia: LMAOOO
[4/15/19, 5:40:27 PM] Anastasia: In rotc we do a dress to impress day and I have to
wear a dress
[4/15/19, 5:40:33 PM] Anastasia: Help me now
[4/15/19, 5:40:42 PM] +1 (631) 379-9928: When
When
When
[4/15/19, 5:40:46 PM] Anastasia: Like I'd rather end it all
[4/15/19, 5:40:54 PM] +1 (631) 379-9928: Stop
[4/15/19, 5:40:57 PM] Anastasia: My bad
[4/15/19, 5:41:03 PM] +1 (631) 379-9928: Choices
[4/15/19, 5:41:10 PM] Anastasia: uhh yes
[4/15/19, 5:41:12 PM] +1 (631) 379-9928: Help me help you
[4/15/19, 5:41:22 PM] +1 (631) 379-9928: I can't take you home
[4/15/19, 5:41:31 PM] Anastasia: Could u imagine
[4/15/19, 5:41:55 PM] +1 (631) 379-9928: That would be a tough sell
[4/15/19, 5:42:03 PM] +1 (631) 379-9928: LOL
[4/15/19, 5:42:27 PM] +1 (631) 379-9928: Hi everyone meet ........
[4/15/19, 5:42:37 PM] Anastasia: LITERALLY
[4/15/19, 5:42:59 PM] +1 (631) 379-9928: Ya she's hot Oh don't worry she's gay
[4/15/19, 5:43:03 PM] Anastasia: Lmaooooooo
[4/15/19, 5:43:10 PM] Anastasia: pretty much
[4/15/19, 5:43:27 PM] +1 (631) 379-9928: 20 mins with both my kids you'll be shot
[4/15/19, 5:43:55 PM] Anastasia: your kids are the only ones I like
[4/15/19, 5:44:09 PM] +1 (631) 379-9928: I'm sure you would turn heads at the beach
too
She our  Russian au pair
[4/15/19, 5:44:25 PM] Anastasia: Dam right I would
[4/15/19, 5:44:35 PM] +1 (631) 379-9928: Easy killer
[4/15/19, 5:44:47 PM] Anastasia: I get heads turning wth cloths imagine me half
naked
[4/15/19, 5:44:52 PM] Anastasia: necks would be broken
[4/15/19, 5:45:20 PM] +1 (631) 379-9928: You are full of yourself
[4/15/19, 5:45:32 PM] +1 (631) 379-9928: Was that an accident
[4/15/19, 5:45:34 PM] Anastasia: Oh shit my bad
[4/15/19, 5:45:38 PM] Anastasia: That was
[4/15/19, 5:46:06 PM] Anastasia: and I'm not full of myself just overly confident
[4/15/19, 5:46:27 PM] +1 (631) 379-9928: It's ok
You're pretty much right

Page 109

_chat

[4/15/19, 5:46:43 PM] Anastasia: Always
[4/15/19, 5:47:07 PM] +1 (631) 379-9928: It's an art
[4/15/19, 5:47:29 PM] +1 (631) 379-9928: I would have picked up if wasn't surrounded
by moms
[4/15/19, 5:47:35 PM] Anastasia: Lmaooo
[4/15/19, 5:47:52 PM] Anastasia: U probably would've listened to me talk shit to my
mom
[4/15/19, 5:48:33 PM] +1 (631) 379-9928: Ok
Was a little afraid you might have been in some form of half naked getting dressed
or something
[4/15/19, 5:48:41 PM] Anastasia: lmaooooooo
[4/15/19, 5:49:04 PM] +1 (631) 379-9928: If they FaceTime when I was in HS


Ffffffffffffffuck
[4/15/19, 5:52:48 PM] Anastasia: Lmaoooo
[4/15/19, 5:52:57 PM] Anastasia: I've actually done that
[4/15/19, 5:53:16 PM] +1 (631) 379-9928: Dooooooooesnt surprise me
[4/15/19, 5:53:46 PM] Anastasia: alright alright
[4/15/19, 5:53:53 PM] +1 (631) 379-9928: Sorry
[4/15/19, 5:53:57 PM] +1 (631) 379-9928: Thatvwas low
[4/15/19, 5:54:06 PM] Anastasia: u stay doin that
[4/15/19, 5:54:10 PM] Anastasia: but it's all good
[4/15/19, 5:54:15 PM] Anastasia: kinda weak about it
[4/15/19, 5:54:42 PM] +1 (631) 379-9928: But
Do you have any idea how hard it was to score porn when I was in HS
[4/15/19, 5:55:13 PM] Anastasia: oh shit yeah because y'all didn't have phones
[4/15/19, 5:55:18 PM] Anastasia: that suckkkssssss
[4/15/19, 5:55:19 PM] +1 (631) 379-9928: You use weak a lot
In many different contexts
Give me a definition
[4/15/19, 5:55:28 PM] Anastasia: funny
[4/15/19, 5:55:57 PM] +1 (631) 379-9928: We weak means ?
[4/15/19, 5:56:09 PM] Anastasia: wait what
[4/15/19, 5:56:23 PM] +1 (631) 379-9928: The work weak
[4/15/19, 5:56:34 PM] +1 (631) 379-9928: You use it a lot
[4/15/19, 5:56:38 PM] Anastasia: yes it means funny
[4/15/19, 5:56:47 PM] +1 (631) 379-9928: Ok
[4/15/19, 5:56:53 PM] Anastasia: Loser
[4/15/19, 5:57:16 PM] +1 (631) 379-9928: Ya so back to 80's Porn
Didn't exist
[4/15/19, 5:57:35 PM] +1 (631) 379-9928: Maybe some dad's playboy
[4/15/19, 5:57:37 PM] +1 (631) 379-9928: Haha
[4/15/19, 5:57:46 PM] Anastasia: yeh bro that shits tuff
[4/15/19, 5:57:51 PM] Anastasia: like actually
[4/15/19, 5:58:01 PM] Anastasia: Nowadays that's all u watch
[4/15/19, 5:58:08 PM] +1 (631) 379-9928: No wonder ever boy is like
Yo show me your tits
[4/15/19, 5:58:12 PM] Anastasia: LMAOOO
[4/15/19, 5:58:13 PM] +1 (631) 379-9928: Me nah
[4/15/19, 5:58:22 PM] Anastasia: that was my question by the way
[4/15/19, 5:58:28 PM] Anastasia: "Did u ever watch porn"
[4/15/19, 5:58:31 PM] Anastasia: But u said no
[4/15/19, 5:58:58 PM] +1 (631) 379-9928: Did
Not as habit
But
Why watch when you can do
[4/15/19, 5:59:13 PM] Anastasia: trueeee
[4/15/19, 5:59:52 PM] +1 (631) 379-9928: Are u hooked on porn too?
[4/15/19, 6:00:01 PM] Anastasia: make ur own porn movies lmao
[4/15/19, 6:00:06 PM] Anastasia: And slightly
[4/15/19, 6:00:40 PM] +1 (631) 379-9928: Consider it research
[4/15/19, 6:00:55 PM] Anastasia: I actually cannoottt believe I just told the
principal of my high school I watch porn

_chat

```
[4/15/19, 6:01:03 PM] Anastasia: But I mean there's a first for everything right
[4/15/19, 6:02:08 PM] +1 (631) 379-9928: Girl
[4/15/19, 6:02:17 PM] +1 (631) 379-9928: Puh leaze
[4/15/19, 6:02:28 PM] +1 (631) 379-9928: Like I couldn't figure that out
[4/15/19, 6:02:46 PM] Anastasia: lmaooooooo
[4/15/19, 6:03:02 PM] +1 (631) 379-9928: And make sure you delete this shit
[4/15/19, 6:03:03 PM] +1 (631) 379-9928: Ha
[4/15/19, 6:03:14 PM] Anastasia: Could u imagine Maryann reading this
[4/15/19, 6:03:22 PM] Anastasia: End it all
[4/15/19, 6:04:23 PM] +1 (631) 379-9928: Ya
[4/15/19, 6:04:26 PM] +1 (631) 379-9928: Not good
[4/15/19, 6:04:41 PM] +1 (631) 379-9928: These are really talk to have on a run
[4/15/19, 6:05:01 PM] Anastasia: True
[4/15/19, 6:05:28 PM] +1 (631) 379-9928: You're horny
Sexual
Why wouldn't you watch porn
And
Enjoy yourself

Ya I said it
[4/15/19, 6:05:58 PM] Anastasia: Finally someone said I
[4/15/19, 6:05:59 PM] Anastasia: It
[4/15/19, 6:06:22 PM] +1 (631) 379-9928: Hmmm
[4/15/19, 6:06:58 PM] Anastasia: So if u we're back to 19 and u had a phone would u?
[4/15/19, 6:07:28 PM] +1 (631) 379-9928: If you don't know what gets you off how
will anyone else
[4/15/19, 6:07:43 PM] +1 (631) 379-9928: What watch porn
Ya
[4/15/19, 6:07:49 PM] Anastasia: true
[4/15/19, 6:08:48 PM] +1 (631) 379-9928: All my training was on the job
[4/15/19, 6:08:59 PM] +1 (631) 379-9928: No porn tube
[4/15/19, 6:09:03 PM] Anastasia: kinda weak how u said training
[4/15/19, 6:09:30 PM] +1 (631) 379-9928: I don't always kill it
[4/15/19, 6:09:49 PM] Anastasia: that goes for anything in life though
[4/15/19, 6:09:51 PM] Anastasia: so u good
[4/15/19, 6:10:30 PM] +1 (631) 379-9928: We will work on this conversation at
another time dance is over
[4/15/19, 6:10:43 PM] +1 (631) 379-9928: You drinking tonight ?
[4/15/19, 6:10:54 PM] Anastasia: Sounds like a plan and I dunno man
[4/15/19, 6:11:02 PM] Anastasia: that's like a 5% chance
[4/15/19, 6:11:08 PM] +1 (631) 379-9928: Do push-ups
[4/15/19, 6:11:17 PM] Anastasia: Yeah yeah
[4/15/19, 6:11:21 PM] +1 (631) 379-9928: Cath you later
[4/15/19, 6:11:32 PM] Anastasia: Ok
[4/15/19, 6:23:28 PM] +1 (631) 379-9928: <attached:
00004281-PHOTO-2019-04-15-18-23-12.jpg>
[4/15/19, 6:23:38 PM] +1 (631) 379-9928: So true
[4/15/19, 6:34:57 PM] Anastasia: Lmaoooooo
[4/15/19, 6:47:47 PM] Anastasia: Dude I almost got stuck in a conversation with ███
my brother
[4/15/19, 7:00:12 PM] +1 (631) 379-9928: Abort
How
[4/15/19, 7:02:09 PM] Anastasia: I had to stop at my grandmas and he was there and
she was like go see him and I was like nah
[4/15/19, 7:04:17 PM] +1 (631) 379-9928: Good for you
[4/15/19, 7:04:27 PM] +1 (631) 379-9928: Bad for granny
[4/15/19, 7:05:21 PM] Anastasia: Literally
[4/15/19, 7:25:05 PM] Anastasia: Duuuuudddeeee
[4/15/19, 7:31:40 PM] +1 (631) 379-9928: Yes
[4/15/19, 7:31:58 PM] Anastasia: I'm on a low
[4/15/19, 7:32:15 PM] +1 (631) 379-9928: Why did you take meds last night
[4/15/19, 7:32:41 PM] +1 (631) 379-9928: I'll be on and off for a bit
Battling my kids
```

```
                                    _chat
[4/15/19, 7:33:28 PM] Anastasia: ok and no
[4/15/19, 7:36:05 PM] +1 (631) 379-9928: Take them
You're getting sloppy with that
[4/15/19, 7:36:26 PM] +1 (631) 379-9928: Work out
Go hot tub
You'll feel better
Don't drink
[4/15/19, 7:39:03 PM] Anastasia: Ok
[4/15/19, 7:41:38 PM] +1 (631) 379-9928: You need to set an alarm on your phone at
night for meds

Do it
[4/15/19, 7:42:35 PM] Anastasia: Ok I will
[4/15/19, 7:44:24 PM] +1 (631) 379-9928: Currently using the roller while kids brush
teeth

You missed out on it today
I brought it for you
[4/15/19, 7:47:51 PM] Anastasia: dam I probably did
[4/16/19, 3:55:22 AM] +1 (631) 379-9928: You and I were walking along the beach

Across the sky flashed scenes from your life
For each scene you noticed two sets of
footprints in the sand: one belonging
to you and the other to the me

You looked back at the footprints in the sand.

You noticed that many times along the path of
Your life there was only one set of footprints.

You also noticed that it happened at the very
lowest and saddest times in your life.

This really bothered you and you
questioned me about it:


"BR , you said you'd walk with me all the way.
But I have noticed that during the most
troublesome times in my life,
there is only one set of footprints.
I don't understand why when
I needed you most you would leave me."

I replied

"Girl,
I love you and I would never leave you.
During your times of trial and suffering,
when you see only one set of footprints,
it was then that I carried you."
[4/16/19, 3:57:08 AM] +1 (631) 379-9928: I won't leave you but i need your help.
Full disclosure , the poem is not original I changed it to fit us but it makes my
point (may have read the original ).
[4/16/19, 4:01:47 AM] +1 (631) 379-9928: I hope you didn't drink last night

and instead used your phone for no good and tuned the lights down low and enjoyed
yourself (because you ain't gettin it anywhere else, LOL)

Ya I said it!

Good Morning!!!!!!!!!!!
                                  Page 112
```

_chat
[4/16/19, 6:53:07 AM] +1 (631) 379-9928: Yo girl no blue checks
Everything good?
[4/16/19, 7:21:47 AM] Anastasia: I'm maddddd lately
[4/16/19, 7:26:06 AM] +1 (631) 379-9928: Ya think

You ok
Of course I'm worried
[4/16/19, 7:27:16 AM] Anastasia: nope
[4/16/19, 7:27:23 AM] +1 (631) 379-9928: What gives
[4/16/19, 7:27:32 AM] Anastasia: just hurt
[4/16/19, 7:27:38 AM] +1 (631) 379-9928: Meaning
[4/16/19, 7:27:44 AM] Anastasia: I dunno just having one of those days I guess
[4/16/19, 7:27:55 AM] +1 (631) 379-9928: Did you take meds last night
[4/16/19, 7:27:57 AM] Anastasia: It's whatever it'll pass
[4/16/19, 7:27:59 AM] Anastasia: yea
[4/16/19, 7:28:12 AM] +1 (631) 379-9928: Can we stay away from weed today
[4/16/19, 7:28:48 AM] Anastasia: yeah
[4/16/19, 7:29:03 AM] +1 (631) 379-9928: Thank you
Big Hug
Cold hands and all
[4/16/19, 7:29:12 AM] Anastasia: Yep
[4/16/19, 7:29:31 AM] +1 (631) 379-9928: Get here
Let me know when you're in
[4/16/19, 7:29:45 AM] Anastasia: Ok
[4/16/19, 7:29:51 AM] +1 (631) 379-9928: :)
[4/16/19, 7:30:06 AM] Anastasia: :/
[4/16/19, 7:30:21 AM] +1 (631) 379-9928: What the hell is that
[4/16/19, 7:30:32 AM] +1 (631) 379-9928: Turn that frown upside down
Lol
[4/16/19, 7:30:54 AM] Anastasia: Bruh little
[4/16/19, 7:30:56 AM] Anastasia: Literally
[4/16/19, 7:32:33 AM] Anastasia: I'm walking in
[4/16/19, 7:38:33 AM] +1 (631) 379-9928: Ok


What the hell happened this morning ?
[4/16/19, 7:38:41 AM] Anastasia: Nothing
[4/16/19, 7:38:47 AM] +1 (631) 379-9928: Overslept
[4/16/19, 7:38:57 AM] Anastasia: let's say that
[4/16/19, 7:38:58 AM] +1 (631) 379-9928: Or just took your sweet ass time
[4/16/19, 7:39:05 AM] Anastasia: Yeah pretty much
[4/16/19, 7:39:17 AM] +1 (631) 379-9928: Did you drink last night
[4/16/19, 7:39:42 AM] Anastasia: No
[4/16/19, 7:42:16 AM] +1 (631) 379-9928: Thank you
Weed ?
I only ask because you leave stuff out sometimes
LOL
[4/16/19, 7:43:00 AM] Anastasia: Lol!! And nope nothing yesterday just the juul
[4/16/19, 8:08:38 AM] +1 (631) 379-9928: Ok
That's progress
Even if you didn't intend it.
[4/16/19, 8:10:48 AM] Anastasia: I did intend it
[4/16/19, 8:10:56 AM] Anastasia: low key
[4/16/19, 8:21:22 AM] +1 (631) 379-9928: I know
[4/16/19, 8:21:27 AM] +1 (631) 379-9928: You always do
[4/16/19, 8:22:47 AM] +1 (631) 379-9928: Had you ever read what I sent you this
morning?
You prob didn't read it that deep cuz you were later
[4/16/19, 8:22:50 AM] +1 (631) 379-9928: Late
[4/16/19, 8:45:39 AM] Anastasia: I don't always intend to do it  and yea I just read
it. I liked it a lot.
[4/16/19, 9:21:36 AM] +1 (631) 379-9928: Are you ready to hate me
[4/16/19, 9:29:49 AM] Anastasia: No
                              Page 113

```
                                    _chat
[4/16/19, 9:29:53 AM] Anastasia: But what's up
[4/16/19, 9:33:05 AM] +1 (631) 379-9928: You gym today ?
[4/16/19, 9:33:18 AM] Anastasia: I'm going yes
[4/16/19, 9:33:26 AM] +1 (631) 379-9928: Of course you are
Duh
[4/16/19, 9:33:39 AM] Anastasia: So the fuck is ur question
[4/16/19, 9:33:43 AM] +1 (631) 379-9928: I want you in my office 7th
[4/16/19, 9:33:47 AM] +1 (631) 379-9928: Doing HW
[4/16/19, 9:33:53 AM] Anastasia: oy
[4/16/19, 9:33:57 AM] +1 (631) 379-9928: Then we can talk 8th
[4/16/19, 9:34:07 AM] Anastasia: I'm skipping fourth
[4/16/19, 9:34:12 AM] +1 (631) 379-9928: I'm low key locking you down today
[4/16/19, 9:34:17 AM] +1 (631) 379-9928: Wtf
What
[4/16/19, 9:34:20 AM] +1 (631) 379-9928: 4th
[4/16/19, 9:35:07 AM] +1 (631) 379-9928: why r u skipping 4th
And where the fuck you going
[4/16/19, 9:35:35 AM] Anastasia: can't do school
[4/16/19, 9:36:10 AM] +1 (631) 379-9928: Don't give me that shit
You sound like████████
[4/16/19, 9:36:38 AM] +1 (631) 379-9928: You're not skipping
Why to go juul ?
[4/16/19, 9:37:31 AM] Anastasia: yeah
[4/16/19, 9:37:46 AM] +1 (631) 379-9928: Fuck that
[4/16/19, 9:38:03 AM] +1 (631) 379-9928: Theresa will see you atd on the portal and
kill you
[4/16/19, 9:38:19 AM] +1 (631) 379-9928: You KNOW IM RIGHT
[4/16/19, 9:38:21 AM] Anastasia: well I wouldn't mind at this point
[4/16/19, 9:38:38 AM] +1 (631) 379-9928: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
[4/16/19, 9:39:22 AM] Anastasia: It's whatever
[4/16/19, 9:39:44 AM] Anastasia: Just end it all at this point
[4/16/19, 9:40:58 AM] +1 (631) 379-9928: I'm not entertaining this

You're tearing me apart
Does that matter ?
We had good talks yesterday

You're going to 4th
And I expect you here 7th
[4/16/19, 9:41:11 AM] +1 (631) 379-9928: SNAP THE FUCK OUT OF IT
[4/16/19, 9:42:48 AM] Anastasia: I can't man
[4/16/19, 9:46:18 AM] +1 (631) 379-9928: Puts head on shoulder
[4/16/19, 9:56:35 AM] Anastasia: Oof
[4/16/19, 9:57:42 AM] +1 (631) 379-9928: Guess where I just was
[4/16/19, 9:57:55 AM] +1 (631) 379-9928: Where r u
[4/16/19, 9:58:04 AM] Anastasia: in the art wing
[4/16/19, 9:58:13 AM] Anastasia: i saw and walked the other way
[4/16/19, 9:58:16 AM] +1 (631) 379-9928: That was before
[4/16/19, 9:58:22 AM] Anastasia: oh I dunno where u are
[4/16/19, 9:58:58 AM] +1 (631) 379-9928: 206
[4/16/19, 9:59:13 AM] Anastasia: Is that my fucking class
[4/16/19, 10:00:34 AM] +1 (631) 379-9928: Yes
[4/16/19, 10:00:42 AM] +1 (631) 379-9928: Where r u
[4/16/19, 10:01:18 AM] Anastasia: Dude why are u like this
[4/16/19, 10:04:39 AM] +1 (631) 379-9928: Was that call an accident
[4/16/19, 10:04:48 AM] Anastasia: Yes
[4/16/19, 10:04:50 AM] Anastasia: obviously
[4/16/19, 10:06:49 AM] +1 (631) 379-9928: Why am I like this
[4/16/19, 10:06:51 AM] +1 (631) 379-9928: Why
[4/16/19, 10:07:01 AM] +1 (631) 379-9928: Because I care
[4/16/19, 10:07:09 AM] Anastasia: why are u at my class knowing I'm not there
[4/16/19, 10:07:28 AM] +1 (631) 379-9928: And while you keep expecting me to turn my
back I won't
```

_chat

[4/16/19, 10:08:24 AM] +1 (631) 379-9928: Because I thought for WRONGLY that you might have a change of heart
Because I might just mean something to you and you might listen to me
[4/16/19, 10:08:45 AM] +1 (631) 379-9928: who's walking away now
[4/16/19, 10:08:49 AM] +1 (631) 379-9928: Where r u
[4/16/19, 10:09:08 AM] Anastasia: no where.
[4/16/19, 10:09:50 AM] +1 (631) 379-9928: I need a GPS chip in your ass
[4/16/19, 10:10:23 AM] Anastasia: don't worry about it
[4/16/19, 10:10:45 AM] +1 (631) 379-9928: You keep pushing me away
[4/16/19, 10:11:02 AM] Anastasia: I'm not trying to
[4/16/19, 10:23:19 AM] +1 (631) 379-9928: Your actions show me otherwise
I'm too stupid and stubborn to let you
So keep pushing and eventually you'll see I'm not leaving you
[4/16/19, 10:23:52 AM] Anastasia: Ok
[4/16/19, 11:56:29 AM] Anastasia: Prob won't make it to 7th
[4/16/19, 11:58:48 AM] +1 (631) 379-9928: No surprise
[4/16/19, 11:59:03 AM] +1 (631) 379-9928: Will I see you 8th
[4/16/19, 12:00:07 PM] +1 (631) 379-9928: <attached: 00004412-PHOTO-2019-04-16-11-59-51.jpg>
[4/16/19, 12:01:50 PM] Anastasia: I mean I feel like ur mad at me
[4/16/19, 12:14:08 PM] +1 (631) 379-9928: What good would that do
[4/16/19, 12:14:39 PM] Anastasia: true
[4/16/19, 12:14:24 PM] +1 (631) 379-9928: You've had enough mad in your life
[4/16/19, 12:15:05 PM] +1 (631) 379-9928: Mad dossnt work with you

Apparently LOVE doesn't either
But I'm not giving up
[4/16/19, 12:16:53 PM] +1 (631) 379-9928: Will I see you 8th?
Or are you punching me in the dick ? And taking off
[4/16/19, 12:17:51 PM] Anastasia: I'll see u 7?
[4/16/19, 12:19:21 PM] +1 (631) 379-9928: You tell me
[4/16/19, 12:21:47 PM] Anastasia: yes
[4/16/19, 12:24:13 PM] +1 (631) 379-9928: Ok go there I'll be there in a few a
[4/16/19, 1:29:42 PM] +1 (631) 379-9928: Sit up
[4/16/19, 3:04:20 PM] +1 (631) 379-9928: Please tell me you didn't juul before the meet
[4/16/19, 3:05:36 PM] Anastasia: Nope
[4/16/19, 3:06:22 PM] +1 (631) 379-9928: Awesome
[4/16/19, 3:06:38 PM] +1 (631) 379-9928: Currently on gold cart
[4/16/19, 3:07:06 PM] Anastasia: Aye that's fun
[4/16/19, 3:15:06 PM] +1 (631) 379-9928: I'd send you the pic
But you suck a keeping those private
[4/16/19, 3:15:11 PM] +1 (631) 379-9928: LOL
[4/16/19, 3:20:12 PM] Anastasia: It was once
[4/16/19, 3:20:22 PM] Anastasia: Send it
[4/16/19, 3:21:18 PM] +1 (631) 379-9928: R u alone
[4/16/19, 3:21:44 PM] +1 (631) 379-9928: I'll show you tomorrow
[4/16/19, 3:25:17 PM] Anastasia: I'm alone cmon bro
[4/16/19, 3:25:22 PM] Anastasia: Loser
[4/16/19, 3:28:09 PM] +1 (631) 379-9928: <attached: 00004437-PHOTO-2019-04-16-15-27-53.jpg>
[4/16/19, 3:28:43 PM] Anastasia: Ayeee
[4/16/19, 3:28:59 PM] +1 (631) 379-9928: Hide that shit
[4/16/19, 3:29:11 PM] Anastasia: I'm literally lonely on track ur good
[4/16/19, 3:29:29 PM] Anastasia: And that guy is here
[4/16/19, 3:29:38 PM] Anastasia: Trainer or whatever
[4/16/19, 3:29:57 PM] +1 (631) 379-9928: Athletic Director
[4/16/19, 3:30:26 PM] Anastasia: Yes him
[4/16/19, 3:30:31 PM] +1 (631) 379-9928: Soooooooooooooooo

Look me in the eye
[4/16/19, 3:30:37 PM] Anastasia: And
[4/16/19, 3:31:03 PM] +1 (631) 379-9928: I have your hands in my hands

```
                                   _chat
[4/16/19, 3:31:20 PM] +1 (631) 379-9928: No drinking tonight
No weed tomorrow
[4/16/19, 3:32:11 PM] Anastasia: Deal
[4/16/19, 3:32:14 PM] Anastasia: 100%
[4/16/19, 3:32:17 PM] +1 (631) 379-9928: Now I'm hugging you
Lifting you off the ground
[4/16/19, 3:32:25 PM] Anastasia: I needed that
[4/16/19, 3:32:40 PM] +1 (631) 379-9928: And
You're digging my arms
[4/16/19, 3:33:07 PM] Anastasia: Course
[4/16/19, 3:33:14 PM] +1 (631) 379-9928: LOL
[4/16/19, 3:33:35 PM] +1 (631) 379-9928: Not bad for an old piece of dust
[4/16/19, 3:33:50 PM] Anastasia: Not at all dude
[4/16/19, 3:34:06 PM] Anastasia: Currently walking back to my car
[4/16/19, 3:34:20 PM] +1 (631) 379-9928: Why
[4/16/19, 3:34:54 PM] +1 (631) 379-9928: You're not leaving are you?
[4/16/19, 3:35:14 PM] Anastasia: No
[4/16/19, 3:35:21 PM] Anastasia: Gotta grab some snacks
[4/16/19, 3:35:38 PM] +1 (631) 379-9928: Almost had to grab the AED
[4/16/19, 3:36:00 PM] Anastasia: Why
[4/16/19, 3:36:12 PM] +1 (631) 379-9928: Thought you were leaving
[4/16/19, 3:36:20 PM] +1 (631) 379-9928: Is Maryann coming today
[4/16/19, 3:37:02 PM] Anastasia: Yes
[4/16/19, 3:37:08 PM] Anastasia: No I wouldn't leave
[4/16/19, 3:37:11 PM] Anastasia: I made a promise
[4/16/19, 3:38:46 PM] +1 (631) 379-9928: I'm smiling
Thank you
[4/16/19, 3:39:17 PM] Anastasia: Gotchu
[4/16/19, 3:39:48 PM] +1 (631) 379-9928: I'm gonna walk out to the track after the
softball thing
I have a few minutes wanna see you run
[4/16/19, 3:40:10 PM] +1 (631) 379-9928: Love you man
You just have to love yourself
[4/16/19, 3:40:12 PM] Anastasia: I'm doing hurdles
[4/16/19, 3:40:22 PM] Anastasia: Love u too and I will
[4/16/19, 3:40:37 PM] Anastasia: Our meet literally doesn't start till 4:30
[4/16/19, 3:41:31 PM] +1 (631) 379-9928: My balls
[4/16/19, 3:41:34 PM] +1 (631) 379-9928: That's late
[4/16/19, 3:42:00 PM] Anastasia: Yeah wtf
[4/16/19, 3:42:10 PM] Anastasia: Gunna be here all night
[4/16/19, 3:42:24 PM] +1 (631) 379-9928: In all honesty
That's good for you
[4/16/19, 3:42:35 PM] +1 (631) 379-9928: It's cold
You got my hat
[4/16/19, 3:42:36 PM] Anastasia: True
[4/16/19, 3:42:44 PM] Anastasia: It's hot what do u mean
[4/16/19, 3:44:26 PM] +1 (631) 379-9928: Windy as f
[4/16/19, 3:44:33 PM] Anastasia: Going for a run talk later
[4/16/19, 3:44:41 PM] +1 (631) 379-9928: Peace
[4/16/19, 4:45:18 PM] +1 (631) 379-9928: Give me a post meet report
You were all smiles warming up
[4/16/19, 4:47:32 PM] Anastasia: I didn't even see you dude!!! But hell yeah low key
smiling through the pain.
[4/16/19, 4:49:48 PM] +1 (631) 379-9928: Girl I brought ████ out there
You were running with a ROTC girl jumping on her back
[4/16/19, 4:51:01 PM] Anastasia: AHHAA
[4/16/19, 4:51:05 PM] Anastasia: bruhhhhhh
[4/16/19, 4:51:19 PM] Anastasia: I was gunna ask if she looked good but when doesn't
she
[4/16/19, 5:08:32 PM] Anastasia: Some girl just threw up
[4/16/19, 5:17:34 PM] +1 (631) 379-9928: Was it the girl from my race
[4/16/19, 5:31:59 PM] Anastasia: ha race did you see? She did the 400 blew out and
threw up when she sat down (black girl
                                Page 116
```

_chat

[4/16/19, 6:14:33 PM] +1 (631) 379-9928: No silly i had to leave
You were still doing laps
I was talking about the girl who told me she was gonna puke at my race
[4/16/19, 6:23:45 PM] Anastasia: OHH LMAOOO
[4/16/19, 6:23:57 PM] Anastasia: duuuuuudddeeeeeee I am on such a high
[4/16/19, 6:26:04 PM] +1 (631) 379-9928: Natural High!!!!!

How was the meet? Is your body smiling ?
[4/16/19, 6:28:26 PM] Anastasia: NATURAL HIGH DUDE!!! So I was going to run the 200
but it was Before the 400 intermediate hurdles.. so I did the hurdles obviously lost
and I ended the race and I was like WOOOHHOOOOOO LETS GOOOOO I LOVE THIS RACE I GOT
THIS and honestly I'm on such a high
[4/16/19, 6:37:58 PM] +1 (631) 379-9928: That's the race my wife took #2 in the
state her senior year

You're pretty BA
[4/16/19, 6:38:21 PM] +1 (631) 379-9928: I'm pumped for you
[4/16/19, 6:38:30 PM] +1 (631) 379-9928: Was Maryann there
[4/16/19, 6:41:15 PM] +1 (631) 379-9928: This is the shit I've been telling you
about

Hold this!!!!!!!!
[4/16/19, 6:43:03 PM] Anastasia: I 100% dude I love track again like I feel the high
I've been missing!! No I told Maryann to go home because she didn't want me doing
the hurdles so I was like go home I'm not doing them
[4/16/19, 6:46:22 PM] +1 (631) 379-9928: Why is she always hatin'
[4/16/19, 6:46:33 PM] +1 (631) 379-9928: It's not like it was the pole vault
[4/16/19, 6:46:51 PM] +1 (631) 379-9928: Did you clip any hurdles
[4/16/19, 6:49:25 PM] +1 (631) 379-9928: Lolo jones
One of the best in the world 100 m
And a meal
https://m.youtube.com/watch?v=Y4EASeZ6IeM
[4/16/19, 6:51:34 PM] Anastasia: Maryann really is always hating everything I wanna
do
[4/16/19, 6:52:13 PM] Anastasia: I didnt clip any hurdles I actually psyched myself
out and I stepped over it but keep running and smiling
[4/16/19, 6:52:21 PM] Anastasia: I'll watch that video lately
[4/16/19, 6:55:17 PM] +1 (631) 379-9928: Keep smiling

Your body smiles
[4/16/19, 6:56:07 PM] Anastasia: :)))
[4/17/19, 6:00:48 AM] +1 (631) 379-9928: Good Morning !!!!!!!

After hearing you smile about your triumphant loss yesterday at the hurdles all I
wanted to do was hug you and take you to friendlys for ice cream, dad mode style.

Can't wait for you tell me about it so I can see you animation.

Please remember your promise to me today, your word means a lot.
[4/17/19, 6:01:33 AM] +1 (631) 379-9928: <attached:
00004517-GIF-2019-04-17-06-01-17.mp4>
[4/17/19, 6:07:18 AM] +1 (631) 379-9928: Your up look at the sunrise now
[4/17/19, 6:09:18 AM] +1 (631) 379-9928: <attached:
00004519-PHOTO-2019-04-17-06-09-02.jpg>
[4/17/19, 6:29:01 AM] Anastasia: Beauty like me
[4/17/19, 6:29:48 AM] Anastasia: Good morning!! Can't wait to tell you all about
it!! No drugs today you have my word
[4/17/19, 6:50:54 AM] +1 (631) 379-9928: Thank you sweetheart !!

And yes a beauty
[4/17/19, 7:16:29 AM] +1 (631) 379-9928: Are you here?
[4/17/19, 7:27:07 AM] Anastasia: Just got here
[4/17/19, 7:29:44 AM] +1 (631) 379-9928: Girl

_chat

Why so late
You ok
[4/17/19, 7:30:40 AM] Anastasia: I slept in to be honest
[4/17/19, 7:30:47 AM] +1 (631) 379-9928: Ok
[4/17/19, 7:30:51 AM] +1 (631) 379-9928: Miss you
[4/17/19, 7:30:54 AM] +1 (631) 379-9928: Dude
[4/17/19, 7:30:56 AM] Anastasia: miss u too man
[4/17/19, 7:31:18 AM] +1 (631) 379-9928: Go to class
Cath you later
:)
[4/17/19, 7:31:27 AM] Anastasia: I am in class lol!
[4/17/19, 7:31:39 AM] Anastasia: for the first time in never
[4/17/19, 7:31:43 AM] +1 (631) 379-9928: No skipping today either

Ya I said it
[4/17/19, 7:31:47 AM] +1 (631) 379-9928: Ha
[4/17/19, 7:31:52 AM] Anastasia: got me there lol
[4/17/19, 7:32:18 AM] +1 (631) 379-9928: You feel good after yesterday
Hmmmmmmm
[4/17/19, 7:32:32 AM] +1 (631) 379-9928: Told you
You need exercise
[4/17/19, 7:32:33 AM] Anastasia: I really do
[4/17/19, 7:32:42 AM] Anastasia: For both comments^
[4/17/19, 7:33:08 AM] +1 (631) 379-9928: And the team probably was all into you

Your acceptance
[4/17/19, 7:33:14 AM] Anastasia: I love this feeling
[4/17/19, 7:33:35 AM] Anastasia: yes! I now understand the healthy acceptance
[4/17/19, 7:33:43 AM] +1 (631) 379-9928: Good
[4/17/19, 7:33:54 AM] +1 (631) 379-9928: Only been hammering it into your head
[4/17/19, 7:34:12 AM] Anastasia: I think sometimes I need to experience it to
understand
[4/17/19, 7:34:14 AM] Anastasia: Ya dig
[4/17/19, 7:34:28 AM] +1 (631) 379-9928: I really did want to snatch you for ice
cream last night
[4/17/19, 7:34:52 AM] Anastasia: That would've been fun
[4/17/19, 7:35:15 AM] +1 (631) 379-9928: I dig
And you do experience it
You need to hold onto it and know when you need it again
[4/17/19, 7:35:29 AM] Anastasia: for suree
[4/17/19, 7:36:09 AM] +1 (631) 379-9928: ████████ is now singing all of
Hand of God

And knows that there is a sample of 80's films in the song
[4/17/19, 7:36:45 AM] Anastasia: I love 80's films one of the best songs ever
created
[4/17/19, 7:37:48 AM] +1 (631) 379-9928: Your formula

Exercise x Maryann / acceptance = live Clean STAY HARD happy beautiful Anastasia
[4/17/19, 7:37:58 AM] +1 (631) 379-9928: That's your tattoo
[4/17/19, 7:38:00 AM] Anastasia: spot on
[4/17/19, 7:40:33 AM] +1 (631) 379-9928: I'll write that out for you
[4/17/19, 7:40:34 AM] Anastasia: Mmh so when are you free today
[4/17/19, 7:40:38 AM] Anastasia: Oka
[4/17/19, 7:40:47 AM] +1 (631) 379-9928: Was gonna ask you the same
[4/17/19, 7:41:03 AM] Anastasia: Hun you know I'm always feee
[4/17/19, 7:41:05 AM] Anastasia: Free
[4/17/19, 7:41:13 AM] Anastasia: But 678
[4/17/19, 7:42:25 AM] +1 (631) 379-9928: You can hang here 678 I would prefer you
here
I'll 100% chill with you 8th but maybe in and out 67
[4/17/19, 7:42:26 AM] Anastasia: just because I do have work I'd like to get done
before I really fall behind

_chat
```
[4/17/19, 7:42:36 AM] Anastasia: Sounds good
[4/17/19, 7:42:36 AM] +1 (631) 379-9928: Donyour work here
[4/17/19, 7:42:40 AM] Anastasia: okay
[4/17/19, 7:42:51 AM] +1 (631) 379-9928: Mi casa su casa
[4/17/19, 7:43:13 AM] Anastasia: si
[4/17/19, 7:43:34 AM] +1 (631) 379-9928: [REDACTED] told me the 3000 was a cat and mouse
game until the last lap then it was on
[4/17/19, 7:43:47 AM] +1 (631) 379-9928: Did you watch
[4/17/19, 7:44:04 AM] +1 (631) 379-9928: And did you watch the hurdle video
[4/17/19, 7:45:36 AM] Anastasia: Yes!! And bro it was crazy they went from Iike a
nice easy race all chill and I swear the last lap they were out like really out!! No
I didn't want the hurdle video
[4/17/19, 7:45:40 AM] Anastasia: Did u ?
[4/17/19, 7:47:44 AM] +1 (631) 379-9928: I've seen that video
[4/17/19, 7:48:30 AM] +1 (631) 379-9928: Nobody cared about time
I heard Yak just tucked in behind out of the wind and then was like

SMELL YA LATER
[4/17/19, 7:48:51 AM] +1 (631) 379-9928: I would have loved to see it
[4/17/19, 7:48:57 AM] Anastasia: THATS REALLY HOW IT WAS
[4/17/19, 7:49:22 AM] Anastasia: like she just took the fuck off and kept a good
9/10 pace full throttle
[4/17/19, 7:49:40 AM] +1 (631) 379-9928: So much strategy in track and racing

Bet you never realized that
[4/17/19, 7:49:43 AM] Anastasia: and then the relays were so crazy
[4/17/19, 7:49:48 AM] Anastasia: nope
[4/17/19, 7:50:36 AM] +1 (631) 379-9928: Most people don't
Everyone thinks
"Oh just run"
Fuck you evryone sucks
[4/17/19, 7:50:54 AM] Anastasia: that's so true
[4/17/19, 7:51:07 AM] Anastasia: Like there's so much logistics to it
[4/17/19, 7:51:20 AM] +1 (631) 379-9928: And that's the beauty of it
[4/17/19, 7:51:28 AM] Anastasia: really is
[4/17/19, 7:51:54 AM] +1 (631) 379-9928: Hence why I love the sport
[4/17/19, 7:52:03 AM] Anastasia: I understand
[4/17/19, 7:52:14 AM] +1 (631) 379-9928: Plus the pain you earn
[4/17/19, 7:52:21 AM] Anastasia: [REDACTED] trying to get me out of class
[4/17/19, 7:52:28 AM] +1 (631) 379-9928: Fuck that
[4/17/19, 7:52:31 AM] Anastasia: And it's a pain you can't get anywhere else
[4/17/19, 7:52:42 AM] Anastasia: the best kind of pain
[4/17/19, 7:52:58 AM] +1 (631) 379-9928: I was in pain Sunday
Loving it and laughing to myself
[4/17/19, 7:53:19 AM] +1 (631) 379-9928: Do I need to stand outside your door to
keep in class
[4/17/19, 7:53:20 AM] Anastasia: Good for you dude
[4/17/19, 7:53:29 AM] Anastasia: <attached: 00004599-PHOTO-2019-04-17-07-53-12.jpg>
[4/17/19, 7:54:01 AM] +1 (631) 379-9928: Ya like I said
Went out so hard
Exploded and held on
If the last two miles don't suck you did something wrong
[4/17/19, 7:54:15 AM] Anastasia: That's soooo true
[4/17/19, 7:54:31 AM] Anastasia: &&no I won't leave
[4/17/19, 7:54:31 AM] +1 (631) 379-9928: Every class today my dear
You know this
[4/17/19, 7:54:39 AM] +1 (631) 379-9928: Thank you :)
[4/17/19, 7:54:48 AM] Anastasia: Like I'm not even listening to music that's how
much I need to pay attention
[4/17/19, 7:55:05 AM] +1 (631) 379-9928: I already have my pain runs plans for fla
next week
[4/17/19, 7:55:23 AM] Anastasia: I want to hear all about them
[4/17/19, 7:55:44 AM] +1 (631) 379-9928: 1/2 mile hill repeats up and over a huge
```

_chat
ass Bridge in the middle of a 9 mile run
[4/17/19, 7:55:57 AM] +1 (631) 379-9928: Shirtless of course
It's 85 down there
[4/17/19, 7:55:59 AM] Anastasia: Ohh man
[4/17/19, 7:56:04 AM] Anastasia: oh of course
[4/17/19, 7:56:17 AM] Anastasia: gotta look good
[4/17/19, 7:56:33 AM] +1 (631) 379-9928: Trying to be like you
[4/17/19, 7:56:51 AM] +1 (631) 379-9928: I'm glad I'm really helping you Pay
attention in class
[4/17/19, 7:57:09 AM] Anastasia: We're watching a movie your good
[4/17/19, 7:57:14 AM] +1 (631) 379-9928: I'm a good role model
LOL
[4/17/19, 7:57:19 AM] Anastasia: lmao
[4/17/19, 7:58:04 AM] Anastasia: I love this high
[4/17/19, 7:58:08 AM] Anastasia: I missed it
[4/17/19, 7:58:21 AM] +1 (631) 379-9928: Please keep telling yourself that
[4/17/19, 7:58:28 AM] Anastasia: Ohh I will
[4/17/19, 8:00:15 AM] +1 (631) 379-9928: <attached:
00004622-PHOTO-2019-04-17-07-59-59.jpg>
[4/17/19, 8:00:41 AM] Anastasia: That's stunning
[4/17/19, 8:01:46 AM] +1 (631) 379-9928: The race in may I do is just as amazing
[4/17/19, 8:03:02 AM] Anastasia: Definitely send me pictures
[4/17/19, 8:11:33 AM] Anastasia: I can't believe I gave ███████ money for pods for
herself since I don't wanna do it anymore
[4/17/19, 8:31:56 AM] +1 (631) 379-9928: Smack yourself
[4/17/19, 8:55:30 AM] +1 (631) 379-9928: How much$$$
[4/17/19, 9:04:17 AM] +1 (631) 379-9928: "I can't believe I gave ██████ money for
pods for herself since I don't wanna do it anymore"
Can I write that on my white board and remind you of it later?

LOL
[4/17/19, 9:04:34 AM] +1 (631) 379-9928: You guys look cute
[4/17/19, 9:05:09 AM] Anastasia: Yes u can lol and like 20$ and thank youuuuuuuu:)))
[4/17/19, 9:05:18 AM] Anastasia: We both have on flannels to match
[4/17/19, 9:16:41 AM] +1 (631) 379-9928: I feel like your head is back on my
shoulder, more like on my chest.
[4/17/19, 9:37:56 AM] +1 (631) 379-9928: Tea
Drug bust
[4/17/19, 9:45:12 AM] Anastasia: It really is.. ohhh mannn
[4/17/19, 9:45:18 AM] Anastasia: how bad?
[4/17/19, 9:46:22 AM] +1 (631) 379-9928: Eh
I've seen more
[4/17/19, 9:53:29 AM] Anastasia: Oof
[4/17/19, 10:01:31 AM] +1 (631) 379-9928: Are you study hall'n here 678?
[4/17/19, 10:05:33 AM] Anastasia: Probably
[4/17/19, 10:05:37 AM] Anastasia: Yes*
[4/17/19, 10:09:30 AM] +1 (631) 379-9928: Better answer
See you're coming around
Haha
[4/17/19, 10:11:29 AM] Anastasia: aha
[4/17/19, 10:11:36 AM] Anastasia: Learned from the best
[4/17/19, 10:21:57 AM] +1 (631) 379-9928: Still smiling
[4/17/19, 10:22:01 AM] +1 (631) 379-9928: ??
[4/17/19, 10:25:06 AM] Anastasia: Laughing all day
[4/17/19, 10:41:35 AM] +1 (631) 379-9928: Good
And I know it's not because you're on anything
[4/17/19, 10:43:36 AM] Anastasia: nope
[4/17/19, 11:15:11 AM] +1 (631) 379-9928: I'm kinda low key excited about seeing you
next period
[4/17/19, 11:24:49 AM] Anastasia: Aye mee too
[4/17/19, 11:28:33 AM] Anastasia: ██████ wants to come
[4/17/19, 11:32:30 AM] +1 (631) 379-9928: Grrrr
[4/17/19, 11:33:37 AM] +1 (631) 379-9928: Dogs are in the building

_chat
[4/17/19, 11:34:54 AM] Anastasia: And a hall sweep is on a run
[4/17/19, 11:36:11 AM] +1 (631) 379-9928: What's your locker #?
[4/17/19, 11:36:27 AM] +1 (631) 379-9928: Where r u
[4/17/19, 11:36:58 AM] Anastasia: Sitting in ur office
[4/17/19, 11:37:41 AM] Anastasia: 1187
[4/17/19, 11:40:09 AM] +1 (631) 379-9928: Ya the dog was scratching down that wing
Tell you about it later
[4/17/19, 11:42:15 AM] +1 (631) 379-9928: I'm glad you're sitting in there and not
out and about
[4/17/19, 11:48:04 AM] Anastasia: ██████ just tried getting me out of ur office and
into the bathroom if you're picking up what I'm putting down
[4/17/19, 12:08:37 PM] +1 (631) 379-9928: I'd much rather be there with you and not
in the halls

Tell her NO NO AND HERE IS A BAG FULL OF NO
[4/17/19, 12:12:56 PM] Anastasia: Can I use ur bathroom
[4/17/19, 12:13:00 PM] +1 (631) 379-9928: Yes
[4/17/19, 12:13:06 PM] Anastasia: thanks
[4/17/19, 12:13:07 PM] +1 (631) 379-9928: I was just going to text you that
[4/17/19, 12:13:10 PM] +1 (631) 379-9928: Haha
[4/17/19, 2:18:49 PM] +1 (631) 379-9928: Dude big hug for chillin in here today
[4/17/19, 2:19:01 PM] +1 (631) 379-9928: Thank you
[4/17/19, 2:28:16 PM] +1 (631) 379-9928: Did you Juul before practice ?
[4/17/19, 2:35:01 PM] +1 (631) 379-9928: That answers that question............
[4/17/19, 2:35:22 PM] +1 (631) 379-9928: Might be the second time I've ever seen you
in shorts
[4/17/19, 2:38:25 PM] Anastasia: OOOMG
[4/17/19, 2:38:55 PM] +1 (631) 379-9928: Yes
[4/17/19, 2:41:02 PM] +1 (631) 379-9928: Surprised you did ask me what I thought of
your legs.

Why aren't you at practice
[4/17/19, 2:41:38 PM] Anastasia: Ooof
[4/17/19, 2:41:48 PM] Anastasia: I'll be there like at 3
[4/17/19, 2:48:00 PM] +1 (631) 379-9928: Why so late
[4/17/19, 3:55:57 PM] Anastasia: We went for a 20 min run
[4/17/19, 3:56:10 PM] Anastasia: then yogi it was a chill day
[4/17/19, 4:07:23 PM] +1 (631) 379-9928: Why so late
Because it was chill day?
[4/17/19, 4:08:06 PM] Anastasia: Yes
[4/17/19, 4:08:07 PM] +1 (631) 379-9928: You left my office and hit the juul with
██████.

Yes
[4/17/19, 4:08:21 PM] Anastasia: I clearly failed at hiding it
[4/17/19, 4:08:48 PM] +1 (631) 379-9928: Ya think
[4/17/19, 4:08:58 PM] Anastasia: you took me off guard
[4/17/19, 4:09:20 PM] +1 (631) 379-9928: You shouldn't have had it
IN THE FUCKING BUILDING
[4/17/19, 4:09:36 PM] +1 (631) 379-9928: but you know this
[4/17/19, 4:09:58 PM] Anastasia: and how many kids do u think "have it in the
building"
[4/17/19, 4:10:03 PM] +1 (631) 379-9928: A little respect for me would help
[4/17/19, 4:10:20 PM] +1 (631) 379-9928: A shit ton
[4/17/19, 4:10:52 PM] +1 (631) 379-9928: Don't try to justify

When you do that ██████ is going to think I'm sort of give you the ok to do it
[4/17/19, 4:11:10 PM] Anastasia: Youre right. I'm sorry. You deserve better.
[4/17/19, 4:11:20 PM] +1 (631) 379-9928: I was so proud you hung out today and
didn't go get high
[4/17/19, 4:12:04 PM] +1 (631) 379-9928: I had not disillusions that you weren't
going to juul today

_chat
But more or less right in front of me
[4/17/19, 4:12:35 PM] +1 (631) 379-9928: And almost in my office

You should have punched her square in the face when she said that
[4/17/19, 4:12:39 PM] Anastasia: I literally hit it and ███ was like REGAN and I
walked out
[4/17/19, 4:13:10 PM] +1 (631) 379-9928: 🫠
[4/17/19, 4:13:16 PM] +1 (631) 379-9928: With love
[4/17/19, 4:13:34 PM] +1 (631) 379-9928: Still no weed today?
[4/17/19, 4:13:52 PM] Anastasia: nope
[4/17/19, 4:13:55 PM] +1 (631) 379-9928: Later
[4/17/19, 4:13:59 PM] Anastasia: nope
[4/17/19, 4:14:02 PM] +1 (631) 379-9928: Drink
[4/17/19, 4:14:17 PM] Anastasia: nope
[4/17/19, 4:14:20 PM] +1 (631) 379-9928: Love
[4/17/19, 4:14:25 PM] Anastasia: I was running today..
[4/17/19, 4:14:33 PM] +1 (631) 379-9928: Promises for tomorrow ?
[4/17/19, 4:14:39 PM] Anastasia: alone this time because I needed time for.myself
[4/17/19, 4:15:03 PM] Anastasia: I can promise you no weed/drinking tomorrow but I
can't promise no juul but I will cut down on it
[4/17/19, 4:15:16 PM] +1 (631) 379-9928: I will take that
[4/17/19, 4:15:34 PM] Anastasia: but anyways.. I was just running and you were on my
mind and I was like I can't believe I let him see
[4/17/19, 4:15:40 PM] +1 (631) 379-9928: <attached:
00004714-PHOTO-2019-04-17-16-15-24.jpg>
[4/17/19, 4:15:52 PM] +1 (631) 379-9928: Ya that hurt
[4/17/19, 4:16:03 PM] Anastasia: <attached: 00004716-PHOTO-2019-04-17-16-15-46.jpg>
[4/17/19, 4:16:13 PM] +1 (631) 379-9928: Ok
[4/17/19, 4:16:14 PM] Anastasia: Peep the queso lmao
[4/17/19, 4:16:22 PM] Anastasia: but I started doing yogi
[4/17/19, 4:16:33 PM] Anastasia: Yoga I know right.. me doing yogi
[4/17/19, 4:16:38 PM] Anastasia: Yogaaaa*
[4/17/19, 4:16:52 PM] +1 (631) 379-9928: I stretch every night
20-25 mins
[4/17/19, 4:16:57 PM] Anastasia: And I was by myself and I was kind of yelling at
myself in my head about it
[4/17/19, 4:17:11 PM] +1 (631) 379-9928: I'm glad to hear that
Good
[4/17/19, 4:17:22 PM] +1 (631) 379-9928: You need to be accountable to yourself
[4/17/19, 4:17:30 PM] +1 (631) 379-9928: I was tight
[4/17/19, 4:17:52 PM] +1 (631) 379-9928: So tight I couldn't even comment on your
legs
[4/17/19, 4:18:06 PM] Anastasia: Bruh
[4/17/19, 4:18:11 PM] Anastasia: Aren't they nice
[4/17/19, 4:18:24 PM] +1 (631) 379-9928: I'm not saying
[4/17/19, 4:18:34 PM] +1 (631) 379-9928: Not as nice as mine
[4/17/19, 4:18:42 PM] Anastasia: Doubt it
[4/17/19, 4:18:56 PM] +1 (631) 379-9928: Puh leaze
[4/17/19, 4:19:02 PM] +1 (631) 379-9928: You keep doing that
[4/17/19, 4:19:45 PM] Anastasia: Doing what
[4/17/19, 4:20:02 PM] +1 (631) 379-9928: Video but dial
You trying to catch me changing
[4/17/19, 4:20:14 PM] Anastasia: Not saying
[4/17/19, 4:20:20 PM] Anastasia: LMAO
[4/17/19, 4:20:48 PM] +1 (631) 379-9928: R u going to cnsl'ing
[4/17/19, 4:21:17 PM] Anastasia: Unfortunately
[4/17/19, 4:21:19 PM] +1 (631) 379-9928: I'm might bike later
Throw on the spandex
[4/17/19, 4:21:22 PM] +1 (631) 379-9928: Ha
[4/17/19, 4:21:35 PM] Anastasia: Oh that's hot
[4/17/19, 4:21:41 PM] Anastasia: (Said sarcastically)
[4/17/19, 4:21:55 PM] +1 (631) 379-9928: Of course I look good in it
[4/17/19, 4:22:16 PM] Anastasia: I wouldn't know

_chat
[4/17/19, 4:22:34 PM] +1 (631) 379-9928: Use your imagination
[4/17/19, 4:22:58 PM] Anastasia: I seem to use that a lot
[4/17/19, 4:23:35 PM] +1 (631) 379-9928: Do tell
[4/17/19, 4:23:43 PM] +1 (631) 379-9928: I have no idea where my family is
[4/17/19, 4:24:16 PM] Anastasia: "That will have to wait for a run"
[4/17/19, 4:24:32 PM] +1 (631) 379-9928: Ha
[4/17/19, 4:25:13 PM] Anastasia: "I have no idea where my family is.." sounds like me everyday
[4/17/19, 4:25:33 PM] +1 (631) 379-9928: No like the house is empty
[4/17/19, 4:25:36 PM] +1 (631) 379-9928: Wtf
[4/17/19, 4:25:43 PM] Anastasia: My family literally makes plans without me
[4/17/19, 4:25:52 PM] +1 (631) 379-9928: Include yourself
[4/17/19, 4:26:06 PM] +1 (631) 379-9928: They don't think you want to be
[4/17/19, 4:26:06 PM] Anastasia: Na
[4/17/19, 4:26:13 PM] +1 (631) 379-9928: You'd rather ......
[4/17/19, 4:26:25 PM] Anastasia: Rather what
[4/17/19, 4:26:50 PM] +1 (631) 379-9928: When not with them
[4/17/19, 4:27:17 PM] Anastasia: U lost me
[4/17/19, 4:27:25 PM] +1 (631) 379-9928: Your family goes out
[4/17/19, 4:27:37 PM] +1 (631) 379-9928: You have how many hours to do whatever
[4/17/19, 4:27:40 PM] +1 (631) 379-9928: Keep up
[4/17/19, 4:27:47 PM] Anastasia: Mmmh gotcha
[4/17/19, 4:27:50 PM] Anastasia: Ur right
[4/17/19, 4:28:11 PM] +1 (631) 379-9928: What are going to tell ██████ when she asks how you found the wildlife
[4/17/19, 4:28:34 PM] Anastasia: Searched up good places to go for a run
[4/17/19, 4:28:42 PM] Anastasia: She grabbed my face today.
[4/17/19, 4:28:50 PM] +1 (631) 379-9928: If the boardwalk is open go down BOTH side paths
[4/17/19, 4:28:53 PM] Anastasia: She's a tease
[4/17/19, 4:28:52 PM] +1 (631) 379-9928: Oh my
[4/17/19, 4:29:14 PM] +1 (631) 379-9928: She's gonna freak when finds out about her BF
[4/17/19, 4:29:17 PM] +1 (631) 379-9928: And you
[4/17/19, 4:29:28 PM] Anastasia: not my problem
[4/17/19, 4:29:48 PM] +1 (631) 379-9928: True
[4/17/19, 4:30:44 PM] Anastasia: She's literally a look away from me throwing her against the wall and showing her what she's been missing
[4/17/19, 4:30:52 PM] +1 (631) 379-9928: Ahhhh family is pulling in
Gotta jet
Catch you later
[4/17/19, 4:31:00 PM] +1 (631) 379-9928: Do it on sat with her
Ha
[4/17/19, 4:31:31 PM] +1 (631) 379-9928: Peace
For now
[4/17/19, 4:31:49 PM] Anastasia: Lmao I will c ya
[4/17/19, 5:19:18 PM] +1 (631) 379-9928: Almost just fought some dude in the super market

What's wrong with people ?
[4/17/19, 5:19:37 PM] +1 (631) 379-9928: I mean really fought I squared off
[4/17/19, 5:29:05 PM] +1 (631) 379-9928: Lata
[4/17/19, 5:42:09 PM] Anastasia: You would've won big guy #ihatecounciling
[4/17/19, 5:45:34 PM] +1 (631) 379-9928: #gohomedontsee█████
[4/17/19, 5:45:39 PM] +1 (631) 379-9928: Save your body
[4/17/19, 5:46:11 PM] +1 (631) 379-9928: Talk to Maryann about stopping councling
[4/17/19, 5:47:52 PM] Anastasia: okay okay and here's a bag of OKAY
[4/17/19, 5:50:08 PM] +1 (631) 379-9928: We throw shit at each other pretty well
[4/17/19, 5:50:12 PM] +1 (631) 379-9928: I love it
[4/17/19, 5:51:07 PM] Anastasia: Me too
[4/17/19, 5:51:36 PM] +1 (631) 379-9928: How ya doing
[4/17/19, 5:51:42 PM] Anastasia: Tight
[4/17/19, 5:52:02 PM] +1 (631) 379-9928: Counseling ?

_chat

[4/17/19, 5:52:09 PM] Anastasia: Yeah
[4/17/19, 5:52:27 PM] Anastasia: So I tried talking to her about ██████████
[4/17/19, 5:52:33 PM] +1 (631) 379-9928: I'll be your counselor
[4/17/19, 5:52:35 PM] +1 (631) 379-9928: And
[4/17/19, 5:52:41 PM] Anastasia: Just went to shit
[4/17/19, 5:52:43 PM] +1 (631) 379-9928: Let me guess she blew it off
[4/17/19, 5:53:11 PM] Anastasia: She was like she can't be the person to get you to stop
[4/17/19, 5:53:40 PM] +1 (631) 379-9928: ?
[4/17/19, 5:53:42 PM] +1 (631) 379-9928: Odd
[4/17/19, 5:54:04 PM] Anastasia: Being a druggie and I was like yeah but it dam well would've been nice to have a fucking older sister
[4/17/19, 5:54:24 PM] Anastasia: Maybe I wouldn't be sitting here if she didn't leave me
[4/17/19, 5:54:46 PM] +1 (631) 379-9928: You prob wouldn't be
[4/17/19, 5:54:48 PM] Anastasia: She was like is she the reason you're doing this and I was like to an extent
[4/17/19, 5:54:53 PM] +1 (631) 379-9928: So she was dismissive
[4/17/19, 5:54:59 PM] Anastasia: Pretty much
[4/17/19, 5:55:21 PM] Anastasia: I told her ████████is a fuck up and she was like but you're doing the same thing
[4/17/19, 5:55:22 PM] +1 (631) 379-9928: That girl crushed a 9 year old girl full of life

[4/17/19, 5:56:10 PM] +1 (631) 379-9928: Now you're trying to find acceptance

I don't see it any other way
[4/17/19, 5:56:18 PM] +1 (631) 379-9928: But what the fuck do I know
[4/17/19, 5:56:26 PM] Anastasia: This is why I only talk to u
[4/17/19, 5:56:26 PM] +1 (631) 379-9928: Why do people turn to drugs
[4/17/19, 5:56:41 PM] +1 (631) 379-9928: Nature doesn't tolerate a vacuum
[4/17/19, 5:56:48 PM] Anastasia: Yup
[4/17/19, 5:56:49 PM] +1 (631) 379-9928: Holes get filled
[4/17/19, 5:57:07 PM] +1 (631) 379-9928: For better or worse
[4/17/19, 5:57:13 PM] Anastasia: Yup
[4/17/19, 5:57:15 PM] +1 (631) 379-9928: Psych 101
[4/17/19, 5:57:30 PM] Anastasia: I just wanted to deck her
[4/17/19, 5:57:42 PM] +1 (631) 379-9928: Look what divorce does to kids
[4/17/19, 5:57:49 PM] Anastasia: Yeah bro
[4/17/19, 5:58:56 PM] +1 (631) 379-9928: Now
We know this about you
[4/17/19, 5:59:17 PM] +1 (631) 379-9928: You need specific skills to stop the drugs and replace it
[4/17/19, 6:00:15 PM] +1 (631) 379-9928: Running
Now you're running from something
Soon you'll be running towards something
Then
You'll just be running
Vacuum filled
[4/17/19, 6:01:14 PM] Anastasia: I needed that
[4/17/19, 6:01:20 PM] Anastasia: Motivation 101
[4/17/19, 6:01:28 PM] +1 (631) 379-9928: Now use it
[4/17/19, 6:01:45 PM] +1 (631) 379-9928: And
I've told you

████CAN NOT FILL THAT VACUM
[4/17/19, 6:01:45 PM] Anastasia: I will
[4/17/19, 6:01:58 PM] Anastasia: █████text me..
[4/17/19, 6:02:18 PM] +1 (631) 379-9928: come get a hit
[4/17/19, 6:02:21 PM] Anastasia: She was like wyd come here
[4/17/19, 6:02:31 PM] +1 (631) 379-9928: Wyd ?
[4/17/19, 6:02:31 PM] Anastasia: And. I was like stoopid I can't
[4/17/19, 6:02:49 PM] Anastasia: I'm at counciling and she was like come after I ave cookies and a juul

```
                                    _chat
[4/17/19, 6:02:58 PM] Anastasia: I was like homie I can't fucking breathe
[4/17/19, 6:03:09 PM] +1 (631) 379-9928: Ready
[4/17/19, 6:03:11 PM] Anastasia: and she was like this is why I don't run
[4/17/19, 6:03:16 PM] Anastasia: And. I was like but I do so I can't
[4/17/19, 6:03:19 PM] Anastasia: Read
[4/17/19, 6:03:21 PM] Anastasia: Y
[4/17/19, 6:03:27 PM] +1 (631) 379-9928: Gut punch
[4/17/19, 6:03:35 PM] +1 (631) 379-9928: She has no respect for you
[4/17/19, 6:03:40 PM] Anastasia: Clearly
[4/17/19, 6:04:49 PM] Anastasia: Stay here running in the house quick brb
[4/17/19, 6:05:01 PM] +1 (631) 379-9928: K
[4/17/19, 6:06:34 PM] +1 (631) 379-9928: This goes without saying
You're not leaving tommoorw with out me seeing your ass
Don't run out of school
[4/17/19, 6:07:48 PM] +1 (631) 379-9928: I have like 10 mins
[4/17/19, 6:09:36 PM] +1 (631) 379-9928: Maybe 16
[4/17/19, 6:17:54 PM] +1 (631) 379-9928: <attached:
00004856-GIF-2019-04-17-18-17-38.mp4>
[4/17/19, 6:20:42 PM] +1 (631) 379-9928: Just ate a handful of nuts
Not sure I want to listen to anyone tonight
[4/17/19, 6:22:48 PM] +1 (631) 379-9928: To
[4/17/19, 6:22:50 PM] +1 (631) 379-9928: Yo
[4/17/19, 6:22:53 PM] +1 (631) 379-9928: Oops
[4/17/19, 6:23:08 PM] +1 (631) 379-9928: Playing The weekend
[4/17/19, 6:24:23 PM] +1 (631) 379-9928: Yo girl
Gotta step
Dinner time
[4/17/19, 6:24:25 PM] +1 (631) 379-9928: Sorry
[4/17/19, 6:24:42 PM] +1 (631) 379-9928: Stay home tonight

Can you do that ?
[4/17/19, 6:24:50 PM] Anastasia: All good sorry went on a walk!
[4/17/19, 6:24:59 PM] +1 (631) 379-9928: All good
[4/17/19, 6:25:04 PM] +1 (631) 379-9928: You needed it
[4/17/19, 6:25:17 PM] Anastasia: NO I'm not going out tonight! Chillin with my mom
[4/17/19, 6:25:27 PM] +1 (631) 379-9928: Love that
[4/17/19, 6:25:27 PM] Anastasia: You eating the nuts had me WEAK
[4/17/19, 6:25:32 PM] +1 (631) 379-9928: I'm smiling
[4/17/19, 6:25:36 PM] Anastasia: like I tripped on a stick walking home
[4/17/19, 6:25:41 PM] +1 (631) 379-9928: Ya I feel them already
[4/17/19, 6:25:42 PM] Anastasia: that's how weak I was
[4/17/19, 6:25:59 PM] +1 (631) 379-9928: Gonna be a good few hours
[4/17/19, 6:26:00 PM] Anastasia: And of course I'll see you tomorrow
[4/17/19, 6:26:00 PM] +1 (631) 379-9928: Haha
[4/17/19, 6:26:05 PM] Anastasia: lmaoooo
[4/17/19, 6:26:19 PM] +1 (631) 379-9928: Thank you
Your chair is all yours
[4/17/19, 6:26:24 PM] Anastasia: always
[4/17/19, 6:26:41 PM] Anastasia: Set 7&8 period aside we need it
[4/17/19, 6:26:52 PM] Anastasia: endless hugs tomorrow
[4/17/19, 6:26:54 PM] +1 (631) 379-9928: I have ████████ advice for you that will
carry over to others
[4/17/19, 6:27:01 PM] Anastasia: like I'm genuinely gunna miss u apt
[4/17/19, 6:27:04 PM] +1 (631) 379-9928: Of course hugs
[4/17/19, 6:27:05 PM] Anastasia: tell me
[4/17/19, 6:27:16 PM] +1 (631) 379-9928: Nah too much to type
[4/17/19, 6:27:21 PM] +1 (631) 379-9928: Not being a dick
[4/17/19, 6:27:28 PM] +1 (631) 379-9928: It will get lost in text
[4/17/19, 6:27:58 PM] +1 (631) 379-9928: Peace girl

I'll say goodnight now

Do push-ups
                            Page 125
```

_chat

[4/17/19, 6:28:13 PM] Anastasia: that made me sad low key.. goodnight:/
[4/17/19, 6:28:16 PM] Anastasia: xoxo
[4/17/19, 6:28:18 PM] +1 (631) 379-9928: 🙏🙏
[4/17/19, 6:28:29 PM] +1 (631) 379-9928: 🙏
[4/17/19, 6:28:32 PM] Anastasia: ❤🙏
[4/17/19, 6:28:48 PM] Anastasia: The heart has a pulse
[4/17/19, 6:28:51 PM] Anastasia: That's dope
[4/17/19, 6:29:06 PM] +1 (631) 379-9928: Look at that
[4/17/19, 6:29:15 PM] +1 (631) 379-9928: Smell ya later
[4/17/19, 6:35:02 PM] Anastasia: <attached: 00004900-PHOTO-2019-04-17-18-34-45.jpg>
[4/17/19, 6:35:08 PM] Anastasia: LITERALLY
[4/17/19, 6:37:52 PM] +1 (631) 379-9928: 🙏me too
[4/18/19, 5:47:52 AM] +1 (631) 379-9928: The first sensation you feel this morning
is the warm tropical air hitting your skin.
There is a nudge on your shoulder and a soft kiss on the lips.  you here a whisper
in your ear "Get up, we can watch the sunrise as we run on the beach"
As you start to move around you realize you slept naked. And all the memories from
last night start playing in your mind and you start to get all warm. With a smile
you say "Last night was amazing, today will be even better we can watch the sunrise
from bed, get back in here "
[4/18/19, 6:02:49 AM] +1 (631) 379-9928: <attached:
00004904-PHOTO-2019-04-18-06-02-33.jpg>
[4/18/19, 6:04:39 AM] Anastasia: DUDDE I LOVE LOVE LOVE THIS MORNING MESSge
[4/18/19, 6:22:11 AM] +1 (631) 379-9928: Kinda threw the cards on the table with
that one
And
If I'm being honest
Had fun writing it
[4/18/19, 6:24:12 AM] +1 (631) 379-9928: Just so you know
I have a meeting at Aquebogue this morning
I'll be back by 12
Don't miss me too much and don't skip class
I'll see you 7&8 :)
[4/18/19, 6:32:46 AM] Anastasia: I loved that morning message all good. You already
know I'll miss you there's never a day I don't. See u 7th
[4/18/19, 6:37:02 AM] +1 (631) 379-9928: That made me smile
[4/18/19, 6:38:24 AM] Anastasia: :))
[4/18/19, 6:57:54 AM] +1 (631) 379-9928: I'm gonna throw a lot of adult
responsibility on you
I am not saying anything to Kenny about him letting you out the other day
But
I am expecting you not to do that again.
Deal ?
[4/18/19, 6:57:59 AM] +1 (631) 379-9928: Hi
[4/18/19, 6:58:26 AM] Anastasia: Okay. I won't. Hello
[4/18/19, 6:58:41 AM] +1 (631) 379-9928: Are you here yet
[4/18/19, 6:58:50 AM] Anastasia: No lmao that's funny
[4/18/19, 6:59:14 AM] Anastasia: I'm literally the queen of being late
[4/18/19, 6:59:21 AM] +1 (631) 379-9928: Yes you are
[4/18/19, 6:59:46 AM] Anastasia: I'm literally not how are you gunna tell me where I
am
[4/18/19, 7:00:02 AM] +1 (631) 379-9928: Remember your promise
No drugs today

[4/18/19, 7:00:10 AM] Anastasia: Yes
[4/18/19, 7:00:38 AM] +1 (631) 379-9928: ////////HUG\\\\\\\
[4/18/19, 7:00:53 AM] Anastasia: Cat wait!!!
[4/18/19, 7:06:57 AM] +1 (631) 379-9928: Read this
We should never complain again
Former Track Star Who Lost Feet to Frostbite Runs a World Best at Boston - Runner's
World
https://apple.news/ALNUrkn4FTLmSqBFrGzGA6Q
[4/18/19, 7:19:29 AM] +1 (631) 379-9928: U here yet

_chat
[4/18/19, 7:20:44 AM] Anastasia: Yea I'm in class
[4/18/19, 7:20:49 AM] Anastasia: <attached: 00004926-PHOTO-2019-04-18-07-20-32.jpg>
[4/18/19, 7:20:58 AM] Anastasia: She's wow☺
[4/18/19, 7:34:47 AM] +1 (631) 379-9928: How Molly Huddle Uses Her GPS Data to Run
Smarter - Runner's World
https://apple.news/Aafyc5X7wQhyUfORUJU_blg
[4/18/19, 8:02:18 AM] +1 (631) 379-9928: How ya feeling today?
[4/18/19, 8:09:35 AM] Anastasia: I'm good!! Maryann told me I look happier
[4/18/19, 8:12:52 AM] +1 (631) 379-9928: :))
[4/18/19, 8:13:20 AM] +1 (631) 379-9928: Ready to run tomorrow ?!?!
[4/18/19, 8:27:04 AM] Anastasia: I am
[4/18/19, 8:37:03 AM] +1 (631) 379-9928: 9 or 13
[4/18/19, 8:38:01 AM] Anastasia: Miles 9
[4/18/19, 8:38:30 AM] Anastasia: Because my dumbass wanted to smoke for a month an
kill myself
[4/18/19, 8:48:04 AM] +1 (631) 379-9928: Fair enough
Nice self evaluation
[4/18/19, 8:51:42 AM] Anastasia: Yes
[4/18/19, 8:52:51 AM] +1 (631) 379-9928: We are going to put down some Hard plans
after break girl.
This week will be your swan song for drugs and getting F'ed up
[4/18/19, 8:53:30 AM] +1 (631) 379-9928: LIVE CLEAN <-- remember that
Well guess what it's time
[4/18/19, 9:06:07 AM] Anastasia: Ahhh I'll enjoy break while it lasts
[4/18/19, 9:06:40 AM] Anastasia: Mrs ███████ child is here and aw he sorta looks like
██████████ and we're having a party
[4/18/19, 9:08:36 AM] +1 (631) 379-9928: This isn't fuckin day care
[4/18/19, 9:09:09 AM] Anastasia: lmaooooooooo
[4/18/19, 9:09:34 AM] Anastasia: I actually laughed out loud
[4/18/19, 9:11:21 AM] +1 (631) 379-9928: See we make eachother laugh
[4/18/19, 9:15:49 AM] Anastasia: That's why we work
[4/18/19, 9:22:06 AM] +1 (631) 379-9928: Great news
I just got out of my meeting
I'm here all day
[4/18/19, 9:37:56 AM] Anastasia: YAY
[4/18/19, 9:47:27 AM] +1 (631) 379-9928: But what I'm dealing with is kinda huge
[4/18/19, 9:51:58 AM] Anastasia: oof
[4/18/19, 9:52:08 AM] Anastasia: what is the topi
[4/18/19, 9:52:10 AM] Anastasia: Topic
[4/18/19, 9:56:19 AM] +1 (631) 379-9928: Not for text
[4/18/19, 10:18:42 AM] Anastasia: Gotcha
[4/18/19, 10:32:24 AM] +1 (631) 379-9928: Gotta see you
Look by rotc
[4/18/19, 10:32:28 AM] +1 (631) 379-9928: For me
[4/18/19, 10:39:48 AM] Anastasia: Ok
[4/18/19, 11:41:26 AM] +1 (631) 379-9928: I'll be running around a bit at the start
of 7th
[4/18/19, 11:41:59 AM] +1 (631) 379-9928: I want you here out of trouble
So just hang if I'm not in office
[4/18/19, 11:50:18 AM] +1 (631) 379-9928: This place is jumping
[4/18/19, 2:23:12 PM] Anastasia: I made it to track
[4/18/19, 2:33:57 PM] +1 (631) 379-9928: After juul'in ???
[4/18/19, 3:39:18 PM] +1 (631) 379-9928: Great hug
Can you still feel it
[4/18/19, 3:52:02 PM] Anastasia: LMAOO the fact that you know!! Lmao oof spring
break will be the death of me
[4/18/19, 3:52:11 PM] Anastasia: I've been planning that hug for forever
[4/18/19, 4:09:32 PM] Anastasia: Mmh hey
[4/18/19, 4:11:00 PM] +1 (631) 379-9928: I loved the hug
[4/18/19, 4:11:23 PM] +1 (631) 379-9928: Your legs were so tight around me
It was awesome
[4/18/19, 4:11:30 PM] +1 (631) 379-9928: Why did you wait so long
[4/18/19, 4:12:14 PM] +1 (631) 379-9928: Could've held held it forever

_chat

[4/18/19, 4:13:13 PM] Anastasia: needed the right time
[4/18/19, 4:13:15 PM] Anastasia: dude I wish
[4/18/19, 4:14:00 PM] +1 (631) 379-9928: Your face was pure excitement as you jumped towards me
[4/18/19, 4:14:34 PM] Anastasia: BECAUSE I WAITED MAD LONG FOR IT
[4/18/19, 4:15:05 PM] +1 (631) 379-9928: Was it everything you wished it would be
[4/18/19, 4:15:11 PM] Anastasia: COURSE
[4/18/19, 4:15:24 PM] +1 (631) 379-9928: Good
Hold onto that
[4/18/19, 4:15:54 PM] +1 (631) 379-9928: It could get better
[4/18/19, 4:15:57 PM] Anastasia: I will forever and always
[4/18/19, 4:18:56 PM] Anastasia: GUESS WHAT
[4/18/19, 4:21:56 PM] Anastasia: So I met this kid through my ex (████) and I posted this picture like who wants to get high
[4/18/19, 4:22:03 PM] Anastasia: And he said scoop me
[4/18/19, 4:24:38 PM] +1 (631) 379-9928: That doesn't make me happy
[4/18/19, 4:25:01 PM] Anastasia: TEALL ME AHY HES AT THE CHRISTMAS TREE STORE AND WE RAN INTO EACH OTHER
[4/18/19, 4:25:37 PM] +1 (631) 379-9928: How was practice
[4/18/19, 4:26:18 PM] +1 (631) 379-9928: And are you getting so fucked up tonihjt you're blowing me off tomorrow ?
[4/18/19, 4:29:20 PM] +1 (631) 379-9928: Annnnd
Did  you lock your feet together or just wrap them around me waist
[4/18/19, 4:30:12 PM] Anastasia: ooof
[4/18/19, 4:30:19 PM] Anastasia: Practice was rough
[4/18/19, 4:35:06 PM] +1 (631) 379-9928: So will tomorrow
[4/18/19, 4:35:28 PM] Anastasia: What
[4/18/19, 4:37:18 PM] +1 (631) 379-9928: Be rough
[4/18/19, 4:37:43 PM] Anastasia: And what did u mean by.. "And are you getting so fucked up tonihjt you're blowing me off tomorrow ?" And what did u mean by "Annnnd
Did  you lock your feet together or just wrap them around me waist"
[4/18/19, 4:37:57 PM] Anastasia: Yes tomorrow will be rough
[4/18/19, 4:38:10 PM] Anastasia: like I don't even wanna go
[4/18/19, 4:38:35 PM] Anastasia: Dude..
[4/18/19, 4:38:57 PM] +1 (631) 379-9928: Your hug
Your legs
Did you lock your  feet together or just squeeze
[4/18/19, 4:39:13 PM] Anastasia: Locked
[4/18/19, 4:40:15 PM] +1 (631) 379-9928: Awesome
[4/18/19, 4:40:19 PM] Anastasia: I have to tell you something that you're not gunna like
[4/18/19, 4:40:25 PM] +1 (631) 379-9928: Ok
[4/18/19, 4:40:33 PM] +1 (631) 379-9928: 1:58
[4/18/19, 4:40:37 PM] Anastasia: yes
[4/18/19, 4:41:07 PM] Anastasia: ████████hit me up
[4/18/19, 4:41:13 PM] Anastasia: ████████
[4/18/19, 4:41:31 PM] +1 (631) 379-9928: For what weed or sex
[4/18/19, 4:41:40 PM] +1 (631) 379-9928: And when
[4/18/19, 4:41:58 PM] Anastasia: he said we should smoke sometime
[4/18/19, 4:42:20 PM] Anastasia: and ██████was like don't do it.. if I say it that's saying something
[4/18/19, 4:42:36 PM] +1 (631) 379-9928: I'm telling you
No
Good
They were at the Ranch last year
[4/18/19, 4:43:01 PM] +1 (631) 379-9928: Please for your sake
[4/18/19, 4:43:11 PM] +1 (631) 379-9928: Good for ████████
[4/18/19, 4:43:18 PM] Anastasia: that's a first for her
[4/18/19, 4:43:24 PM] Anastasia: First time she cared
[4/18/19, 4:43:39 PM] Anastasia: are they really that bad
[4/18/19, 4:44:10 PM] +1 (631) 379-9928: Yes
I'm trying to get them court placed
They were in court this week

Page 128

_chat

[4/18/19, 4:44:17 PM] Anastasia: Oh my
[4/18/19, 4:44:36 PM] Anastasia: "New snap from █████ ▐"
[4/18/19, 4:44:57 PM] +1 (631) 379-9928: █████ or ████
[4/18/19, 4:45:12 PM] Anastasia: ████
[4/18/19, 4:45:26 PM] Anastasia: I just left him on read
[4/18/19, 4:45:48 PM] +1 (631) 379-9928: If he (████) fucks with MY ANASTASIA I'll dead ass lose my job and kill him
[4/18/19, 4:46:06 PM] Anastasia: that means a lot
[4/18/19, 4:46:11 PM] Anastasia: do I block
[4/18/19, 4:46:34 PM] +1 (631) 379-9928: Yes
[4/18/19, 4:46:38 PM] Anastasia: ████ said she will get to him first
[4/18/19, 4:46:45 PM] Anastasia: ████ KNOWS WE TEXT
[4/18/19, 4:46:46 PM] Anastasia: lmaooo
[4/18/19, 4:46:54 PM] +1 (631) 379-9928: You can't have any association with him
[4/18/19, 4:46:57 PM] +1 (631) 379-9928: Wait what
[4/18/19, 4:47:04 PM] Anastasia: <attached: 00005032-PHOTO-2019-04-18-16-46-48.jpg>
[4/18/19, 4:47:22 PM] +1 (631) 379-9928: Explain
[4/18/19, 4:47:32 PM] Anastasia: She was like who's Louis
[4/18/19, 4:47:47 PM] Anastasia: and read we were talking about ████ and said THATS NOT EMAIL
[4/18/19, 4:47:54 PM] Anastasia: THATS FUCKING REGAN
[4/18/19, 4:48:39 PM] Anastasia: And said why do u have him as Louis and I was like well that's his middle name but also so I can hide it
[4/18/19, 4:49:44 PM] +1 (631) 379-9928: Dude
[4/18/19, 4:49:57 PM] Anastasia: Dudeee
[4/18/19, 4:50:47 PM] +1 (631) 379-9928: Problem
[4/18/19, 4:50:58 PM] Anastasia: Meaning
[4/18/19, 4:51:10 PM] +1 (631) 379-9928: Her knowing
[4/18/19, 4:51:12 PM] Anastasia: She won't say anything
[4/18/19, 4:51:35 PM] Anastasia: And I can tell you that because if she had a big mouth I'd probably be in jail
[4/18/19, 4:52:32 PM] Anastasia: And you know a lot more than what you do but that's beside the point
[4/18/19, 4:52:48 PM] Anastasia: we won't get into that
[4/18/19, 4:52:53 PM] +1 (631) 379-9928: ?!
[4/18/19, 4:53:12 PM] +1 (631) 379-9928: I don't understand that last part
[4/18/19, 4:53:21 PM] Anastasia: you don't need to
[4/18/19, 4:53:25 PM] Anastasia: it's nothing important
[4/18/19, 4:54:18 PM] +1 (631) 379-9928: This is not sitting well
[4/18/19, 4:54:25 PM] Anastasia: mmh
[4/18/19, 4:55:05 PM] Anastasia: <attached: 00005053-PHOTO-2019-04-18-16-54-48.jpg>
[4/18/19, 4:55:43 PM] +1 (631) 379-9928: Why did you send me that
[4/18/19, 4:56:40 PM] Anastasia: It's ████, I accidentally pressed send when she took the picture.
[4/18/19, 4:58:36 PM] Anastasia: ████ is trying to send me a dick pic
[4/18/19, 5:00:14 PM] +1 (631) 379-9928: Girl
[4/18/19, 5:00:22 PM] Anastasia: dude
[4/18/19, 5:00:25 PM] +1 (631) 379-9928: The ████ thing has me f'ed up
[4/18/19, 5:00:30 PM] Anastasia: I know
[4/18/19, 5:00:53 PM] Anastasia: She knew
[4/18/19, 5:01:33 PM] +1 (631) 379-9928: Well come up with some thing sonit doesn't seem creepy
[4/18/19, 5:01:46 PM] Anastasia: she doesn't think it is
[4/18/19, 5:01:56 PM] Anastasia: She thinks I need it
[4/18/19, 5:02:18 PM] +1 (631) 379-9928: She says something to the wrong person I'm getting escorted out by security and not the social worker today
[4/18/19, 5:02:39 PM] Anastasia: she·never will
[4/18/19, 5:02:44 PM] Anastasia: especially this extreme
[4/18/19, 5:02:45 PM] +1 (631) 379-9928: That might be a bit dramatic but you get it
[4/18/19, 5:02:54 PM] Anastasia: yes I understand
[4/18/19, 5:02:57 PM] Anastasia: along with her
[4/18/19, 5:03:25 PM] +1 (631) 379-9928: Is she reading now
[4/18/19, 5:03:31 PM] Anastasia: No

_chat
[4/18/19, 5:03:48 PM] +1 (631) 379-9928: And in no way can she know we meet for runs
[4/18/19, 5:03:56 PM] Anastasia: nope
[4/18/19, 5:03:57 PM] +1 (631) 379-9928: Until after June at least
[4/18/19, 5:04:01 PM] Anastasia: Okay
[4/18/19, 5:04:25 PM] Anastasia: SHE TRIED TO READ that and. I was like u can't know this part
[4/18/19, 5:04:43 PM] +1 (631) 379-9928: Or this


Thank god the hug was so good today
It's what getting me through this
[4/18/19, 5:04:58 PM] Anastasia: good
[4/18/19, 5:05:06 PM] Anastasia: you really don't need to stress this
[4/18/19, 5:05:11 PM] Anastasia: but I get why you are
[4/18/19, 5:05:31 PM] +1 (631) 379-9928: Girl
█████
Don't
[4/18/19, 5:05:45 PM] +1 (631) 379-9928: And send nudes
To anyone this week
[4/18/19, 5:05:52 PM] +1 (631) 379-9928: Don't send
[4/18/19, 5:06:02 PM] +1 (631) 379-9928: Don't send nudes
[4/18/19, 5:06:05 PM] Anastasia: I won't
[4/18/19, 5:06:29 PM] +1 (631) 379-9928: Dic pic
What a stupid idea
[4/18/19, 5:07:10 PM] Anastasia: I know right like I'm literally not answering
[4/18/19, 5:14:15 PM] +1 (631) 379-9928: Don't
You can't survive that rabbit hole
[4/18/19, 5:14:54 PM] +1 (631) 379-9928: You're with me 24/7 in school
He knows that
Don't let him use you
[4/18/19, 5:15:51 PM] Anastasia: Definitely not
[4/18/19, 5:16:04 PM] +1 (631) 379-9928: Don't chill with him
[4/18/19, 5:16:24 PM] +1 (631) 379-9928: I'm kinda begging
But don't lie
If you do
[4/18/19, 5:16:32 PM] Anastasia: I won't and you have my word
[4/18/19, 5:17:26 PM] +1 (631) 379-9928: So now deep shit

What makes him think he can send you that?
Is that how you want to be known?

That's not the girl who flew into my arms today!!!!!
[4/18/19, 5:18:27 PM] +1 (631) 379-9928: Annnnnnnd
I know you were impressed with my ability to catch you
[4/18/19, 5:19:14 PM] Anastasia: He's not getting any hints that I really don't want
to see his dick. I don't want to be known like that!! I'm very impressed you caught
me
[4/18/19, 5:19:27 PM] Anastasia: not every 50 year old can do that
[4/18/19, 5:19:55 PM] +1 (631) 379-9928: You can feel what's under the shirt
I'm no joke
[4/18/19, 5:19:58 PM] +1 (631) 379-9928: Ha
[4/18/19, 5:20:07 PM] Anastasia: All muscles
[4/18/19, 5:20:22 PM] Anastasia: for the most part :)
[4/18/19, 5:20:50 PM] +1 (631) 379-9928: I live what I preach
No hypocrite here
[4/18/19, 5:21:00 PM] Anastasia: nope
[4/18/19, 5:21:35 PM] +1 (631) 379-9928: How high are you
[4/18/19, 5:21:40 PM] Anastasia: very
[4/18/19, 5:21:53 PM] +1 (631) 379-9928: Juul or weed
[4/18/19, 5:21:59 PM] Anastasia: juul
[4/18/19, 5:22:01 PM] Anastasia: head high
[4/18/19, 5:22:14 PM] Anastasia: like I look drunk I literally can't walk in a
straight line

```
                                        _chat
[4/18/19, 5:22:26 PM] +1 (631) 379-9928: F
[4/18/19, 5:22:50 PM] Anastasia: hella messed up
[4/18/19, 5:22:57 PM] +1 (631) 379-9928: I want at least two clean days a week when
we get back from break
That's no juul or weed
[4/18/19, 5:23:17 PM] Anastasia: I can do that
[4/18/19, 5:23:25 PM] +1 (631) 379-9928: You have practice this week
[4/18/19, 5:23:27 PM] +1 (631) 379-9928: I know
[4/18/19, 5:23:36 PM] Anastasia: I do dad
[4/18/19, 5:23:44 PM] Anastasia: Tuesday and Thursday 10-12
[4/18/19, 5:23:57 PM] +1 (631) 379-9928: Ya that was kinda dad mode
[4/18/19, 5:24:05 PM] +1 (631) 379-9928: I think I get a pass
[4/18/19, 5:24:08 PM] Anastasia: missed that a little
[4/18/19, 5:24:27 PM] Anastasia: some lady asked if i was okay my legs are literally
out of control
[4/18/19, 5:24:38 PM] +1 (631) 379-9928: Told you
I won't lie to you and I'll do what I say
[4/18/19, 5:25:12 PM] Anastasia: I can take it
[4/18/19, 5:25:32 PM] +1 (631) 379-9928: Where r u
[4/18/19, 5:25:44 PM] Anastasia: ████'s job
[4/18/19, 5:27:12 PM] +1 (631) 379-9928: Are bailing on me tomorrow
[4/18/19, 5:27:16 PM] +1 (631) 379-9928: You
[4/18/19, 5:27:19 PM] Anastasia: Low key
[4/18/19, 5:28:25 PM] +1 (631) 379-9928: I'll send you some thing in the am
If I don't see blue checks by 7ish I'll assume you're out
[4/18/19, 5:28:38 PM] +1 (631) 379-9928: If not 7:30 at the pizza place
[4/18/19, 5:29:40 PM] +1 (631) 379-9928: Deal
[4/18/19, 5:30:03 PM] +1 (631) 379-9928: gonna jet
████ wants to shoot hoops
[4/18/19, 5:30:11 PM] Anastasia: sounds good
[4/18/19, 5:30:24 PM] Anastasia: Aw have fun! Tell ████ I miss him
[4/18/19, 5:30:40 PM] +1 (631) 379-9928: The hug was amazing
[4/18/19, 5:31:34 PM] Anastasia: Dude I love our hugs
[4/18/19, 7:10:00 PM] Anastasia: I have never met so many kids who wanna get in my
bed better yet my pants
[4/18/19, 7:16:09 PM] +1 (631) 379-9928: Guys?
Girls?
Both
[4/18/19, 7:16:16 PM] +1 (631) 379-9928: Respect yourself
[4/18/19, 7:16:31 PM] +1 (631) 379-9928: You're wearing shorts
[4/18/19, 7:21:08 PM] +1 (631) 379-9928: And
It's a gift and a curse

I know
[4/18/19, 7:57:46 PM] Anastasia: It really is.. no guys
[4/19/19, 6:06:34 AM] +1 (631) 379-9928: After and long run on the beach and a swim
in the ocean, they rinse off in the outdoor shower and head up stairs.
Once inside the bedroom she rips off her wet clothes turns and jumps into his arms.
Her bare chest pressing against his her legs locked around his waist. The warmth
grows.
He throws her onto the bed and gazes at her beauty. And as the mid morning sun fills
the room magnificence ensues as they explore each others body for hours.
[4/19/19, 6:06:52 AM] +1 (631) 379-9928: Good Morning
[4/19/19, 6:09:19 AM] +1 (631) 379-9928: You up
[4/19/19, 7:33:26 AM] +1 (631) 379-9928: I'm sad that we missed out on 2 hours of
chill time with no interruptions, no knocks on the office door no cell phones
nothing.
:((((

I hope you're ok. I'm worried for you this week. I truly care about your well being.
[4/19/19, 7:35:06 AM] +1 (631) 379-9928: I'm kinda concerned about ████ knowing we
text.
If it is important to you let her know that. And let her know if the wrong people
```

Page 131

_chat

find out it would be over in a flash.
You said she said it was good and you needed it make sure she means it.
[4/19/19, 7:39:19 AM] +1 (631) 379-9928: Off to run ALONE
[4/19/19, 9:29:14 AM] +1 (631) 379-9928: Ran 9.7
Get up and snatch█████ to the wild life today
It's gonna be a mess tomorrow
[4/19/19, 9:29:44 AM] +1 (631) 379-9928: :((
[4/19/19, 11:04:35 AM] +1 (631) 379-9928: It's 11am
Do you know where your BFF is?
I don't
[4/19/19, 11:33:49 AM] +1 (631) 379-9928: Girl
You're either avoiding me
Or
Legit not awake yet.

If you're not awake kewl, I doubt it.

You've told me your plans, you came very clean to me about your habits, which I know
was hard for you.
We have no secrets or need to hide.

 I Expect to hear from you daily (I'll explain later what I really expect ).
We owe it to each other. We've come to far, you know this.

I've sent you a lot this morning so I'm out until I hear from you.
[4/19/19, 11:34:05 AM] +1 (631) 379-9928: Ya dig
[4/19/19, 3:04:09 PM] Anastasia: So I'm alive.. dude I want that morning message to
come true.. yk me. I'm genuinely not okay.
[4/19/19, 3:44:48 PM] Anastasia: I hate that█████ knows we text. Beside all this I
miss you
[4/19/19, 3:55:35 PM] +1 (631) 379-9928: I'm sure you figured it out
But
I wrote that with us in mind
Does that bother you
[4/19/19, 3:56:26 PM] Anastasia: Nopeee
[4/19/19, 3:56:33 PM] +1 (631) 379-9928: :))
[4/19/19, 3:56:46 PM] +1 (631) 379-9928: Sooooo what f happened last night
[4/19/19, 3:57:09 PM] Anastasia: I got sick
[4/19/19, 3:57:17 PM] +1 (631) 379-9928: I'm listening
[4/19/19, 3:57:29 PM] +1 (631) 379-9928: Not mad
Concerned
[4/19/19, 3:58:07 PM] Anastasia: I'm chillin with█████and I'm getting messed up
like always and I'm like I gotta go.. I'll uh text u later and she's like cool cool
text me if u wanna chill and I'm like okay
[4/19/19, 3:58:16 PM] Anastasia: So I leave on my way to see my ex
[4/19/19, 3:58:28 PM] +1 (631) 379-9928: Ex who
[4/19/19, 3:58:29 PM] Anastasia: because he has more hook ups then me
[4/19/19, 3:58:31 PM] Anastasia:█████
[4/19/19, 3:58:42 PM] +1 (631) 379-9928: 🫠
[4/19/19, 3:59:08 PM] Anastasia: I got soo messed up with him I needed to go home
[4/19/19, 3:59:18 PM] +1 (631) 379-9928: But you didn't
[4/19/19, 3:59:19 PM] Anastasia: and yk me a party animal
[4/19/19, 3:59:24 PM] Anastasia: I did
[4/19/19, 3:59:36 PM] Anastasia: so I'm on my way home messed up and I pass my
parents
[4/19/19, 3:59:55 PM] Anastasia: I was like lmaooo the odds are in their favor
[4/19/19, 4:00:01 PM] +1 (631) 379-9928: Did you have sex with him
[4/19/19, 4:00:04 PM] Anastasia: No
[4/19/19, 4:00:14 PM] +1 (631) 379-9928: Thats One good thing
[4/19/19, 4:00:27 PM] Anastasia: because while I was with him the only person I
became horny for was█████
[4/19/19, 4:00:42 PM] +1 (631) 379-9928: And
[4/19/19, 4:00:45 PM] +1 (631) 379-9928: What next

_chat

[4/19/19, 4:00:49 PM] Anastasia: I should've texted him
[4/19/19, 4:00:54 PM] Anastasia: but I went home
[4/19/19, 4:01:01 PM] +1 (631) 379-9928: Drunk
[4/19/19, 4:01:07 PM] Anastasia: and passed out till like an hour ago
[4/19/19, 4:01:12 PM] +1 (631) 379-9928: No you shouldn't have texted him
[4/19/19, 4:01:20 PM] Anastasia: Nah i don't drink and drive
[4/19/19, 4:01:30 PM] +1 (631) 379-9928: Ok
Good I guess
[4/19/19, 4:01:34 PM] +1 (631) 379-9928: Pills
[4/19/19, 4:01:43 PM] Anastasia: I couldn't even tell u
[4/19/19, 4:01:54 PM] +1 (631) 379-9928: :((
[4/19/19, 4:02:04 PM] Anastasia: I felt like I was in Mexico with all the drugs on
him
[4/19/19, 4:02:38 PM] +1 (631) 379-9928: Well you missed me shirtless on the run
Our loss
[4/19/19, 4:02:47 PM] +1 (631) 379-9928: Your
[4/19/19, 4:02:53 PM] Anastasia: really is
[4/19/19, 4:03:01 PM] Anastasia: would've been a sight to see
[4/19/19, 4:03:35 PM] +1 (631) 379-9928: Yes if I say so myself
[4/19/19, 4:03:54 PM] Anastasia: Mmh
[4/19/19, 4:04:35 PM] +1 (631) 379-9928: Girl you kicked off at 14
You need to dial it back to like a 6
[4/19/19, 4:04:41 PM] +1 (631) 379-9928: I'm very worried for you
[4/19/19, 4:04:57 PM] +1 (631) 379-9928: Kinda pissed we didn't run
But more worried for you
[4/19/19, 4:05:10 PM] Anastasia: honestly regan..
[4/19/19, 4:05:17 PM] +1 (631) 379-9928: Yes
[4/19/19, 4:05:34 PM] Anastasia: I've never felt so lost but so present at the same
time
[4/19/19, 4:05:57 PM] +1 (631) 379-9928: You can't keep this up
[4/19/19, 4:06:15 PM] +1 (631) 379-9928: You're going get to get in a spot that's
not good
[4/19/19, 4:06:21 PM] Anastasia: I really am at a fucking 14
[4/19/19, 4:06:32 PM] +1 (631) 379-9928: Come back a bit
[4/19/19, 4:06:37 PM] Anastasia: I can't
[4/19/19, 4:06:41 PM] +1 (631) 379-9928: Did you puke last night
[4/19/19, 4:06:55 PM] Anastasia: I remember ending up in the bathroom naked
[4/19/19, 4:07:10 PM] +1 (631) 379-9928: Your bathroom I hope
[4/19/19, 4:07:12 PM] Anastasia: I don't really know why I was naked but I was
[4/19/19, 4:07:13 PM] Anastasia: yes
[4/19/19, 4:07:44 PM] +1 (631) 379-9928: You probably tried to start masturbating
and felt sick
[4/19/19, 4:08:01 PM] Anastasia: bruh I really need some sex right about now
[4/19/19, 4:08:28 PM] Anastasia: some physical contact dude
[4/19/19, 4:08:54 PM] +1 (631) 379-9928: Take care of yourself
You don't need meaningless sex with someone who doesn't give a shit about you and
will just brag that he nailed you
[4/19/19, 4:09:07 PM] Anastasia: your right
[4/19/19, 4:09:38 PM] +1 (631) 379-9928: Honestly
[4/19/19, 4:09:51 PM] +1 (631) 379-9928: You know how many 1 night stands I've had?
[4/19/19, 4:10:11 PM] Anastasia: YOU SAID U WERENT A 1night stand type of guy
[4/19/19, 4:10:16 PM] +1 (631) 379-9928: 1
And it was worthless
[4/19/19, 4:10:21 PM] Anastasia: ahhh
[4/19/19, 4:10:23 PM] +1 (631) 379-9928: I'm not
[4/19/19, 4:10:25 PM] Anastasia: There we go
[4/19/19, 4:10:49 PM] +1 (631) 379-9928: No good comes of it
[4/19/19, 4:11:04 PM] Anastasia: You're telling me hun
[4/19/19, 4:11:29 PM] +1 (631) 379-9928: So put your drive in check
[4/19/19, 4:11:52 PM] Anastasia: I have been
[4/19/19, 4:12:27 PM] Anastasia: hence why I didn't have sex with my ex
[4/19/19, 4:12:45 PM] +1 (631) 379-9928: Because you know
If you're that messed up

_chat
You won't know if he's using protection until way after
[4/19/19, 4:13:00 PM] +1 (631) 379-9928: I need a promise for you
[4/19/19, 4:13:22 PM] Anastasia: What's up
[4/19/19, 4:13:52 PM] +1 (631) 379-9928: I need to hear from you everyday
[4/19/19, 4:14:37 PM] Anastasia: you got it
[4/19/19, 4:15:03 PM] +1 (631) 379-9928: I have to get thenkids ready for gymnastics
[4/19/19, 4:15:25 PM] +1 (631) 379-9928: Will be on around 5:30
[4/19/19, 4:15:35 PM] Anastasia: sounds good
[4/19/19, 4:15:36 PM] +1 (631) 379-9928: Can we finish talking
[4/19/19, 4:15:39 PM] +1 (631) 379-9928: Then
[4/19/19, 4:15:43 PM] Anastasia: Yes
[4/19/19, 4:15:53 PM] Anastasia: I'll set my alarm in case I fall asleep
[4/19/19, 4:15:59 PM] Anastasia: gotchu
[4/19/19, 4:16:08 PM] +1 (631) 379-9928: Use today morning msg to pleasure yourself
in the meantime
[4/19/19, 4:16:24 PM] Anastasia: Ahhhhhh Okayy
[4/19/19, 4:16:40 PM] +1 (631) 379-9928: Cath you in a bit


I miss you
[4/19/19, 4:16:52 PM] Anastasia: Okay and I miss you more
[4/19/19, 5:22:24 PM] +1 (631) 379-9928: Just like the 80s films
We'll hook up in my back seat while my best friend drives

As long as it isn't ████
LOL
[4/19/19, 5:24:19 PM] Anastasia: LOL
[4/19/19, 5:29:13 PM] +1 (631) 379-9928: Thought you could use a laugh
[4/19/19, 5:31:06 PM] Anastasia: yeah due
[4/19/19, 5:31:07 PM] Anastasia: Dude
[4/19/19, 5:32:09 PM] +1 (631) 379-9928: Driving give me a few
[4/19/19, 5:32:27 PM] Anastasia: Ok
[4/19/19, 5:40:23 PM] +1 (631) 379-9928: I'm yours until 7
If you'll have me
[4/19/19, 5:41:18 PM] +1 (631) 379-9928: Send me a smile
[4/19/19, 5:41:49 PM] Anastasia: Gotcha and mm no I'm honestly ratchet right now
[4/19/19, 5:42:00 PM] +1 (631) 379-9928: I don't care
[4/19/19, 5:42:24 PM] Anastasia: uhm I do
[4/19/19, 5:42:41 PM] +1 (631) 379-9928: So now with a level head you're not happy
████████ knows
[4/19/19, 5:43:05 PM] +1 (631) 379-9928: You still in bed
[4/19/19, 5:43:23 PM] Anastasia: I'm not and yes
[4/19/19, 5:43:33 PM] Anastasia: Yk me and being in bed
[4/19/19, 5:43:40 PM] +1 (631) 379-9928: Will she make an issue
[4/19/19, 5:43:46 PM] Anastasia: tons of excitement here
[4/19/19, 5:43:47 PM] +1 (631) 379-9928: Think clearly
[4/19/19, 5:43:51 PM] Anastasia: no
[4/19/19, 5:44:07 PM] +1 (631) 379-9928: Tons of excitement in your bed
[4/19/19, 5:44:10 PM] +1 (631) 379-9928: ??
[4/19/19, 5:44:19 PM] Anastasia: I just have that weird trusting vibe with this she
wouldn't say anything
[4/19/19, 5:44:23 PM] Anastasia: and yes
[4/19/19, 5:44:37 PM] +1 (631) 379-9928: Ok if you think so
[4/19/19, 5:44:46 PM] +1 (631) 379-9928: What's going on in your bed
[4/19/19, 5:44:55 PM] Anastasia: mmh you know
[4/19/19, 5:44:58 PM] Anastasia: the usual
[4/19/19, 5:45:06 PM] +1 (631) 379-9928: You alone
[4/19/19, 5:45:18 PM] Anastasia: for once
[4/19/19, 5:45:23 PM] +1 (631) 379-9928: Ha
[4/19/19, 5:45:37 PM] Anastasia: glad that made u laugh
[4/19/19, 5:46:02 PM] +1 (631) 379-9928: So take today's message up a notch
Or did I hit the limit
[4/19/19, 5:46:13 PM] Anastasia: Shot me up 4 notches
[4/19/19, 5:46:40 PM] +1 (631) 379-9928: A little at a time

_chat

That's the key
Tease it out build it up
[4/19/19, 5:47:19 PM] +1 (631) 379-9928: If I ditched you like you ditched me this
morning
How would you feel?
[4/19/19, 5:47:53 PM] Anastasia: You really do tease
[4/19/19, 5:48:18 PM] +1 (631) 379-9928: Oh wait til tomorrow's msg
[4/19/19, 5:48:35 PM] Anastasia: you knew I was gunna cancel but I'd be at a
whatever mood because I'm used to it
[4/19/19, 5:49:07 PM] Anastasia: ███████ telling me how she got suspended for a day
and I'm low key not even listening and she keeps talking
[4/19/19, 5:49:32 PM] Anastasia: I can't wait for Tomorrow's message
[4/19/19, 5:49:44 PM] +1 (631) 379-9928: Well guess what
I do t roll like that
So you don't need to expect that from me
Figure that out yet??
[4/19/19, 5:49:48 PM] +1 (631) 379-9928: ██████???
[4/19/19, 5:49:58 PM] Anastasia: ██████
[4/19/19, 5:50:02 PM] +1 (631) 379-9928: Oh
[4/19/19, 5:50:24 PM] +1 (631) 379-9928: Tomorrow's might get you wet
:o
[4/19/19, 5:50:30 PM] +1 (631) 379-9928: Ya I said it
[4/19/19, 5:50:47 PM] Anastasia: Wouldn't be the first time
[4/19/19, 5:50:51 PM] Anastasia: Ya I said it
[4/19/19, 5:51:03 PM] +1 (631) 379-9928: Gottchu
[4/19/19, 5:51:08 PM] Anastasia: Ahhhhhh
[4/19/19, 5:51:34 PM] +1 (631) 379-9928: I'm still feeling the best hug ever
:)
[4/19/19, 5:52:15 PM] Anastasia: ██████ tried to get me out of bed
[4/19/19, 5:52:21 PM] Anastasia: IM LITERALLY HALF NAKED
[4/19/19, 5:52:38 PM] Anastasia: me too I need that hug forever
[4/19/19, 5:52:42 PM] +1 (631) 379-9928: No wonder you didn't send a smile
[4/19/19, 5:52:48 PM] Anastasia: LMAOOO
[4/19/19, 5:52:59 PM] +1 (631) 379-9928: Take your meds
Doubt you took them last night
[4/19/19, 5:53:15 PM] +1 (631) 379-9928: Are taking tonight off?
Or going out
[4/19/19, 5:53:18 PM] Anastasia: LMAOOO U RIGHT
[4/19/19, 5:53:27 PM] Anastasia: tonight I'm taking off
[4/19/19, 5:53:36 PM] +1 (631) 379-9928: Prob a good idea
[4/19/19, 5:53:42 PM] Anastasia: ohh yes
[4/19/19, 5:54:21 PM] +1 (631) 379-9928: I want time with you tomorrow morning so
don't F'ing sleep til noon
As of now
I'm available all morning
[4/19/19, 5:54:30 PM] Anastasia: I was low key on a small low and u ripppppeeeddd me
right out
[4/19/19, 5:54:42 PM] Anastasia: gotchu
[4/19/19, 5:54:56 PM] +1 (631) 379-9928: You're feeling bad about last night
[4/19/19, 5:55:07 PM] Anastasia: not really
[4/19/19, 5:55:17 PM] +1 (631) 379-9928: Why the low
[4/19/19, 5:55:20 PM] Anastasia: sad bitch hours
[4/19/19, 5:55:47 PM] +1 (631) 379-9928: Were you sent a dic pic by ass face
[4/19/19, 5:56:07 PM] Anastasia: wait what
[4/19/19, 5:56:26 PM] +1 (631) 379-9928: The dic pic that asshole was trying to send
you last night
[4/19/19, 5:56:42 PM] Anastasia: HE LITERALLY TEXT NE THIS MORNIBG
[4/19/19, 5:56:49 PM] Anastasia: I WOKE UP TO 76 messages
[4/19/19, 5:56:56 PM] +1 (631) 379-9928: I'm sure
[4/19/19, 5:57:11 PM] +1 (631) 379-9928: Why is he sniffing so hard?
[4/19/19, 5:57:31 PM] Anastasia: because he's lonely and thinks I'm easy when I'm

_chat

not
[4/19/19, 5:58:06 PM] +1 (631) 379-9928: He needs to know the NOT part
And firmly from you
[4/19/19, 5:58:35 PM] Anastasia: Yes
[4/19/19, 5:58:38 PM] +1 (631) 379-9928: He thinks because he has drugs you'll fuck
him
[4/19/19, 5:58:43 PM] Anastasia: LITERALLY
[4/19/19, 5:58:50 PM] +1 (631) 379-9928: Girls that do drugs are easy
[4/19/19, 5:58:51 PM] Anastasia: as if I'm not my own drug dealer
[4/19/19, 5:58:55 PM] Anastasia: oof
[4/19/19, 5:59:01 PM] Anastasia: that hit home br
[4/19/19, 5:59:06 PM] +1 (631) 379-9928: Or so they think
[4/19/19, 5:59:13 PM] Anastasia: Good cover
[4/19/19, 5:59:31 PM] +1 (631) 379-9928: It was broken up for effect
[4/19/19, 5:59:55 PM] Anastasia: Gotchha
[4/19/19, 6:00:14 PM] +1 (631) 379-9928: Ok promise 1
You check in with me every day
I spend most of my time in fla on the beach with out my phone
[4/19/19, 6:00:35 PM] +1 (631) 379-9928: But I'll send you something in the am
Maybe racy maybe not
[4/19/19, 6:00:42 PM] Anastasia: And I spend majority of my time phone-less too
[4/19/19, 6:00:50 PM] Anastasia: tease
[4/19/19, 6:00:52 PM] +1 (631) 379-9928: That's bs
[4/19/19, 6:00:57 PM] Anastasia: lmaooo
[4/19/19, 6:01:15 PM] Anastasia: nah when I'm legit busy I don't drag my phone with
me which is dangerous
[4/19/19, 6:01:26 PM] +1 (631) 379-9928: Not sure will be able to chat but I want to
hear from you
[4/19/19, 6:01:27 PM] Anastasia: like I'll wake up and my phone is in a whole other
town
[4/19/19, 6:01:37 PM] Anastasia: you will sooner or later
[4/19/19, 6:02:01 PM] +1 (631) 379-9928: No every day
Promise #2
[4/19/19, 6:02:14 PM] Anastasia: what's home up homie
[4/19/19, 6:02:30 PM] +1 (631) 379-9928: You tell me everything
[4/19/19, 6:02:41 PM] Anastasia: deal
[4/19/19, 6:02:54 PM] +1 (631) 379-9928: Do you know why I want #2
[4/19/19, 6:03:12 PM] Anastasia: Other than because you act like my dad not really
[4/19/19, 6:04:28 PM] +1 (631) 379-9928: Two fold
If you actually read what you did you might pull back
And
You'll tell me the stuff I don't want to hear
So maybe yo won't do them because I'll be in the back of your head
[4/19/19, 6:04:42 PM] +1 (631) 379-9928: Not dad mode

Conscious mode
[4/19/19, 6:04:52 PM] Anastasia: you're always on my mind
[4/19/19, 6:05:00 PM] +1 (631) 379-9928: Like wise
[4/19/19, 6:05:22 PM] Anastasia: Fucking aggravating but you know it's out of love
[4/19/19, 6:05:37 PM] +1 (631) 379-9928: Yes
[4/19/19, 6:05:53 PM] +1 (631) 379-9928: You have to see i want the best for you
[4/19/19, 6:06:02 PM] Anastasia: I know u do
[4/19/19, 6:06:16 PM] Anastasia: If it wasn't for u these past few months
[4/19/19, 6:06:36 PM] Anastasia: I'd either be dead in jail or not graduating
[4/19/19, 6:06:45 PM] +1 (631) 379-9928: I still feel like I'm failing you
[4/19/19, 6:06:52 PM] Anastasia: Not at all
[4/19/19, 6:07:19 PM] Anastasia: You got me 90% out of depression
[4/19/19, 6:07:35 PM] +1 (631) 379-9928: Last 10% is the hardest
[4/19/19, 6:07:56 PM] Anastasia: You just gotta understand this is spring break and
I'm just having fun until Monday of school
[4/19/19, 6:08:15 PM] +1 (631) 379-9928: I know
And then we make our plan
[4/19/19, 6:08:21 PM] +1 (631) 379-9928: Ya dig

Page 136

```
                                   _chat
[4/19/19, 6:08:25 PM] Anastasia: yes
[4/19/19, 6:09:10 PM] +1 (631) 379-9928: And if I'm being honest
I never expected the sexual tension between us but it adds a flare
[4/19/19, 6:09:38 PM] Anastasia: I love it
[4/19/19, 6:10:12 PM] +1 (631) 379-9928: Need to know if never sits well
[4/19/19, 6:10:16 PM] +1 (631) 379-9928: If it
[4/19/19, 6:10:31 PM] Anastasia: I don't it ever will but I gotchu
[4/19/19, 6:11:02 PM] +1 (631) 379-9928: :))
[4/19/19, 6:11:19 PM] Anastasia: I meant doubt but you get the point
[4/19/19, 6:11:27 PM] +1 (631) 379-9928: Sooooooo
Half naked top or bottom
[4/19/19, 6:11:31 PM] Anastasia: MMH
[4/19/19, 6:11:39 PM] +1 (631) 379-9928: Ha
[4/19/19, 6:11:40 PM] Anastasia: tbd
[4/19/19, 6:12:08 PM] +1 (631) 379-9928: You said you were half naked
I was joking on that
[4/19/19, 6:12:17 PM] Anastasia: mmh I bet
[4/19/19, 6:12:57 PM] +1 (631) 379-9928: Feeling better
[4/19/19, 6:13:07 PM] Anastasia: sooo much
[4/19/19, 6:13:40 PM] +1 (631) 379-9928: I really wish I could just snatch you until
you don't want drugs anymore
[4/19/19, 6:13:55 PM] Anastasia: I wish for that too
[4/19/19, 6:14:00 PM] +1 (631) 379-9928: Run the shit out of you and do crazy
workouts
[4/19/19, 6:14:32 PM] Anastasia: Yess
[4/19/19, 6:15:31 PM] Anastasia: 13 reasons why TRIGGERSSS the fuck out of me
[4/19/19, 6:15:45 PM] +1 (631) 379-9928: Why do you think I told to stop
[4/19/19, 6:16:02 PM] +1 (631) 379-9928: All the mental health professionals went
nuts when that came out
[4/19/19, 6:16:14 PM] +1 (631) 379-9928: Watch porn
Or criminal minds
[4/19/19, 6:16:35 PM] Anastasia: I get why now it's fucking STOOPID
[4/19/19, 6:16:42 PM] Anastasia: been there done that
[4/19/19, 6:17:04 PM] +1 (631) 379-9928: Ha
[4/19/19, 6:17:09 PM] Anastasia: mmh :)
[4/19/19, 6:18:01 PM] Anastasia: So what are you doing
[4/19/19, 6:18:27 PM] Anastasia: oooh chillin at gymnastics being a mom
[4/19/19, 6:18:27 PM] +1 (631) 379-9928: Sitting at gymnastics wahtcing the kids
Wifey stayed home
[4/19/19, 6:18:33 PM] Anastasia: lmaooo
[4/19/19, 6:18:50 PM] +1 (631) 379-9928: I missed the last two felt bad
[4/19/19, 6:18:57 PM] Anastasia: aw
[4/19/19, 6:19:09 PM] +1 (631) 379-9928: It's the one thing he loves
[4/19/19, 6:19:21 PM] Anastasia: Soo cute
[4/19/19, 6:19:21 PM] +1 (631) 379-9928: I'll show you videos of him
Pretty cool
[4/19/19, 6:19:28 PM] Anastasia: can't wait
[4/19/19, 6:19:32 PM] +1 (631) 379-9928: He does the Ninja clad
[4/19/19, 6:19:55 PM] +1 (631) 379-9928: You really missed a good run
[4/19/19, 6:20:09 PM] +1 (631) 379-9928: The sun came out as I ran past the water
[4/19/19, 6:20:20 PM] +1 (631) 379-9928: Like would have been perfect to stop and
chill for a sex with you
[4/19/19, 6:20:34 PM] +1 (631) 379-9928: Sec
[4/19/19, 6:20:37 PM] +1 (631) 379-9928: Bad typo
[4/19/19, 6:20:39 PM] Anastasia: LMAOO
[4/19/19, 6:20:55 PM] Anastasia: gooooooood one genius
[4/19/19, 6:21:09 PM] +1 (631) 379-9928: I'm laugking out loud
Two people just looked at me
[4/19/19, 6:21:20 PM] Anastasia: LMAOO THAT WAS SO FUNNY
[4/19/19, 6:21:30 PM] +1 (631) 379-9928: The x and the c are right next to each
other
[4/19/19, 6:21:43 PM] Anastasia: Uhhuh?
[4/19/19, 6:22:04 PM] +1 (631) 379-9928: Saw it as I hit send
```

_chat
LOL
[4/19/19, 6:22:21 PM] +1 (631) 379-9928: And this is why people can't know we text
[4/19/19, 6:22:29 PM] Anastasia: LITERALLY
[4/19/19, 6:23:03 PM] +1 (631) 379-9928: What are your plans for tomorrow ?
[4/19/19, 6:23:15 PM] Anastasia: I'm legit balling right now hold up
[4/19/19, 6:23:34 PM] +1 (631) 379-9928: K
[4/19/19, 6:24:01 PM] Anastasia: HANNAH BAKER KILLED HERSELF
[4/19/19, 6:24:13 PM] Anastasia: and I just watched it
[4/19/19, 6:24:18 PM] +1 (631) 379-9928: What
[4/19/19, 6:24:55 PM] Anastasia: 13 reasons why
[4/19/19, 6:25:07 PM] +1 (631) 379-9928: Dude
[4/19/19, 6:25:44 PM] +1 (631) 379-9928: I'm like scrambling through my head "is that an RHS student? Was it on FB?"
[4/19/19, 6:26:00 PM] Anastasia: OKAY SO OOO
[4/19/19, 6:26:19 PM] Anastasia: 13 reasons why Is a Netflix show
[4/19/19, 6:26:25 PM] +1 (631) 379-9928: I know
[4/19/19, 6:26:48 PM] Anastasia: Hannah Baker is the girl who killed her self
[4/19/19, 6:26:59 PM] +1 (631) 379-9928: I put that together
[4/19/19, 6:27:08 PM] +1 (631) 379-9928: Stop watching that shit
[4/19/19, 6:27:21 PM] Anastasia: In the show at the end you watch her little slit her wrist
[4/19/19, 6:27:46 PM] +1 (631) 379-9928: Grrrrrrrr
[4/19/19, 6:28:18 PM] Anastasia: It's hot as balls outside what in the world
[4/19/19, 6:28:28 PM] +1 (631) 379-9928: Ok quasi promise #3
[4/19/19, 6:28:37 PM] Anastasia: Whatsup
[4/19/19, 6:28:48 PM] +1 (631) 379-9928: Don't be easy
[4/19/19, 6:29:19 PM] +1 (631) 379-9928: Don't be what they think you are which is why they keep trying to send dic pics
[4/19/19, 6:29:45 PM] +1 (631) 379-9928: How hard will that be
[4/19/19, 6:30:03 PM] Anastasia: Not hard
[4/19/19, 6:30:13 PM] +1 (631) 379-9928: GOOD
[4/19/19, 6:31:02 PM] Anastasia: Yuh
[4/19/19, 6:31:41 PM] +1 (631) 379-9928: good girl
[4/19/19, 6:31:51 PM] +1 (631) 379-9928: Respect yourself if nothing else
[4/19/19, 6:31:59 PM] Anastasia: Gotchu
[4/19/19, 6:32:08 PM] +1 (631) 379-9928: And I doubt you'll want to tell me about a random hook
[4/19/19, 6:32:20 PM] +1 (631) 379-9928: Right
[4/19/19, 6:32:59 PM] +1 (631) 379-9928: Wait did you say ████ was suspended for her current school
[4/19/19, 6:33:57 PM] Anastasia: Yes and wut
[4/19/19, 6:34:29 PM] +1 (631) 379-9928: Before you said ████ was talkig and you weren't listening
[4/19/19, 6:34:41 PM] +1 (631) 379-9928: Don't worry about it
[4/19/19, 6:35:09 PM] Anastasia: Na tell hoe
[4/19/19, 6:35:13 PM] Anastasia: My bad but tell me
[4/19/19, 6:35:42 PM] Anastasia: Yeah ████ just talked about how she was talking about gangs as I stopped listening to it bc it's bs
[4/19/19, 6:36:13 PM] +1 (631) 379-9928: Oh
Ya she's in a gang
[4/19/19, 6:37:12 PM] Anastasia: The Russian gang
[4/19/19, 6:37:23 PM] +1 (631) 379-9928: They'd kick her out
[4/19/19, 6:37:45 PM] Anastasia: LMAOO
[4/19/19, 6:38:09 PM] +1 (631) 379-9928: What was ████ 's reaction when she found out
[4/19/19, 6:38:31 PM] Anastasia: She was weak the whole time
[4/19/19, 6:38:47 PM] +1 (631) 379-9928: Prob shouldn't text me around her
And down play when she asks
[4/19/19, 6:39:07 PM] Anastasia: That was my first thought this morning
[4/19/19, 6:39:13 PM] +1 (631) 379-9928: Or am I overthinking it
[4/19/19, 6:39:19 PM] Anastasia: I was like I'm just gunna say we don't text anymore
[4/19/19, 6:39:21 PM] Anastasia: Nahh
[4/19/19, 6:39:27 PM] Anastasia: I used to want to tell people
Page 138

_chat

[4/19/19, 6:39:44 PM] Anastasia: but now that she knows I know exactly why I kept you a secret
[4/19/19, 6:40:06 PM] +1 (631) 379-9928: Smart girl
[4/19/19, 6:40:30 PM] +1 (631) 379-9928: I want to be there for you and we don't need issues
[4/19/19, 6:40:36 PM] Anastasia: we don't
[4/19/19, 6:41:09 PM] +1 (631) 379-9928: Because as much as I feel like I'm still failing you
I know I'm helping a little
[4/19/19, 6:41:24 PM] Anastasia: you're helping me tremendously
[4/19/19, 6:41:37 PM] Anastasia: It's all the little things you do maybe yo don't realize that help
[4/19/19, 6:41:37 PM] +1 (631) 379-9928: Thanks
[4/19/19, 6:42:21 PM] +1 (631) 379-9928: I try to make you smile and be a voice of reason
[4/19/19, 6:42:29 PM] +1 (631) 379-9928: Non dad mode
[4/19/19, 6:42:34 PM] Anastasia: and you it well
[4/19/19, 6:43:18 PM] +1 (631) 379-9928: I feel like you coming clean last week put us on a different level
A better one
[4/19/19, 6:43:34 PM] Anastasia: it was something I needed to do
[4/19/19, 6:43:52 PM] Anastasia: I agree
[4/19/19, 6:44:16 PM] +1 (631) 379-9928: I'm still smiling about the look of excitement on your face when you jumped into my arms
Priceless
I need to see it again
[4/19/19, 6:44:36 PM] Anastasia: you don't understand how Long I've waited for that
[4/19/19, 6:45:04 PM] +1 (631) 379-9928: How funny would it have new if just collapsed backwards
[4/19/19, 6:45:24 PM] Anastasia: I would've died
[4/19/19, 6:45:41 PM] Anastasia: and said "is that a fat joke" and just kept laughing
[4/19/19, 6:45:55 PM] +1 (631) 379-9928: You sitting on top of me both of us laughing
[4/19/19, 6:46:06 PM] +1 (631) 379-9928: And someone busts in
[4/19/19, 6:46:18 PM] Anastasia: ID JUST KEEP LAUGHING
[4/19/19, 6:46:36 PM] +1 (631) 379-9928: Ya at that point
[4/19/19, 6:46:38 PM] +1 (631) 379-9928: Wtf
[4/19/19, 6:46:39 PM] Anastasia: To be honest
[4/19/19, 6:47:24 PM] +1 (631) 379-9928: You really are a feather weight
[4/19/19, 6:47:54 PM] Anastasia: I get that a lot
[4/19/19, 6:48:34 PM] +1 (631) 379-9928: How many arms you jumping into?
[4/19/19, 6:48:47 PM] +1 (631) 379-9928: LOL
[4/19/19, 6:48:52 PM] Anastasia: you'd be the first male
[4/19/19, 6:49:10 PM] +1 (631) 379-9928: Glad to be the first
[4/19/19, 6:49:19 PM] Anastasia: first for everything right
[4/19/19, 6:49:29 PM] +1 (631) 379-9928: Well put
[4/19/19, 6:49:37 PM] Anastasia: :)
[4/19/19, 6:50:04 PM] +1 (631) 379-9928: Have you eaten ?
[4/19/19, 6:50:22 PM] Anastasia: A grilled cheese sandwich
[4/19/19, 6:50:34 PM] Anastasia: two kid sized Gatorade
[4/19/19, 6:50:40 PM] +1 (631) 379-9928: Yummy
[4/19/19, 6:51:02 PM] +1 (631) 379-9928: We went to Riverhole to Sakura for lunch
[4/19/19, 6:51:07 PM] +1 (631) 379-9928: Hibachi
[4/19/19, 6:51:13 PM] +1 (631) 379-9928: ████████'s birthday
[4/19/19, 6:51:18 PM] Anastasia: grilled cheese is 2nd in line from Pb&j
[4/19/19, 6:51:23 PM] Anastasia: And aw how'd she like it
[4/19/19, 6:51:36 PM] +1 (631) 379-9928: She loves it
[4/19/19, 6:51:39 PM] Anastasia: aww good
[4/19/19, 6:52:17 PM] +1 (631) 379-9928: Her birthday is tomorrow
Imagines my dismay about her birthday being 4/20
[4/19/19, 6:52:26 PM] Anastasia: LMAOOOOO
[4/19/19, 6:52:40 PM] +1 (631) 379-9928: Also The columbine date
Page 139

_chat
It's been 20 years this year
[4/19/19, 6:52:47 PM] Anastasia: duuuddee
[4/19/19, 6:52:56 PM] +1 (631) 379-9928: But now it's something beautiful
[4/19/19, 6:53:04 PM] Anastasia: that was deep
[4/19/19, 6:53:20 PM] Anastasia: can always make something beautiful out of
something ugly
[4/19/19, 6:53:37 PM] +1 (631) 379-9928: As a joke I said "Cheryl you could hold her
1 day or six hours earlier"
I got a fuck you
[4/19/19, 6:53:52 PM] +1 (631) 379-9928: Ya and she is beautiful
[4/19/19, 6:53:54 PM] Anastasia: Lmaooo
[4/19/19, 6:54:40 PM] +1 (631) 379-9928: I'll kill the motha fucka that send her a
dic pic
[4/19/19, 6:54:52 PM] Anastasia: no you won't
[4/19/19, 6:55:09 PM] Anastasia:██████wouldn't allow it
[4/19/19, 6:56:05 PM] +1 (631) 379-9928: True
[4/19/19, 6:56:10 PM] Anastasia: I know
[4/19/19, 7:02:54 PM] +1 (631) 379-9928: Sorry got wrapped up in a conversation
[4/19/19, 7:03:06 PM] Anastasia: how do we always manage to come back on the same
time
[4/19/19, 7:04:52 PM] Anastasia:██████was like I miss you and I literally responded
with okay
[4/19/19, 7:07:58 PM] +1 (631) 379-9928: Ouch
Why cuz she won't give it up
[4/19/19, 7:09:30 PM] Anastasia: because her parents don't like me and we can't ever
hang out there's no point
[4/19/19, 7:09:30 PM] +1 (631) 379-9928: As my one lesbian friend would say
She's not down with the lick
[4/19/19, 7:09:49 PM] Anastasia: She said are u mad at me I said. I think.i just
wanna end it
[4/19/19, 7:09:51 PM] Anastasia: And lmao
[4/19/19, 7:09:53 PM] Anastasia: Good one
[4/19/19, 7:10:23 PM] +1 (631) 379-9928: Ya
Girl
Gymnastics is over
[4/19/19, 7:10:37 PM] +1 (631) 379-9928: Can wake up tomorrow so we can chat in the
am
[4/19/19, 7:11:16 PM] +1 (631) 379-9928: I really miss you
[4/19/19, 7:21:06 PM] Anastasia: Yeah! I'll wake up early for u
[4/19/19, 7:45:30 PM] Anastasia: Watch the show "you"
[4/19/19, 7:50:08 PM] +1 (631) 379-9928: On what?
[4/19/19, 7:54:15 PM] Anastasia: Netflix
[4/19/19, 7:55:44 PM] +1 (631) 379-9928: Don't laugh
I don't have Netflix

I know I know
[4/19/19, 7:57:16 PM] Anastasia: loser
[4/20/19, 5:58:59 AM] +1 (631) 379-9928: He pauses as the head of his cock touches
your wet pussy. Your hands are interlocked with his as he pins your arms down above
your head allowing your breasts to be fully exposed.
Your body is quivering.
He whispers "Open your eyes, I want to stare into them as I enter you"
The moment your eyes lock he thrusts his cock into you. Your body arches with the
sensation.
[4/20/19, 6:01:04 AM] Anastasia: It's 6 am and u got me turned on...ur good
[4/20/19, 6:02:12 AM] +1 (631) 379-9928: Once he is fully inside you he pauses. He
lowers himself onto you and we begin to kiss, still holing each other's eyes. Every
inch of our skin is touching. And just then another thrust and deeper his cock goes
into you. You let out a whimper as you kiss.
[4/20/19, 6:03:13 AM] Anastasia: I love this
[4/20/19, 6:03:16 AM] +1 (631) 379-9928: Good morning
[4/20/19, 6:03:27 AM] Anastasia: Good morning:)))))
[4/20/19, 6:05:00 AM] +1 (631) 379-9928: <attached:

```
                                      _chat
00005559-GIF-2019-04-20-06-04-44.mp4>
[4/20/19, 6:05:32 AM] Anastasia: Oh how I wish that was me right now
[4/20/19, 6:05:41 AM] +1 (631) 379-9928: You said kick up
[4/20/19, 6:06:03 AM] +1 (631) 379-9928: Not a bad way to wake up
[4/20/19, 6:06:14 AM] Anastasia: Not at all
[4/20/19, 6:07:09 AM] +1 (631) 379-9928: I'm sure you'll re read that a few times

I wanted you to get wet reading it
[4/20/19, 6:07:26 AM] Anastasia: Don't have to worry about that
[4/20/19, 6:07:42 AM] +1 (631) 379-9928: :)))
[4/20/19, 6:08:09 AM] +1 (631) 379-9928: The passion from good sex can't be topped
[4/20/19, 6:08:39 AM] Anastasia: I cannot wait for someone to sweep me off my feet
[4/20/19, 6:08:49 AM] +1 (631) 379-9928: When you connect with someone it's so much
better
Which is why I hate one night stands
[4/20/19, 6:09:04 AM] +1 (631) 379-9928: It will happen
And you'll sweep eachother
[4/20/19, 6:09:13 AM] Anastasia: Good
[4/20/19, 6:09:27 AM] +1 (631) 379-9928: Not gonna lie
Got a little excited writing it
[4/20/19, 6:09:31 AM] Anastasia: Could really use some GOOD sex
[4/20/19, 6:09:39 AM] +1 (631) 379-9928: Who can't
[4/20/19, 6:09:42 AM] +1 (631) 379-9928: LOL
[4/20/19, 6:09:45 AM] Anastasia: How could you not shit was sexy
[4/20/19, 6:09:46 AM] Anastasia: Me
[4/20/19, 6:09:56 AM] Anastasia: Oh wait nvm
[4/20/19, 6:10:24 AM] +1 (631) 379-9928: Nvm?
[4/20/19, 6:10:29 AM] Anastasia: Never mind
[4/20/19, 6:10:38 AM] +1 (631) 379-9928: Oh
[4/20/19, 6:10:43 AM] Anastasia: ur so old oh my lord
[4/20/19, 6:11:22 AM] +1 (631) 379-9928: Um this old piece of dirt just made you wet
at 6am
[4/20/19, 6:11:27 AM] +1 (631) 379-9928: Ha
[4/20/19, 6:11:35 AM] Anastasia: Got me there
[4/20/19, 6:11:59 AM] +1 (631) 379-9928: I'm impressed your up
[4/20/19, 6:12:48 AM] Anastasia: My alarm went off for half an hour till I realized
that alarm isn't part of my dream
[4/20/19, 6:12:58 AM] +1 (631) 379-9928: Been there
[4/20/19, 6:13:11 AM] +1 (631) 379-9928: Did you take meds last night
[4/20/19, 6:13:16 AM] Anastasia: Nope
[4/20/19, 6:13:20 AM] +1 (631) 379-9928: Girl
[4/20/19, 6:13:23 AM] +1 (631) 379-9928: Why not
[4/20/19, 6:13:43 AM] Anastasia: dunno
[4/20/19, 6:13:57 AM] Anastasia: I'm on a low about ███████
[4/20/19, 6:16:19 AM] +1 (631) 379-9928: To ████ in a minute
[4/20/19, 6:16:38 AM] Anastasia: K
[4/20/19, 6:16:53 AM] +1 (631) 379-9928: First I have a bold statement
[4/20/19, 6:16:59 AM] Anastasia: Supp
[4/20/19, 6:18:41 AM] +1 (631) 379-9928: I've come to the conclusion that if we were
to his the sheets together
We would rock eachother pretty hard
It would be one for the ages
Complete exhaustion and would last for hours
[4/20/19, 6:19:43 AM] +1 (631) 379-9928: Your speechless
[4/20/19, 6:19:47 AM] +1 (631) 379-9928: That's a first
[4/20/19, 6:19:54 AM] Anastasia: I REALLY AM
[4/20/19, 6:20:15 AM] Anastasia: my brain is going 100mph to figure out what to say
[4/20/19, 6:20:41 AM] +1 (631) 379-9928: Sorry Dude
Didn't mean to make you feel weird
[4/20/19, 6:20:53 AM] Anastasia: Honestly I liked it
[4/20/19, 6:22:05 AM] +1 (631) 379-9928: :))
[4/20/19, 6:23:03 AM] Anastasia: Question
[4/20/19, 6:23:12 AM] +1 (631) 379-9928: Two attractive people with a lot sexual
                                  Page 141
```

‾‾chat
energy it would inevitably be epic
[4/20/19, 6:23:16 AM] +1 (631) 379-9928: Go
[4/20/19, 6:23:40 AM] Anastasia: Are u trying to say u want to be in bed with me?
[4/20/19, 6:24:15 AM] +1 (631) 379-9928: What do you want that answer to be?
[4/20/19, 6:24:26 AM] Anastasia: I'm asking u
[4/20/19, 6:25:51 AM] Anastasia: be honest
[4/20/19, 6:27:33 AM] +1 (631) 379-9928: I'm saying that I can see that if it were
to happen it would be epic
And different time different place
But I'm not willing to destroy our relationship and ability to chill

I'm making you uncomfortable
I'm sorry
[4/20/19, 6:27:52 AM] Anastasia: You're not
[4/20/19, 6:27:59 AM] Anastasia: I'd legit tell u
[4/20/19, 6:28:40 AM] +1 (631) 379-9928: You ok
[4/20/19, 6:28:50 AM] Anastasia: More than okay
[4/20/19, 6:29:16 AM] Anastasia: I'm fucking extravagant
[4/20/19, 6:31:16 AM] +1 (631) 379-9928: I don't want you to think I'm waiting for
the right time to attack you in my office

I'm just acknowledging the energy I feel when I'm with you
[4/20/19, 6:31:54 AM] Anastasia: thought I was the only one feeling it
[4/20/19, 6:31:58 AM] +1 (631) 379-9928: Does that make sense

It's beyond sexual I feel we have a passion for each other
[4/20/19, 6:32:08 AM] Anastasia: agreed
[4/20/19, 6:32:12 AM] Anastasia: we vibe dude
[4/20/19, 6:32:20 AM] +1 (631) 379-9928: Exactly
[4/20/19, 6:33:26 AM] +1 (631) 379-9928: Our relationship long term is very
important to me / us I think
[4/20/19, 6:33:35 AM] Anastasia: agreed
[4/20/19, 6:34:10 AM] +1 (631) 379-9928: And a night of record breaking sex would
fuck that up
[4/20/19, 6:34:38 AM] Anastasia: possibly..possibly not
[4/20/19, 6:34:48 AM] +1 (631) 379-9928: I'll give you that
[4/20/19, 6:35:17 AM] +1 (631) 379-9928: You have your 1:58 bombs
I have my 6am bombs
[4/20/19, 6:35:44 AM] Anastasia: My 1:58 bombs don't turn u on tho
[4/20/19, 6:36:12 AM] +1 (631) 379-9928: Please don't think I expect anything and
stop chilling with me
I meant to bee 100% cool with being around me
[4/20/19, 6:36:30 AM] +1 (631) 379-9928: Want you to be 100%
[4/20/19, 6:36:40 AM] Anastasia: dude I'd move planets to chill with u
[4/20/19, 6:36:54 AM] +1 (631) 379-9928: You should see my smile
[4/20/19, 6:37:11 AM] Anastasia: Probably cute as always
[4/20/19, 6:37:43 AM] +1 (631) 379-9928: You're more than a sex object to me you're
and amazing person and being close to that is great
[4/20/19, 6:37:50 AM] +1 (631) 379-9928: Me cute
You drunk
[4/20/19, 6:38:24 AM] +1 (631) 379-9928: And to spin it a bit you need to see
yourself in the same light
And I think you are
[4/20/19, 6:39:31 AM] Anastasia: Awe!!!!
[4/20/19, 6:39:38 AM] +1 (631) 379-9928: Dear Diary
My HS principal pretty much told me we should have amazing sex
Nast-
[4/20/19, 6:39:46 AM] +1 (631) 379-9928: LOL
[4/20/19, 6:39:53 AM] Anastasia: I can't believe you just called me nast
[4/20/19, 6:40:27 AM] +1 (631) 379-9928: Girl you didn't trust me before .......
[4/20/19, 6:40:51 AM] +1 (631) 379-9928: So keep the heat up on the morning msgs ?
[4/20/19, 6:41:41 AM] Anastasia: && there's a shit ton of things I'd say about ur
messages but in person seems better

_chat

[4/20/19, 6:41:44 AM] Anastasia: Yes
[4/20/19, 6:42:10 AM] +1 (631) 379-9928: So you've been feeling the same right
[4/20/19, 6:42:19 AM] +1 (631) 379-9928: I want imagining
[4/20/19, 6:42:20 AM] Anastasia: I can't believe anyone calls me nast I don't even
understand where that nickname came from but whatever
[4/20/19, 6:42:25 AM] +1 (631) 379-9928: Wasn't
[4/20/19, 6:42:32 AM] Anastasia: I do feel the same
[4/20/19, 6:42:38 AM] Anastasia: Low key bro
[4/20/19, 6:42:46 AM] +1 (631) 379-9928: :))
[4/20/19, 6:43:02 AM] +1 (631) 379-9928: One of our many secrets
[4/20/19, 6:43:08 AM] Anastasia: yes
[4/20/19, 6:43:24 AM] Anastasia: And this is why nobody needs to know we text
[4/20/19, 6:43:46 AM] +1 (631) 379-9928: Right
[4/20/19, 6:44:37 AM] +1 (631) 379-9928: And why it kills me when you destroy your
body
I have so much love for you
I can't stand to see anything happen
[4/20/19, 6:45:02 AM] Anastasia: define destroy
[4/20/19, 6:45:19 AM] +1 (631) 379-9928: Drugs you ass
[4/20/19, 6:45:31 AM] Anastasia: Bro do I need to deck u
[4/20/19, 6:45:43 AM] +1 (631) 379-9928: And meaningless sex that makes guys think
you're cheap
[4/20/19, 6:46:17 AM] +1 (631) 379-9928: I can see all your energy in my office when
you say I'm gonna deck you
[4/20/19, 6:46:24 AM] Anastasia: I seem to have meaningless sex too much
[4/20/19, 6:46:31 AM] Anastasia: I love saying that
[4/20/19, 6:46:39 AM] Anastasia: Especially to u
[4/20/19, 6:46:46 AM] +1 (631) 379-9928: Sometimes it's like you're saying
I'm gonna jump you
[4/20/19, 6:46:51 AM] +1 (631) 379-9928: And I giggle
[4/20/19, 6:47:00 AM] Anastasia: I'm testing u to see what you'd do
[4/20/19, 6:47:15 AM] Anastasia: But majority of the time you sit there like a dam
potato
[4/20/19, 6:47:25 AM] +1 (631) 379-9928: Haha
[4/20/19, 6:47:47 AM] Anastasia: giggle? gay
[4/20/19, 6:47:47 AM] +1 (631) 379-9928: In my office nothing
[4/20/19, 6:48:11 AM] +1 (631) 379-9928: On a run is tackle you and tickle you till
you peed yourself
[4/20/19, 6:48:21 AM] Anastasia: mmh
[4/20/19, 6:48:36 AM] Anastasia: do it and ur going in the water
[4/20/19, 6:49:13 AM] +1 (631) 379-9928: 100lbs v ME
[4/20/19, 6:49:53 AM] Anastasia: Uhm I might be a sack to thriw over your shoulders
but I don't go down without a fight
[4/20/19, 6:50:04 AM] +1 (631) 379-9928: I'm solid under those dress shirts
You've felt it
[4/20/19, 6:50:31 AM] Anastasia: yess
[4/20/19, 6:51:11 AM] +1 (631) 379-9928: As a matter of fact I would say that most
of the school would be impressd with what I'm carrying
For an old piece of dirt

I learned to talk like that from you
[4/20/19, 6:51:29 AM] Anastasia: Learn from the best
[4/20/19, 6:52:12 AM] +1 (631) 379-9928: I'm changing the pro nouns in the msgs to
you an I from now on
You ok with that
I teased it out today
[4/20/19, 6:52:34 AM] Anastasia: You're literally such a nerd
[4/20/19, 6:53:03 AM] +1 (631) 379-9928: Again
A nerd that can get you wet at 6am
[4/20/19, 6:53:09 AM] +1 (631) 379-9928: BAM
[4/20/19, 6:53:11 AM] Anastasia: "I'm changing pro nouns.." like okay DR fucking
regan
[4/20/19, 6:53:16 AM] Anastasia: GOTTEMMM

_chat

[4/20/19, 6:53:37 AM] Anastasia: u really had me feeling myself
[4/20/19, 6:53:54 AM] +1 (631) 379-9928: Good
[4/20/19, 6:54:52 AM] +1 (631) 379-9928: If you don't know how to get yourself to orgasm how is anyone else?
Your body will tell them if it knows what to say
[4/20/19, 6:55:19 AM] Anastasia: true
[4/20/19, 6:55:45 AM] +1 (631) 379-9928: I learned a new term
Jill off
You know it
[4/20/19, 6:56:02 AM] Anastasia: jill?
[4/20/19, 6:56:40 AM] Anastasia: jiz?
[4/20/19, 6:56:44 AM] +1 (631) 379-9928: Guys jerk off
Girls Jill off
It was in a news article
"Woman Jills off in back of store"
[4/20/19, 6:56:58 AM] +1 (631) 379-9928: Jack and Jill off
[4/20/19, 6:57:03 AM] Anastasia: Lmaooo
[4/20/19, 6:57:12 AM] +1 (631) 379-9928: She was a meth head
[4/20/19, 6:57:16 AM] Anastasia: No I haven't heard jill
[4/20/19, 6:57:22 AM] Anastasia: literally me
[4/20/19, 6:57:25 AM] Anastasia: kidding
[4/20/19, 6:58:46 AM] +1 (631) 379-9928: I feel like a got weight off my chest
And we both acknowledged the white elephant in the room
[4/20/19, 6:58:58 AM] Anastasia: lmao yes
[4/20/19, 6:59:17 AM] +1 (631) 379-9928: Wasn't sure if you were gonna delete my number
But
Was pretty sure you weren't
[4/20/19, 6:59:34 AM] Anastasia: Nah b
[4/20/19, 7:00:37 AM] +1 (631) 379-9928: Girl hold on
Gotta check in for my flight tomorrow

Go change your underwear brb
LOL
[4/20/19, 7:00:50 AM] Anastasia: Lmaoo
[4/20/19, 7:04:01 AM] +1 (631) 379-9928: I'm back
[4/20/19, 7:04:10 AM] Anastasia: Hey
[4/20/19, 7:04:19 AM] +1 (631) 379-9928: Boarding passes in Apple wallet all ready
[4/20/19, 7:04:53 AM] +1 (631) 379-9928: And I'm always the one to the anal cavity search at security
[4/20/19, 7:05:06 AM] Anastasia: Of course u r
[4/20/19, 7:06:04 AM] +1 (631) 379-9928: Last time dude rubbed the back of his hands right on my balls
I took that one for the team because they were going to search Cheryl and I was like no that bag is mine
[4/20/19, 7:06:19 AM] Anastasia: lmaooo
[4/20/19, 7:06:23 AM] Anastasia: good for u
[4/20/19, 7:07:04 AM] +1 (631) 379-9928: Ya fuck that I'm lettin her get felt up in public by some old bitch
[4/20/19, 7:07:27 AM] +1 (631) 379-9928: I even said to the guy
"That was a bit much"
[4/20/19, 7:07:56 AM] Anastasia: Yeah what the heck
[4/20/19, 7:08:11 AM] +1 (631) 379-9928: You sure you're ok
Didn't freak you out
[4/20/19, 7:08:17 AM] Anastasia: yeah bro
[4/20/19, 7:08:45 AM] Anastasia: just on a low ab█████████
[4/20/19, 7:09:00 AM] Anastasia: There goes just about two years of my life.
[4/20/19, 7:10:19 AM] +1 (631) 379-9928: Ok let's get real about her
[4/20/19, 7:10:41 AM] Anastasia: Ok
[4/20/19, 7:10:54 AM] +1 (631) 379-9928: I did want to talk about her but had to get that off my chest
[4/20/19, 7:11:04 AM] +1 (631) 379-9928: Don't break up with her via text
[4/20/19, 7:11:08 AM] Anastasia: I'm glad we did

_chat

[4/20/19, 7:11:28 AM] +1 (631) 379-9928: Me too
I was nervous pacing around my kitchen
[4/20/19, 7:11:46 AM] +1 (631) 379-9928: Yes nerd
[4/20/19, 7:11:46 AM] Anastasia: "I said I don't know about this "Friday
[4/20/19, 7:11:57 AM] Anastasia: your clean kitchen
[4/20/19, 7:12:05 AM] +1 (631) 379-9928: Of course
[4/20/19, 7:12:08 AM] +1 (631) 379-9928: What did she say
[4/20/19, 7:12:17 AM] Anastasia: she said oof
[4/20/19, 7:12:33 AM] +1 (631) 379-9928: What does she think is working
[4/20/19, 7:12:54 AM] +1 (631) 379-9928: You have a 7 hour a day relationship
[4/20/19, 7:13:07 AM] Anastasia: Exactly
[4/20/19, 7:13:39 AM] +1 (631) 379-9928: Even when you're alone she won't play with you

Her loss
[4/20/19, 7:13:47 AM] Anastasia: So when I stopped answering her and she asked if I was mad and I slipped by saying "I think I just want to end it"
[4/20/19, 7:13:58 AM] Anastasia: I think it hurt me more than her
[4/20/19, 7:14:03 AM] Anastasia: and I know right
[4/20/19, 7:14:28 AM] Anastasia: Like I'm a package and u didn't want a single thing to do with me
[4/20/19, 7:14:45 AM] Anastasia: Would've rocked her world
[4/20/19, 7:14:54 AM] Anastasia: Jjjuuuussstttt sssaaayyinnn
[4/20/19, 7:14:58 AM] +1 (631) 379-9928: Have you asked her about that
[4/20/19, 7:15:02 AM] Anastasia: I do
[4/20/19, 7:15:09 AM] +1 (631) 379-9928: Her answer
[4/20/19, 7:15:16 AM] Anastasia: I've asked her about everything
[4/20/19, 7:15:24 AM] +1 (631) 379-9928: She says
[4/20/19, 7:15:32 AM] Anastasia: She literally answers with idk
[4/20/19, 7:16:08 AM] Anastasia: I'm like let's fuck "idk" why do ur parents hate me "idk" why can't I kiss you? "Idk" what's wrong "idk"
[4/20/19, 7:16:18 AM] Anastasia: like bruh stfu with this idk bullshit
[4/20/19, 7:17:21 AM] +1 (631) 379-9928: So when you say fuck between two girls Like just oral sex and hands everywhere
[4/20/19, 7:17:35 AM] Anastasia: Both I guess
[4/20/19, 7:17:45 AM] Anastasia: Depends on what the girl wants
[4/20/19, 7:18:14 AM] +1 (631) 379-9928: There aren't too many options unless pure breaking out sex toys
[4/20/19, 7:18:22 AM] +1 (631) 379-9928: You're breaking out
[4/20/19, 7:18:26 AM] Anastasia: LMAO
[4/20/19, 7:19:41 AM] +1 (631) 379-9928: You said you haven't had an orgasm while having sex with a guy
Has any guy brought you to orgasm
[4/20/19, 7:19:52 AM] Anastasia: No
[4/20/19, 7:19:59 AM] +1 (631) 379-9928: Amateurs
[4/20/19, 7:20:04 AM] Anastasia: mmh yes
[4/20/19, 7:20:57 AM] +1 (631) 379-9928: It's rare to happen while fucking But you should be getting off when they go down on you
[4/20/19, 7:21:12 AM] +1 (631) 379-9928: Or have they skipped that too
[4/20/19, 7:21:15 AM] Anastasia: And I don't that's why I slowly made my way to girls
[4/20/19, 7:21:32 AM] Anastasia: and other than the fact like girls and I can click
[4/20/19, 7:22:08 AM] +1 (631) 379-9928: Ya most guys suck
Except me
[4/20/19, 7:22:20 AM] +1 (631) 379-9928: You know the answer with █████
[4/20/19, 7:22:34 AM] Anastasia: So now that two years of my life is over
[4/20/19, 7:22:51 AM] Anastasia: I'm low key lost without the kid
[4/20/19, 7:23:02 AM] +1 (631) 379-9928: Not really
You've been with other people in that two years
[4/20/19, 7:23:07 AM] Anastasia: like who
[4/20/19, 7:23:29 AM] +1 (631) 379-9928: Dude
All the guys you told me about
[4/20/19, 7:23:45 AM] Anastasia: stoopid one night stands

Page 145

_chat
```
[4/20/19, 7:24:04 AM] Anastasia: those are beside the point
[4/20/19, 7:24:25 AM] +1 (631) 379-9928: Ya
End that shit
I'm telling you that as a friend or whatever we label eachother as LOL
[4/20/19, 7:25:12 AM] +1 (631) 379-9928: Bottom line
When the Air Force hits it was over anyway
[4/20/19, 7:25:40 AM] +1 (631) 379-9928: Unless she can offer you some thing she
hasn't
Or
You can accept things as they are
[4/20/19, 7:25:57 AM] Anastasia: I've already accepted it
[4/20/19, 7:26:14 AM] +1 (631) 379-9928: But you're not happy
[4/20/19, 7:26:19 AM] Anastasia: it's just different like I don't know how to
explain it
[4/20/19, 7:26:56 AM] Anastasia: How do you go from constant FaceTime calls and
sleepovers and cute messages and holding hands to not even a hey
[4/20/19, 7:27:15 AM] +1 (631) 379-9928: She won't give you a hey
[4/20/19, 7:27:22 AM] Anastasia: no
[4/20/19, 7:27:33 AM] Anastasia: we haven't talked since last night
[4/20/19, 7:27:38 AM] +1 (631) 379-9928: And when asked you get IDK
[4/20/19, 7:27:51 AM] +1 (631) 379-9928: She's probably asleep
[4/20/19, 7:27:54 AM] Anastasia: And I know it hasn't even been a day but still
[4/20/19, 7:28:01 AM] Anastasia: I don't care anymore
[4/20/19, 7:28:05 AM] Anastasia: I do but don't
[4/20/19, 7:28:16 AM] +1 (631) 379-9928: Your frustrated
[4/20/19, 7:28:20 AM] Anastasia: yes
[4/20/19, 7:28:24 AM] +1 (631) 379-9928: She holding something back
[4/20/19, 7:28:29 AM] +1 (631) 379-9928: And you know it
[4/20/19, 7:28:33 AM] Anastasia: yeah
[4/20/19, 7:28:51 AM] +1 (631) 379-9928: She owes it to you to give you her 1:58
bomb
Or step
[4/20/19, 7:29:05 AM] Anastasia: it's whatever at this point
[4/20/19, 7:29:26 AM] +1 (631) 379-9928: That's so your defense mechanism
[4/20/19, 7:29:33 AM] Anastasia: yeah
[4/20/19, 7:29:40 AM] +1 (631) 379-9928: Thanks ██████ a C hair
[4/20/19, 7:29:46 AM] Anastasia: literally
[4/20/19, 7:30:01 AM] Anastasia: she made me like this
[4/20/19, 7:30:44 AM] +1 (631) 379-9928: Oh bybthe way once breakfast gets here I'm
working out
And so are you
We'll do push-ups together
[4/20/19, 7:30:58 AM] Anastasia: Nope
[4/20/19, 7:31:05 AM] +1 (631) 379-9928: Girl
[4/20/19, 7:31:21 AM] Anastasia: I'll be in bed cheering u on
[4/20/19, 7:31:50 AM] +1 (631) 379-9928: I can take that a few ways
[4/20/19, 7:32:00 AM] Anastasia: :))
[4/20/19, 7:32:43 AM] Anastasia: and what are those ways exactly?
[4/20/19, 7:33:26 AM] +1 (631) 379-9928: Are you still wrapping your head around the
fact that we both said we've thought about sex with each other?
[4/20/19, 7:34:14 AM] Anastasia: let's just say this wouldn't be the first time I
thought that
[4/20/19, 7:34:37 AM] +1 (631) 379-9928: Those ways
Hmmmmmm

Harder
Yes
Yes
Right there
I'm about to cum
[4/20/19, 7:35:10 AM] Anastasia: STOPPPPPPOPO
[4/20/19, 7:35:15 AM] Anastasia: ur turning me on
[4/20/19, 7:35:51 AM] Anastasia: Bruhhhhhhhhhhh
```

```
                                  _chat
[4/20/19, 7:36:05 AM] +1 (631) 379-9928: Hehe
[4/20/19, 7:36:44 AM] +1 (631) 379-9928: Trying to cheer you up
[4/20/19, 7:37:11 AM] Anastasia: You cheered me up 4 notches
[4/20/19, 7:38:16 AM] +1 (631) 379-9928: There are more notches
[4/20/19, 7:38:39 AM] +1 (631) 379-9928: Did you stay in last night
[4/20/19, 7:38:44 AM] Anastasia: I did
[4/20/19, 7:39:05 AM] +1 (631) 379-9928: And are you hitting it hard again today
[4/20/19, 7:39:09 AM] Anastasia: yea
[4/20/19, 7:39:18 AM] +1 (631) 379-9928: What's the plan
[4/20/19, 7:39:19 AM] Anastasia: ITS 4/20 AHHHHHHHHH
[4/20/19, 7:39:23 AM] Anastasia: u
[4/20/19, 7:39:31 AM] +1 (631) 379-9928: ████████ birthday
[4/20/19, 7:39:39 AM] Anastasia: LMAOO
[4/20/19, 7:39:50 AM] Anastasia: that too
[4/20/19, 7:40:00 AM] Anastasia: tell █████ I said hbd
[4/20/19, 7:40:18 AM] Anastasia: though I'm still waiting to meet her
[4/20/19, 7:40:33 AM] +1 (631) 379-9928: I'll send you an article later about two
sisters that survived Columbine and used running to help cope
[4/20/19, 7:40:41 AM] +1 (631) 379-9928: You'll love her
[4/20/19, 7:40:51 AM] Anastasia: oh I know I will
[4/20/19, 7:41:29 AM] +1 (631) 379-9928: You said last night she would never be sent
a dic pic

You need to get into that mode
Take your own advise
[4/20/19, 7:41:40 AM] +1 (631) 379-9928: That's verbal Judo
[4/20/19, 7:41:49 AM] Anastasia: uh
[4/20/19, 7:41:59 AM] Anastasia: So ██████sent another
[4/20/19, 7:42:28 AM] +1 (631) 379-9928: Wait
He's actually sending them not just say you want One
[4/20/19, 7:42:58 AM] Anastasia: okay so like you know the time before they send it
[4/20/19, 7:43:11 AM] +1 (631) 379-9928: No but ok
[4/20/19, 7:43:16 AM] Anastasia: It's like them laying on their bed
[4/20/19, 7:43:23 AM] +1 (631) 379-9928: Ok
[4/20/19, 7:43:38 AM] Anastasia: With their boxers and an easy pointed out dick
print
[4/20/19, 7:43:47 AM] Anastasia: That's when they want more of you
[4/20/19, 7:43:55 AM] Anastasia:██████keeps sending that
[4/20/19, 7:44:06 AM] +1 (631) 379-9928: Ok
Your response ?
[4/20/19, 7:44:08 AM] Anastasia: and I left him on read
[4/20/19, 7:44:11 AM] Anastasia: duh
[4/20/19, 7:44:24 AM] +1 (631) 379-9928: What does that mean in Snapchat world
[4/20/19, 7:44:52 AM] Anastasia: you read their picture but don't answer
[4/20/19, 7:45:04 AM] +1 (631) 379-9928: So he knows you've seen it
[4/20/19, 7:45:07 AM] Anastasia: It just says you opened it
[4/20/19, 7:45:10 AM] Anastasia: yes
[4/20/19, 7:45:33 AM] +1 (631) 379-9928: why not block him or be direct and say
No thanks
[4/20/19, 7:45:52 AM] Anastasia: why not just keep leaving him on read
[4/20/19, 7:46:04 AM] Anastasia: doesn't bother me to do it
[4/20/19, 7:46:46 AM] +1 (631) 379-9928: Ok
You're leaving him on read to leave the door open if you need something else and you
don't want to piss him off
[4/20/19, 7:46:54 AM] Anastasia: True
[4/20/19, 7:47:06 AM] +1 (631) 379-9928: He's under 18 Girl
[4/20/19, 7:47:18 AM] Anastasia: so is half the fucking high school
[4/20/19, 7:47:27 AM] +1 (631) 379-9928: Yes but you're not
[4/20/19, 7:47:35 AM] Anastasia: I'm like the oldest kid there
[4/20/19, 7:47:41 AM] Anastasia: true
[4/20/19, 7:47:51 AM] +1 (631) 379-9928: Nah some of those Spanish kids are 27
[4/20/19, 7:48:00 AM] +1 (631) 379-9928: Fake documents
[4/20/19, 7:48:04 AM] Anastasia: What the fuck
                            Page 147
```

_chat
[4/20/19, 7:48:27 AM] +1 (631) 379-9928: Ya who the fuck knows
The paper work we get
[4/20/19, 7:48:36 AM] Anastasia: crazy
[4/20/19, 7:50:09 AM] +1 (631) 379-9928: Girl
( I'm holding your hand looking in your eyes )
You need to be direct with him
He thinks it's ok to do this and you're passively telling him yes

You should be angry he thinks it ok to treat you like this
I am!!!!!
[4/20/19, 7:50:29 AM] Anastasia: Well obviously you are
[4/20/19, 7:51:19 AM] +1 (631) 379-9928: Is this a 1:58
I've been sending nudes again
[4/20/19, 7:51:25 AM] Anastasia: noooo
[4/20/19, 7:51:30 AM] Anastasia: I haven't sent nudes
[4/20/19, 7:51:49 AM] Anastasia: Okay well like some of the photos are explicit
[4/20/19, 7:52:05 AM] +1 (631) 379-9928: Explain
When

To him
[4/20/19, 7:52:10 AM] Anastasia: no
[4/20/19, 7:52:50 AM] Anastasia: It was me I believe in like sweatpants with this
sweatshirt that was cut short so
[4/20/19, 7:53:13 AM] Anastasia: Seriously cute photo but like maybe not to be sent
for the males
[4/20/19, 7:53:51 AM] +1 (631) 379-9928: Doesn't sound too bad
But still prob not a good idea
[4/20/19, 7:54:04 AM] Anastasia: On Snapchat there's a "my eyes only" and I just
sent it there
[4/20/19, 7:55:22 AM] +1 (631) 379-9928: You do a good job of not showing off your
chest in school
You're seem very modest
[4/20/19, 7:55:37 AM] Anastasia: meaning?
[4/20/19, 7:55:52 AM] Anastasia: and nahh that's for alone time
[4/20/19, 7:56:30 AM] +1 (631) 379-9928: You don't have your tits hanging out like
say
██████[4/20/19, 7:56:39 AM] Anastasia: LITERALLY
[4/20/19, 7:56:48 AM] Anastasia: ███████
[4/20/19, 7:56:50 AM] Anastasia: Gotchu
[4/20/19, 7:57:06 AM] Anastasia: at least you got the k part right
[4/20/19, 7:57:16 AM] +1 (631) 379-9928: Shut it
[4/20/19, 7:57:35 AM] Anastasia: make me
[4/20/19, 7:58:08 AM] +1 (631) 379-9928: Hugged  you one day and was like "she does
a good job of hiding those "
[4/20/19, 7:58:19 AM] Anastasia: Mmh
[4/20/19, 7:58:52 AM] +1 (631) 379-9928: Most girls would be like
Here ya go
[4/20/19, 7:59:02 AM] Anastasia: that's high school for you
[4/20/19, 7:59:20 AM] +1 (631) 379-9928: See you have respect for yourself
[4/20/19, 7:59:21 AM] Anastasia: Some of these white girls try too hard
[4/20/19, 7:59:40 AM] Anastasia: Like sis just throw some sweatpants on and a T and
you're good
[4/20/19, 7:59:42 AM] Anastasia: I do
[4/20/19, 7:59:44 AM] Anastasia: low key
[4/20/19, 8:00:20 AM] +1 (631) 379-9928: Have to order breakfast
Uber eats
Brb
[4/20/19, 8:00:29 AM] Anastasia: ok
[4/20/19, 8:04:07 AM] +1 (631) 379-9928: $40 for breakfast because I'm lazy
[4/20/19, 8:04:25 AM] +1 (631) 379-9928: Cheryl is running a 50k today and it's
pouring
[4/20/19, 8:04:37 AM] Anastasia: Oh my god

_chat

[4/20/19, 8:04:50 AM] Anastasia: bless ur wife man
[4/20/19, 8:05:16 AM] +1 (631) 379-9928: This is a race I was going to do until I hurt my knee
[4/20/19, 8:05:27 AM] Anastasia: Pussy
[4/20/19, 8:05:51 AM] +1 (631) 379-9928: Last word
Be direct about dic pics
[4/20/19, 8:05:52 AM] Anastasia: YOU ARE WHATCHUUUU EAT AHHAHAAH
[4/20/19, 8:06:03 AM] +1 (631) 379-9928: Funny
[4/20/19, 8:06:04 AM] Anastasia: I blocked him
[4/20/19, 8:06:13 AM] Anastasia: I know I am
[4/20/19, 8:06:14 AM] +1 (631) 379-9928: Major hug
[4/20/19, 8:06:23 AM] Anastasia: I miss you man
[4/20/19, 8:06:25 AM] +1 (631) 379-9928: I'm jumping into your arms now
[4/20/19, 8:06:32 AM] Anastasia: and I'm falling back
[4/20/19, 8:06:39 AM] +1 (631) 379-9928: Probably
[4/20/19, 8:06:42 AM] Anastasia: Lmaoo
[4/20/19, 8:06:49 AM] +1 (631) 379-9928: I have you by 90lbs
[4/20/19, 8:07:00 AM] Anastasia: yeah bro
[4/20/19, 8:07:35 AM] +1 (631) 379-9928: So proud of you
[4/20/19, 8:07:58 AM] +1 (631) 379-9928: Until you unblock him
LOL
[4/20/19, 8:08:09 AM] Anastasia: I won't because I'll forget
[4/20/19, 8:08:43 AM] +1 (631) 379-9928: I feel like the next time we see each other we will catch eyes and be like
Ya we know
[4/20/19, 8:08:48 AM] Anastasia: LITERALLY
[4/20/19, 8:08:53 AM] Anastasia: I WAS JUST THINKIG ABOUT THAT
[4/20/19, 8:09:00 AM] Anastasia: Story
[4/20/19, 8:09:19 AM] Anastasia: So ███████ and I were FaceTiming in your office that one day
[4/20/19, 8:09:48 AM] +1 (631) 379-9928: When you were on the trip
[4/20/19, 8:09:53 AM] Anastasia: And I kept looking over to you and she was like ANASTASIA OLIVIA STAPON stop lookin at our principal like you're in love with him
[4/20/19, 8:10:00 AM] Anastasia: And I lost it
[4/20/19, 8:10:18 AM] Anastasia: Noo this was while u we're doing emails or something
[4/20/19, 8:10:40 AM] +1 (631) 379-9928: That's funny
[4/20/19, 8:10:44 AM] Anastasia: The day she was juuling and I was like OOUUU
[4/20/19, 8:11:01 AM] Anastasia: and u were like technically she's on school grounds because you're FaceTiming
[4/20/19, 8:11:02 AM] +1 (631) 379-9928: I know the day
[4/20/19, 8:11:20 AM] Anastasia: well shit it's about time
[4/20/19, 8:12:48 AM] +1 (631) 379-9928: I feel like a lot of times we look at each other and are saying with our eyes what said this morning
[4/20/19, 8:13:18 AM] Anastasia: I agree like those times we just stare into each other
[4/20/19, 8:13:33 AM] +1 (631) 379-9928: Ok
Wasn't just me
[4/20/19, 8:13:56 AM] Anastasia: nahhh
[4/20/19, 8:14:16 AM] +1 (631) 379-9928: :)))
[4/20/19, 8:14:39 AM] +1 (631) 379-9928: So we got side tracked by your chest
[4/20/19, 8:14:52 AM] +1 (631) 379-9928: ██████████
How to roll ?
[4/20/19, 8:14:57 AM] Anastasia: huh?
[4/20/19, 8:15:11 AM] +1 (631) 379-9928: We didn't finish
[4/20/19, 8:15:31 AM] +1 (631) 379-9928: Uber eats on it way!!
· So happy
[4/20/19, 8:15:38 AM] Anastasia: Lmaoo
[4/20/19, 8:15:51 AM] +1 (631) 379-9928: Wait
[4/20/19, 8:16:01 AM] +1 (631) 379-9928: You're not working this week are you
[4/20/19, 8:16:09 AM] Anastasia: I'm working tonight
[4/20/19, 8:16:19 AM] Anastasia: of course on 4/29
[4/20/19, 8:16:21 AM] Anastasia: 4/20

Page 149

```
                                    _chat
[4/20/19, 8:16:30 AM] +1 (631) 379-9928: Like for real or telling moms
[4/20/19, 8:16:34 AM] Anastasia: real
[4/20/19, 8:17:08 AM] Anastasia: just saying I wouldn't mind if they sent me "home"
early
[4/20/19, 8:17:22 AM] +1 (631) 379-9928: I'm glad you're up
I've missed you
[4/20/19, 8:17:35 AM] Anastasia: I really miss you too
[4/20/19, 8:17:43 AM] +1 (631) 379-9928: We've become such a part of each others day
[4/20/19, 8:17:49 AM] Anastasia: literally
[4/20/19, 8:18:01 AM] Anastasia: Like it's weird if I don't talk to you for a day
[4/20/19, 8:18:24 AM] +1 (631) 379-9928: Ya we won't do that again
ROTC trip
[4/20/19, 8:18:33 AM] Anastasia: oof
[4/20/19, 8:19:00 AM] +1 (631) 379-9928: Hehe
[4/20/19, 8:19:33 AM] Anastasia: :))
[4/20/19, 8:19:51 AM] +1 (631) 379-9928: <attached:
00005970-PHOTO-2019-04-20-08-19-35.jpg>
[4/20/19, 8:20:14 AM] Anastasia: Awwww so cute
[4/20/19, 8:20:29 AM] +1 (631) 379-9928: And unlike the last photo I sent you
Make sure nobody sees it
[4/20/19, 8:20:39 AM] Anastasia: Neva
[4/20/19, 8:22:18 AM] +1 (631) 379-9928: So are we done talking about ███?
[4/20/19, 8:22:32 AM] Anastasia: Yes
[4/20/19, 8:22:36 AM] +1 (631) 379-9928: Ok
[4/20/19, 8:22:43 AM] Anastasia: On to bigger and better things
[4/20/19, 8:22:54 AM] +1 (631) 379-9928: Ok
[4/20/19, 8:23:08 AM] +1 (631) 379-9928: You still in bed
[4/20/19, 8:23:23 AM] Anastasia: course
[4/20/19, 8:23:32 AM] +1 (631) 379-9928: Good for you
[4/20/19, 8:24:10 AM] Anastasia: I slep for 19 hours yesterday and still managed to
sleep through the night
[4/20/19, 8:24:28 AM] +1 (631) 379-9928: You need to run today
[4/20/19, 8:24:40 AM] Anastasia: I need to eat bro
[4/20/19, 8:25:08 AM] +1 (631) 379-9928: I'm tracking the Uber eats guy
He by the wildlife
[4/20/19, 8:25:16 AM] Anastasia: Lmaooo
[4/20/19, 8:26:06 AM] +1 (631) 379-9928: On my block
I live technology
[4/20/19, 8:26:19 AM] Anastasia: aye
[4/20/19, 8:26:36 AM] +1 (631) 379-9928: Need a few
Stay awake
[4/20/19, 8:26:46 AM] Anastasia: Okay okay
[4/20/19, 8:38:05 AM] +1 (631) 379-9928: Aaaaaaaaaaand I'm back
[4/20/19, 8:39:09 AM] +1 (631) 379-9928: Just crushed sausage patty
Then eat kiwi to make up for it
[4/20/19, 8:39:27 AM] Anastasia: Lolll
[4/20/19, 8:39:47 AM] +1 (631) 379-9928: Second cup of coffee
Time to fly
[4/20/19, 8:40:08 AM] Anastasia: I haven't even gotten out bed
[4/20/19, 8:41:04 AM] +1 (631) 379-9928: You're tired
I had you all hot and bothered first thing
[4/20/19, 8:41:17 AM] Anastasia: true
[4/20/19, 8:42:16 AM] Anastasia: it's almost 9am and I'm already high
[4/20/19, 8:42:56 AM] +1 (631) 379-9928: I'm sorry what
[4/20/19, 8:43:03 AM] Anastasia: nothing nothing
[4/20/19, 8:43:14 AM] +1 (631) 379-9928: Girl don't lie
[4/20/19, 8:43:31 AM] Anastasia: I'm high as fuckkkk
[4/20/19, 8:43:40 AM] +1 (631) 379-9928: On what
[4/20/19, 8:43:46 AM] Anastasia: Probably why everything you're saying feels good
[4/20/19, 8:43:52 AM] Anastasia: Weed
[4/20/19, 8:44:10 AM] +1 (631) 379-9928: You've been smoking while we talked
[4/20/19, 8:44:34 AM] Anastasia: From like 10 minutes before you started eating
[4/20/19, 8:44:56 AM] +1 (631) 379-9928: You're smoking weed in your room
                                   Page 150
```

_chat

[4/20/19, 8:45:03 AM] Anastasia: Yup
[4/20/19, 8:45:36 AM] +1 (631) 379-9928: Soooo what we talked about was the drugs
Or real
[4/20/19, 8:45:44 AM] Anastasia: real
[4/20/19, 8:45:53 AM] Anastasia: The high just hit
[4/20/19, 8:46:06 AM] Anastasia: full fucking affect
[4/20/19, 8:46:38 AM] +1 (631) 379-9928: So now that you're high as fuck
Anything else you want to tell me
[4/20/19, 8:46:59 AM] Anastasia: honestly I think ur cute as fuck
[4/20/19, 8:48:08 AM] +1 (631) 379-9928: Keep going
[4/20/19, 8:48:34 AM] Anastasia: Well now that I have a shit ton of drugs in me
[4/20/19, 8:49:31 AM] Anastasia: I've literally had this crush on you for like four
years
[4/20/19, 8:52:18 AM] +1 (631) 379-9928: That's news
[4/20/19, 8:52:28 AM] +1 (631) 379-9928: But wait just cute
[4/20/19, 8:52:30 AM] +1 (631) 379-9928: Haha
[4/20/19, 8:52:41 AM] Anastasia: Nah bro ur a meal
[4/20/19, 8:53:08 AM] +1 (631) 379-9928: Coming from you
That's a compliment
[4/20/19, 8:53:15 AM] Anastasia: Yes
[4/20/19, 8:53:44 AM] +1 (631) 379-9928: You're probably in the minority on that
thought
[4/20/19, 8:54:07 AM] Anastasia: U can't use big words on me now
[4/20/19, 8:54:13 AM] Anastasia: I'm way too messed up
[4/20/19, 8:54:45 AM] +1 (631) 379-9928: Send me a smile
Wanna see your eyes
[4/20/19, 8:54:51 AM] Anastasia: NOPW
[4/20/19, 8:54:55 AM] Anastasia: LMAOO
[4/20/19, 8:55:16 AM] +1 (631) 379-9928: Yes
[4/20/19, 8:56:00 AM] +1 (631) 379-9928: And btw
What if moms walk in
[4/20/19, 8:56:51 AM] +1 (631) 379-9928: Drugs are a truth serum for you
I could ask you anything
[4/20/19, 8:56:53 AM] +1 (631) 379-9928: Haha
[4/20/19, 8:57:15 AM] Anastasia: THERESA JUST WALKED IN
[4/20/19, 8:57:26 AM] Anastasia: Lmaoo
[4/20/19, 8:57:43 AM] Anastasia: <attached: 00006037-PHOTO-2019-04-20-08-57-26.jpg>
[4/20/19, 8:58:42 AM] +1 (631) 379-9928: Um do us a favor delete this chat now and
start a new thread
Before you get too fucked up and forget
[4/20/19, 8:58:48 AM] +1 (631) 379-9928: Your eyes are shot
[4/20/19, 8:58:55 AM] Anastasia: why
[4/20/19, 8:59:20 AM] +1 (631) 379-9928: Every time we text when you're high someone
sees
[4/20/19, 8:59:28 AM] Anastasia: I'm home
[4/20/19, 8:59:30 AM] +1 (631) 379-9928: Your call
[4/20/19, 8:59:32 AM] +1 (631) 379-9928: Ok
[4/20/19, 8:59:37 AM] Anastasia: Your good
[4/20/19, 8:59:57 AM] +1 (631) 379-9928: So I'm a meal
LOL
[4/20/19, 9:00:07 AM] Anastasia: Yeah
[4/20/19, 9:00:17 AM] Anastasia: And u give me this look
[4/20/19, 9:00:29 AM] Anastasia: And it low key drives me crazy
[4/20/19, 9:00:46 AM] Anastasia: I regret saying that
[4/20/19, 9:01:15 AM] +1 (631) 379-9928: why don't
[4/20/19, 9:01:34 AM] Anastasia: U really got me spilling beans
[4/20/19, 9:01:59 AM] +1 (631) 379-9928: What look                    .                     .
When I look into your eyes ?

You have some looks too girl
[4/20/19, 9:02:49 AM] Anastasia: I'll point it out when u do it again but it's when
we're kind of in silence and u look and smile
[4/20/19, 9:03:27 AM] +1 (631) 379-9928: That's why I wrote "open your eyes I want
Page 151

_chat

to stare into them as I enter you"
[4/20/19, 9:03:48 AM] +1 (631) 379-9928: The eyes are everything
[4/20/19, 9:04:07 AM] Anastasia: There u go
[4/20/19, 9:04:31 AM] +1 (631) 379-9928: Who else you chatting with now
[4/20/19, 9:04:53 AM] Anastasia: My cousin is going to Disney along with half of
Riverhead
[4/20/19, 9:04:59 AM] Anastasia: So I've been snapping her
[4/20/19, 9:05:10 AM] +1 (631) 379-9928: Glad I'm not going
[4/20/19, 9:05:10 AM] Anastasia: Nobody else is up
[4/20/19, 9:05:14 AM] Anastasia: literally
[4/20/19, 9:05:39 AM] +1 (631) 379-9928: Have you had sex dreams about us
[4/20/19, 9:06:08 AM] Anastasia: yeah actually I think there was one that I told
either ██████ or ██████████ about
[4/20/19, 9:06:18 AM] +1 (631) 379-9928: Bruh
[4/20/19, 9:06:57 AM] +1 (631) 379-9928: Are you still smoking
[4/20/19, 9:07:03 AM] Anastasia: Yes lmao
[4/20/19, 9:07:18 AM] Anastasia: I'll probably be high all day
[4/20/19, 9:07:26 AM] +1 (631) 379-9928: Didn't mom smell it
[4/20/19, 9:07:30 AM] Anastasia: nah
[4/20/19, 9:07:34 AM] Anastasia: she stoopid
[4/20/19, 9:07:38 AM] +1 (631) 379-9928: Can we cut back after break
[4/20/19, 9:07:45 AM] +1 (631) 379-9928: We need to
[4/20/19, 9:08:02 AM] Anastasia: why do u think I'm going hard now?? Because I know
I'm cutting back later
[4/20/19, 9:08:15 AM] +1 (631) 379-9928: Good
Just checking
[4/20/19, 9:08:51 AM] +1 (631) 379-9928: I was going to FaceTime you but your so
high you prob can't speak
[4/20/19, 9:08:57 AM] Anastasia: LMAOOO
[4/20/19, 9:09:14 AM] +1 (631) 379-9928: Guess what's playing on echo
[4/20/19, 9:09:18 AM] Anastasia: what
[4/20/19, 9:09:24 AM] +1 (631) 379-9928: Come on
[4/20/19, 9:09:35 AM] Anastasia: Jon
[4/20/19, 9:09:46 AM] Anastasia: I can't even think straight
[4/20/19, 9:10:48 AM] +1 (631) 379-9928: So now I'm gonna dig

Your sex with guys, mostly them on top or different positions
[4/20/19, 9:10:59 AM] Anastasia: mostly top
[4/20/19, 9:11:30 AM] +1 (631) 379-9928: Ever from behind (not anal )
[4/20/19, 9:11:35 AM] Anastasia: No
[4/20/19, 9:11:41 AM] Anastasia: fucking boring
[4/20/19, 9:12:05 AM] +1 (631) 379-9928: You ever been on top
[4/20/19, 9:12:10 AM] Anastasia: Actually yes
[4/20/19, 9:12:27 AM] +1 (631) 379-9928: Did you like that
[4/20/19, 9:12:38 AM] Anastasia: ur trying to figure me out
[4/20/19, 9:12:49 AM] Anastasia: I didn't mind it
[4/20/19, 9:13:14 AM] +1 (631) 379-9928: Ur high
I'm playing with you
[4/20/19, 9:13:39 AM] Anastasia: I just dropped my phone because I thought the
ceiling fan fell on me
[4/20/19, 9:13:41 AM] Anastasia: lmaooo
[4/20/19, 9:13:46 AM] Anastasia: hold on
[4/20/19, 9:14:34 AM] Anastasia: Okay I'm back
[4/20/19, 9:14:46 AM] +1 (631) 379-9928: Hi
[4/20/19, 9:14:56 AM] +1 (631) 379-9928: I'm doing push-ups
[4/20/19, 9:15:00 AM] Anastasia: loser
[4/20/19, 9:15:34 AM] +1 (631) 379-9928: Do you like what you feel when we hug?
[4/20/19, 9:15:38 AM] +1 (631) 379-9928: It takes work
[4/20/19, 9:15:56 AM] Anastasia: I never wanna let go
[4/20/19, 9:16:17 AM] +1 (631) 379-9928: Me neither
I really do care for you
[4/20/19, 9:16:39 AM] Anastasia: the feeling is mutual
[4/20/19, 9:17:51 AM] +1 (631) 379-9928: And it's not just a "i wanna get you naked"

_chat

it's a deep feeling
[4/20/19, 9:18:34 AM] +1 (631) 379-9928: Most guys just wann see you naked
[4/20/19, 9:18:39 AM] +1 (631) 379-9928: You know that
[4/20/19, 9:18:42 AM] Anastasia: can't blame them
[4/20/19, 9:18:51 AM] +1 (631) 379-9928: Ha no
[4/20/19, 9:18:58 AM] Anastasia: mmh
[4/20/19, 9:20:38 AM] +1 (631) 379-9928: Ok
Respectable guy code
Always tell her when you're about to cum if she is giving you a blowjob
Let her decide to stay through or bail
[4/20/19, 9:20:59 AM] Anastasia: I like that
[4/20/19, 9:21:40 AM] +1 (631) 379-9928: Let me guess
You haven't been given the warning
[4/20/19, 9:21:47 AM] Anastasia: I have actually
[4/20/19, 9:22:13 AM] +1 (631) 379-9928: I'm shocked
[4/20/19, 9:22:22 AM] Anastasia: embarrassing moment I threw up after one of the
guys I had sex with cake
[4/20/19, 9:22:27 AM] Anastasia: came
[4/20/19, 9:22:45 AM] +1 (631) 379-9928: After a blowjob
Did you swallow
[4/20/19, 9:23:04 AM] Anastasia: I was like I'm not feeling good and he came and I
threw up no that's why I threw up
[4/20/19, 9:24:00 AM] +1 (631) 379-9928: Oh boy
Have you swallow or do you finish with your hand
[4/20/19, 9:24:13 AM] Anastasia: after that I finished with my hand
[4/20/19, 9:24:41 AM] Anastasia: I won't swallow after that night I literally have
ptsd from it
[4/20/19, 9:24:41 AM] +1 (631) 379-9928: I can't imagine swallowing
[4/20/19, 9:25:03 AM] +1 (631) 379-9928: That's probably a good thing

Soemthings are better not done
[4/20/19, 9:25:31 AM] Anastasia: literally
[4/20/19, 9:25:53 AM] +1 (631) 379-9928: I have ptsd about you on top
[4/20/19, 9:26:18 AM] +1 (631) 379-9928: A girl came off once and came right back
down
Thought she broke my shit
[4/20/19, 9:26:30 AM] Anastasia: LMAO
[4/20/19, 9:26:54 AM] Anastasia: I can't imagine
[4/20/19, 9:27:33 AM] +1 (631) 379-9928: So when it happens now
I'm in complete control
Both hands on the hips rocking it not up and down
[4/20/19, 9:27:44 AM] Anastasia: ahh
[4/20/19, 9:28:58 AM] +1 (631) 379-9928: I'm not trying to figure you out
I have most of it
You're horny
Like sex
Haven't had the best experiences
Looking for something deeper
[4/20/19, 9:29:20 AM] Anastasia: Dam u do have most of it
[4/20/19, 9:29:45 AM] +1 (631) 379-9928: Like I said to you
You have no idea what your body can do
[4/20/19, 9:29:55 AM] Anastasia: I clearly don't
[4/20/19, 9:30:15 AM] +1 (631) 379-9928: 150 push-ups in
I'm jacked !!!!
[4/20/19, 9:30:40 AM] Anastasia: I bett
[4/20/19, 9:31:00 AM] +1 (631) 379-9928: Better shape now than 20 years ago
[4/20/19, 9:31:06 AM] +1 (631) 379-9928: Who knew
[4/20/19, 9:31:09 AM] Anastasia: You was thic
[4/20/19, 9:31:45 AM] Anastasia: you glowed the fuck up
[4/20/19, 9:31:57 AM] +1 (631) 379-9928: Huh
[4/20/19, 9:32:18 AM] +1 (631) 379-9928: Glowed
[4/20/19, 9:32:19 AM] +1 (631) 379-9928: ?
[4/20/19, 9:32:22 AM] Anastasia: Like another way to se u got hella  cute
Page 153

```
                                              _chat
[4/20/19, 9:32:27 AM] +1 (631) 379-9928: Oh
[4/20/19, 9:32:38 AM] +1 (631) 379-9928: Thanks
[4/20/19, 9:32:47 AM] Anastasia: Gotchu
[4/20/19, 9:32:50 AM] +1 (631) 379-9928: Ok sharing time
[4/20/19, 9:32:58 AM] Anastasia: Sup
[4/20/19, 9:34:13 AM] +1 (631) 379-9928: Knew an older girl in college (hot as fuck)
We were chilling playing
Ouch ouch just the tip  for a while
[4/20/19, 9:34:43 AM] +1 (631) 379-9928: She invites me away for the weekend to her
parents hotel on a lake
She has $$$$
[4/20/19, 9:34:54 AM] Anastasia: Oh brotha look atchu
[4/20/19, 9:35:00 AM] Anastasia: continue
[4/20/19, 9:35:06 AM] +1 (631) 379-9928: Well let me tell you
[4/20/19, 9:35:12 AM] +1 (631) 379-9928: She took me to school
[4/20/19, 9:35:35 AM] +1 (631) 379-9928: Didn't leave the presidential suite all
weekend
[4/20/19, 9:35:43 AM] Anastasia: ohhhh mannnn
[4/20/19, 9:36:10 AM] Anastasia: that's the life right there
[4/20/19, 9:36:24 AM] +1 (631) 379-9928: It was like a sex clinic
[4/20/19, 9:36:33 AM] Anastasia: Lmaooo
[4/20/19, 9:37:23 AM] +1 (631) 379-9928: She knew what got her off and showed me

That was my first experience Game knows Game
Now I can see it a mile away
[4/20/19, 9:38:02 AM] Anastasia: I like that story
[4/20/19, 9:39:29 AM] +1 (631) 379-9928: So most of the guys you've new with
They were probably Jack hammering away no change in rhythm  or stroke
[4/20/19, 9:39:39 AM] Anastasia: nope
[4/20/19, 9:40:13 AM] +1 (631) 379-9928: Nope as in I'm right
[4/20/19, 9:40:22 AM] Anastasia: yes
[4/20/19, 9:40:56 AM] +1 (631) 379-9928: Girl
You're high as fuck so you won't remember this
This mornings msg
[4/20/19, 9:41:24 AM] Anastasia: I'm so stoned
[4/20/19, 9:41:28 AM] +1 (631) 379-9928: That would be us
Looking right into your eyes as I go in

Picture it
[4/20/19, 9:41:39 AM] Anastasia: I do
[4/20/19, 9:42:06 AM] Anastasia: can't believe I said that
[4/20/19, 9:42:11 AM] +1 (631) 379-9928: Now I grab your ankles
Lift your legs
[4/20/19, 9:42:39 AM] +1 (631) 379-9928: Your feet are as high as my shoulders and
spread wide
[4/20/19, 9:43:57 AM] +1 (631) 379-9928: One leg goes down I keep the other up
All the while running that leg
Running your thighs
Running my fingers across you lips as I'm going in and out
[4/20/19, 9:44:48 AM] Anastasia: How do you manage to turn me on as much as you do
[4/20/19, 9:45:32 AM] +1 (631) 379-9928: And at times I come out and go down on you
while their I'm using my fingers to massage your pussy inside and out
[4/20/19, 9:45:52 AM] Anastasia: Ugh that just drove me crazy
[4/20/19, 9:46:34 AM] +1 (631) 379-9928: That's a small part of what I can be
When done well
[4/20/19, 9:46:56 AM] Anastasia: Oh mann
[4/20/19, 9:48:00 AM] +1 (631) 379-9928: And forget about can happen if you face
down ass up (not anal just to be clear)
[4/20/19, 9:48:34 AM] Anastasia: Ohh my
[4/20/19, 9:48:51 AM] +1 (631) 379-9928: Ya
[4/20/19, 9:48:56 AM] Anastasia: wow
[4/20/19, 9:49:06 AM] +1 (631) 379-9928: G spot its real
[4/20/19, 9:49:12 AM] +1 (631) 379-9928: :))
```

_chat

```
[4/20/19, 9:49:17 AM] Anastasia: :))
[4/20/19, 9:49:36 AM] +1 (631) 379-9928: You're not screen shorting this are you
Lol
[4/20/19, 9:49:54 AM] Anastasia: No
[4/20/19, 9:50:05 AM] +1 (631) 379-9928: You'd be soaking wet if you weren't so high
[4/20/19, 9:50:19 AM] Anastasia: Yeahhh prob
[4/20/19, 9:50:27 AM] Anastasia: I'm like dead in bed
[4/20/19, 9:50:33 AM] Anastasia: Feeling u
[4/20/19, 9:51:20 AM] +1 (631) 379-9928: Now we know when we look at each other and
that makes it better
We have a connection
And I'm not stoned saying that
[4/20/19, 9:51:56 AM] Anastasia: we 200% do have a connection
[4/20/19, 9:52:23 AM] Anastasia: I love coming to ur office
[4/20/19, 9:52:29 AM] +1 (631) 379-9928: 200 push ups done
[4/20/19, 9:52:44 AM] +1 (631) 379-9928: I like you being there
[4/20/19, 9:52:49 AM] Anastasia: brolicccc
[4/20/19, 9:53:12 AM] +1 (631) 379-9928: And these are the talks we can't have at
work
[4/20/19, 9:53:18 AM] Anastasia: duh
[4/20/19, 9:53:37 AM] Anastasia: we have looks for that
[4/20/19, 9:53:45 AM] +1 (631) 379-9928: YESSSS
[4/20/19, 9:54:15 AM] +1 (631) 379-9928: people would think we're nuts
But fuck people
[4/20/19, 9:54:20 AM] +1 (631) 379-9928: Oh hold on
[4/20/19, 9:54:24 AM] Anastasia: ok
[4/20/19, 9:54:35 AM] +1 (631) 379-9928: <attached:
00006209-PHOTO-2019-04-20-09-54-19.jpg>
[4/20/19, 9:54:43 AM] +1 (631) 379-9928: Keep forgetting to send that
[4/20/19, 9:54:50 AM] Anastasia: I'm weakkk
[4/20/19, 9:54:51 AM] +1 (631) 379-9928: One of my favs
[4/20/19, 9:55:14 AM] +1 (631) 379-9928: Should have worn that in the prom photo
[4/20/19, 9:55:27 AM] Anastasia: LMAOO
[4/20/19, 9:56:14 AM] Anastasia: I low key wanna go to prom
[4/20/19, 9:56:23 AM] +1 (631) 379-9928: So now you know how I really care for you
Do you know why i want to help you
[4/20/19, 9:56:40 AM] Anastasia: No
[4/20/19, 9:56:49 AM] Anastasia: I'm literally too high to know anything
[4/20/19, 9:57:22 AM] +1 (631) 379-9928: Ok forget that question

Just change your underwear at some point today
[4/20/19, 9:57:32 AM] Anastasia: Oh shut it
[4/20/19, 9:57:39 AM] +1 (631) 379-9928: LOL
[4/20/19, 9:58:42 AM] +1 (631) 379-9928: You mean a lot to me
Somehow you buried yourself in my heart
[4/20/19, 9:58:56 AM] Anastasia: :))
[4/20/19, 9:58:58 AM] +1 (631) 379-9928: Pull up time
Fuck
[4/20/19, 9:59:19 AM] Anastasia: ??
[4/20/19, 10:00:13 AM] +1 (631) 379-9928: I'm moving on to pull ups
Done with push-ups
If you were FaceTimeing I would give you the tour of the gym
[4/20/19, 10:00:25 AM] Anastasia: ohhhhh
[4/20/19, 10:00:40 AM] Anastasia: Where is it family
[4/20/19, 10:01:00 AM] Anastasia: The
[4/20/19, 10:01:11 AM] +1 (631) 379-9928: Kids r watching movies
[4/20/19, 10:01:15 AM] Anastasia: ah
[4/20/19, 10:01:22 AM] +1 (631) 379-9928: In my room we only have one tv
[4/20/19, 10:01:34 AM] Anastasia: of course you do
[4/20/19, 10:01:51 AM] +1 (631) 379-9928: Annnnnnnmmmmd I'm shirtless
[4/20/19, 10:02:24 AM] Anastasia: missing out
[4/20/19, 10:03:03 AM] +1 (631) 379-9928: Yup
[4/20/19, 10:03:38 AM] +1 (631) 379-9928: When it's warm I run in spandex no shirt
```

_chat

3:30am
Pretty much half naked
[4/20/19, 10:04:05 AM] +1 (631) 379-9928: Two years ago after this vacation I gave
up drinking
[4/20/19, 10:04:26 AM] Anastasia: Look at y
[4/20/19, 10:04:30 AM] Anastasia: Ou
[4/20/19, 10:05:27 AM] +1 (631) 379-9928: Do you know the song given to fly by Pearl
Jam?
[4/20/19, 10:05:34 AM] Anastasia: No
[4/20/19, 10:06:03 AM] +1 (631) 379-9928: Go listen to it and tell me what you think
[4/20/19, 10:06:20 AM] +1 (631) 379-9928: One of my favs
[4/20/19, 10:06:22 AM] Anastasia: I think I should wait
[4/20/19, 10:07:15 AM] +1 (631) 379-9928: You're that fucked
[4/20/19, 10:07:25 AM] Anastasia: Yeah bro
[4/20/19, 10:07:38 AM] +1 (631) 379-9928: Let me see your eyes now
[4/20/19, 10:09:14 AM] +1 (631) 379-9928: I'm destroying my body to be jacked for
the beach
LOL
[4/20/19, 10:09:57 AM] Anastasia: my mom is currently in my room
[4/20/19, 10:10:00 AM] Anastasia: weak
[4/20/19, 10:10:40 AM] Anastasia: <attached: 00006252-PHOTO-2019-04-20-10-10-23.jpg>
[4/20/19, 10:11:15 AM] Anastasia: Maryann almost grew up because of how bad my room
smells
[4/20/19, 10:11:18 AM] Anastasia: threw
[4/20/19, 10:11:35 AM] +1 (631) 379-9928: You look shot
[4/20/19, 10:11:44 AM] Anastasia: I'm gone man
[4/20/19, 10:12:20 AM] +1 (631) 379-9928: "Nas what ya doing "
"Nothing mom , smoking weed talking dirty to someone "
[4/20/19, 10:12:29 AM] Anastasia: LITERALLY
[4/20/19, 10:12:45 AM] +1 (631) 379-9928: But it's me so it's ok
[4/20/19, 10:13:01 AM] Anastasia: pretty much
[4/20/19, 10:13:22 AM] Anastasia: oh shit it's like raining outside
[4/20/19, 10:13:54 AM] +1 (631) 379-9928: I'm gonna walk into ROTC one day and bang
it a shit ton of pull ups and then just walk out not say a word
[4/20/19, 10:14:04 AM] Anastasia: DO IT
[4/20/19, 10:14:16 AM] Anastasia: we'd stand at attention for u
[4/20/19, 10:14:29 AM] Anastasia: how does that feel
[4/20/19, 10:15:14 AM] +1 (631) 379-9928: I would not say as you were and make
everyone stay standing
[4/20/19, 10:15:25 AM] Anastasia: lmaooo
[4/20/19, 10:15:32 AM] Anastasia: You'd suck for that
[4/20/19, 10:15:50 AM] Anastasia: but at least we don't salute you in doors
[4/20/19, 10:15:50 AM] +1 (631) 379-9928: It feels kinda weird and I'm sure some of
you are like
Fuck you
[4/20/19, 10:15:56 AM] Anastasia: literally
[4/20/19, 10:16:19 AM] Anastasia: everyone's like why is this dickhead always around
tired of him
[4/20/19, 10:16:21 AM] +1 (631) 379-9928: Low key
Kinda why I don't pop in there as much
[4/20/19, 10:16:40 AM] Anastasia: I figured
[4/20/19, 10:16:55 AM] +1 (631) 379-9928: You're high
So I know you're telling the truth
[4/20/19, 10:17:01 AM] Anastasia: LMAOOOO
[4/20/19, 10:17:09 AM] Anastasia: too much truth comes out when I'm high
[4/20/19, 10:17:51 AM] +1 (631) 379-9928: I know a lot more than I let on
[4/20/19, 10:18:37 AM] +1 (631) 379-9928: Like for some reason I feel like ████████
can't stand me
Like he wants to fight me
To which I say
BRING IT
[4/20/19, 10:18:54 AM] Anastasia: literally fuck ██████
[4/20/19, 10:19:02 AM] +1 (631) 379-9928: I know you want to
Page 156

```
                                          _chat
[4/20/19, 10:19:08 AM] +1 (631) 379-9928: Or think you do
[4/20/19, 10:19:13 AM] Anastasia: Oh shit I fell right into tht
[4/20/19, 10:19:30 AM] +1 (631) 379-9928: I know you
[4/20/19, 10:19:57 AM] Anastasia: Yeh u do
[4/20/19, 10:20:03 AM] Anastasia: we're fuckin lit bro
[4/20/19, 10:20:17 AM] +1 (631) 379-9928: What ever that means

ENGLISH
[4/20/19, 10:20:33 AM] Anastasia: ahah
[4/20/19, 10:20:37 AM] Anastasia: my baddd
[4/20/19, 10:21:29 AM] Anastasia: I literally can't find my pants
[4/20/19, 10:21:32 AM] Anastasia: Lmaooo
[4/20/19, 10:21:45 AM] +1 (631) 379-9928: NAKED
[4/20/19, 10:21:58 AM] Anastasia: how'd you know
[4/20/19, 10:22:21 AM] +1 (631) 379-9928: In bed no pants
[4/20/19, 10:22:28 AM] +1 (631) 379-9928: 2+2
[4/20/19, 10:22:34 AM] Anastasia: 5
[4/20/19, 10:22:45 AM] +1 (631) 379-9928: Today it does
[4/20/19, 10:22:53 AM] Anastasia: Errryyydayyy
[4/20/19, 10:23:30 AM] +1 (631) 379-9928: I wanna do PT with ROTC after school and
crush you guys
Except you
[4/20/19, 10:24:03 AM] Anastasia: I'd deck you in front of captain and gunny if you
showed me up on my own turf
[4/20/19, 10:24:14 AM] +1 (631) 379-9928: STAY HARD
[4/20/19, 10:24:24 AM] Anastasia: right back atcha
[4/20/19, 10:24:31 AM] Anastasia: Ohh wait wuttt
[4/20/19, 10:24:46 AM] +1 (631) 379-9928: Good story for you
[4/20/19, 10:24:50 AM] Anastasia: sup
[4/20/19, 10:25:10 AM] +1 (631) 379-9928: Stay Hard
Not sexually (in this case)
Come on
[4/20/19, 10:25:14 AM] +1 (631) 379-9928: Hold on
[4/20/19, 10:25:17 AM] Anastasia: Ok
[4/20/19, 10:25:34 AM] Anastasia: everything is sexual with me
Cmon
[4/20/19, 10:25:56 AM] +1 (631) 379-9928: I know
[4/20/19, 10:26:42 AM] +1 (631) 379-9928: At ESM a Ss teacher went to prom with a
transgender student
They wore matching suits and sat at the teacher table
[4/20/19, 10:26:53 AM] Anastasia: Aw
[4/20/19, 10:29:18 AM] +1 (631) 379-9928: My arms are shot
[4/20/19, 10:29:24 AM] +1 (631) 379-9928: Come rub them
[4/20/19, 10:29:34 AM] Anastasia: On my way!
[4/20/19, 10:29:41 AM] +1 (631) 379-9928: They are clean shaven
[4/20/19, 10:29:45 AM] +1 (631) 379-9928: LOL
[4/20/19, 10:30:06 AM] Anastasia: you already know my ass didn't even shift when I
said On my way
[4/20/19, 10:30:35 AM] +1 (631) 379-9928: Of course not your naked
You can't leave the house like that
[4/20/19, 10:30:51 AM] Anastasia: my legs are flying around and dam right
[4/20/19, 10:31:40 AM] +1 (631) 379-9928: You're that high
[4/20/19, 10:31:50 AM] Anastasia: I'm so stoned dude
[4/20/19, 10:32:03 AM] +1 (631) 379-9928: Don't piss the bed
[4/20/19, 10:32:28 AM] Anastasia: Ohh man
[4/20/19, 10:32:33 AM] Anastasia: I won't
[4/20/19, 10:33:08 AM] +1 (631) 379-9928: Or worse
Crap it
[4/20/19, 10:33:16 AM] +1 (631) 379-9928: Ahhhhhhhhhhhh
[4/20/19, 10:33:22 AM] Anastasia: Not in my bed I won't
[4/20/19, 10:33:32 AM] +1 (631) 379-9928: Others yes yours no
[4/20/19, 10:33:34 AM] Anastasia: My bed is my prized possession
[4/20/19, 10:33:40 AM] Anastasia: lmao
```

_chat
[4/20/19, 10:34:05 AM] +1 (631) 379-9928: Cum in my mouth will ya
Take this
[4/20/19, 10:34:36 AM] +1 (631) 379-9928: 200 push-ups
100 pull ups
Done
[4/20/19, 10:34:50 AM] Anastasia: look at you go
[4/20/19, 10:35:12 AM] +1 (631) 379-9928: Look around you
How many people are overweight
[4/20/19, 10:35:18 AM] +1 (631) 379-9928: I hate them all
[4/20/19, 10:35:28 AM] Anastasia: agreed
[4/20/19, 10:35:33 AM] +1 (631) 379-9928: Oh ya
███████'s teeeth
Wtf
[4/20/19, 10:35:38 AM] +1 (631) 379-9928: Sorry ████████
[4/20/19, 10:35:44 AM] Anastasia: Shark teef
[4/20/19, 10:35:52 AM] Anastasia: omg let me store
[4/20/19, 10:36:01 AM] Anastasia: Stop I can't believe I just said that
[4/20/19, 10:36:17 AM] +1 (631) 379-9928: I refuse to be another person who makes
excuses and stays fat
[4/20/19, 10:36:18 AM] Anastasia: That's my high talking
[4/20/19, 10:36:24 AM] +1 (631) 379-9928: Yes I know
[4/20/19, 10:36:29 AM] Anastasia: yes
[4/20/19, 10:36:32 AM] +1 (631) 379-9928: I could ask you anything
[4/20/19, 10:36:39 AM] Anastasia: Pretty much
[4/20/19, 10:36:45 AM] +1 (631) 379-9928: But out of respect I'm holding back
[4/20/19, 10:36:53 AM] Anastasia: Ask
[4/20/19, 10:38:36 AM] +1 (631) 379-9928: I know why for me
When and why did you start shaving yourself ?
[4/20/19, 10:39:08 AM] +1 (631) 379-9928: When I like was 13 I just don't like hair
[4/20/19, 10:39:19 AM] +1 (631) 379-9928: Good for you
[4/20/19, 10:39:31 AM] Anastasia: It was like another way of saying I was clean
[4/20/19, 10:39:40 AM] +1 (631) 379-9928: Hell yes
[4/20/19, 10:40:00 AM] Anastasia: mm yeah
[4/20/19, 10:41:19 AM] +1 (631) 379-9928: The maintenance sucks but it's worth it
[4/20/19, 10:41:28 AM] Anastasia: Oh yes
[4/20/19, 10:42:23 AM] +1 (631) 379-9928: who's weed you smokin ·
And with what
[4/20/19, 10:42:36 AM] Anastasia: dab pen
[4/20/19, 10:43:01 AM] +1 (631) 379-9928: who's
[4/20/19, 10:43:28 AM] Anastasia: One of my friends from school let me borrow it
[4/20/19, 10:44:18 AM] +1 (631) 379-9928: I've said this but hear it again

At no time can you have shit in school
Kids are giving us names left and right and we search everyone
[4/20/19, 10:44:39 AM] +1 (631) 379-9928: Please
[4/20/19, 10:44:46 AM] Anastasia: Wouldn't do that to u
[4/20/19, 10:45:32 AM] +1 (631) 379-9928: I really believe that
[4/20/19, 10:45:52 AM] Anastasia: I'm like somewhat sober now
[4/20/19, 10:46:04 AM] +1 (631) 379-9928: I'm calling BS
[4/20/19, 10:46:14 AM] Anastasia: shut up
[4/20/19, 10:47:00 AM] +1 (631) 379-9928: Girl you should see my arms
You'd be all over them
[4/20/19, 10:47:40 AM] Anastasia: I'd be all over u anyways
[4/20/19, 10:48:33 AM] +1 (631) 379-9928: :)))
[4/20/19, 10:48:48 AM] +1 (631) 379-9928: Sure you're not still high
[4/20/19, 10:48:58 AM] Anastasia: Shuttttt uppp
[4/20/19, 10:50:00 AM] +1· (631) 379-9928: Love ya
[4/20/19, 10:50:18 AM] +1 (631) 379-9928: So what did you tell ██████ we talk about
[4/20/19, 10:50:29 AM] Anastasia: Sex
[4/20/19, 10:50:41 AM] Anastasia: KIDDDDDDIIIINNNNGGGG
[4/20/19, 10:51:05 AM] Anastasia: I was like we talk about my depression
[4/20/19, 10:51:33 AM] Anastasia: I just found a juice box in my bed
[4/20/19, 10:52:49 AM] +1 (631) 379-9928: Ya tell her life coach

_chat

And how he would destroy my vagina and leave me shaking wanting more
[4/20/19, 10:53:00 AM] +1 (631) 379-9928: :))
[4/20/19, 10:53:01 AM] Anastasia: NOOOOOOO
[4/20/19, 10:53:15 AM] +1 (631) 379-9928: Let's leave it at life coach
[4/20/19, 10:53:24 AM] Anastasia: COULD U IMAGINE
[4/20/19, 10:54:02 AM] Anastasia: I just start talking about u like yeah I'd fuck regan
[4/20/19, 10:54:29 AM] +1 (631) 379-9928: who wouldn't
[4/20/19, 10:55:08 AM] Anastasia: Mmh
[4/20/19, 10:55:14 AM] Anastasia: ███████
[4/20/19, 10:55:45 AM] +1 (631) 379-9928: She's yours
[4/20/19, 10:56:10 AM] Anastasia: not unless she's shaved
[4/20/19, 10:56:31 AM] +1 (631) 379-9928: Good girl
You're learning
[4/20/19, 10:56:41 AM] Anastasia: yes
[4/20/19, 10:56:42 AM] +1 (631) 379-9928: Major tea ready
[4/20/19, 10:56:47 AM] Anastasia: Tell me
[4/20/19, 10:57:00 AM] +1 (631) 379-9928: I've seen her in a bathing suit
[4/20/19, 10:57:02 AM] Anastasia: I just rolled over that's how excited I got
[4/20/19, 10:57:12 AM] Anastasia: ARE U FUCKING KIDDING
[4/20/19, 10:57:14 AM] Anastasia: without me
[4/20/19, 10:57:16 AM] Anastasia: how?
[4/20/19, 10:57:50 AM] +1 (631) 379-9928: It was in a photo album
But I'm sure I'll see her this summer at my beach
She knows a lot of people that go there
[4/20/19, 10:58:13 AM] Anastasia: Does she have a nice body
[4/20/19, 10:58:28 AM] Anastasia: You're getting me worked up
[4/20/19, 10:58:55 AM] +1 (631) 379-9928: Well I didnt need the photo to tell me
I size everyone up
Don't you
[4/20/19, 10:59:06 AM] Anastasia: true
[4/20/19, 10:59:33 AM] +1 (631) 379-9928: Like I can see everyone naked
Don't you
[4/20/19, 10:59:39 AM] Anastasia: duuuddee
[4/20/19, 10:59:49 AM] Anastasia: I thought I was alone
[4/20/19, 11:00:31 AM] +1 (631) 379-9928: Girl
I've told you
Gottchu
Game knows game
You're a horny little fuck
I'm a horny big fuck
[4/20/19, 11:00:44 AM] Anastasia: yess
[4/20/19, 11:01:08 AM] Anastasia: That's probably why I get all anxious when she walks in
[4/20/19, 11:01:22 AM] Anastasia: I swear she walks in and everything goes in slow mo
[4/20/19, 11:01:51 AM] +1 (631) 379-9928: Like I said
When I said that shit to you this morning
I could tell you felt the same
90%sure
[4/20/19, 11:02:00 AM] Anastasia: 100
[4/20/19, 11:02:17 AM] +1 (631) 379-9928: And we can say that to each other and not be weird
[4/20/19, 11:02:29 AM] Anastasia: Exactly!!!
[4/20/19, 11:02:39 AM] +1 (631) 379-9928: It's like having a special power
Now you know you're not alone
[4/20/19, 11:02:46 AM] +1 (631) 379-9928: And not an odd ball
[4/20/19, 11:02:57 AM] Anastasia: I feel so much better
[4/20/19, 11:03:24 AM] +1 (631) 379-9928: Back to ███████
And I feel bad talking about her because I have a ton of respect for her she is an great person
[4/20/19, 11:03:34 AM] Anastasia: Buttttttt
[4/20/19, 11:03:35 AM] +1 (631) 379-9928: The pic was what I expected

_chat

[4/20/19, 11:03:53 AM] Anastasia: is she bad
[4/20/19, 11:04:01 AM] Anastasia: like hot
[4/20/19, 11:04:24 AM] +1 (631) 379-9928: Wasn't the best pic
But there is potential
[4/20/19, 11:04:48 AM] Anastasia: This is why I gotta get close to here
[4/20/19, 11:04:51 AM] Anastasia: her
[4/20/19, 11:06:11 AM] +1 (631) 379-9928: Dude
[4/20/19, 11:06:28 AM] Anastasia: What's up
[4/20/19, 11:06:37 AM] +1 (631) 379-9928: You and her
[4/20/19, 11:06:51 AM] Anastasia: I see it all the time
[4/20/19, 11:08:22 AM] +1 (631) 379-9928: So the next time I want to run with you
You gonna blow me off
[4/20/19, 11:08:41 AM] Anastasia: hopefully next time I won't be blasted out of my
mind
[4/20/19, 11:09:07 AM] Anastasia: but I probably won't
[4/20/19, 11:09:20 AM] +1 (631) 379-9928: I hope not
[4/20/19, 11:09:37 AM] Anastasia: I miss you dude
[4/20/19, 11:09:47 AM] +1 (631) 379-9928: I miss you too
[4/20/19, 11:09:57 AM] +1 (631) 379-9928: I miss your energy
[4/20/19, 11:10:24 AM] Anastasia: U know the first time I said that IIIII Was pacing
around my forensics class like I can't believe I just hit send to that I'm finna get
suspended etc
[4/20/19, 11:10:57 AM] +1 (631) 379-9928: Said what
[4/20/19, 11:11:01 AM] +1 (631) 379-9928: You'll miss me
[4/20/19, 11:11:03 AM] Anastasia: I miss you
[4/20/19, 11:11:07 AM] Anastasia: yeah dude
[4/20/19, 11:11:24 AM] Anastasia: I fucking snapped ███████ like bro I just emailed
regan I miss him
[4/20/19, 11:11:28 AM] Anastasia: Fuck me
[4/20/19, 11:11:36 AM] +1 (631) 379-9928: What did she say
[4/20/19, 11:12:35 AM] Anastasia: she was like what did he say
[4/20/19, 11:12:38 AM] Anastasia: LMAO
[4/20/19, 11:13:24 AM] Anastasia: 11:11 passed and it was ███████ and i's thing
[4/20/19, 11:13:36 AM] Anastasia: That hit home man
[4/20/19, 11:13:58 AM] +1 (631) 379-9928: off
[4/20/19, 11:14:01 AM] +1 (631) 379-9928: Oh
[4/20/19, 11:15:10 AM] Anastasia: Ps: I found my shorts
[4/20/19, 11:15:14 AM] +1 (631) 379-9928: Fucking internet sucks today
[4/20/19, 11:15:19 AM] +1 (631) 379-9928: Are they clean
[4/20/19, 11:15:30 AM] Anastasia: yes
[4/20/19, 11:16:52 AM] Anastasia: OKAY SO
[4/20/19, 11:16:58 AM] +1 (631) 379-9928: Oh shit
[4/20/19, 11:17:01 AM] Anastasia: LOOK AT MY LEG MUSCLE
[4/20/19, 11:17:11 AM] +1 (631) 379-9928: Ok
[4/20/19, 11:17:21 AM] Anastasia: <attached: 00006461-PHOTO-2019-04-20-11-17-05.jpg>
[4/20/19, 11:17:56 AM] +1 (631) 379-9928: Ok
[4/20/19, 11:18:06 AM] +1 (631) 379-9928: Does it hurt
[4/20/19, 11:18:09 AM] Anastasia: No
[4/20/19, 11:18:18 AM] Anastasia: why are u so dead bro
[4/20/19, 11:18:46 AM] +1 (631) 379-9928: I mean ya it's hot but I thought you were
showing me something of concern
[4/20/19, 11:19:04 AM] Anastasia: meaning a nude???
[4/20/19, 11:19:04 AM] +1 (631) 379-9928: Not and not low key sending me a hot pic
[4/20/19, 11:19:39 AM] Anastasia: Noo I wouldn't do that to u
[4/20/19, 11:20:59 AM] +1 (631) 379-9928: Surprised your out of bed
[4/20/19, 11:21:18 AM] Anastasia: I know right
[4/20/19, 11:21:42 AM] +1 (631) 379-9928: Ok
So I keep checking out your leg
[4/20/19, 11:21:46 AM] +1 (631) 379-9928: :))
[4/20/19, 11:21:50 AM] Anastasia: I know
[4/20/19, 11:22:13 AM] Anastasia: I almost sent u one in the mirror
[4/20/19, 11:22:17 AM] Anastasia: but I was downstairs s
[4/20/19, 11:23:22 AM] +1 (631) 379-9928: I almost sent you one from the gym

```
                                    _chat
[4/20/19, 11:23:24 AM] +1 (631) 379-9928: Hehe
[4/20/19, 11:24:02 AM] Anastasia: Do it
[4/20/19, 11:24:44 AM] Anastasia: I'm literally balling my eyes out
[4/20/19, 11:24:49 AM] Anastasia: to ███████ on FaceTime
[4/20/19, 11:25:52 AM] +1 (631) 379-9928: <attached:
00006482-PHOTO-2019-04-20-11-25-36.jpg>
[4/20/19, 11:25:57 AM] Anastasia: she was like are you fucking hig
[4/20/19, 11:26:02 AM] Anastasia: goddam
[4/20/19, 11:26:27 AM] +1 (631) 379-9928: You like
[4/20/19, 11:26:39 AM] Anastasia: yeahhhh
[4/20/19, 11:27:06 AM] +1 (631) 379-9928: And I want flexing that's legit
[4/20/19, 11:27:14 AM] +1 (631) 379-9928: Wasn't
[4/20/19, 11:27:33 AM] Anastasia: Da hot
[4/20/19, 11:27:40 AM] +1 (631) 379-9928: I'm kinda stressing about that pic
Don't let it out
[4/20/19, 11:27:48 AM] Anastasia: (Deadass) I know that's ur favorite word
[4/20/19, 11:27:51 AM] Anastasia: I won't
[4/20/19, 11:29:06 AM] +1 (631) 379-9928: I was just back at your legs
[4/20/19, 11:29:51 AM] Anastasia: <attached: 00006494-PHOTO-2019-04-20-11-29-34.jpg>
[4/20/19, 11:30:44 AM] +1 (631) 379-9928: You're eating healthy and cpr trained
[4/20/19, 11:30:59 AM] +1 (631) 379-9928: Nice fucking stomach
[4/20/19, 11:32:03 AM] Anastasia: Thanks bro u too
[4/20/19, 11:32:14 AM] +1 (631) 379-9928: Little under boob too
[4/20/19, 11:32:19 AM] Anastasia: Shh
[4/20/19, 11:33:05 AM] +1 (631) 379-9928: I'm gonna try to keep that one
[4/20/19, 11:33:42 AM] Anastasia: aye
[4/20/19, 11:34:17 AM] Anastasia: I definitely didn't just go back to ur picture
[4/20/19, 11:34:40 AM] +1 (631) 379-9928: Did it surprise you
[4/20/19, 11:34:48 AM] Anastasia: it actually did
[4/20/19, 11:35:04 AM] +1 (631) 379-9928: :)))
[4/20/19, 11:35:20 AM] Anastasia: That's the first time I slept in shorts
[4/20/19, 11:35:39 AM] +1 (631) 379-9928: Probably a good idea not to tell ████
about this either
[4/20/19, 11:35:49 AM] Anastasia: And ya I do have dogs on my pillow cases
[4/20/19, 11:35:52 AM] Anastasia: nope
[4/20/19, 11:36:30 AM] +1 (631) 379-9928: Brb
[4/20/19, 11:36:42 AM] Anastasia: Ok
[4/20/19, 11:49:50 AM] +1 (631) 379-9928: Hellllllllo
Sexy
Took another peak
[4/20/19, 11:56:03 AM] Anastasia: Heyyy
[4/20/19, 11:56:28 AM] +1 (631) 379-9928: Back in bed?
[4/20/19, 11:57:27 AM] +1 (631) 379-9928: Is your other leg muscle as nice ?
[4/20/19, 11:58:05 AM] +1 (631) 379-9928: I'm fucking with you now
[4/20/19, 11:58:20 AM] Anastasia: no it's not and I just got out of the shower
[4/20/19, 11:58:53 AM] +1 (631) 379-9928: Oh I got the pre shower pics
[4/20/19, 11:59:00 AM] +1 (631) 379-9928: I see
LOL
[4/20/19, 11:59:05 AM] Anastasia: Yesss
[4/20/19, 11:59:06 AM] Anastasia: Lmaoo
[4/20/19, 12:00:28 PM] Anastasia: I just ran through my house with no shirt
[4/20/19, 12:00:42 PM] +1 (631) 379-9928: Like no shirt bra only
[4/20/19, 12:00:48 PM] +1 (631) 379-9928: Or nothing
[4/20/19, 12:00:58 PM] Anastasia: nothing
[4/20/19, 12:01:16 PM] +1 (631) 379-9928: You'd fit right in around here
[4/20/19, 12:01:24 PM] Anastasia: Lmaooo
[4/20/19, 12:02:31 PM] +1 (631) 379-9928: So what made you send me that photo
[4/20/19, 12:02:48 PM] +1 (631) 379-9928: Not that I'm complaining
[4/20/19, 12:03:13 PM] Anastasia: I bet you're not but I dunno I just feel
comfortable wth u
[4/20/19, 12:03:41 PM] +1 (631) 379-9928: I'm comfortable with you
Just not the technology
[4/20/19, 12:04:02 PM] Anastasia: Ohh yeah 100%
```

```
                                    _chat
[4/20/19, 12:05:29 PM] +1 (631) 379-9928: Are you drinking this week
[4/20/19, 12:06:22 PM] Anastasia: I've been drinking
[4/20/19, 12:07:35 PM] +1 (631) 379-9928: I just re read your text when I sent you
the pic
You're going on about ████ and then
I can almost hear you stutter
[4/20/19, 12:07:41 PM] +1 (631) 379-9928: LMAO
[4/20/19, 12:07:50 PM] Anastasia: LMAOO
[4/20/19, 12:08:29 PM] Anastasia: <attached: 00006538-PHOTO-2019-04-20-12-08-13.jpg>
[4/20/19, 12:08:33 PM] Anastasia: Germanyyy
[4/20/19, 12:09:51 PM] +1 (631) 379-9928: Not really looking at the Germany sign
[4/20/19, 12:11:16 PM] +1 (631) 379-9928: You have a very tight body
[4/20/19, 12:11:51 PM] Anastasia: that's probably from not eating Lmaoo
[4/20/19, 12:12:00 PM] +1 (631) 379-9928: Partially
[4/20/19, 12:12:53 PM] +1 (631) 379-9928: The F'ing rain
[4/20/19, 12:13:21 PM] Anastasia: Yeahh bro
[4/20/19, 12:13:41 PM] Anastasia: I have to go drive ████ to get her hair cut then
go get high
[4/20/19, 12:14:03 PM] +1 (631) 379-9928: Of course the second part
[4/20/19, 12:14:25 PM] +1 (631) 379-9928: I'm glad we spoke
This morning
[4/20/19, 12:14:43 PM] +1 (631) 379-9928: Send me a smile for the road
[4/20/19, 12:15:10 PM] Anastasia: <attached: 00006550-PHOTO-2019-04-20-12-14-53.jpg>
[4/20/19, 12:15:39 PM] +1 (631) 379-9928: Too funny
[4/20/19, 12:16:05 PM] +1 (631) 379-9928: Thanks for getting up with me this morning
[4/20/19, 12:17:35 PM] +1 (631) 379-9928: I'm up crazy early tomorrow for a 7 am
flight
The morning msg may be mid afternoon
[4/20/19, 12:19:15 PM] Anastasia: Okay
[4/20/19, 12:20:24 PM] +1 (631) 379-9928: And one last thing
If we were to kiss
It would be epic, I know you feel the same
[4/20/19, 12:20:56 PM] Anastasia: Let's just say I wouldn't stop it
[4/20/19, 12:21:21 PM] +1 (631) 379-9928: Not sure either of us could
[4/20/19, 12:21:57 PM] Anastasia: Verryyy true
[4/20/19, 12:22:19 PM] +1 (631) 379-9928: Be careful today driving around
[4/20/19, 12:23:06 PM] Anastasia: Thanks
[4/20/19, 12:24:09 PM] +1 (631) 379-9928: Peace
Catch you later maybe but you'll be high as fuck
[4/20/19, 12:24:21 PM] Anastasia: When aren't I high asf
[4/20/19, 12:24:22 PM] +1 (631) 379-9928: Jumping in shower
[4/20/19, 12:24:27 PM] Anastasia: Mmh
[4/20/19, 12:24:29 PM] Anastasia: Yummy
[4/20/19, 12:24:50 PM] +1 (631) 379-9928: Back at ya
[4/20/19, 12:40:38 PM] Anastasia: IM SOOOO HIGH
[4/20/19, 12:43:08 PM] +1 (631) 379-9928: Again
[4/20/19, 12:43:42 PM] +1 (631) 379-9928: Delete our thread before you slip around
your friends
Please

And
I'm all clean shaven
[4/20/19, 12:43:56 PM] Anastasia: ME TOOOOOOOOO
[4/20/19, 12:48:48 PM] +1 (631) 379-9928: Ha
Prove it
Kidding

Delete
[4/20/19, 12:50:04 PM] Anastasia: <attached: 00006572-PHOTO-2019-04-20-12-49-48.jpg>
[4/20/19, 12:54:01 PM] +1 (631) 379-9928: Ok
You can't Text me around her
[4/20/19, 12:54:20 PM] Anastasia: She doesn't even know but gotchu
[4/20/19, 12:54:24 PM] +1 (631) 379-9928: Still hot
                                Page 162
```

```
                                            _chat
[4/20/19, 12:54:35 PM] +1 (631) 379-9928: Wow
[4/20/19, 12:54:46 PM] Anastasia: yeah so I'm sweatshirtless
[4/20/19, 12:55:15 PM] +1 (631) 379-9928: Well fuck send me that LOL
[4/20/19, 12:56:11 PM] Anastasia: <attached: 00006579-PHOTO-2019-04-20-12-55-54.jpg>
[4/20/19, 12:56:37 PM] +1 (631) 379-9928: Who does she think your sending to?
[4/20/19, 12:56:51 PM] +1 (631) 379-9928: Very nice by the way
Very nice
[4/20/19, 12:56:53 PM] Anastasia: Snapchat
[4/20/19, 12:57:55 PM] +1 (631) 379-9928: Your chest looks pretty amazing
And I'm not a boob guy
[4/20/19, 12:58:11 PM] Anastasia: Compliment fromyou
[4/20/19, 12:58:15 PM] Anastasia: What's better
[4/20/19, 12:58:26 PM] Anastasia: I'm supposed to be home LOLLL
[4/20/19, 12:58:44 PM] +1 (631) 379-9928: Girl your body
Wow
[4/20/19, 12:58:54 PM] Anastasia: Really
[4/20/19, 12:58:55 PM] +1 (631) 379-9928: My hands all over it
[4/20/19, 12:58:58 PM] +1 (631) 379-9928: Ya
[4/20/19, 12:59:04 PM] Anastasia: TURNING ME ON
[4/20/19, 12:59:46 PM] +1 (631) 379-9928: Ya huh
[4/20/19, 1:00:35 PM] +1 (631) 379-9928: Can't stop looking
[4/20/19, 1:01:34 PM] Anastasia: Ugh I love it
[4/20/19, 1:01:24 PM] +1 (631) 379-9928: It's gonna be even harder not to see you
this week
[4/20/19, 1:01:35 PM] +1 (631) 379-9928: I'll come back nice and tan
[4/20/19, 1:03:08 PM] Anastasia: not like ur already black but you know
[4/20/19, 1:03:33 PM] +1 (631) 379-9928: Middle eastern
[4/20/19, 1:03:47 PM] Anastasia: Yeah yeah
[4/20/19, 1:04:14 PM] +1 (631) 379-9928: Different penis size
Not by much
[4/20/19, 1:05:02 PM] Anastasia: Lmaoo
[4/20/19, 1:05:40 PM] +1 (631) 379-9928: We are going to need a lot of self control
around each other
[4/20/19, 1:05:50 PM] +1 (631) 379-9928: But I know we will
[4/20/19, 1:06:36 PM] Anastasia: We will
[4/20/19, 1:07:04 PM] +1 (631) 379-9928: And don't think I don't see the juul in
your hand
[4/20/19, 1:07:12 PM] Anastasia: LMAOOO
[4/20/19, 1:07:32 PM] +1 (631) 379-9928: Your tits distracted me the first time
[4/20/19, 1:08:20 PM] Anastasia: MMH
[4/20/19, 1:10:09 PM] +1 (631) 379-9928: Make sure my photo didn't download to your
photos
[4/20/19, 1:10:59 PM] Anastasia: I haven't been in my photo album in a min
[4/20/19, 1:11:30 PM] +1 (631) 379-9928: The app does it on its own
Some times
[4/20/19, 1:11:39 PM] Anastasia: Ooh man
[4/20/19, 1:16:05 PM] +1 (631) 379-9928: Ok I looked again
So sexy
[4/20/19, 1:17:32 PM] Anastasia: I looked at myself again and I agree
[4/20/19, 1:17:49 PM] Anastasia: Never thought my body was as nice as at it is
[4/20/19, 1:19:15 PM] +1 (631) 379-9928: I'm impressed with the size of your chest
As we say
You're smuggling midgets
[4/20/19, 1:20:05 PM] Anastasia: Ahhhhhhhh
[4/20/19, 1:20:27 PM] Anastasia: Theresa asked where I was and I obviously lied and
I can't even fold laundry right now
[4/20/19, 1:21:46 PM] +1 (631) 379-9928: I'm putting laundry away
[4/20/19, 1:21:48 PM] +1 (631) 379-9928: Ha
[4/20/19, 1:22:58 PM] Anastasia: Dude I might throw up
[4/20/19, 1:23:08 PM] Anastasia: That's how much is in my system
[4/20/19, 1:23:29 PM] +1 (631) 379-9928: Good maybe you'll have ptsd from weed too
[4/20/19, 1:23:38 PM] Anastasia: LMAOO
[4/20/19, 1:24:52 PM] +1 (631) 379-9928: Well
```

_chat

[4/20/19, 1:26:18 PM] Anastasia: fucking sweating
[4/20/19, 1:26:32 PM] +1 (631) 379-9928: You gonna go home
Or stay at ███████'s and send me sexy photos
Or
Puke
[4/20/19, 1:27:26 PM] Anastasia: I'm home now
[4/20/19, 1:28:01 PM] +1 (631) 379-9928: So that takes A and B out of the equation
Now C
[4/20/19, 1:28:48 PM] Anastasia: yeah I'm about to throw up
[4/20/19, 1:29:14 PM] +1 (631) 379-9928: Send me a pic of that
You actually throwing up not the puke
[4/20/19, 1:29:23 PM] Anastasia: Lmaoo
[4/20/19, 1:29:26 PM] +1 (631) 379-9928: It's a good ab workout
[4/20/19, 1:29:35 PM] Anastasia: is it really
[4/20/19, 1:30:49 PM] +1 (631) 379-9928: My friend was having sex with his gf at college
From behind
She puked during and said keep going don't stop
As she was puking
[4/20/19, 1:30:58 PM] Anastasia: lmaoo
[4/20/19, 1:31:33 PM] +1 (631) 379-9928: Not sure I could rock through that
[4/20/19, 1:31:44 PM] Anastasia: I probably couldn't either
[4/20/19, 1:31:47 PM] Anastasia: she's a champ
[4/20/19, 1:31:54 PM] +1 (631) 379-9928: There is a limit
[4/20/19, 1:31:56 PM] Anastasia: really needed that dick
[4/20/19, 1:31:58 PM] Anastasia: yes
[4/20/19, 1:32:12 PM] +1 (631) 379-9928: Did you puke
[4/20/19, 1:32:16 PM] Anastasia: no
[4/20/19, 1:32:19 PM] +1 (631) 379-9928: Gonna
[4/20/19, 1:32:27 PM] Anastasia: I'll hold it in
[4/20/19, 1:32:31 PM] +1 (631) 379-9928: Ug
[4/20/19, 1:32:39 PM] Anastasia: I hate hate hate vomiting
[4/20/19, 1:32:48 PM] +1 (631) 379-9928: Duh
[4/20/19, 1:32:52 PM] +1 (631) 379-9928: Who doesn't
[4/20/19, 1:32:59 PM] Anastasia: I'll vomit because I threw up
[4/20/19, 1:33:24 PM] +1 (631) 379-9928: Flush it immediately
[4/20/19, 1:33:33 PM] +1 (631) 379-9928: Rinse mouth
[4/20/19, 1:33:42 PM] Anastasia: Literally
[4/20/19, 1:34:09 PM] +1 (631) 379-9928: You're not making work are you
[4/20/19, 1:34:45 PM] Anastasia: I gotta I already missed last week
[4/20/19, 1:35:27 PM] +1 (631) 379-9928: Can I have your fries with that?
[4/20/19, 1:35:31 PM] +1 (631) 379-9928: Hehe
[4/20/19, 1:35:35 PM] Anastasia: LMAOO
[4/20/19, 1:38:03 PM] +1 (631) 379-9928: <attached:
00006660-PHOTO-2019-04-20-13-37-47.jpg>
[4/20/19, 1:42:17 PM] +1 (631) 379-9928: This is the longest I've texted with anyone
ever
[4/20/19, 1:42:43 PM] Anastasia: It's been like 8straight hours dude
[4/20/19, 1:43:01 PM] +1 (631) 379-9928: Ya
[4/20/19, 1:43:05 PM] +1 (631) 379-9928: Pretty cool
[4/20/19, 1:43:12 PM] Anastasia: It really is
[4/20/19, 1:43:19 PM] +1 (631) 379-9928: Promise you'll delete
[4/20/19, 1:43:37 PM] Anastasia: Delete what
[4/20/19, 1:43:50 PM] +1 (631) 379-9928: The thread girl
[4/20/19, 1:44:26 PM] +1 (631) 379-9928: Ready for a real mind blower
[4/20/19, 1:44:32 PM] Anastasia: Tell me
[4/20/19, 1:45:09 PM] +1 (631) 379-9928: I thought about you in the shower and put
us in what i sent you this morning
[4/20/19, 1:46:08 PM] +1 (631) 379-9928: I never do that

And you're speechless again
[4/20/19, 1:47:59 PM] +1 (631) 379-9928: Did I lose you
[4/20/19, 1:48:22 PM] Anastasia: just took a power nap

_chat

[4/20/19, 1:49:02 PM] Anastasia: But honestly that's hot
[4/20/19, 1:50:55 PM] +1 (631) 379-9928: Wasn't sure if it was too far
But based on what we've both said today
[4/20/19, 1:51:11 PM] Anastasia: Nah ur good
[4/20/19, 1:52:42 PM] +1 (631) 379-9928: Plus your high af so you won't remember
[4/20/19, 1:53:04 PM] Anastasia: I'm way too high
[4/20/19, 1:54:06 PM] +1 (631) 379-9928: Ya
[4/20/19, 1:54:42 PM] Anastasia: Not gunna lie I don't really remember our morning
messages
[4/20/19, 1:55:34 PM] +1 (631) 379-9928: Maybe that's better
[4/20/19, 1:55:48 PM] +1 (631) 379-9928: Want a recap
[4/20/19, 1:55:52 PM] Anastasia: Yes
[4/20/19, 1:55:58 PM] Anastasia: Was I bad
[4/20/19, 1:56:24 PM] +1 (631) 379-9928: We both basically admitted that we thought
about having sex with eachother
[4/20/19, 1:56:35 PM] Anastasia: ooh man
[4/20/19, 1:56:44 PM] Anastasia: fucking awesome
[4/20/19, 1:57:47 PM] +1 (631) 379-9928: As long you still really feel that way
[4/20/19, 1:58:08 PM] Anastasia: Always do
[4/20/19, 2:00:48 PM] +1 (631) 379-9928: I've come to the conclusion that if we were
to his the sheets together
We would rock eachother pretty hard
It would be one for the ages
Complete exhaustion and would last for hours
[4/20/19, 2:00:57 PM] +1 (631) 379-9928: It statetes with that
[4/20/19, 2:01:08 PM] +1 (631) 379-9928: Started
[4/20/19, 2:02:23 PM] Anastasia: Ooh my god
[4/20/19, 2:03:13 PM] Anastasia: did I open up to you about anything
[4/20/19, 2:03:51 PM] +1 (631) 379-9928: Girl
[4/20/19, 2:04:24 PM] +1 (631) 379-9928: We both said kinda said the same thing
[4/20/19, 2:04:40 PM] Anastasia: Which was
[4/20/19, 2:05:05 PM] Anastasia: I honestly dunno were the fuck I've been but I can
only imagine what I've said
[4/20/19, 2:05:05 PM] +1 (631) 379-9928: What do you think
[4/20/19, 2:05:32 PM] +1 (631) 379-9928: So you deleted everything from this morning
[4/20/19, 2:05:36 PM] Anastasia: STOOPID IM ASKING YOU
[4/20/19, 2:06:32 PM] Anastasia: what did I say
[4/20/19, 2:07:27 PM] +1 (631) 379-9928: Like I said
[4/20/19, 2:07:43 PM] Anastasia: CHARLIE
[4/20/19, 2:07:51 PM] +1 (631) 379-9928: We both acknowledged
[4/20/19, 2:07:54 PM] Anastasia: answer my question
[4/20/19, 2:08:04 PM] +1 (631) 379-9928: We both said a lot
[4/20/19, 2:08:21 PM] +1 (631) 379-9928: We said we both can see us having sex
[4/20/19, 2:08:34 PM] +1 (631) 379-9928: And that it would be amazing
[4/20/19, 2:08:42 PM] Anastasia: what did I say
[4/20/19, 2:08:57 PM] +1 (631) 379-9928: Word for word
[4/20/19, 2:09:00 PM] +1 (631) 379-9928: Hold on
[4/20/19, 2:10:26 PM] Anastasia: Oh my lord
[4/20/19, 2:10:37 PM] Anastasia: ████ mentioned something to me
[4/20/19, 2:11:05 PM] Anastasia: to be careful I don't say it because of my state of
mine and I just have a weird feeling I said something
[4/20/19, 2:12:07 PM] +1 (631) 379-9928: <attached:
00006717-PHOTO-2019-04-20-14-11-51.jpg>
[4/20/19, 2:12:14 PM] +1 (631) 379-9928: <attached:
00006718-PHOTO-2019-04-20-14-11-58.jpg>
[4/20/19, 2:12:20 PM] +1 (631) 379-9928: <attached:
00006719-PHOTO-2019-04-20-14-12-04.jpg>
[4/20/19, 2:12:40 PM] Anastasia: Oh my
[4/20/19, 2:12:43 PM] +1 (631) 379-9928: ████ mentioned what
[4/20/19, 2:12:50 PM] Anastasia: Nope nothing
[4/20/19, 2:13:57 PM] +1 (631) 379-9928: Girl
[4/20/19, 2:14:11 PM] Anastasia: Guy
[4/20/19, 2:15:05 PM] +1 (631) 379-9928: I'm pretty sure you weren't high

_chat

But
Is that not what we feel
[4/20/19, 2:15:26 PM] Anastasia: Now that I'm re reading
[4/20/19, 2:15:33 PM] Anastasia: I mean everything I said
[4/20/19, 2:15:52 PM] +1 (631) 379-9928: Ok
You had me freaked out
[4/20/19, 2:15:58 PM] Anastasia: nah
[4/20/19, 2:16:07 PM] Anastasia: there's just more that I'm glad I didn't say
[4/20/19, 2:16:14 PM] +1 (631) 379-9928: Like
[4/20/19, 2:16:23 PM] Anastasia: nothing
[4/20/19, 2:16:32 PM] +1 (631) 379-9928: I kinda really put myself out there
[4/20/19, 2:16:40 PM] +1 (631) 379-9928: Give me a little
[4/20/19, 2:17:05 PM] Anastasia: A little turns into everything
[4/20/19, 2:17:28 PM] Anastasia: Uhm i like this side of you
[4/20/19, 2:18:09 PM] +1 (631) 379-9928: Girl we're cool right
[4/20/19, 2:18:28 PM] Anastasia: So cool
[4/20/19, 2:18:55 PM] +1 (631) 379-9928: Like we know we have energy
And we are both cool with it
Right
[4/20/19, 2:19:02 PM] Anastasia: Yes
[4/20/19, 2:19:20 PM] +1 (631) 379-9928: I still can't believe you sent me a nude
[4/20/19, 2:19:25 PM] +1 (631) 379-9928: That was hot
[4/20/19, 2:19:32 PM] Anastasia: I just wanna know what I said way earlier
[4/20/19, 2:19:35 PM] Anastasia: was it?
[4/20/19, 2:19:57 PM] +1 (631) 379-9928: I'm Fucking with you
You had clothes on
[4/20/19, 2:20:04 PM] Anastasia: OMG
[4/20/19, 2:20:47 PM] Anastasia: For a second I was like no I didn't no way
[4/20/19, 2:21:03 PM] +1 (631) 379-9928: No you didn't
[4/20/19, 2:21:58 PM] +1 (631) 379-9928: What are you afraid you said
[4/20/19, 2:22:40 PM] +1 (631) 379-9928: You didn't seem surprised and were actually happy
[4/20/19, 2:24:07 PM] +1 (631) 379-9928: Like we both feel it

So we're cool
[4/20/19, 2:24:25 PM] Anastasia: we're cool
[4/20/19, 2:24:38 PM] Anastasia: So I told my mom about █████
[4/20/19, 2:25:51 PM] Anastasia: she came busting in the house like WHERE WERE YOU and all this shit and I was like just driving around etc yk yk and she was on her way out and was like sooo who is your lover? Who are you dating? And I was like nobody lmao
[4/20/19, 2:26:17 PM] Anastasia: So when I went outside to get the frog out of the windowsill I was like I actually just got out of a relationship
[4/20/19, 2:27:07 PM] +1 (631) 379-9928: And what did she say
[4/20/19, 2:27:49 PM] Anastasia: And she was like for how long?! With who? And. I was like lol ████ we've been like a thing for like two years but obviously I kept it a secret
[4/20/19, 2:28:06 PM] Anastasia: and she was like Noo way I knew you guy had a thing but i didn't realize all this
[4/20/19, 2:28:33 PM] Anastasia: and I was like I know because these two years haven't exactly been great enough to run around telling everyone
[4/20/19, 2:29:15 PM] +1 (631) 379-9928: Maryann
[4/20/19, 2:29:16 PM] Anastasia: and then this month it was like a downhill love you know?
[4/20/19, 2:29:17 PM] Anastasia: yes
[4/20/19, 2:29:37 PM] +1 (631) 379-9928: Do you feel better
[4/20/19, 2:29:41 PM] Anastasia: I do
[4/20/19, 2:29:51 PM] Anastasia: But honestly I feel better ████ and I are over
[4/20/19, 2:29:58 PM] +1 (631) 379-9928: Ok
[4/20/19, 2:30:02 PM] Anastasia: I was loyal for 95% of the time
[4/20/19, 2:30:14 PM] Anastasia: just the stupid nights I couldn't control myself
[4/20/19, 2:30:38 PM] Anastasia: Two fucking years is too long not to get it on
[4/20/19, 2:31:27 PM] +1 (631) 379-9928: Agreed

```
                                   _chat
[4/20/19, 2:31:35 PM] Anastasia: but whatever
[4/20/19, 2:31:43 PM] +1 (631) 379-9928: Sorry girl
[4/20/19, 2:32:08 PM] Anastasia: all good dude
[4/20/19, 2:32:12 PM] Anastasia: I'm fine lol
[4/20/19, 2:33:42 PM] +1 (631) 379-9928: I'm almost out of time
About to have a full house

We both said we have sexual feelings for each other
Ya cool with that
And I don't want you to be weird around me
[4/20/19, 2:34:21 PM] Anastasia: I'm glad we got eeveheing done
[4/20/19, 2:34:24 PM] Anastasia: And off our chest
[4/20/19, 2:34:34 PM] +1 (631) 379-9928: Me too
[4/20/19, 2:35:08 PM] +1 (631) 379-9928: I miss you
I'm glad we kinda hung today
[4/20/19, 2:35:35 PM] Anastasia: I miss you too
[4/20/19, 2:35:40 PM] Anastasia: Like a lot
[4/20/19, 2:35:46 PM] +1 (631) 379-9928: Ok
[4/20/19, 2:35:58 PM] Anastasia: ok□
[4/20/19, 2:36:33 PM] +1 (631) 379-9928: Gotta go girl

I'll catch you later
[4/20/19, 2:36:47 PM] +1 (631) 379-9928: Big hug
And one day kiss
[4/20/19, 2:37:16 PM] Anastasia: Bye! And yeah facts that day will come don't worry
[4/20/19, 2:44:17 PM] +1 (631) 379-9928: You ok
I hate rushing off
[4/20/19, 2:51:02 PM] Anastasia: Don't I'm all good
[4/20/19, 2:55:30 PM] +1 (631) 379-9928: Do you at least remember loving the pic I
sent you ?
[4/20/19, 2:56:22 PM] Anastasia: With no shirt? That one? Yeah shit was sexy
[4/20/19, 2:57:08 PM] +1 (631) 379-9928: Ok
[4/20/19, 3:57:35 PM] Anastasia: So I fucking did say what ████ told me not to say
[4/20/19, 4:42:54 PM] +1 (631) 379-9928: Which was
[4/20/19, 4:44:13 PM] +1 (631) 379-9928: And don't tell her you said it
[4/20/19, 4:45:11 PM] +1 (631) 379-9928: We both got stuff off our chest
Granted I started

If you're ok I'm ok
I think we are deeper now
[4/20/19, 4:47:07 PM] Anastasia: Oh it's nothin lol and we are
[4/20/19, 4:52:40 PM] +1 (631) 379-9928: Better than ok
[4/20/19, 4:53:09 PM] Anastasia: oh yes
[4/20/19, 5:05:35 PM] +1 (631) 379-9928: Can't wait until we see each other
And I can look into your eyes
:)))
[4/20/19, 5:37:22 PM] Anastasia: I'm probably gunna lose it when I see you knowing
what I do
[4/20/19, 5:39:20 PM] +1 (631) 379-9928: You have a looooooong ass week to miss me
[4/20/19, 5:40:08 PM] Anastasia: I literally miss you already
[4/20/19, 5:40:13 PM] Anastasia: like I'm hurt ur leaving
[4/20/19, 5:41:57 PM] +1 (631) 379-9928: We will be in touch
But I agree
[4/20/19, 5:42:48 PM] Anastasia: bruh
[4/20/19, 5:44:25 PM] Anastasia: We'll be in touch but nothing like today
[4/20/19, 6:04:00 PM] +1 (631) 379-9928: No you're right
Today was special
[4/20/19, 6:07:27 PM] Anastasia: Today was so special
[4/20/19, 6:07:32 PM] Anastasia: I can't stop thinking about it
[4/20/19, 6:09:09 PM] +1 (631) 379-9928: Staring to remember more ?
[4/20/19, 6:10:31 PM] Anastasia: Ohh yeah
[4/20/19, 6:15:47 PM] +1 (631) 379-9928: :)))
[4/20/19, 6:15:57 PM] Anastasia: :)))
```

_chat

[4/20/19, 6:16:48 PM] Anastasia: Everything is slowly hitting and I'm shook
[4/20/19, 6:17:09 PM] +1 (631) 379-9928: Knew it would come back

Take your meds
[4/20/19, 6:20:16 PM] +1 (631) 379-9928: Putting kids to bed
That's why I'm can't stay on
Sorry
[4/20/19, 6:25:37 PM] Anastasia: All good and eh if I do t forget
[4/20/19, 6:28:14 PM] +1 (631) 379-9928: Don't mess with meds
Please take them
[4/20/19, 6:33:33 PM] Anastasia: okay
[4/21/19, 3:22:36 PM] +1 (631) 379-9928: THE FIRST KISS
Our nerves will be racing. Butterflies and sweaty palms.  Each thinking, is the
other ok with this. Both wanting it.
I'll look into your eyes and move closer, as our lips touch sparks will fly. Slow at
first then our mouths will open as we explore.
I'll put my arm around you and draw our bodies close.  Our hearts will be racing,
the heat will build. It will leave us both wanting more.
All when the time is right.
Good Morning
[4/21/19, 4:17:34 AM] +1 (631) 379-9928: of course Jon Bellion will be playing in
the background and your knees will be weak.
:))))
[4/21/19, 4:18:31 AM] +1 (631) 379-9928: A good read
Sisters Who Survived Columbine Will Run Boston Together 20 Years After Tragedy -
Runner's World
https://apple.news/Asix7vQGoTSOLxE-U_AMeqA
[4/21/19, 11:19:10 AM] +1 (631) 379-9928: Wake up
[4/21/19, 2:47:28 PM] Anastasia: Good afternoon!! I love this morning message..(low
key want it happen)
[4/21/19, 2:56:23 PM] +1 (631) 379-9928: Did you just wake up?
[4/21/19, 2:56:33 PM] +1 (631) 379-9928: <attached:
00006826-PHOTO-2019-04-21-14-56-17.jpg>
[4/21/19, 2:56:55 PM] +1 (631) 379-9928: When the time is right it will
[4/21/19, 2:57:36 PM] +1 (631) 379-9928: How f'ed up did you get last night ?
I'm in the condo they are on the beach so if you get back on we can chat
[4/21/19, 2:58:05 PM] +1 (631) 379-9928: Hi
[4/21/19, 2:58:08 PM] Anastasia: That picture is stunning
[4/21/19, 2:58:14 PM] Anastasia: Hey!!
[4/21/19, 2:58:22 PM] +1 (631) 379-9928: From the bedroom
[4/21/19, 2:58:24 PM] Anastasia: I did just wake up
[4/21/19, 2:58:49 PM] Anastasia: My favorite place
[4/21/19, 2:59:13 PM] Anastasia: so I closed yesterday and I went out till like 2am
[4/21/19, 2:59:28 PM] Anastasia: blown out of my fucking mind
[4/21/19, 3:00:22 PM] +1 (631) 379-9928: Where with who
[4/21/19, 3:00:51 PM] Anastasia: ███████████
[4/21/19, 3:00:51 PM] +1 (631) 379-9928: You know i want details
Do anything stupid
[4/21/19, 3:01:07 PM] Anastasia: I drove bro
[4/21/19, 3:01:18 PM] +1 (631) 379-9928: Come on
[4/21/19, 3:01:32 PM] Anastasia: I gotta tell you the stories in person bro
[4/21/19, 3:01:38 PM] Anastasia: like they're weak
[4/21/19, 3:01:50 PM] +1 (631) 379-9928: You'll forget by then
[4/21/19, 3:01:56 PM] Anastasia: nahhh
[4/21/19, 3:02:14 PM] Anastasia: so ███████ and I get blasted in ██████'s car right
[4/21/19, 3:02:19 PM] +1 (631) 379-9928: Give a sniper
[4/21/19, 3:02:35 PM] +1 (631) 379-9928: Snipet
[4/21/19, 3:02:58 PM] Anastasia: and Its going on like 1 am or whatever 1:16 and I'm
like bro I gotta get home
[4/21/19, 3:03:07 PM] Anastasia: ███████ and I never went home
[4/21/19, 3:03:35 PM] Anastasia: We took this hour long fucking drive and start
screaming like BRO THE BOOGIE MAN IS GUNNA KILL US
[4/21/19, 3:03:47 PM] Anastasia: we're gunna die all this shit

_chat
[4/21/19, 3:04:12 PM] Anastasia: it was a mess
[4/21/19, 3:04:28 PM] Anastasia: ████ texts ████ and she was like dude I got pulled over
[4/21/19, 3:04:45 PM] Anastasia: fucking put the phone down and kept going
[4/21/19, 3:04:59 PM] +1 (631) 379-9928: She pulled over
[4/21/19, 3:05:27 PM] Anastasia: We were on such a mindset of we're here for a good time not a long time that we didn't even care anymore
[4/21/19, 3:05:37 PM] Anastasia: Yeah ████ got pulled over by the cops
[4/21/19, 3:05:47 PM] +1 (631) 379-9928: Ticket
[4/21/19, 3:05:49 PM] Anastasia: Na
[4/21/19, 3:06:01 PM] Anastasia: but I didn't even have my license on me
[4/21/19, 3:06:30 PM] Anastasia: But honestly I was at such an I don't care mode it was whatever
[4/21/19, 3:06:42 PM] +1 (631) 379-9928: Obviously
[4/21/19, 3:07:27 PM] +1 (631) 379-9928: I just took a nap
That's why I'm alone
[4/21/19, 3:07:59 PM] Anastasia: without me?
[4/21/19, 3:08:01 PM] Anastasia: Kidding
[4/21/19, 3:08:13 PM] +1 (631) 379-9928: And btw
Two huge fat people on the plane behind me
You know my feelings about fat people
[4/21/19, 3:08:20 PM] Anastasia: Ohh man
[4/21/19, 3:08:41 PM] +1 (631) 379-9928: Girl you could totally snuggle on my impressive chest and nap with me one day
[4/21/19, 3:09:02 PM] Anastasia: I would with no hesitation
[4/21/19, 3:09:24 PM] +1 (631) 379-9928: :)))
[4/21/19, 3:09:46 PM] +1 (631) 379-9928: What are your plans for tonight ?
Church for Easter
[4/21/19, 3:10:08 PM] Anastasia: nahhh get fucked up for mr cotton tail
[4/21/19, 3:10:24 PM] +1 (631) 379-9928: Again
[4/21/19, 3:10:28 PM] +1 (631) 379-9928: No rest day
[4/21/19, 3:10:32 PM] Anastasia: noooo
[4/21/19, 3:10:37 PM] Anastasia: gotta get lit
[4/21/19, 3:10:58 PM] +1 (631) 379-9928: Is ████ still hawking you ?
[4/21/19, 3:11:00 PM] Anastasia: I told u when I come back I'll chill
[4/21/19, 3:11:07 PM] Anastasia: Blocked so I wouldn't know
[4/21/19, 3:11:19 PM] +1 (631) 379-9928: Good
Just checking
[4/21/19, 3:11:31 PM] +1 (631) 379-9928: Anyone else
[4/21/19, 3:11:42 PM] Anastasia: ████ asked if I was mad I said I mean we're over so
[4/21/19, 3:11:52 PM] Anastasia: she responded with oof
[4/21/19, 3:11:57 PM] +1 (631) 379-9928: Over text or FaceTime
[4/21/19, 3:12:00 PM] Anastasia: text
[4/21/19, 3:13:04 PM] +1 (631) 379-9928: You need to lay out why
Again
To her
We can't hang
Can't talk
I'm not allowed over
We hide from your sister in school
I can't kiss you OR ANYTHING ELSE
Really what do we have
[4/21/19, 3:13:09 PM] Anastasia: well Snapchat but like honestly F off at this point
[4/21/19, 3:13:26 PM] Anastasia: I don't have the mentality for that now
[4/21/19, 3:13:37 PM] +1 (631) 379-9928: Not now ass
You're blown out
[4/21/19, 3:13:39 PM] Anastasia: I'll really say it when I see it
[4/21/19, 3:13:44 PM] Anastasia: and horny
[4/21/19, 3:13:49 PM] Anastasia: What's new
[4/21/19, 3:13:57 PM] +1 (631) 379-9928: You're always horny
[4/21/19, 3:14:03 PM] Anastasia: yeah bro
[4/21/19, 3:14:22 PM] +1 (631) 379-9928: Play with yourself

_chat
[4/21/19, 3:14:25 PM] Anastasia: Apparently I tried kissing ███ yesterday
[4/21/19, 3:14:26 PM] +1 (631) 379-9928: Not the same
[4/21/19, 3:14:31 PM] Anastasia: No
[4/21/19, 3:14:34 PM] +1 (631) 379-9928: Yuck .
[4/21/19, 3:14:40 PM] Anastasia: Literally
[4/21/19, 3:14:46 PM] Anastasia: desperate
[4/21/19, 3:14:50 PM] +1 (631) 379-9928: Her teeth
[4/21/19, 3:14:54 PM] Anastasia: lmaooo
[4/21/19, 3:15:09 PM] +1 (631) 379-9928: So my msg this morning was perfect then
[4/21/19, 3:15:14 PM] Anastasia: ooh yeah
[4/21/19, 3:15:40 PM] +1 (631) 379-9928: Remember when I mentioned you licking your lips
[4/21/19, 3:15:53 PM] Anastasia: yeah
[4/21/19, 3:16:09 PM] Anastasia: I see that I do it a lot
[4/21/19, 3:16:56 PM] +1 (631) 379-9928: Welllll
There has bee a few times when you've done that and I just wanted to totally move in for a kiss that would crush you
[4/21/19, 3:17:11 PM] +1 (631) 379-9928: You have a very kissable mouth
[4/21/19, 3:17:13 PM] Anastasia: SHOULDVE
[4/21/19, 3:17:18 PM] Anastasia: mmh;)
[4/21/19, 3:17:59 PM] Anastasia: I know one of your weaknesses now
[4/21/19, 3:18:13 PM] +1 (631) 379-9928: With our new level of understanding each other
In time
[4/21/19, 3:18:23 PM] Anastasia: okay okay
[4/21/19, 3:19:11 PM] +1 (631) 379-9928: And as much as I liked the photos you sent yesterday (if you even remember )
I'll never ask you for a nude pic
[4/21/19, 3:19:29 PM] +1 (631) 379-9928: Just wanted to put that out there
[4/21/19, 3:19:30 PM] Anastasia: I understand
[4/21/19, 3:19:38 PM] Anastasia: You have to earn that
[4/21/19, 3:19:56 PM] +1 (631) 379-9928: Ha
[4/21/19, 3:20:08 PM] Anastasia: I seriously miss u
[4/21/19, 3:20:26 PM] +1 (631) 379-9928: I miss you too
I'm glad I passed out so I'm alone
[4/21/19, 3:20:33 PM] Anastasia: me too
[4/21/19, 3:20:51 PM] +1 (631) 379-9928: I can see them on the beach so I'll know if they return
[4/21/19, 3:20:57 PM] Anastasia: Good
[4/21/19, 3:21:20 PM] Anastasia: perfect timing to wake up
[4/21/19, 3:21:20 PM] +1 (631) 379-9928: Send me a smile
[4/21/19, 3:21:33 PM] +1 (631) 379-9928: I was getting worried about you
[4/21/19, 3:21:34 PM] Anastasia: Uhm no I look ratchet
[4/21/19, 3:21:39 PM] +1 (631) 379-9928: Girls
[4/21/19, 3:21:47 PM] +1 (631) 379-9928: We are beyond that
[4/21/19, 3:21:57 PM] Anastasia: I'll send u the one from last night
[4/21/19, 3:22:05 PM] +1 (631) 379-9928: Of fuck
[4/21/19, 3:22:08 PM] +1 (631) 379-9928: I'm scared
[4/21/19, 3:22:45 PM] Anastasia: <attached: 00006936-PHOTO-2019-04-21-15-22-28.jpg>
[4/21/19, 3:22:54 PM] Anastasia: I was soo messed up
[4/21/19, 3:23:14 PM] +1 (631) 379-9928: Duuuuuuuude
[4/21/19, 3:23:35 PM] Anastasia: I don't even remember this .
[4/21/19, 3:23:40 PM] Anastasia: Which is bad
[4/21/19, 3:23:42 PM] +1 (631) 379-9928: What's up with the finger fake gun
You did that yesterday
[4/21/19, 3:23:50 PM] Anastasia: apparently
[4/21/19, 3:24:02 PM] Anastasia: at least my skin looks ok
[4/21/19, 3:24:16 PM] +1 (631) 379-9928: No I mean the finger you did in my photo
[4/21/19, 3:24:42 PM] Anastasia: I don't know what's good with the finger
[4/21/19, 3:25:12 PM] +1 (631) 379-9928: Dude we talked for pretty much and entire school day yesterday
[4/21/19, 3:25:27 PM] +1 (631) 379-9928: Most of which you don't remember
[4/21/19, 3:25:32 PM] Anastasia: Loved every second of it

```
                                        _chat
[4/21/19, 3:25:36 PM] Anastasia: Yeah pretty icy
[4/21/19, 3:25:38 PM] Anastasia: Much
[4/21/19, 3:25:56 PM] +1 (631) 379-9928: Did you delete my photo
[4/21/19, 3:26:06 PM] +1 (631) 379-9928: I memorized yours
[4/21/19, 3:26:08 PM] Anastasia: no
[4/21/19, 3:26:19 PM] +1 (631) 379-9928: Girl
[4/21/19, 3:26:33 PM] +1 (631) 379-9928: You know you're gonna get High and someone
will see
[4/21/19, 3:26:46 PM] Anastasia: I wasn't on my phone until I got home because I
didn't want anyone to snatch the phone and look
[4/21/19, 3:26:52 PM] Anastasia: see^^
[4/21/19, 3:27:03 PM] +1 (631) 379-9928: Ok ok
[4/21/19, 3:27:18 PM] Anastasia: there's videos of me
[4/21/19, 3:27:34 PM] +1 (631) 379-9928: Doing what ???

                              .
I see movement on the beach
[4/21/19, 3:27:44 PM] +1 (631) 379-9928: Clothes on I hope
[4/21/19, 3:28:43 PM] Anastasia: Doing u
[4/21/19, 3:28:51 PM] +1 (631) 379-9928: ?
[4/21/19, 3:28:53 PM] Anastasia: What else do you think I do
[4/21/19, 3:28:57 PM] Anastasia: Sarcastic
[4/21/19, 3:29:03 PM] +1 (631) 379-9928: Dance
[4/21/19, 3:29:11 PM] Anastasia: Got me there
[4/21/19, 3:29:23 PM] +1 (631) 379-9928: I think they're coming up
[4/21/19, 3:29:24 PM] Anastasia: I actually got out of her car shirtless
[4/21/19, 3:29:29 PM] Anastasia: oh no
[4/21/19, 3:29:40 PM] +1 (631) 379-9928: Bra less or shirked
[4/21/19, 3:29:55 PM] Anastasia: I believe I did have a sports brain
[4/21/19, 3:29:58 PM] Anastasia: bra on
[4/21/19, 3:30:58 PM] +1 (631) 379-9928: Gotta jet for now
[4/21/19, 3:31:06 PM] Anastasia: Okk have fun!!
[4/21/19, 3:31:07 PM] +1 (631) 379-9928: Sorry
Glad io caught you
[4/21/19, 3:31:11 PM] Anastasia: me too
[4/21/19, 3:31:14 PM] +1 (631) 379-9928: Bye
[4/21/19, 3:31:16 PM] +1 (631) 379-9928: For now
[4/21/19, 3:31:17 PM] Anastasia: c ya
[4/21/19, 3:31:19 PM] Anastasia: Yes
[4/21/19, 6:50:41 PM] +1 (631) 379-9928: I'm impressed with you ability to not text
me while blown out of your mind
LOL

Try not to go too nuts tonight
[4/21/19, 6:56:28 PM] Anastasia: ahh very funny I'm actually pretty sober now.
[4/21/19, 7:02:01 PM] +1 (631) 379-9928: Good
Just keep me in the back of your mind when you're going nuts
Like "im gonna have to tell him this" and maybe not do all of it

We get back
De tox girl
[4/21/19, 7:02:33 PM] Anastasia: Youre literally always on my mind
[4/21/19, 7:03:18 PM] Anastasia: Detox will kill me faster than these drugs but
whatever I kinda can't wait to get back to school and like the routine
[4/21/19, 7:03:26 PM] +1 (631) 379-9928: <attached:
00006987-PHOTO-2019-04-21-19-03-10.jpg>
[4/21/19, 7:03:39 PM] Anastasia: Stunnninngg             .           .
[4/21/19, 7:48:47 PM] +1 (631) 379-9928: Meds
Take meds
[4/21/19, 7:53:26 PM] Anastasia: I honestly haven't taken them in like a week
[4/21/19, 8:07:08 PM] +1 (631) 379-9928: <attached:
00006991-PHOTO-2019-04-21-20-06-52.jpg>
[4/21/19, 8:07:08 PM] +1 (631) 379-9928: <attached:
```

_chat
00006992-PHOTO-2019-04-21-20-06-52.jpg>
[4/21/19, 8:07:08 PM] +1 (631) 379-9928: <attached:
00006993-PHOTO-2019-04-21-20-06-52.jpg>
[4/21/19, 8:07:08 PM] +1 (631) 379-9928: <attached:
00006994-PHOTO-2019-04-21-20-06-52.jpg>
[4/21/19, 8:09:14 PM] +1 (631) 379-9928: Take meds before you crash
[4/21/19, 8:09:23 PM] +1 (631) 379-9928: Please
[4/21/19, 8:16:46 PM] Anastasia: I dunno exactly where you are but it's beyond
beautiful
[4/22/19, 9:56:46 AM] +1 (631) 379-9928: You wake from our nap and you're still on
my shoulder.
You slide your hand down under my shorts to wake me up.
Once I'm up you take my shorts and your pink lace underwear off
You climb on top and I watch as I disappear into your warm wet shaven pussy.
My hands are locked on your hips but make their way to your breasts.
You keep going and collapse on me as you orgasm.

Good Morning ........
:)))
[4/22/19, 10:01:32 AM] +1 (631) 379-9928: Did you like that?
I'm on Marco Island fla
[4/22/19, 10:42:33 AM] Anastasia: That was one of the best morning messages out
there 🙂 I loved it
[4/22/19, 10:51:26 AM] +1 (631) 379-9928: :))))
[4/22/19, 10:51:40 AM] Anastasia: :))
[4/22/19, 10:57:21 AM] +1 (631) 379-9928: That came to e while we were talking
yesterday
I need you to take your meds
Please
And do some physical activity
[4/22/19, 10:57:32 AM] +1 (631) 379-9928: How f'ed up were you last night
[4/22/19, 10:57:39 AM] +1 (631) 379-9928: I miss you
[4/22/19, 11:06:41 AM] Anastasia: I honestly don't take my meds dude like whatever
to be honest.. I actually wasn't fucked up last night.. I miss you so much more..
like alottttttt
[4/22/19, 11:22:13 AM] +1 (631) 379-9928: Go for a run
You need your meds
:))
[4/22/19, 11:22:23 AM] Anastasia: Eh
[4/22/19, 11:42:13 AM] +1 (631) 379-9928: Do some thing positive today
Like exercise
Thinking about you a lot
Sending positive vibes
[4/22/19, 3:08:33 PM] +1 (631) 379-9928: Yo you around
[4/22/19, 3:09:09 PM] +1 (631) 379-9928: I'm free for about 15
[4/22/19, 3:12:20 PM] Anastasia: Suppppppo
[4/22/19, 3:12:21 PM] +1 (631) 379-9928: Ok
Here is why I'm so crazy about your meds. They are working and you've had a good
month while on them.
[4/22/19, 3:12:26 PM] +1 (631) 379-9928: Heyyyyyyy girl
[4/22/19, 3:12:45 PM] Anastasia: Dude I'm so downhill it's not even funny anymore
[4/22/19, 3:13:03 PM] +1 (631) 379-9928: Where r you
[4/22/19, 3:13:11 PM] Anastasia: I had a weird vibe like lemme check to see if he
text me
[4/22/19, 3:13:21 PM] +1 (631) 379-9928: :)))))
[4/22/19, 3:13:24 PM] Anastasia: I'm out feeeeeiinnnggg the fuck out for a juul or
weed
[4/22/19, 3:13:37 PM] +1 (631) 379-9928: Alone
[4/22/19, 3:13:42 PM] Anastasia: yeah
[4/22/19, 3:14:12 PM] +1 (631) 379-9928: Pick up
[4/22/19, 3:32:30 PM] +1 (631) 379-9928: <attached:
00007023-PHOTO-2019-04-22-15-32-14.jpg>
[4/22/19, 3:32:38 PM] +1 (631) 379-9928: 8 miles this morning

_chat
[4/22/19, 3:32:48 PM] Anastasia: Proud of you
[4/22/19, 3:33:01 PM] +1 (631) 379-9928: Girl
I seriously feel for you
You know that
[4/22/19, 3:33:09 PM] Anastasia: I know
[4/22/19, 3:33:37 PM] +1 (631) 379-9928: Ok
We both came clean
So now we need to move you forward
[4/22/19, 3:33:44 PM] Anastasia: Yes!!
[4/22/19, 3:34:05 PM] +1 (631) 379-9928: Didn't want to embarrass you on video
But
How hot was the text this morning
[4/22/19, 3:34:17 PM] +1 (631) 379-9928: :)))
[4/22/19, 3:34:17 PM] Anastasia: turned me on
[4/22/19, 3:34:23 PM] Anastasia: like what's new though
[4/22/19, 3:34:55 PM] +1 (631) 379-9928: As long as it's not too much for you
[4/22/19, 3:35:13 PM] Anastasia: naaaa
[4/22/19, 3:35:21 PM] +1 (631) 379-9928: I missed hearing your voice and seeing you
I'm glad you picked up
[4/22/19, 3:35:34 PM] Anastasia: Me too That video that had me
[4/22/19, 3:35:39 PM] Anastasia: YOU DID UR LOOK
[4/22/19, 3:35:53 PM] +1 (631) 379-9928: Ha
Didn't even know it
[4/22/19, 3:36:11 PM] +1 (631) 379-9928: Your lips
Killer
[4/22/19, 3:36:20 PM] Anastasia: I did that in spite
[4/22/19, 3:36:32 PM] +1 (631) 379-9928: Just try to hear my voice when I'm not
around
[4/22/19, 3:36:58 PM] Anastasia: always do
[4/22/19, 3:37:42 PM] +1 (631) 379-9928: That spite will get me to ...........
[4/22/19, 3:37:51 PM] Anastasia: ???
[4/22/19, 3:38:13 PM] +1 (631) 379-9928: Your lips will drive me over the edge one
day
[4/22/19, 3:39:28 PM] Anastasia: Good;)
[4/22/19, 3:39:59 PM] +1 (631) 379-9928: Peace
Btw you were with me on the run
[4/22/19, 3:40:09 PM] +1 (631) 379-9928: Back to the beach
[4/22/19, 3:40:29 PM] Anastasia: Bye dude have fun!! Miss you like crazy && aw I
need a run lol
[4/22/19, 4:37:43 PM] +1 (631) 379-9928: Yo girl
I'm glad we talked earlier
I was missing you a lot
Still am
[4/22/19, 4:41:37 PM] Anastasia: Awe! I miss you so much.
[4/22/19, 4:41:53 PM] Anastasia: like come home already
[4/22/19, 4:44:00 PM] +1 (631) 379-9928: :))
[4/22/19, 4:44:14 PM] Anastasia: :))
[4/22/19, 4:44:37 PM] +1 (631) 379-9928: I'll try to steal time tomorrow
No promises
[4/22/19, 4:44:51 PM] +1 (631) 379-9928: But you'll hear from everyday
That I promise
Deal!
[4/22/19, 4:45:08 PM] +1 (631) 379-9928: Hear from me everyday
[4/22/19, 4:45:36 PM] +1 (631) 379-9928: And I'll rub in how far I ran
[4/22/19, 4:48:31 PM] Anastasia: Yay! I love hearing from you and I wish I could run
like u
[4/22/19, 5:10:56 PM] +1 (631) 379-9928: You will run like me
One day
[4/22/19, 5:16:41 PM] Anastasia: There seems to be a lot of "one day(s)" with us
[4/22/19, 5:23:34 PM] +1 (631) 379-9928: They will come through
[4/22/19, 5:26:29 PM] +1 (631) 379-9928: Like One day you won't smoke so much weed
[4/22/19, 5:31:14 PM] +1 (631) 379-9928: That wasn't fair
Sorry

_chat
[4/22/19, 5:32:28 PM] +1 (631) 379-9928: However
I'll be a little tight if you blow off practice.  You know how much you being on
track means to me.

Said out of love
You know that
[4/22/19, 5:34:45 PM] Anastasia: I know man but honestly I'm so far gone
[4/22/19, 5:34:56 PM] Anastasia: track is meaningless
[4/22/19, 5:36:38 PM] Anastasia: for this week****
[4/22/19, 5:36:45 PM] +1 (631) 379-9928: :((((

You're not quitting are you?
[4/22/19, 5:36:51 PM] +1 (631) 379-9928: Ok
Just saw that
[4/22/19, 5:36:55 PM] +1 (631) 379-9928: :))
[4/22/19, 5:37:14 PM] Anastasia: I'm not quitting
[4/22/19, 5:37:26 PM] Anastasia: but I'm also prob not going this week
[4/22/19, 5:37:39 PM] Anastasia: mainly because I have to help my mom tomrorow
[4/22/19, 5:55:32 PM] +1 (631) 379-9928: Ok
[4/22/19, 6:18:20 PM] Anastasia: I hope you're having fun
[4/22/19, 6:24:11 PM] +1 (631) 379-9928: Thank you
[4/22/19, 6:24:16 PM] +1 (631) 379-9928: Miss you
[4/22/19, 6:25:06 PM] Anastasia: I miss you too!!!!!
[4/22/19, 6:25:15 PM] Anastasia: loved our FaceTime call
[4/22/19, 8:07:12 PM] +1 (631) 379-9928: Me too
[4/23/19, 9:39:35 AM] +1 (631) 379-9928: We are on the beach at first light
At exactly 6:53 when the sunrises we kiss.
You say ok now let's run 13.
Good Morning
[4/23/19, 9:40:13 AM] +1 (631) 379-9928: I'm sharing my phone this morning
I'll let you know when I can text freely
[4/23/19, 9:40:39 AM] +1 (631) 379-9928: Have with helping mom today
[4/23/19, 9:40:44 AM] +1 (631) 379-9928: Cath you later
[4/23/19, 11:05:19 AM] +1 (631) 379-9928: Yo girl u there
[4/23/19, 11:05:43 AM] +1 (631) 379-9928: I have a few before heading down to the
beach
[4/23/19, 11:11:57 AM] +1 (631) 379-9928: I'm off to the beach
Catch you later
You can text back let me know you're ok

I hope you like today's msg
Short and sweet like you.
[4/23/19, 3:18:28 PM] +1 (631) 379-9928: Yo girl
Status check you alive
[4/23/19, 4:47:59 PM] +1 (631) 379-9928: ?
[4/23/19, 5:05:49 PM] Anastasia: Yeoooo duuudee what's up lolll!!! Sorry I've been
so inactive all day.. yeah I'm alive..
[4/23/19, 5:06:43 PM] +1 (631) 379-9928: Scared the hell out of me
[4/23/19, 5:07:20 PM] Anastasia: I'm sorry dude I haven't been on my phone
[4/23/19, 5:12:06 PM] +1 (631) 379-9928: Missed you today
[4/23/19, 5:14:10 PM] Anastasia: i missed you too I almost just let my phone die for
the night but I was like nah lemme text regan quick let my homie know I'm not dead
[4/23/19, 5:31:13 PM] +1 (631) 379-9928: How bad was last night
Taking ████ to se ████ now
[4/23/19, 5:34:55 PM] Anastasia: Last night I was sober
[4/23/19, 5:35:00 PM] Anastasia: the entire night
[4/23/19, 5:35:15 PM] Anastasia: But I bought a juul
[4/23/19, 5:35:44 PM] +1 (631) 379-9928: You said something interesting about
haveing fun here
These trips are all about stress relief
Ill peel back a bit
My job is crazy stressful
And down here I can check it all

_chat
[4/23/19, 5:35:59 PM] +1 (631) 379-9928: Not happy you bought a juul
[4/23/19, 5:36:13 PM] +1 (631) 379-9928: Come on goes against what we will be doing next week
[4/23/19, 5:37:03 PM] Anastasia: I'm literally so out of control man
[4/23/19, 5:37:32 PM] Anastasia: I miss the fuck out of ██████████
[4/23/19, 5:40:14 PM] +1 (631) 379-9928: Glad you were sober
Taking ██████ on an airboat tomorrow
[4/23/19, 5:40:14 PM] +1 (631) 379-9928: Shitty service in the theater
F
Finally get you and can't chat
[4/23/19, 5:40:38 PM] +1 (631) 379-9928: You miss her as  9 year old
[4/23/19, 5:40:57 PM] +1 (631) 379-9928: You don't need her
[4/23/19, 5:41:11 PM] Anastasia: I can't help it man
[4/23/19, 5:41:25 PM] +1 (631) 379-9928: I know
[4/23/19, 5:41:34 PM] +1 (631) 379-9928: But you know better
[4/23/19, 5:42:09 PM] Anastasia: I knowww
[4/23/19, 5:42:40 PM] +1 (631) 379-9928: Movie is starting

Did you like the morning msg
[4/23/19, 5:43:09 PM] Anastasia: i did
[4/23/19, 5:43:19 PM] Anastasia: enjoy the movie got to go with ██████
[4/23/19, 5:43:35 PM] +1 (631) 379-9928: ████████████
Wtf
[4/23/19, 5:44:01 PM] +1 (631) 379-9928: Catch you in the am
[4/23/19, 5:46:02 PM] Anastasia: Yeah dude
[4/23/19, 6:32:07 PM] Anastasia: So my family owns a farm and look
[4/23/19, 6:32:55 PM] Anastasia: <attached: 00007121-PHOTO-2019-04-23-18-32-39.jpg>
[4/23/19, 6:32:59 PM] Anastasia: BABBIEESS
[4/23/19, 6:51:34 PM] Anastasia: Now I'm on a bouncy pillow
[4/23/19, 6:51:49 PM] Anastasia: <attached: 00007124-PHOTO-2019-04-23-18-51-33.jpg>
[4/23/19, 9:10:50 PM] Anastasia: Okay so I'm low key high but like you're probably sleeping which obviously is understandable but I wanted to explain today.. today was honestly one of the funnest days I've had in such a long time.. I helped Maryam with whatever she needed done and I was like can I go hang out with █████?? (Lying) and she was like that's fine just go to Michelle's and check to see if she needs help I'm like okay fine whatever.. so I go to counciling lie my ass off because I can't stand that she won't understand.. if I can't talk to you about my earlier life how can I truly get into depth with my depression..? Blah blah blah 3 hours later I'm eating tbell and I'm like yo ██████ pull up! █████ calls me and he was like YEOO what's up? And I'm like nothin chillin what are u doing and he was like I'm buying pods meet me.. so I FUCKING END UP MEETING HIM and he's with ██████ and I get all hype and I'm like YEOO chill what's up and he was like I heard u need a juul I gotchu and I was like FUCK ME MAN yea I do.. 45 minutes later and I have a juul in my hand new pods like my life just went 20 feet under.. they were like what is the rest of your day looking like and I was like I gotta go see ██████████ to see if she needs help with her new baby etc ██████ was like YEOO lemme come and I was like that's fine let's go! So we're heading over there blasting oldies music (from our 2000 time) and screaming our lungs out windows down.. it was the teenage life I've been waiting for!! I'm finally chill with everyone for the most part.. skip ahead we're on our way back.. again screaming our lungs out.. best time of my life man haven't felt this good in forever.. main point is I had an incredible time tonight... suppppa fucked up but honestly it was 200000000 percent worth it!!! I understand if you wanna walk away.. (knowing u won't) I mean I'm just a screw up anyways like all my older siblings.. the apple doesn't fall far from that tree. ██████████ left yes.. ██████ left they all fucking left. I miss them.. don't get me wrong I am not gunna go out of my way to leave home and be with them but tonight was different like I needed it to happen. I can't believe I'm sayin this but I had to lie about who I was.. this is where I had to fit in.. I turned into this kid so and ██████████ can accept me.. I don't really know where I'm going with all this anymore I just feel like u needed to understand the story. I didn't want to tell you because you're literally on vacation so dude enjoy it. You face BS all day long enjoy your wife your kids the palm trees the beach YOUR runs.. you need them man! I love you like with everything I have and I'm gunna throw this out there because I'm
Page 175

_chat

lose but honestly I wouldn't mind fucking you or letting anything happen because
you're a meal and wow.. but you're more to me than like sex.. you're literally my
mentor I look up to you in so many ways possible it's not even funny. Don't think
you failed Because my dumbass got sucked into buying a juul because you didnt this
was all my decision! Just enjoy your vacation and we can talk whenever.. this is
probably a Long enough text so I'll let it be.. have a goodnight////morning:)
[4/24/19, 6:33:17 AM] +1 (631) 379-9928: I'm hugging deeper than ever now. You need
it.

Wow
That's a lot
I agree I'm not walking away.

But let me ask you, is doong what you're  are doing worth being accepted by ██ and
█████?

And remember I have your promise after break we work on being better.
[4/24/19, 6:35:30 AM] +1 (631) 379-9928: We feel the same about about eachother.
If / when we fuck it will rock and you'll want more a lot more.

When we kiss you'll collapse.

Off for 15 mile run.
And btw you're not any of the stress I was referring to, don't think  that.

Need to see your smile later.
[4/24/19, 9:18:59 AM] Anastasia: I sooooo needed to read that. Like u read it last
night and I panicked like it was so bad I was up till 4am then I feel asleep about
you and woke up in a cold sweat!! I miss you so much
[4/24/19, 9:27:18 AM] Anastasia: It's not worth it by the way like I broke down last
night.. I think I'm going through a heart break// more or less facing the █████
issues and █████ problems head on hence why that was a partial Issue my eyes and my
brain wouldn't shut down
[4/24/19, 9:27:41 AM] Anastasia: At 4am
[4/24/19, 9:39:29 AM] +1 (631) 379-9928: Holy shit
Your up
[4/24/19, 9:39:46 AM] +1 (631) 379-9928: And it's somewhat early morning
[4/24/19, 9:40:58 AM] +1 (631) 379-9928: Girl no need to panic
While you were the most direct either of us have been
We both feel it
And hear me
You're more than sex to me
I really care for you and want to see you do great things
Better than ██ and █████
[4/24/19, 9:41:16 AM] +1 (631) 379-9928: <attached:
00007134-PHOTO-2019-04-24-09-41-00.jpg>
[4/24/19, 9:48:21 AM] +1 (631) 379-9928: Just ran 14.78
Everything hurts but I earned it!!!!The last 5 sucked (only kidding). The last 5
hurt I did 12 yesterday my legs are shot. Look on the map the #12 is an enormous
bridge like ponguogue
I missed the sunrise off the bridge by 15 mins I was late

You were with me the entire time running and  Naked in my bed. I'll tell you more
when we talk. Hopefully we can catch up on FaceTime later.

I miss you. I can still feel your legs from the hug.
[4/24/19, 9:50:21 AM] +1 (631) 379-9928: Hi
Hi
And a bag of
Hi
[4/24/19, 9:50:38 AM] Anastasia: HEYYY OMG I MISSSSSS YOU
[4/24/19, 9:51:14 AM] +1 (631) 379-9928: Me too
[4/24/19, 9:51:23 AM] Anastasia: but I mean you probably know that but look at you

Page 176

_chat
rubbing the sites were probably stunning
[4/24/19, 9:51:52 AM] Anastasia: That looks like one hell of a distance run lookin
at that map my lord did I just get out of breath
[4/24/19, 9:52:02 AM] +1 (631) 379-9928: Where are you
[4/24/19, 9:52:07 AM] Anastasia: Home
[4/24/19, 9:52:17 AM] +1 (631) 379-9928: Alone
[4/24/19, 9:52:28 AM] Anastasia: yea
[4/24/19, 9:52:45 AM] Anastasia: looking rough as always
[4/24/19, 9:53:03 AM] +1 (631) 379-9928: Pick up I have a few mins before I need to
shower
[4/24/19, 9:53:11 AM] Anastasia: bruhh ok
[4/24/19, 9:53:21 AM] +1 (631) 379-9928: Put your ear things in
[4/24/19, 9:53:26 AM] +1 (631) 379-9928: Missed voice call
[4/24/19, 10:01:41 AM] +1 (631) 379-9928: Miss you
Love your smile
[4/24/19, 10:01:57 AM] Anastasia: :))))
[4/24/19, 10:02:00 AM] +1 (631) 379-9928: Peace
So happy about suffolk
[4/24/19, 10:02:14 AM] Anastasia: You needed to hear something good
[4/24/19, 10:02:33 AM] +1 (631) 379-9928: Yes I did
Thank you
Shower time
Bye
[4/24/19, 10:02:48 AM] Anastasia: Mm yum and cya□
[4/24/19, 10:24:33 AM] +1 (631) 379-9928: I feel better after seeing you
I'm glad we got to see each other
:)))
[4/24/19, 10:25:07 AM] Anastasia: Me too we needed that
[4/24/19, 12:16:52 PM] +1 (631) 379-9928: Yo
I'm in the middle of no where
Here is screen shot of where I am
If I go missing you know where to look
[4/24/19, 12:17:06 PM] +1 (631) 379-9928: image omitted
[4/24/19, 12:17:37 PM] +1 (631) 379-9928: <attached:
00007160-PHOTO-2019-04-24-12-17-21.jpg>
[4/24/19, 12:28:49 PM] Anastasia: ALmaooooo
[4/24/19, 1:51:29 PM] Anastasia: So I just drank water for the first time in like
slightly less than a week.. lemme tell you how good water is□□
[4/24/19, 2:24:33 PM] +1 (631) 379-9928: Duh
I drank a gallon yesterday

I survived the deepest part of fla
Apparently to live there you can't have a full set of teeth or be thin
You'd hate everyone just like I did
████████ had a blast on the boat.
[4/24/19, 2:25:05 PM] +1 (631) 379-9928: I still pumped that we caught up with each
other this morning
[4/24/19, 2:26:59 PM] Anastasia: Lmaoo and ew I can't even stand thinking about it!!
████████ makes me happy aw! I'm glad we caught up too I needed to see you:)
[4/24/19, 4:44:01 PM] +1 (631) 379-9928: Yo girl
Laughing to myself in the hot tub
"Yo ████████ I just got left on read"
"By who?"
"Ummmm nothing never mind"
[4/24/19, 4:46:26 PM] +1 (631) 379-9928: Come on
Get to your phone
Feel my vibes
[4/24/19, 4:48:16 PM] Anastasia: LMAOOO
[4/24/19, 4:49:11 PM] Anastasia: FEEL MY VIBE AND GET ON LOSER
[4/24/19, 4:49:26 PM] +1 (631) 379-9928: Hi
[4/24/19, 4:49:37 PM] +1 (631) 379-9928: Was checking email
Big mistake
[4/24/19, 4:49:50 PM] Anastasia: very

_chat

[4/24/19, 4:49:53 PM] Anastasia: Hey hey hey
[4/24/19, 4:50:05 PM] +1 (631) 379-9928: How was suffolk?
[4/24/19, 4:50:10 PM] +1 (631) 379-9928: Ya I asked
[4/24/19, 4:50:54 PM] Anastasia: It was good
[4/24/19, 4:51:04 PM] +1 (631) 379-9928: More please
[4/24/19, 4:51:05 PM] Anastasia: I think I might do that for two years
[4/24/19, 4:51:24 PM] +1 (631) 379-9928: This is encouraging
Air Force?
[4/24/19, 4:51:32 PM] Anastasia: After
[4/24/19, 4:51:39 PM] +1 (631) 379-9928: Your idea or mom's
[4/24/19, 4:51:46 PM] Anastasia: Mine
[4/24/19, 4:51:55 PM] +1 (631) 379-9928: Look at you
[4/24/19, 4:52:00 PM] +1 (631) 379-9928: Big hug
[4/24/19, 4:52:48 PM] Anastasia: Okay I literally parked to talk to you
[4/24/19, 4:53:01 PM] +1 (631) 379-9928: Very Mature
Which will be offset by getting wasted tonihjt
[4/24/19, 4:53:10 PM] +1 (631) 379-9928: Awe you do love me
[4/24/19, 4:53:11 PM] +1 (631) 379-9928: LOL
[4/24/19, 4:53:13 PM] Anastasia: Yeah and I'm trying to get ███████ to go so she
has something
[4/24/19, 4:53:17 PM] Anastasia: I do
[4/24/19, 4:53:45 PM] +1 (631) 379-9928: Has ███████ busted on you about us texting
[4/24/19, 4:53:49 PM] Anastasia: no
[4/24/19, 4:53:54 PM] +1 (631) 379-9928: Good
[4/24/19, 4:54:03 PM] Anastasia: Fuck her
[4/24/19, 4:54:09 PM] Anastasia: Not literally either
[4/24/19, 4:54:20 PM] +1 (631) 379-9928: So can the Asvab studying
No study for suffolk placement test
[4/24/19, 4:54:26 PM] +1 (631) 379-9928: Yuck her
[4/24/19, 4:54:37 PM] Anastasia: wait what
[4/24/19, 4:54:46 PM] +1 (631) 379-9928: I means she is yuck
[4/24/19, 4:54:48 PM] Anastasia: <attached: 00007200-PHOTO-2019-04-24-16-54-32.jpg>
[4/24/19, 4:55:07 PM] +1 (631) 379-9928: Wow
[4/24/19, 4:55:12 PM] +1 (631) 379-9928: Who took that
[4/24/19, 4:55:20 PM] Anastasia: ███████
[4/24/19, 4:55:25 PM] +1 (631) 379-9928: She's with you now
[4/24/19, 4:55:44 PM] +1 (631) 379-9928: Great smile girl
[4/24/19, 4:55:47 PM] +1 (631) 379-9928: And leg
[4/24/19, 4:55:58 PM] Anastasia: she just left because I'm at her job
[4/24/19, 4:56:14 PM] +1 (631) 379-9928: Friendlys
[4/24/19, 4:56:14 PM] Anastasia: but I was like I'm probably gunna sit here for a
second I have to text someone
[4/24/19, 4:56:17 PM] Anastasia: yeah
[4/24/19, 4:56:26 PM] +1 (631) 379-9928: I feel special
[4/24/19, 4:56:30 PM] Anastasia: :))
[4/24/19, 4:56:54 PM] Anastasia: I'm choosing you over getting a smoothie.. I love
smoothies and I get them for free because I have hook ups
[4/24/19, 4:57:27 PM] +1 (631) 379-9928: WOW
HONORED but you'll get one later
So suffolk is a real plan
[4/24/19, 4:57:35 PM] Anastasia: if I
[4/24/19, 4:57:38 PM] Anastasia: It is
[4/24/19, 4:57:49 PM] +1 (631) 379-9928: Ok next step
Better job
[4/24/19, 4:57:51 PM] Anastasia: so is the Air Force but not gunna lie after last
night.. I'm not ready
[4/24/19, 4:58:07 PM] +1 (631) 379-9928: We know this
[4/24/19, 4:58:10 PM] Anastasia: yes
[4/24/19, 4:58:44 PM] Anastasia: kinda funny story ready
[4/24/19, 4:59:09 PM] +1 (631) 379-9928: Ya
[4/24/19, 4:59:24 PM] +1 (631) 379-9928: <attached:
00007223-PHOTO-2019-04-24-16-59-08.jpg>
[4/24/19, 4:59:25 PM] +1 (631) 379-9928: <attached:

_chat>
00007224-PHOTO-2019-04-24-16-59-09.jpg>
[4/24/19, 4:59:35 PM] Anastasia: I was juuling in target and some old hag cane strolling by and she was like ou it smells like mango and I died laughing
[4/24/19, 4:59:53 PM] Anastasia: and dude your really living your best life out there
[4/24/19, 5:00:02 PM] Anastasia: Your hard work paid off big time
[4/24/19, 5:00:08 PM] Anastasia: be proud
[4/24/19, 5:00:18 PM] Anastasia: "Felt like you needed to hear that"
[4/24/19, 5:00:30 PM] +1 (631) 379-9928: Just chillin

Ya
Thank you
[4/24/19, 5:00:45 PM] Anastasia: Gotchu
[4/24/19, 5:00:53 PM] +1 (631) 379-9928: You're  wise beyond your years
You know that ?
[4/24/19, 5:01:02 PM] +1 (631) 379-9928: Ok 1:58 question
[4/24/19, 5:01:04 PM] Anastasia: it's the trauma what can I say
[4/24/19, 5:01:06 PM] Anastasia: what's up
[4/24/19, 5:01:27 PM] +1 (631) 379-9928: Where you really alone in the car the other day when we FT
[4/24/19, 5:01:45 PM] Anastasia: nah ████ was in the back sleeping
[4/24/19, 5:01:55 PM] Anastasia: that's why I couldn't stop laughing
[4/24/19, 5:02:06 PM] +1 (631) 379-9928: Did you have your ear things in?
[4/24/19, 5:02:17 PM] Anastasia: no
[4/24/19, 5:02:27 PM] +1 (631) 379-9928: You're always honest
Just not right away

Somshe could hear me
[4/24/19, 5:02:33 PM] Anastasia: She was wondering who I was on FaceTime wth though I was like a friend from the cruise
[4/24/19, 5:02:48 PM] +1 (631) 379-9928: Hehe
[4/24/19, 5:02:52 PM] Anastasia: Lmaoo
[4/24/19, 5:02:59 PM] +1 (631) 379-9928: Ok deep question ready
[4/24/19, 5:03:10 PM] Anastasia: apparently "I like a boy from the crusie" according to my fam
[4/24/19, 5:03:13 PM] Anastasia: and suppp
[4/24/19, 5:03:27 PM] +1 (631) 379-9928: We know what you want from ████ and ████
[4/24/19, 5:03:35 PM] Anastasia: yeah
[4/24/19, 5:04:04 PM] +1 (631) 379-9928: What do they want from you!!!!??

I want that answer when we talk in person
[4/24/19, 5:04:10 PM] Anastasia: Okay
[4/24/19, 5:04:28 PM] +1 (631) 379-9928: I thought about it on my run

The right answer might help you
[4/24/19, 5:04:38 PM] +1 (631) 379-9928: Does that make sense
[4/24/19, 5:04:54 PM] Anastasia: Yes. Also, I told Maryann how I've been feeling
[4/24/19, 5:05:06 PM] +1 (631) 379-9928: And I bet you felt better
[4/24/19, 5:05:11 PM] Anastasia: Last night was so bad man I was like I need to talk to ee
[4/24/19, 5:05:14 PM] Anastasia: I did
[4/24/19, 5:05:20 PM] +1 (631) 379-9928: MEDS
TAKE MEDS
[4/24/19, 5:05:23 PM] +1 (631) 379-9928: GRRRRR
[4/24/19, 5:05:25 PM] Anastasia: I was like I think I'm like heartbroken man
[4/24/19, 5:05:37 PM] Anastasia: I haven't taken them all week I'll start Monday
[4/24/19, 5:06:08 PM] +1 (631) 379-9928: WHAT was her reaction
Sorry about the caps
[4/24/19, 5:06:40 PM] Anastasia: She was like about what? And I was like ████ as of now but honestly I think ████ really did a number on me
[4/24/19, 5:07:23 PM] Anastasia: like I'm 18 for crying out loud and I'm still hurt like it happened yesterday and this is what I was telling ████ last night and she was like your sister is an asshole and I was like uh yeah man

_chat

[4/24/19, 5:07:39 PM] Anastasia: Like I literally almost killed myself last night
[4/24/19, 5:07:58 PM] Anastasia: not going to lie ███████ saved me
[4/24/19, 5:08:15 PM] Anastasia: he said everything I needed to hear at the time and I came back
[4/24/19, 5:08:27 PM] Anastasia: dam that felt good to say
[4/24/19, 5:08:45 PM] +1 (631) 379-9928: Ouch
[4/24/19, 5:09:01 PM] +1 (631) 379-9928: I never would have recovered if you did that
[4/24/19, 5:09:17 PM] +1 (631) 379-9928: So put that in your head next time girl
[4/24/19, 5:09:27 PM] Anastasia: really? How are you doing with ███████ then?
[4/24/19, 5:10:09 PM] +1 (631) 379-9928: That fucked me up
But I obviously didn't have the connection with him

Are you challenging me on how I'm feeling
[4/24/19, 5:10:36 PM] Anastasia: no just been a question I've had brewing
[4/24/19, 5:11:33 PM] +1 (631) 379-9928: what hurt the most about that was seeing how the majority of the school grieved
And taking care of everyone else was major stress
[4/24/19, 5:12:03 PM] Anastasia: Yeah ██████ was pretty messed up
[4/24/19, 5:12:17 PM] Anastasia: Like hearing her now talking about it messes me up
[4/24/19, 5:12:29 PM] Anastasia: She was like nast I can't lose you too
[4/24/19, 5:12:37 PM] +1 (631) 379-9928: I'm closer to you than most of my friends we
You tell me how I would feel
[4/24/19, 5:13:12 PM] +1 (631) 379-9928: That question kinda hurt
Like you don't think I care about you
[4/24/19, 5:13:28 PM] Anastasia: And then watching 13 reasons why man
[4/24/19, 5:13:34 PM] +1 (631) 379-9928: Pleas tell me you know I care
[4/24/19, 5:13:44 PM] +1 (631) 379-9928: I'm wide open with you
[4/24/19, 5:13:52 PM] Anastasia: if I didn't I would've killed myself already
[4/24/19, 5:14:03 PM] +1 (631) 379-9928: Told you to stop watching that
[4/24/19, 5:14:09 PM] Anastasia: I did
[4/24/19, 5:14:55 PM] Anastasia: Watching her slit her wrist and how her parents
Went through it.. how it broke more people than anyone would ever know killed me
[4/24/19, 5:15:12 PM] Anastasia: How the principal deals with it I think of you but 300002938731 times worse
[4/24/19, 5:15:29 PM] Anastasia: I couldn't do that to you no matter how close I get
[4/24/19, 5:15:44 PM] +1 (631) 379-9928: There is no way I would be able to do what I did when ██████ died if it were you

I was numb with ████
I won't be able to shut it off for you
[4/24/19, 5:15:46 PM] Anastasia: last night when I was seconds away you came into my head
[4/24/19, 5:16:29 PM] +1 (631) 379-9928: You don't want to hear this

Back off the drugs a bit
[4/24/19, 5:16:47 PM] +1 (631) 379-9928: I'm ready to fly home just to hug you
[4/24/19, 5:16:56 PM] +1 (631) 379-9928: Then fly back
[4/24/19, 5:16:58 PM] +1 (631) 379-9928: LOL
[4/24/19, 5:17:04 PM] Anastasia: Agreed
[4/24/19, 5:17:22 PM] Anastasia: So I need to open up about something
[4/24/19, 5:17:25 PM] +1 (631) 379-9928: Big hug
Big kiss
[4/24/19, 5:17:28 PM] +1 (631) 379-9928: Oh shit
[4/24/19, 5:17:30 PM] +1 (631) 379-9928: Ok
[4/24/19, 5:17:53 PM] +1 (631) 379-9928: 5:17 / 1:58
[4/24/19, 5:18:00 PM] Anastasia: So way before I met you..
[4/24/19, 5:18:08 PM] Anastasia: well really knew you at all
[4/24/19, 5:18:19 PM] Anastasia: I had dreams
[4/24/19, 5:18:29 PM] Anastasia: But they were more nightmares
[4/24/19, 5:18:44 PM] +1 (631) 379-9928: About
[4/24/19, 5:19:04 PM] Anastasia: Me being in that Florida school shooting

_chat
```
[4/24/19, 5:19:13 PM] +1 (631) 379-9928: Ffffffffffuck
[4/24/19, 5:19:17 PM] Anastasia: And it would be the same dream
[4/24/19, 5:19:23 PM] +1 (631) 379-9928: Before or after
[4/24/19, 5:19:27 PM] Anastasia: For months and months at a time
[4/24/19, 5:19:36 PM] +1 (631) 379-9928: Like you dreamt it before
[4/24/19, 5:19:40 PM] Anastasia: Yeah
[4/24/19, 5:19:52 PM] +1 (631) 379-9928: Oh shit
[4/24/19, 5:20:05 PM] Anastasia: But it would like replay and start off where I left
off
[4/24/19, 5:20:07 PM] +1 (631) 379-9928: If that happens at RHS I'm dead
[4/24/19, 5:20:25 PM] Anastasia: Last night
[4/24/19, 5:20:43 PM] Anastasia: I was just trying to close my eyes
[4/24/19, 5:21:01 PM] Anastasia: And I had that dream of me walking into your office
[4/24/19, 5:21:17 PM] Anastasia: And you getting shot in front of me
[4/24/19, 5:21:16 PM] +1 (631) 379-9928: And
[4/24/19, 5:21:27 PM] +1 (631) 379-9928: By who
[4/24/19, 5:21:34 PM] +1 (631) 379-9928: I'll suspend them
[4/24/19, 5:21:41 PM] Anastasia: I couldn't close my eyes after that
[4/24/19, 5:22:18 PM] Anastasia: I dunno they blurred out because I was in such a
dead state of mind of you
[4/24/19, 5:22:37 PM] +1 (631) 379-9928: Well maybe dream of us having sex

I was naked early in this conversation
[4/24/19, 5:22:38 PM] Anastasia: Like I remember me screaming at them to kill me
[4/24/19, 5:22:58 PM] Anastasia: THAT WAS THE SECOND DREAM
[4/24/19, 5:23:05 PM] +1 (631) 379-9928: No
[4/24/19, 5:23:08 PM] +1 (631) 379-9928: Really
[4/24/19, 5:23:19 PM] Anastasia: yeah I slept for like two hours
[4/24/19, 5:23:34 PM] +1 (631) 379-9928: Told you
we had good sex on my run
[4/24/19, 5:24:18 PM] Anastasia: Let's just say that's the best two hours I've ever
slept
[4/24/19, 5:24:26 PM] +1 (631) 379-9928: :)))))
[4/24/19, 5:24:35 PM] +1 (631) 379-9928: Go get a smoothie
[4/24/19, 5:24:43 PM] +1 (631) 379-9928: They are coming off the beach now
[4/24/19, 5:24:55 PM] +1 (631) 379-9928: We can end on a high note
[4/24/19, 5:25:03 PM] Anastasia: Ohh yeah
[4/24/19, 5:25:13 PM] +1 (631) 379-9928: You know
I really can't wait to see you
[4/24/19, 5:25:22 PM] +1 (631) 379-9928: Hopefully we can FT again
[4/24/19, 5:25:27 PM] Anastasia: After last night I agree
[4/24/19, 5:25:47 PM] Anastasia: I was like Monday is going to be one got the books
[4/24/19, 5:25:53 PM] +1 (631) 379-9928: Hehe
[4/24/19, 5:26:05 PM] +1 (631) 379-9928: Talk you later
Probably tomorrow
[4/24/19, 5:26:10 PM] +1 (631) 379-9928: Peace
[4/24/19, 5:26:14 PM] +1 (631) 379-9928: Miss you
[4/24/19, 5:26:24 PM] Anastasia: Bye dude miss you more!!!
[4/24/19, 9:55:53 PM] Anastasia: OOHHHH THE SHIT I HAVE TO TELL YOU TOMORROW
[4/25/19, 6:31:59 AM] +1 (631) 379-9928: Soooo
I had trouble sleeping ( a little dust up at dinner, that I'll spare the details on)

This is how I fell alswep.

There is a really long pillow down here ( almost a body pillow).
I wrapped my arms around it as it was from my shoulders to knees.
I imagined I was holding you. And we fell asleep together.
You were half naked.
:))))
[4/25/19, 6:32:38 AM] +1 (631) 379-9928: Off to run
My legs are soooo heavy.
[4/25/19, 6:35:35 AM] +1 (631) 379-9928: And I'm very curious
```

_chat

[4/25/19, 6:56:13 AM] +1 (631) 379-9928: Aaaaand I left the key to the weight room in the condo (8thfl) not going back up was gonna work out before the run
Gotta keep this body tight so you have something worth holding onto and fantasizing about
LOL
[4/25/19, 8:05:43 AM] Anastasia: Dude I love you for always putting a smile on my face every morning!! Honestly being naked.. next to you would be an honor and a dream come true
[4/25/19, 8:06:12 AM] Anastasia: I was legit fantasizing about you but honestly when don't I
[4/25/19, 8:12:33 AM] Anastasia: I was re reading the messages from yesterday when I was sitting in the car and you mentioned you were naked early on in the conversation and oh man did my mind automatically fire up along with many things
[4/25/19, 8:40:52 AM] +1 (631) 379-9928: You're up early the last few days

Just suffered through a 6.5 mile run. It got humid and my legs are shot
You ran with me, clothes on.
[4/25/19, 8:41:10 AM] +1 (631) 379-9928: Thought you missed the naked comment yesterday
[4/25/19, 9:06:53 AM] Anastasia: Yeah needed to start getting my life back together.. hot tub hot tub hot tub for your legs!! Let the jets beat your old ass LOL. && nah can never miss dirty comments in prone to them
[4/25/19, 9:41:50 AM] +1 (631) 379-9928: Hit the hot tub last night
Dirty comments has an ugly meaning
I prefer sexually flirty between us
:))

What were you going to tell me?

I'm heading to the beach for the day meeting some friends so I won't be back on until dinner time at the earliest
[4/25/19, 9:42:05 AM] +1 (631) 379-9928: I like hearing you're getting your life together
[4/25/19, 9:42:10 AM] +1 (631) 379-9928: Hi
Hold on
[4/25/19, 9:42:17 AM] Anastasia: Lmao ok
[4/25/19, 9:44:08 AM] +1 (631) 379-9928: <attached: 00007363-PHOTO-2019-04-25-09-43-52.jpg>
[4/25/19, 9:44:34 AM] Anastasia: You're a meal
[4/25/19, 9:44:51 AM] +1 (631) 379-9928: Figured that would hold you over today
[4/25/19, 9:44:56 AM] +1 (631) 379-9928: :)))
[4/25/19, 9:44:59 AM] Anastasia: :))
[4/25/19, 9:45:10 AM] +1 (631) 379-9928: Slight tan line
[4/25/19, 9:45:15 AM] Anastasia: hot
[4/25/19, 9:46:02 AM] Anastasia: sigh* you're literally a meal like stop being cute
[4/25/19, 9:46:13 AM] +1 (631) 379-9928: Stop
[4/25/19, 9:46:56 AM] +1 (631) 379-9928: Listen
I want more than just sexy talk and sex with you
You know I really want you in a better place right ?!!??'n
[4/25/19, 9:47:03 AM] Anastasia: I know
[4/25/19, 9:47:10 AM] +1 (631) 379-9928: And all the other stuff is bonus for us
[4/25/19, 9:47:17 AM] Anastasia: it really is
[4/25/19, 9:47:26 AM] +1 (631) 379-9928: We have like a secret identity between us
[4/25/19, 9:47:37 AM] Anastasia: like you're one of my main best friends with a slight twist
[4/25/19, 9:47:46 AM] Anastasia: Kinda like a friends with benefits
[4/25/19, 9:49:09 AM] Anastasia: hows vacation
[4/25/19, 9:49:34 AM] +1 (631) 379-9928: Vacation is good
 hot today
[4/25/19, 9:49:50 AM] Anastasia: I mean hey that's a plus
[4/25/19, 9:49:58 AM] +1 (631) 379-9928: Kinda just got turned on
And I'm in a bathing suit
That's a problem

```
                              _chat
[4/25/19, 9:50:20 AM] Anastasia: From what?
[4/25/19, 9:51:19 AM] +1 (631) 379-9928: Had a flash of me going down on you
[4/25/19, 9:51:26 AM] +1 (631) 379-9928: Couldn't help it
[4/25/19, 9:51:28 AM] Anastasia: THAT WAS ME YESTERDAY
[4/25/19, 9:52:16 AM] Anastasia: just fantasizing about you works me up
[4/25/19, 9:52:42 AM] +1 (631) 379-9928: Like I really want to feel you when you're
wet and just go nuts
[4/25/19, 9:52:55 AM] Anastasia: me too
[4/25/19, 9:52:59 AM] +1 (631) 379-9928: Yum
[4/25/19, 9:53:09 AM] +1 (631) 379-9928: Ok
Now that we are both worked up
[4/25/19, 9:53:13 AM] +1 (631) 379-9928: Gotta run
[4/25/19, 9:53:20 AM] Anastasia: lmaooo you're a teaseeeee
[4/25/19, 9:53:33 AM] +1 (631) 379-9928: Didn't expect to see you on this early
[4/25/19, 9:53:36 AM] +1 (631) 379-9928: Sorry
[4/25/19, 9:53:45 AM] Anastasia: it's hot
[4/25/19, 9:53:59 AM] Anastasia: Mmh ok have fun on the beach!!
[4/25/19, 9:54:09 AM] +1 (631) 379-9928: Stay turned on
[4/25/19, 9:54:10 AM] +1 (631) 379-9928: Bye
[4/25/19, 9:54:13 AM] Anastasia: always
[4/25/19, 9:54:19 AM] +1 (631) 379-9928: :)))
[4/25/19, 9:54:22 AM] Anastasia: :))
[4/25/19, 6:55:45 PM] +1 (631) 379-9928: Yoooooooooooo
[4/25/19, 6:55:59 PM] Anastasia: Whatsss uppp
[4/25/19, 6:56:00 PM] +1 (631) 379-9928: Just got off the beach
So fried
[4/25/19, 6:56:05 PM] +1 (631) 379-9928: Haaaaaaa
[4/25/19, 6:56:11 PM] +1 (631) 379-9928: I knew you'd feel me
[4/25/19, 6:56:19 PM] Anastasia: gotchu
[4/25/19, 6:56:35 PM] +1 (631) 379-9928: Missed you so much today
[4/25/19, 6:56:44 PM] Anastasia: I missed you too
[4/25/19, 6:57:02 PM] +1 (631) 379-9928: Driving to get aloe ███████ is burnt
[4/25/19, 6:57:09 PM] +1 (631) 379-9928: What did you do today
[4/25/19, 6:57:22 PM] +1 (631) 379-9928: Besides look at my pic
[4/25/19, 6:57:24 PM] +1 (631) 379-9928: Lol
[4/25/19, 6:57:43 PM] Anastasia: Legit was just thinking of you
[4/25/19, 6:57:55 PM] Anastasia: And ohh man how'd you know I kept looking
[4/25/19, 6:58:20 PM] +1 (631) 379-9928: I would have been looking at yours
[4/25/19, 6:59:20 PM] Anastasia: Mmmmhhhhhh
[4/25/19, 6:59:29 PM] Anastasia: you'll get one sooner or later
[4/25/19, 6:59:37 PM] +1 (631) 379-9928: How was your day
[4/25/19, 6:59:48 PM] Anastasia: sorry I'm in and out trying to make plans
[4/25/19, 6:59:50 PM] +1 (631) 379-9928: I'll see in person
[4/25/19, 6:59:59 PM] Anastasia: Bettttt
[4/25/19, 7:00:01 PM] +1 (631) 379-9928: Much better
[4/25/19, 7:00:29 PM] Anastasia: sooooo
[4/25/19, 7:00:43 PM] Anastasia: I went for a run/jog/walk for the first time in
like a week
[4/25/19, 7:00:57 PM] +1 (631) 379-9928: Thank you
[4/25/19, 7:01:12 PM] Anastasia: had to book it into the woods to piss
[4/25/19, 7:01:14 PM] +1 (631) 379-9928: Big hug
With an ass grab
[4/25/19, 7:01:23 PM] +1 (631) 379-9928: Ha
[4/25/19, 7:01:30 PM] +1 (631) 379-9928: Done that
[4/25/19, 7:01:57 PM] Anastasia: I DROPPED MY PHONE READING THAT
[4/25/19, 7:02:17 PM] +1 (631) 379-9928: What
Ass grab
[4/25/19, 7:02:53 PM] Anastasia: Yeahh
[4/25/19, 7:03:17 PM] +1 (631) 379-9928: You kidding me
Yum can't wait to out my hands on that
[4/25/19, 7:03:24 PM] +1 (631) 379-9928: Look at you
Suffolk
[4/25/19, 7:03:26 PM] Anastasia: ahh I love it
```

_chat

```
[4/25/19, 7:03:29 PM] +1 (631) 379-9928: Getting up early
[4/25/19, 7:03:34 PM] +1 (631) 379-9928: Running
[4/25/19, 7:03:35 PM] +1 (631) 379-9928: Wow
[4/25/19, 7:03:40 PM] Anastasia: barely but it's something
[4/25/19, 7:03:50 PM] +1 (631) 379-9928: But you'll probably get wrecked tonihjt
[4/25/19, 7:03:52 PM] Anastasia: low key tipsy
[4/25/19, 7:03:55 PM] Anastasia: LMAOOO
[4/25/19, 7:04:42 PM] +1 (631) 379-9928: But ya
Your ass
I'm a leg an ass guy and a nice stomach too
So you're right there girl
[4/25/19, 7:04:54 PM] Anastasia: mmh
[4/25/19, 7:05:11 PM] Anastasia: <attached: 00007447-PHOTO-2019-04-25-19-04-55.jpg>
[4/25/19, 7:05:46 PM] +1 (631) 379-9928: Thank godbi wasn't driving
[4/25/19, 7:05:51 PM] +1 (631) 379-9928: F me
Hot
[4/25/19, 7:06:18 PM] Anastasia: I will
[4/25/19, 7:06:47 PM] +1 (631) 379-9928: Deal
:))))
[4/25/19, 7:06:53 PM] Anastasia: :))))))))))
[4/25/19, 7:07:05 PM] +1 (631) 379-9928: Where r u
[4/25/19, 7:07:17 PM] Anastasia: on a hunt to find my juul in ████'s car
[4/25/19, 7:07:34 PM] +1 (631) 379-9928: Where was that photo
[4/25/19, 7:07:40 PM] Anastasia: in her garage
[4/25/19, 7:08:08 PM] +1 (631) 379-9928: Ya looked like a slop sink
[4/25/19, 7:08:17 PM] Anastasia: LMAOO
[4/25/19, 7:08:59 PM] Anastasia: ████ said why don't you stop textin regan and look
[4/25/19, 7:09:08 PM] Anastasia: I was like we don't talk actually
[4/25/19, 7:09:15 PM] +1 (631) 379-9928: Shit girl
[4/25/19, 7:09:37 PM] Anastasia: Pretty much
[4/25/19, 7:09:59 PM] Anastasia: SHE SAID WHY ARE U HIDING YOUR PHONE
[4/25/19, 7:10:00 PM] Anastasia: LMAOOO
[4/25/19, 7:10:29 PM] +1 (631) 379-9928: Let me guess
You never delete the other pic either
[4/25/19, 7:10:37 PM] Anastasia: noppeee
[4/25/19, 7:11:11 PM] +1 (631) 379-9928: No one better get either
[4/25/19, 7:11:18 PM] Anastasia: currently have my ass in the air
[4/25/19, 7:11:31 PM] Anastasia: Na that's for me and me only
[4/25/19, 7:11:39 PM] Anastasia: Don't want anyone else turned on
[4/25/19, 7:11:46 PM] +1 (631) 379-9928: Just looked at pic again
Thanks
I needed that
Btw
You'll be my pillow again tonight
[4/25/19, 7:12:07 PM] Anastasia: We need to make that happen
[4/25/19, 7:12:26 PM] +1 (631) 379-9928: Yup
[4/25/19, 7:13:29 PM] Anastasia: I was thinking to myself and. I was like dam I
wonder what he would do if we were driving to one of our run spots and while you
were driving I slowly slid my hand up your thigh
[4/25/19, 7:13:34 PM] Anastasia: What you would do
[4/25/19, 7:15:29 PM] +1 (631) 379-9928: Probably crash the car
[4/25/19, 7:16:36 PM] +1 (631) 379-9928: Two weeks ago it would have been different
Now
My hand might already be in your shorts
[4/25/19, 7:16:47 PM] Anastasia: I like where this is going
[4/25/19, 7:17:00 PM] +1 (631) 379-9928: Easy girl
[4/25/19, 7:17:09 PM] +1 (631) 379-9928: I'm on a time crunch
[4/25/19, 7:17:18 PM] +1 (631) 379-9928: And you have prying eyes
[4/25/19, 7:17:41 PM] +1 (631) 379-9928: I thought about our quogue run
[4/25/19, 7:18:01 PM] +1 (631) 379-9928: And at that point I don't think either of
us was ready for anything
[4/25/19, 7:18:20 PM] Anastasia: And
[4/25/19, 7:18:36 PM] +1 (631) 379-9928: Now
```

_chat

Different story
[4/25/19, 7:18:57 PM] Anastasia: Ohh yeah
[4/25/19, 7:19:43 PM] Anastasia: you're always on a time crunch that's why I can't wait for you to go home but at the same time I don't want this week to end
[4/25/19, 7:20:02 PM] +1 (631) 379-9928: We do need some self control

Like w can't attack each other as soon as my office door closes
All the time
[4/25/19, 7:20:16 PM] Anastasia: ALL THE TIME
[4/25/19, 7:20:19 PM] Anastasia: I LOVE IT LMAO
[4/25/19, 7:20:32 PM] +1 (631) 379-9928: I'm sitting in Walgreens parking lot
Stretching my 10 min trip
[4/25/19, 7:20:35 PM] +1 (631) 379-9928: Just for you
[4/25/19, 7:20:41 PM] Anastasia: I feel the love
[4/25/19, 7:21:01 PM] +1 (631) 379-9928: Could not wait to text you
[4/25/19, 7:21:22 PM] Anastasia: couldn't wait to receive your text
[4/25/19, 7:22:05 PM] Anastasia: I really don't like drinking anymore
[4/25/19, 7:22:18 PM] +1 (631) 379-9928: Good
[4/25/19, 7:22:36 PM] Anastasia: Like I chugged I dunno what it was and I was like naaa we don't do this
[4/25/19, 7:22:45 PM] Anastasia: this juuling weed and acid have to stop
[4/25/19, 7:22:44 PM] +1 (631) 379-9928: I don't want our first kiss rushed
[4/25/19, 7:22:49 PM] Anastasia: neither do I
[4/25/19, 7:23:11 PM] +1 (631) 379-9928: Acid
[4/25/19, 7:23:15 PM] +1 (631) 379-9928: ???
[4/25/19, 7:23:17 PM] Anastasia: yeah
[4/25/19, 7:23:30 PM] +1 (631) 379-9928: When wtf
[4/25/19, 7:23:36 PM] Anastasia: probably why I'm so messed up
[4/25/19, 7:23:51 PM] Anastasia: started what like Friday night
[4/25/19, 7:23:52 PM] +1 (631) 379-9928: Ya
[4/25/19, 7:23:56 PM] Anastasia: haven't stopped
[4/25/19, 7:24:30 PM] +1 (631) 379-9928: We have a lot of work to do
[4/25/19, 7:24:34 PM] Anastasia: I told █████████████ and he was like I'm on my way right now picking you up I don't care if I have to feed you this shouldn't be a talk on a text
[4/25/19, 7:24:37 PM] Anastasia: we do
[4/25/19, 7:25:03 PM] +1 (631) 379-9928: He gave you acid
[4/25/19, 7:25:30 PM] Anastasia: nooo
[4/25/19, 7:26:16 PM] Anastasia: this was way before he wanted to pick me up because I was fucked up and I ended up leaving the house at like 1 am and walked the streets and he spent an hour speeding down roads to find me
[4/25/19, 7:26:22 PM] Anastasia: got pulled over twice
[4/25/19, 7:27:06 PM] Anastasia: ended up home at like 2:30
[4/25/19, 7:27:51 PM] +1 (631) 379-9928: Fuck
Girl you always drop heavy shot on me like right before I need to go
[4/25/19, 7:28:03 PM] Anastasia: I figured u needed to leave
[4/25/19, 7:28:32 PM] Anastasia: we'll figure it out no problem talk later:)
[4/25/19, 7:28:50 PM] +1 (631) 379-9928: Thanks for the pic
[4/25/19, 7:28:55 PM] Anastasia: Gotchu
[4/25/19, 7:29:01 PM] Anastasia: stay turned on:)
[4/25/19, 7:29:02 PM] +1 (631) 379-9928: Dream of me
[4/25/19, 7:29:15 PM] Anastasia: Always
[4/25/19, 7:29:21 PM] +1 (631) 379-9928: :))))
[4/25/19, 7:29:23 PM] +1 (631) 379-9928: Bye
[4/25/19, 7:29:26 PM] Anastasia: bye
[4/25/19, 8:40:02 PM] +1 (631) 379-9928: Pillow time
[4/25/19, 8:40:26 PM] Anastasia: :))
[4/25/19, 9:03:01 PM] Anastasia: Dude I'm either really messed up or I just really think █████s brother is cute as hell
[4/26/19, 1:10:58 AM] Anastasia: we need to have a serious talk.
[4/26/19, 1:25:44 AM] Anastasia: I'm zooted (high) as hell and I was with ██████ and of course I'm out like legit it's almost 3 am.. but that's beside the point. We were at wildwood and I broke down again. We started having this whole conversation

Page 185

_chat

on like drugs and she started crying and she was like nast you need to realize how severe you are into drugs. As your best friend I'm telling you that you might need rehab. I've never in my life seen you like this. On the other hand I have never seen you this happy. Regan really has put so much work into you that you're a whole different person. I'm just so petrified that if he leaves you.. that I'm going to lose you because I know as your best friend the way he makes you happy..the way he fills the broken parts everyone broke..that you will have no problem killing yourself. So when we got to wildwood I threw my car in park and I just let it on her. Currently balling I was like ████████ did so many bad things to me that Now that I'm facing it it's breaking me down. I told her everything you know about Kristina.. blah blah blah and then you came up.. Im asking you: I need to know you're not using me to be some kind of hero. Like I'm some sad kid you just want to save since you couldn't save████. Honestly this might not even be something to text about but I cannot continue not knowing..
[4/26/19, 8:19:18 AM] +1 (631) 379-9928: Not really the morning text I wanted to send but you need answers.
Take████out of the equation.

I won't address ████████ drug points she might be right.

The only way I'm leaving you is if you walk away (which I will fight you on) or if it comes down to someone blowing up our spot and us being forced not to have contact.
Do you still not trust me?

I don t see you as some sad kid that needs saving to make myself feel better.

What have I been saying to you.
Find another group of acceptance not ████████ workout feel better about yourself thing will start to fall into place. STOP THE DRUGS.

Now reality is after graduation we won't see each other every day (sad)

but I want to stay in contact and run together when we can.

I'm not using you. I'm trying to help you and give you skills for your life to be the amazing person that I see and you don't.

What we have is different people won't understand
We talked about that.

Girl
Gottchu!!!!!!
[4/26/19, 8:20:10 AM] +1 (631) 379-9928: Now what I was going to send

Woke up with an enormous erection, thought of you immediately.

Good Morning.
[4/26/19, 8:51:08 AM] +1 (631) 379-9928: Do you see a correlation between your drug use and depression?

I DO !!!!!!!!!!!

Girl you won't lose me, don't turn your back on me.
[4/26/19, 8:53:00 AM] +1 (631) 379-9928: I told you I was scared for you this week.
[4/26/19, 9:13:20 AM] Anastasia: I needed to read that last night got me me way too fucked up. I'm not going anywhere
[4/26/19, 9:14:55 AM] +1 (631) 379-9928: Hi
Big hug and kiss girl
[4/26/19, 9:15:12 AM] Anastasia: Hello
[4/26/19, 9:16:48 AM] +1 (631) 379-9928: I'm working out
Weights
No running today

_chat

40 miles in 4 days I earned a rest

Tell me something good
I miss you and am worried

We need to work on this for you!!!
Ya dig
[4/26/19, 9:18:49 AM] Anastasia: Good you need a chill day. Proud of you!! Something good hmm yesterday when I was running I learned that the leader of a deer pack does this snort that so loud the entire woods can hear it and all the deer book it when they hear it
[4/26/19, 9:19:19 AM] Anastasia: and yes I agree we do need to work on this and we will. When are you coming home?
[4/26/19, 9:21:10 AM] +1 (631) 379-9928: I did t know that

I get home Late Sunday night land at like 10pm
[4/26/19, 9:21:44 AM] Anastasia: Gotcha gotcha
[4/26/19, 9:22:01 AM] Anastasia: honestly I think I found my spirit animal
[4/26/19, 9:22:15 AM] Anastasia: Like this is why I run
[4/26/19, 9:22:24 AM] +1 (631) 379-9928: FUCK YES!!!!
[4/26/19, 9:22:29 AM] Anastasia: Learn something new everyday
[4/26/19, 9:22:30 AM] +1 (631) 379-9928: I'm an owl
[4/26/19, 9:22:36 AM] +1 (631) 379-9928: I see them everywhere
[4/26/19, 9:22:44 AM] Anastasia: I see that
[4/26/19, 9:23:06 AM] +1 (631) 379-9928: *puts head on shoulder *
We're in this together
[4/26/19, 9:23:20 AM] Anastasia: Dam straight
[4/26/19, 9:23:31 AM] Anastasia: Can't live without you dude
[4/26/19, 9:23:46 AM] Anastasia: I seriously need you in my life
[4/26/19, 9:23:57 AM] +1 (631) 379-9928: You won't have to

IM NOT FUCKING LEAVING YOU
[4/26/19, 9:24:08 AM] +1 (631) 379-9928: I get you more than you know
[4/26/19, 9:24:25 AM] +1 (631) 379-9928: How many of your issues was unable to identify without you telling me
[4/26/19, 9:24:30 AM] Anastasia: It hit home when ███████ said I think u might be flunking school so regan won't leave
[4/26/19, 9:24:40 AM] +1 (631) 379-9928: ███████
Adoption
Dad
[4/26/19, 9:24:51 AM] +1 (631) 379-9928: I graduate your ass anyway
[4/26/19, 9:24:52 AM] +1 (631) 379-9928: LOL
[4/26/19, 9:25:21 AM] Anastasia: LMAO thanks dude also your on point in my whole life
[4/26/19, 9:25:42 AM] +1 (631) 379-9928: And mom's Hard nose way doesn't work with you
[4/26/19, 9:25:50 AM] Anastasia: You knew before I could rap my head around it to accept it
[4/26/19, 9:26:00 AM] Anastasia: It doesn't
[4/26/19, 9:26:12 AM] Anastasia: I'm not the kid that learns from fight
[4/26/19, 9:26:13 AM] +1 (631) 379-9928: Key words you need to accept it
[4/26/19, 9:26:30 AM] +1 (631) 379-9928: Your not a kid
Change your mindset
[4/26/19, 9:26:38 AM] Anastasia: I have
[4/26/19, 9:26:54 AM] Anastasia: left my juul at ███████'s garage
[4/26/19, 9:27:03 AM] +1 (631) 379-9928: On purpose
[4/26/19, 9:27:06 AM] Anastasia: Yeah
[4/26/19, 9:27:28 AM] Anastasia: Blown out of my mind 3am hits bro I was like f this
[4/26/19, 9:27:29 AM] +1 (631) 379-9928: Good
Cause I was taking it
And giving you cash this time
[4/26/19, 9:27:45 AM] Anastasia: I wouldn't have given it to you
[4/26/19, 9:27:57 AM] +1 (631) 379-9928: You might have

_chat

[4/26/19, 9:28:05 AM] Anastasia: key word might
[4/26/19, 9:28:16 AM] +1 (631) 379-9928: 50/50
It would have been a good fight
[4/26/19, 9:28:22 AM] Anastasia: agreed
[4/26/19, 9:28:49 AM] +1 (631) 379-9928: Did you tell ███████ any of our other talks ?
[4/26/19, 9:28:54 AM] +1 (631) 379-9928: Will fucked up
[4/26/19, 9:29:08 AM] Anastasia: I never realized how much you have put on the line
[4/26/19, 9:29:13 AM] Anastasia: no
[4/26/19, 9:29:36 AM] +1 (631) 379-9928: You're worth it
[4/26/19, 9:29:41 AM] +1 (631) 379-9928: Ready
[4/26/19, 9:29:49 AM] +1 (631) 379-9928: I'm gonna make you think
[4/26/19, 9:29:55 AM] Anastasia: ready Freddy
[4/26/19, 9:30:02 AM] +1 (631) 379-9928: I asked you about ███████and ███████
[4/26/19, 9:30:16 AM] +1 (631) 379-9928: Now
Why do you think you want the Air Force?
[4/26/19, 9:30:34 AM] Anastasia: the uniform life
[4/26/19, 9:30:47 AM] +1 (631) 379-9928: Part
[4/26/19, 9:31:00 AM] +1 (631) 379-9928: Acceptance
Automatic acceptance
[4/26/19, 9:31:11 AM] +1 (631) 379-9928: What you've been longing for
[4/26/19, 9:31:18 AM] Anastasia: honestly
[4/26/19, 9:31:26 AM] Anastasia: I don't even care anymore
[4/26/19, 9:31:49 AM] +1 (631) 379-9928: Yes you do
But you'll want it for different reasons
[4/26/19, 9:32:10 AM] Anastasia: I think talking about it and letting myself cry
over it put me in a position to get real with myself
[4/26/19, 9:32:51 AM] +1 (631) 379-9928: Cut the drugs
That's #1
[4/26/19, 9:32:56 AM] +1 (631) 379-9928: Please
[4/26/19, 9:33:00 AM] Anastasia: I will
[4/26/19, 9:33:16 AM] Anastasia: dam straight like today
[4/26/19, 9:33:26 AM] +1 (631) 379-9928: On my knees begging
Looking at your tight stomach while on my knees
[4/26/19, 9:33:31 AM] +1 (631) 379-9928: Haha
[4/26/19, 9:34:11 AM] +1 (631) 379-9928: You hate hypocrites
I'm not that
No drugs
[4/26/19, 9:34:13 AM] Anastasia: ███████was like nigga I know you're really going
through it when IIIII am meee is telling u █████ is fucking crazy
[4/26/19, 9:35:04 AM] Anastasia: she was like and I'd be damned if regan feels the
same about her
[4/26/19, 9:35:36 AM] Anastasia: I don't know what other sign you need to see in
order to realize she's the worst person out there for you
[4/26/19, 9:35:50 AM] +1 (631) 379-9928: Shit you guys were dropping my name a lot
[4/26/19, 9:35:53 AM] +1 (631) 379-9928: She's right
[4/26/19, 9:36:12 AM] Anastasia: like think ab it bro you don't drink but you
fucking downed a four
[4/26/19, 9:36:25 AM] Anastasia: it's the only way ill listen
[4/26/19, 9:37:07 AM] Anastasia: Not gunna make this sad but I low key cried about
you
[4/26/19, 9:37:27 AM] +1 (631) 379-9928: Why
[4/26/19, 9:37:29 AM] Anastasia: I was like this is what getting attached does now I
care about him
[4/26/19, 9:38:29 AM] +1 (631) 379-9928: Care for yourself too
Respect yourself
Been telling you that
[4/26/19, 9:38:44 AM] Anastasia: this isn't about me now
[4/26/19, 9:38:53 AM] Anastasia: Two way relationship here
[4/26/19, 9:39:13 AM] +1 (631) 379-9928: Shit now who's getting real
[4/26/19, 9:39:36 AM] +1 (631) 379-9928: We don't have time for me now
Haha
[4/26/19, 9:39:56 AM] Anastasia: that's why we have your office

```
                                          _chat
[4/26/19, 9:40:08 AM] +1 (631) 379-9928: Oh snap
[4/26/19, 9:40:18 AM] +1 (631) 379-9928: The student has become the master
[4/26/19, 9:40:52 AM] Anastasia: And you really best believe shoes are coming off
and I will sit there cris cross apple sauce and listen
[4/26/19, 9:41:15 AM] +1 (631) 379-9928: So cute when you own my office
[4/26/19, 9:41:20 AM] Anastasia: :))))
[4/26/19, 9:41:55 AM] +1 (631) 379-9928: Girl
I see us in each others life for a long time

I think you needed to hear that
[4/26/19, 9:42:04 AM] Anastasia: I really did
[4/26/19, 9:42:22 AM] +1 (631) 379-9928: Sex no sex
Knowing we could kill it or not
We vibe
[4/26/19, 9:42:38 AM] Anastasia: about everything too bro it's so weird
[4/26/19, 9:42:42 AM] +1 (631) 379-9928: You running today
[4/26/19, 9:43:02 AM] Anastasia: I honestly might just need today to sober the fuck
up
[4/26/19, 9:43:16 AM] Anastasia: there is so many drugs in my system
[4/26/19, 9:43:18 AM] +1 (631) 379-9928: A run will do that
[4/26/19, 9:43:28 AM] Anastasia: if it wasn't raining
[4/26/19, 9:43:39 AM] +1 (631) 379-9928: Ok ok
[4/26/19, 9:43:40 AM] Anastasia: ya I said it
[4/26/19, 9:43:51 AM] +1 (631) 379-9928: Let me jet for now
[4/26/19, 9:44:03 AM] +1 (631) 379-9928: Gonna shower play with ████
[4/26/19, 9:44:22 AM] Anastasia: sounds good glad we talked and aw I need to meet
the kid
[4/26/19, 9:44:35 AM] +1 (631) 379-9928: And one more time
IM NOT LEAVING YOU
[4/26/19, 9:44:40 AM] +1 (631) 379-9928: :))))
[4/26/19, 9:44:41 AM] Anastasia: :))
[4/26/19, 9:45:00 AM] +1 (631) 379-9928: Stay sexy and cute

Do something physical today
[4/26/19, 9:45:09 AM] +1 (631) 379-9928: I'll try to catch you later
[4/26/19, 9:45:14 AM] Anastasia: hmm physical you say??;)
[4/26/19, 9:45:17 AM] Anastasia: gotcha
[4/26/19, 9:45:48 AM] +1 (631) 379-9928: YA I wanna be able to say
STAY HARD and have it mean something
[4/26/19, 9:46:04 AM] Anastasia: gooooddd oneeee
[4/26/19, 9:46:13 AM] +1 (631) 379-9928: Later girl

Big hug and long kiss
[4/26/19, 9:46:26 AM] Anastasia: bye dude□□□
[4/26/19, 9:54:45 AM] +1 (631) 379-9928: Yo girl
Get your tight sexy ass back on here
Fam just left for pool without me I have some time
[4/26/19, 9:55:00 AM] +1 (631) 379-9928: Feel me
Get back on
[4/26/19, 9:59:27 AM] +1 (631) 379-9928: I close my eyes I can still see yesterdays
pic
[4/26/19, 10:03:20 AM] +1 (631) 379-9928: I doubt you'll get on I was waiting before
I showered but I smell so need to take care of that.
[4/26/19, 10:04:08 AM] +1 (631) 379-9928: Gonna drop some shit on your done
Ready
2) you need to get addicted to working out again
[4/26/19, 10:04:18 AM] +1 (631) 379-9928: Hiiiiiiiiiiiiiiii
[4/26/19, 10:04:22 AM] Anastasia: Heyyy
[4/26/19, 10:04:25 AM] +1 (631) 379-9928: □
[4/26/19, 10:04:33 AM] +1 (631) 379-9928: Ha
[4/26/19, 10:04:40 AM] Anastasia: that made me smile
[4/26/19, 10:04:52 AM] Anastasia: I envisioned that
[4/26/19, 10:05:02 AM] +1 (631) 379-9928: Was about to drop this on you
                                        Page 189
```

```
                                         _chat
[4/26/19, 10:05:04 AM] +1 (631) 379-9928: Ready
[4/26/19, 10:05:13 AM] Anastasia: go
[4/26/19, 10:06:49 AM] +1 (631) 379-9928: Two years ago this April break I was drunk
morning noon and night ( you know this). After that week I stopped drinking have not
touched it since.
You're having the same week I had

Can you stop?
You need to
We are more alike than you know
[4/26/19, 10:07:25 AM] +1 (631) 379-9928: Mind blown ..........
[4/26/19, 10:07:26 AM] Anastasia: I stooped after yesterday's encounter
[4/26/19, 10:07:33 AM] Anastasia: really am
[4/26/19, 10:08:04 AM] +1 (631) 379-9928: I'm holding you to that
More importantly you should hold you to that
[4/26/19, 10:08:15 AM] Anastasia: ooh I am
[4/26/19, 10:08:18 AM] +1 (631) 379-9928: Replace the drugs with exercise
[4/26/19, 10:08:39 AM] +1 (631) 379-9928: I want you Clean
[4/26/19, 10:08:43 AM] Anastasia: I really need to I could not breathe yesterday
worst I've felt in months
[4/26/19, 10:09:27 AM] +1 (631) 379-9928: Shit I even stopped Diet Coke
What the f was I thinking
[4/26/19, 10:09:47 AM] Anastasia: yk Diet Coke is worse than regular
[4/26/19, 10:09:48 AM] +1 (631) 379-9928: By the time I'm done I'll be drinking
water and eating tree bark
[4/26/19, 10:09:57 AM] Anastasia: lmaoooooo
[4/26/19, 10:10:32 AM] +1 (631) 379-9928: Windy as f here today
[4/26/19, 10:10:36 AM] +1 (631) 379-9928: But sunny
[4/26/19, 10:10:41 AM] +1 (631) 379-9928: Yes rubbing it in
[4/26/19, 10:10:49 AM] Anastasia: soo now that I have u I want to point something
out
[4/26/19, 10:10:59 AM] +1 (631) 379-9928: Ok
[4/26/19, 10:11:18 AM] Anastasia: well ███████ brought this up way early this
morning
[4/26/19, 10:11:19 AM] +1 (631) 379-9928: I'm nervous
[4/26/19, 10:12:12 AM] Anastasia: she was like I don't know how many times I've
walked the halls with tears in my eyes and not one security guard asked if I was
okay
[4/26/19, 10:12:38 AM] +1 (631) 379-9928: ██████ would
[4/26/19, 10:12:41 AM] Anastasia: I started thinking about ██████
[4/26/19, 10:12:47 AM] +1 (631) 379-9928: But that's troubling
[4/26/19, 10:13:16 AM] Anastasia: and I was like I dunno what it is about him but I
needed to just be straight up hence why we probably checks on me every day
[4/26/19, 10:14:08 AM] Anastasia: yk like one confrontation could save someone from
a temporary feeling
[4/26/19, 10:14:37 AM] +1 (631) 379-9928: Yes
[4/26/19, 10:14:39 AM] Anastasia: idk I feel like people don't always go to guidance
councilors because they tend to drag things out
[4/26/19, 10:15:11 AM] +1 (631) 379-9928: Agreed
[4/26/19, 10:15:11 AM] Anastasia: There are so many kids friends and family with
security guards and staff that it shouldn't hurt to ask hey how have you been doing
mentally
[4/26/19, 10:16:18 AM] Anastasia: I mean yo already know 97% of the school is
depressed as hell
[4/26/19, 10:16:24 AM] Anastasia: because that's literally our generation
[4/26/19, 10:16:47 AM] Anastasia: if we had a generation word it would be "kms"
(kill myself)
[4/26/19, 10:16:55 AM] +1 (631) 379-9928: It's the fucking phones and social media
[4/26/19, 10:17:11 AM] Anastasia: that only goes to far though regan
[4/26/19, 10:17:19 AM] +1 (631) 379-9928: They don't give you the self worth you
think they do
[4/26/19, 10:17:20 AM] Anastasia: You should hear the locker rooms
[4/26/19, 10:17:25 AM] +1 (631) 379-9928: Yes it's only part
```

_chat
[4/26/19, 10:17:32 AM] Anastasia: the halls
[4/26/19, 10:17:36 AM] Anastasia: fucking bathrooms
[4/26/19, 10:17:54 AM] Anastasia: like I can't piss without someone coming in talking shit
[4/26/19, 10:18:49 AM] Anastasia: I'm like bruh so I come out TELL ME WHY THEY TRY TO DRAG MY ASS INTO THE CONVERSATION like sis I really don't care whos boyfriend you fucked last night
[4/26/19, 10:19:10 AM] Anastasia: low key a savage
[4/26/19, 10:19:19 AM] +1 (631) 379-9928: Ya I know
[4/26/19, 10:19:36 AM] +1 (631) 379-9928: Parents are dropping the ball too
[4/26/19, 10:19:49 AM] Anastasia: Elaborate
[4/26/19, 10:20:19 AM] +1 (631) 379-9928: They think HS don't need them And too many try to be friends with their kids and not guide them
[4/26/19, 10:20:46 AM] Anastasia: OHH FUCKING ███████ ANS ██████████
[4/26/19, 10:20:56 AM] Anastasia: bruh this is that family problem
[4/26/19, 10:21:01 AM] +1 (631) 379-9928: Bingo
[4/26/19, 10:21:28 AM] Anastasia: their mom don't guide them for shit and it pisses me off I'm not even gunna continue because she's not worth my time
[4/26/19, 10:22:14 AM] Anastasia: But honestly being the savage that I am (but respectful) I sure as hell wouldn't hesitate to go off on her
[4/26/19, 10:22:28 AM] Anastasia: like I really wish she'd say something about my family
[4/26/19, 10:22:37 AM] Anastasia: Hands will be thrownnn
[4/26/19, 10:23:01 AM] +1 (631) 379-9928: They are not worth it

Don't go anywhere
Gonna take a quick shower
Be right back
Been naked this entire time
[4/26/19, 10:23:11 AM] Anastasia: BRUHH
[4/26/19, 10:23:16 AM] Anastasia: Yum
[4/26/19, 10:23:21 AM] +1 (631) 379-9928: Brb
[4/26/19, 10:23:26 AM] Anastasia: Ok
[4/26/19, 10:28:20 AM] +1 (631) 379-9928: Back
Not dry
But back
[4/26/19, 10:28:42 AM] Anastasia: my heart is racing
[4/26/19, 10:28:58 AM] +1 (631) 379-9928: I wonder why
[4/26/19, 10:29:00 AM] +1 (631) 379-9928: LOL
[4/26/19, 10:29:03 AM] Anastasia: :))
[4/26/19, 10:29:38 AM] Anastasia: that was a fast ass shower how in the world
[4/26/19, 10:30:07 AM] +1 (631) 379-9928: Didn't have to shave
[4/26/19, 10:30:15 AM] +1 (631) 379-9928: Short hair real easy
[4/26/19, 10:30:15 AM] Anastasia: ah
[4/26/19, 10:30:55 AM] Anastasia: Theresa is dam near about to kill me with my half an hour shower
[4/26/19, 10:32:00 AM] +1 (631) 379-9928: You Alone
[4/26/19, 10:32:25 AM] Anastasia: No ████████ is sleeping next to me
[4/26/19, 10:32:33 AM] +1 (631) 379-9928: Shit
[4/26/19, 10:32:44 AM] +1 (631) 379-9928: Had a pic ready to go
[4/26/19, 10:32:52 AM] Anastasia: Oh u can do that
[4/26/19, 10:32:58 AM] +1 (631) 379-9928: You would have gotten wet
[4/26/19, 10:33:06 AM] Anastasia: do itttttt
[4/26/19, 10:33:10 AM] Anastasia: tease
[4/26/19, 10:33:14 AM] +1 (631) 379-9928: <attached: 00007744-PHOTO-2019-04-26-10-32-58.jpg>
[4/26/19, 10:33:56 AM] Anastasia: Well hello there
[4/26/19, 10:34:49 AM] +1 (631) 379-9928: That's trust girl
[4/26/19, 10:34:57 AM] Anastasia: Truly
[4/26/19, 10:35:00 AM] +1 (631) 379-9928: Hands are shanking a bit
[4/26/19, 10:35:11 AM] Anastasia: dude your veins are a weakness
[4/26/19, 10:35:24 AM] +1 (631) 379-9928: You'll be talking me off the ledge if that gets out

_chat

[4/26/19, 10:36:25 AM] Anastasia: I told ███████ last night if anyone finds out we text and said you told them.. I will put my phone down text you and walk out the RHS door for the last time
[4/26/19, 10:36:58 AM] Anastasia: and she was like you can trust me and. I was like I'd better fucking hope so otherwise you're gunna have a dead friend
[4/26/19, 10:37:31 AM] +1 (631) 379-9928: Thanks
[4/26/19, 10:37:42 AM] Anastasia: for what
[4/26/19, 10:38:40 AM] +1 (631) 379-9928: Telling her that
[4/26/19, 10:39:20 AM] Anastasia: Psht brotha regan I gotchu
[4/26/19, 10:39:42 AM] +1 (631) 379-9928: Psht ?
[4/26/19, 10:39:49 AM] Anastasia: never mind
[4/26/19, 10:40:04 AM] +1 (631) 379-9928: I'll google it
[4/26/19, 10:40:19 AM] +1 (631) 379-9928: Like those tan lines
Lol
[4/26/19, 10:40:21 AM] Anastasia: It's like a noise stoopid
[4/26/19, 10:40:30 AM] Anastasia: I love everything ab u
[4/26/19, 10:40:38 AM] Anastasia: Tan lines are weak
[4/26/19, 10:41:48 AM] +1 (631) 379-9928: Just got the where are you text
[4/26/19, 10:41:58 AM] Anastasia: Better get going
[4/26/19, 10:42:17 AM] +1 (631) 379-9928: Miss you
[4/26/19, 10:42:27 AM] Anastasia: miss you too
[4/26/19, 10:42:29 AM] +1 (631) 379-9928: I know you won't
Delete that pic
[4/26/19, 10:42:35 AM] Anastasia: :)))))
[4/26/19, 10:43:07 AM] +1 (631) 379-9928: Something physical today
Push-ups
Something
[4/26/19, 10:43:20 AM] +1 (631) 379-9928: Catch you later
[4/26/19, 10:43:27 AM] Anastasia: bye dude:)
[4/26/19, 10:43:32 AM] +1 (631) 379-9928: :)))))
[4/26/19, 1:54:14 PM] +1 (631) 379-9928: Yo
Still can't believe I sent that pic
LOL
I'm sure I'm making too much of it.
I hope you're having a good day!
:))
[4/26/19, 2:05:43 PM] Anastasia: Me neither but honestly I'm glad you did :)
███████ and I are going to go for a walk.. ███████ ripped ██████ a new ass and of course I'm in the middle laughing.. my day is better I gave my juul to ██████████ and I was like I can't have this near me. I hope you're enjoying your last full fun day
[4/26/19, 3:29:55 PM] Anastasia: <attached: 00007776-PHOTO-2019-04-26-15-29-38.jpg>
[4/26/19, 3:44:12 PM] Anastasia: Bro no wonder maddd people want to get in my pants I'm a full course meal
[4/26/19, 3:44:39 PM] Anastasia: <attached: 00007778-PHOTO-2019-04-26-15-44-22.jpg>
[4/26/19, 4:36:41 PM] +1 (631) 379-9928: Fuck ya
[4/26/19, 4:38:22 PM] Anastasia: :)))))
[4/26/19, 4:40:13 PM] +1 (631) 379-9928: It's on girl
:)))))))
[4/26/19, 4:42:10 PM] Anastasia: "It's on like donkey Kong"
[4/26/19, 6:48:21 PM] +1 (631) 379-9928: That's my line
Rip that underwear right off you
[4/26/19, 6:49:08 PM] Anastasia: Yes please
[4/26/19, 8:04:03 PM] +1 (631) 379-9928: Guess what
I'm getting our pillow ready
[4/26/19, 8:04:15 PM] Anastasia: Aw
[4/26/19, 8:04:51 PM] +1 (631) 379-9928: Staying in tonight ?
[4/26/19, 8:05:35 PM] Anastasia: Lmao I'm already in bed!
[4/26/19, 8:07:35 PM] +1 (631) 379-9928: Love it
[4/26/19, 8:07:40 PM] +1 (631) 379-9928: G night
[4/27/19, 12:01:48 AM] Anastasia: <attached: 00007791-PHOTO-2019-04-27-00-01-32.jpg>
[4/27/19, 12:02:29 AM] Anastasia: Yeo so I just took a power nap actually had a dream about you but yeah my fiends were like come out and I was like was like bet come pick me up

_chat
[4/27/19, 6:28:42 AM] +1 (631) 379-9928: So I'm confused
You went out at 12am or that was the dream?
[4/27/19, 6:29:30 AM] +1 (631) 379-9928: I undressed you about a thousand times from
your pic yesterday.
:)))))

Love the smile
[4/27/19, 6:30:23 AM] +1 (631) 379-9928: Now I see
Your in a car.
How wasted ?
[4/27/19, 11:30:18 AM] Anastasia: G morning:) I wasn't wasted just a slight big
head high
[4/27/19, 11:30:38 AM] Anastasia: I had a really dirty dream about you last night
[4/27/19, 11:31:57 AM] Anastasia: Also, you need to listen to "Netflix trip" by AJR
[4/27/19, 11:35:39 AM] Anastasia: It was like two/three am and I told ███ we don't
talk anymore and how I deleted your number and how I'm fine without you and honestly
it hurt to lie because I never want that to really be true but whatever
[4/27/19, 1:09:44 PM] Anastasia: Currently debating if I need to go to the hospital
just messed up my hand that I just got surgery on
[4/27/19, 2:30:49 PM] +1 (631) 379-9928: <attached:
00007801-PHOTO-2019-04-27-14-30-33.jpg>
[4/27/19, 2:30:54 PM] +1 (631) 379-9928: Rough day
[4/27/19, 2:30:58 PM] +1 (631) 379-9928: In fla
[4/27/19, 2:31:37 PM] +1 (631) 379-9928: Dirty dream I like it.

I can't wait to taste you.

:)))))
[4/27/19, 2:32:09 PM] Anastasia: why what happened in FL
[4/27/19, 2:32:59 PM] +1 (631) 379-9928: Nothing
Sitting on the beach

How's the hand?
[4/27/19, 2:33:32 PM] Anastasia: Maryann was like we're going to the hospital and I
was like no the fuck were not
[4/27/19, 2:33:41 PM] +1 (631) 379-9928: Why not
[4/27/19, 2:33:53 PM] Anastasia: I'll put my old short hand cast on and call it a
day
[4/27/19, 2:34:06 PM] +1 (631) 379-9928: Stubborn
[4/27/19, 2:34:08 PM] +1 (631) 379-9928: LOL
[4/27/19, 2:34:15 PM] +1 (631) 379-9928: Miss you
[4/27/19, 2:34:15 PM] Anastasia: Yeaaap
[4/27/19, 2:34:19 PM] Anastasia: miss u too
[4/27/19, 2:34:38 PM] +1 (631) 379-9928: Feel like we need a full day to chill when
I get back
[4/27/19, 2:34:39 PM] Anastasia: I thought u were coming home today but I miss read
today and tomorrow
[4/27/19, 2:34:50 PM] Anastasia: mm let's skip
[4/27/19, 2:34:53 PM] +1 (631) 379-9928: Late tomorrow night
Land at 10
[4/27/19, 2:35:01 PM] Anastasia: yeah I realized
[4/27/19, 2:35:30 PM] +1 (631) 379-9928: Sooooooo
Did you delete the pic from yesterday ?
[4/27/19, 2:35:45 PM] Anastasia: Why would I do that
[4/27/19, 2:36:23 PM] +1 (631) 379-9928: LOL
[4/27/19, 2:36:31 PM] +1 (631) 379-9928: Ran 11.5 this morning
[4/27/19, 2:36:38 PM] Anastasia: Low key started feeling myskef looking st it
[4/27/19, 2:36:38 PM] +1 (631) 379-9928: Saw three owls
[4/27/19, 2:36:47 PM] Anastasia: And how are u legs feeling
[4/27/19, 2:36:52 PM] +1 (631) 379-9928: Great
[4/27/19, 2:37:01 PM] +1 (631) 379-9928: Rest yesterday was key
[4/27/19, 2:37:20 PM] +1 (631) 379-9928: Staying sober tonight ??

_chat

[4/27/19, 2:37:21 PM] Anastasia: Yes!
[4/27/19, 2:37:27 PM] Anastasia: naaa
[4/27/19, 2:37:37 PM] +1 (631) 379-9928: So much for that eh?
[4/27/19, 2:38:04 PM] Anastasia: dude I stood out till 4 am last night came home
looked at the cameras mad a heart and walked in my house
[4/27/19, 2:38:20 PM] Anastasia: And maryann was like I love you too because she saw
the camera I was weakk
[4/27/19, 2:38:34 PM] +1 (631) 379-9928: Monday girl
[4/27/19, 2:38:43 PM] +1 (631) 379-9928: 180
You're doing a 180
[4/27/19, 2:38:50 PM] Anastasia: oooh yes
[4/27/19, 2:39:10 PM] Anastasia: When I was out I was like yo ███ Monday will deck
the fuck out of me
[4/27/19, 2:39:25 PM] +1 (631) 379-9928: Yes it will
[4/27/19, 2:39:28 PM] Anastasia: and she was like might not be bad now that ur not
talking to refs
[4/27/19, 2:39:30 PM] Anastasia: Refs
[4/27/19, 2:39:33 PM] Anastasia: Fuck regan
[4/27/19, 2:39:54 PM] +1 (631) 379-9928: She said f me
[4/27/19, 2:40:05 PM] Anastasia: Yeahh lmao
[4/27/19, 2:40:16 PM] +1 (631) 379-9928: Ok
I'll remember that
[4/27/19, 2:40:23 PM] +1 (631) 379-9928: LOL
[4/27/19, 2:40:26 PM] Anastasia: LMAO
[4/27/19, 2:40:37 PM] +1 (631) 379-9928: You better be talking to me
[4/27/19, 2:40:42 PM] Anastasia: LMAOOO
[4/27/19, 2:40:49 PM] +1 (631) 379-9928: I'm serious
[4/27/19, 2:41:05 PM] Anastasia: I will I will
[4/27/19, 2:41:17 PM] +1 (631) 379-9928: Gotta go
[4/27/19, 2:41:25 PM] +1 (631) 379-9928: ███ wants to play football
[4/27/19, 2:41:29 PM] Anastasia: Bye dude miss u
[4/27/19, 2:41:31 PM] Anastasia: Aw
[4/27/19, 2:41:41 PM] +1 (631) 379-9928: Miss you too

Big hug and kiss
[4/27/19, 2:41:46 PM] +1 (631) 379-9928: Catch you later
[4/27/19, 2:41:47 PM] Anastasia: :))
[4/27/19, 2:41:50 PM] +1 (631) 379-9928: :)))
[4/27/19, 4:32:24 PM] +1 (631) 379-9928: <attached:
00007860-GIF-2019-04-27-16-32-08.mp4>
[4/27/19, 4:32:33 PM] +1 (631) 379-9928: Our animal spirits together
[4/27/19, 4:38:45 PM] Anastasia: awww
[4/28/19, 6:04:47 AM] +1 (631) 379-9928: Girl
Guess what????
I'm awake and thinking of you!!!!!
:)))

Ummm how wasted lastnight ?
[4/28/19, 6:05:20 AM] +1 (631) 379-9928: Goggins has a new post
Listen to it. Once again he's talking TO YOU
[4/28/19, 6:06:06 AM] +1 (631) 379-9928: want a smile
Tomorrow we see each other
[4/28/19, 7:02:00 AM] +1 (631) 379-9928: <attached:
00007866-PHOTO-2019-04-28-07-01-44.jpg>
[4/28/19, 1:48:27 PM] Anastasia: Ggggooooooddd moooorrrrnniinnng
[4/28/19, 1:48:57 PM] Anastasia: Well afternoon now kp
[4/28/19, 3:31:46 PM] +1 (631) 379-9928: Girl
Real question
Do you need rehab?
Or can we do this ?

Had a bad vision you deleted my number turned your back on me
Page 194

_chat

```
[4/28/19, 3:32:19 PM] Anastasia: We can do this man and ooh man
[4/28/19, 3:35:49 PM] +1 (631) 379-9928: Ya it was rough
[4/28/19, 3:36:14 PM] Anastasia: T minus LESS THAN 24 hours ahhh
[4/28/19, 3:47:54 PM] +1 (631) 379-9928: □□□□□□□□□□
[4/28/19, 5:03:04 PM] Anastasia: Jon Bel came on at the bowlin ally.. thinking of
you
[4/28/19, 5:14:12 PM] +1 (631) 379-9928: :))
[4/28/19, 9:58:27 PM] +1 (631) 379-9928: Juuuuuuuust landed !!!!!!
[4/28/19, 9:58:37 PM] Anastasia: YAYYYY
[4/28/19, 9:59:44 PM] +1 (631) 379-9928: We need time tomorrow
Don't know when but we need alone time like after school - ish

Can't wait to see you HOLD you
[4/28/19, 10:00:07 PM] Anastasia: Agreeeeeeeed
[4/29/19, 4:02:46 AM] +1 (631) 379-9928: GIRL
CANT WAIT WAIT WAIT TO SEE YOU
Even though the first time we see each other will probably be at busses and won't
allow for much excitement the fact that we both know by looking will
Be enough.
We have A LOT to talk about or just look at each other about.

If we could skip today and hang i totally would.

I know we need to feel one another.
[4/29/19, 4:09:57 AM] +1 (631) 379-9928: <attached:
00007881-GIF-2019-04-29-04-09-41.mp4>
[4/29/19, 4:28:27 AM] Anastasia: I don't think you understand how much excitement I
have just to see you.. hmm anyways :) see you soon lol that picture low key turned
me on
[4/29/19, 4:30:37 AM] +1 (631) 379-9928: Wow
Why are you up?
[4/29/19, 4:30:46 AM] +1 (631) 379-9928: Or haven't gone to bed yet?
[4/29/19, 4:31:17 AM] +1 (631) 379-9928: Yo
[4/29/19, 4:31:20 AM] Anastasia: Yeah set myself up for this one
[4/29/19, 4:31:38 AM] +1 (631) 379-9928: Are you just getting in?
[4/29/19, 4:31:42 AM] Anastasia: absolutely no sleep
[4/29/19, 4:32:14 AM] Anastasia: no actually I stood in just could sleep so I've
been chillin
[4/29/19, 4:32:39 AM] +1 (631) 379-9928: So
Question
[4/29/19, 4:32:46 AM] Anastasia: Suppp
[4/29/19, 4:32:59 AM] +1 (631) 379-9928: What made you decide to tell █████ you
deleted my #
[4/29/19, 4:33:56 AM] Anastasia: I literally can't stand her knowing anything like I
would rather go through a ww3 then ever let her know
[4/29/19, 4:34:08 AM] +1 (631) 379-9928: Ok
[4/29/19, 4:34:35 AM] Anastasia: regan it's so bad I told ████████ I wish someone
could give her amnesia
[4/29/19, 4:35:02 AM] +1 (631) 379-9928: Wait █████ knows we text
[4/29/19, 4:35:10 AM] Anastasia: No
[4/29/19, 4:35:16 AM] +1 (631) 379-9928: K
[4/29/19, 4:35:30 AM] +1 (631) 379-9928: Do think ██████ will blow it up
[4/29/19, 4:36:17 AM] Anastasia: I don't believe so but she really will kill me
[4/29/19, 4:36:51 AM] +1 (631) 379-9928: Kill you if she knew you didn't ?
[4/29/19, 4:37:30 AM] Anastasia: Bc
████████ only thinks about ███████ and the present she doesn't see the future outcome if
she slips
[4/29/19, 4:37:45 AM] +1 (631) 379-9928: I see
[4/29/19, 4:38:00 AM] Anastasia: I'd literally kill myself if anyone knew
[4/29/19, 4:38:12 AM] +1 (631) 379-9928: Well if she slips stick yo the delete story
[4/29/19, 4:38:29 AM] Anastasia: I would rather ████████ know over her
[4/29/19, 4:38:29 AM] +1 (631) 379-9928: Stop with the kill yourself talk
[4/29/19, 4:38:36 AM] Anastasia: my bad
```

```
                                    _chat
[4/29/19, 4:38:36 AM] +1 (631) 379-9928: Nah
[4/29/19, 4:38:51 AM] +1 (631) 379-9928: Oh
Oh
Guess what
[4/29/19, 4:38:59 AM] Anastasia: Supp
[4/29/19, 4:39:01 AM] +1 (631) 379-9928: Track practice today
[4/29/19, 4:39:08 AM] Anastasia: NAHHHHHHH
[4/29/19, 4:39:13 AM] +1 (631) 379-9928: What!
[4/29/19, 4:39:19 AM] Anastasia: I KNOW DAM WELL IM NOT GOING
[4/29/19, 4:39:28 AM] +1 (631) 379-9928: Girl
[4/29/19, 4:39:37 AM] +1 (631) 379-9928: Why
[4/29/19, 4:39:49 AM] +1 (631) 379-9928: Are you quitting ?
[4/29/19, 4:39:53 AM] Anastasia: I juust spent how many fucking days without you?
You're bugged out if u think I'm going
[4/29/19, 4:39:57 AM] Anastasia: no
[4/29/19, 4:40:17 AM] +1 (631) 379-9928: So why not go
[4/29/19, 4:40:24 AM] Anastasia: BCCCCCVVVVV
[4/29/19, 4:40:32 AM] Anastasia: I NEED TO SEE U
[4/29/19, 4:40:53 AM] +1 (631) 379-9928: Ok
Hold on
I get that
[4/29/19, 4:41:01 AM] Anastasia: this is probably the most we've talked all week
[4/29/19, 4:41:21 AM] +1 (631) 379-9928: Go until 3:30 ish then come to me
[4/29/19, 4:41:29 AM] Anastasia: Btw I'm naked
[4/29/19, 4:41:33 AM] +1 (631) 379-9928: Can you do that
3-15
[4/29/19, 4:41:36 AM] Anastasia: bruhhhhh
[4/29/19, 4:41:37 AM] +1 (631) 379-9928: Ffffffffffuck
[4/29/19, 4:41:43 AM] +1 (631) 379-9928: Killing me
[4/29/19, 4:41:50 AM] +1 (631) 379-9928: Naked
Yum
[4/29/19, 4:41:56 AM] Anastasia: ;))
[4/29/19, 4:42:07 AM] +1 (631) 379-9928: Totally
[4/29/19, 4:42:17 AM] +1 (631) 379-9928: Top or bottom
[4/29/19, 4:42:20 AM] Anastasia: SOOOOOO ██████and u are back
[4/29/19, 4:42:29 AM] Anastasia: Top like Absolutely nude
[4/29/19, 4:42:40 AM] Anastasia: Not gunna lie I'm freezing
[4/29/19, 4:42:55 AM] +1 (631) 379-9928: I would warm you up in a second
[4/29/19, 4:43:04 AM] +1 (631) 379-9928: To ██████in a min
[4/29/19, 4:43:22 AM] Anastasia: yeah we don't really need to talk ab her
[4/29/19, 4:43:30 AM] Anastasia: Lolllll but honestly I wish
[4/29/19, 4:43:45 AM] +1 (631) 379-9928: I can't tell you how many times I undressed
you from your pic
[4/29/19, 4:44:09 AM] Anastasia: I was making my bed and I was like it would take a
lot but i would probably let regan sit there
[4/29/19, 4:44:19 AM] Anastasia: shhhh:)))))
[4/29/19, 4:44:20 AM] +1 (631) 379-9928: You got me low key hard
[4/29/19, 4:44:27 AM] +1 (631) 379-9928: I'm honored
[4/29/19, 4:44:31 AM] Anastasia: :)))
[4/29/19, 4:45:19 AM] +1 (631) 379-9928: Of course your photo is memorized
[4/29/19, 4:46:02 AM] Anastasia: I low key think ab u and I'm like fuckkk where's
the pictureeee
[4/29/19, 4:46:21 AM] +1 (631) 379-9928: Ya well I told you delete that shit
[4/29/19, 4:46:46 AM] Anastasia: fucking██████ was showing me a screenshot and I was
like mmh what a meal too bad we don't talk
[4/29/19, 4:47:01 AM] Anastasia: And why would I
[4/29/19, 4:47:07 AM] +1 (631) 379-9928: Screenshot of what
[4/29/19, 4:47:10 AM] Anastasia: U
[4/29/19, 4:47:26 AM] +1 (631) 379-9928: Because eventually someone will get into
your phone
[4/29/19, 4:47:35 AM] +1 (631) 379-9928: Yes I know me
But from where
[4/29/19, 4:47:53 AM] Anastasia: and then what figure out myphot vault password?
```

_chat

[4/29/19, 4:48:02 AM] Anastasia: u were in ur office
[4/29/19, 4:48:21 AM] +1 (631) 379-9928: I'm stuck on the naked part :))))
[4/29/19, 4:48:49 AM] Anastasia: I kinda like being naked just chillin
[4/29/19, 4:48:58 AM] +1 (631) 379-9928: You have no idea how much I want to touch
and kiss every inch of you
[4/29/19, 4:49:11 AM] +1 (631) 379-9928: And just look at your naked body
[4/29/19, 4:49:18 AM] Anastasia: 🙈🙈
[4/29/19, 4:50:33 AM] +1 (631) 379-9928: Did you sleep naked
[4/29/19, 4:50:40 AM] Anastasia: Duhh
[4/29/19, 4:51:07 AM] Anastasia: Well I didn't start off naked I just kinda stripped
throughout the night later by layer
[4/29/19, 4:51:55 AM] +1 (631) 379-9928: Ya I would have bee ripping those layers
off to until there were none left
Then I would have gone nuts
[4/29/19, 4:52:54 AM] Anastasia: Doooo ittttt
[4/29/19, 4:55:32 AM] +1 (631) 379-9928: I want to get you to orgasm

Using my hands and mouth I want to feel you explode
I want my head between your legs and my tongue working on your lips and my fingers
in you  as you cum
[4/29/19, 4:55:50 AM] Anastasia: ughhhh yessss
[4/29/19, 4:56:58 AM] +1 (631) 379-9928: I can see it
[4/29/19, 4:57:16 AM] Anastasia: Meee too
[4/29/19, 4:57:29 AM] Anastasia: Got me worked upp
[4/29/19, 4:57:44 AM] +1 (631) 379-9928: Good
Get your sheets wet
[4/29/19, 4:58:41 AM] +1 (631) 379-9928: Warm you up
Get the Butterflies going

And man they were going when I sent that pic
[4/29/19, 4:59:38 AM] Anastasia: thought I was the only one feeling butterflies
[4/29/19, 5:00:03 AM] +1 (631) 379-9928: I'll massage your lips
Put my fingers in you and massage in and out
[4/29/19, 5:00:21 AM] +1 (631) 379-9928: Not sure you're ready
[4/29/19, 5:01:09 AM] +1 (631) 379-9928: No girl butterflies
Even now
[4/29/19, 5:01:21 AM] Anastasia: Honestly I might not be but  yolo
[4/29/19, 5:02:02 AM] Anastasia: Can't miss out on  this chance
[4/29/19, 5:02:46 AM] +1 (631) 379-9928: How wet are you
[4/29/19, 5:03:00 AM] Anastasia: Very
[4/29/19, 5:03:12 AM] +1 (631) 379-9928: Can't wait to feel it
[4/29/19, 5:03:34 AM] Anastasia: Agreeeeed
[4/29/19, 5:04:05 AM] +1 (631) 379-9928: Wow
[4/29/19, 5:04:22 AM] Anastasia: :)))
[4/29/19, 5:04:23 AM] +1 (631) 379-9928: I missed you so much
[4/29/19, 5:05:12 AM] Anastasia: While u we're away I definitely questioned that if
u missed me and I really had to slap myself back to reality like well honestly
what's not to miss
[4/29/19, 5:05:25 AM] +1 (631) 379-9928: Are we going to be able to keep ourselves
under control until there isn't anyone around
[4/29/19, 5:05:34 AM] +1 (631) 379-9928: Of course I missed you dummy
[4/29/19, 5:05:42 AM] Anastasia: let's hope so
[4/29/19, 5:06:01 AM] Anastasia: I know just seeing u is Gunna drive me nuts
[4/29/19, 5:06:18 AM] +1 (631) 379-9928: I sent you a post shower pic
Ya I missed you
[4/29/19, 5:06:42 AM] Anastasia: shit was sooo sexy
[4/29/19, 5:07:13 AM] +1 (631) 379-9928: That's why I'm saying go to track for a bit
then come to my office
And we can still hang 7/8
[4/29/19, 5:07:19 AM] +1 (631) 379-9928: You're just saying that
[4/29/19, 5:07:51 AM] Anastasia: bet and I'm sure dam not
[4/29/19, 5:08:10 AM] Anastasia: A day hasn't gone by I didn't re visit the picture
[4/29/19, 5:08:23 AM] +1 (631) 379-9928: Too funny

```
                                     _chat
[4/29/19, 5:08:48 AM] +1 (631) 379-9928: Blue with white dots
[4/29/19, 5:08:55 AM] +1 (631) 379-9928: That was your photo
[4/29/19, 5:09:11 AM] +1 (631) 379-9928: That's what it looked like
[4/29/19, 5:09:18 AM] Anastasia: don't get it
[4/29/19, 5:09:25 AM] +1 (631) 379-9928: The pic you sent me
[4/29/19, 5:09:28 AM] Anastasia: yes
[4/29/19, 5:09:40 AM] Anastasia: honestly which one
[4/29/19, 5:09:54 AM] +1 (631) 379-9928: The one after my shower pic
[4/29/19, 5:10:01 AM] Anastasia: Okayy
[4/29/19, 5:10:15 AM] +1 (631) 379-9928: Were you that high
[4/29/19, 5:10:23 AM] +1 (631) 379-9928: You don't remember
[4/29/19, 5:10:45 AM] Anastasia: My brain literally doesn't function with the amount
of drugs I intook this week
[4/29/19, 5:11:12 AM] +1 (631) 379-9928: Ya
We need to really talk about this going forward
[4/29/19, 5:11:22 AM] Anastasia: yea yeah
[4/29/19, 5:11:33 AM] +1 (631) 379-9928: No girl
I'm fucking serious
[4/29/19, 5:11:41 AM] Anastasia: mm yeah me too
[4/29/19, 5:11:52 AM] +1 (631) 379-9928: Grrrrrrr
[4/29/19, 5:11:56 AM] Anastasia: :))
[4/29/19, 5:12:10 AM] Anastasia: SOOO
[4/29/19, 5:12:19 AM] +1 (631) 379-9928: Yes
[4/29/19, 5:13:29 AM] Anastasia: there was this thing on Instagram that was like be
with someone or something that makes u roll your eyes but laugh after and I was like
bruh if that not me 99.9% of the time in regan's office I dunno what is
[4/29/19, 5:14:09 AM] +1 (631) 379-9928: You love Instagram
[4/29/19, 5:14:18 AM] +1 (631) 379-9928: That's funny
[4/29/19, 5:14:27 AM] Anastasia: Mm what gave it up
[4/29/19, 5:14:35 AM] Anastasia: sarcasm
[4/29/19, 5:14:49 AM] +1 (631) 379-9928: Girl
[4/29/19, 5:14:54 AM] +1 (631) 379-9928: Shower time
[4/29/19, 5:14:59 AM] Anastasia: Yum
[4/29/19, 5:15:40 AM] +1 (631) 379-9928: <attached:
00008030-GIF-2019-04-29-05-15-24.mp4>
[4/29/19, 5:16:02 AM] Anastasia: Ugh these get me every time
[4/29/19, 5:16:57 AM] +1 (631) 379-9928: Just something to keep you warm
[4/29/19, 5:17:09 AM] Anastasia: Mmm
[4/29/19, 5:17:33 AM] +1 (631) 379-9928: Can't find and really really sexy ones
[4/29/19, 5:18:05 AM] Anastasia: That's what an imagination if  for
[4/29/19, 5:18:22 AM] Anastasia: BTWWW
[4/29/19, 5:18:30 AM] Anastasia: ███████████ doesn't hate u
[4/29/19, 5:18:57 AM] Anastasia: He calls you "the man" and I was like yeah bro I
love regan and he was like me too
[4/29/19, 5:19:11 AM] +1 (631) 379-9928: Ok
[4/29/19, 5:19:18 AM] +1 (631) 379-9928: Good to know
[4/29/19, 5:19:23 AM] Anastasia: Then went on talking about a threesome with████
[4/29/19, 5:19:41 AM] +1 (631) 379-9928: He better stop sniffing around you or it's
on
[4/29/19, 5:20:00 AM] Anastasia: I was like DIBS and I was like ha I won you can
have O'Hara
[4/29/19, 5:20:09 AM] Anastasia: And honestly
[4/29/19, 5:20:14 AM] +1 (631) 379-9928: LOL
[4/29/19, 5:20:41 AM] Anastasia: He was like Buttttt you won't send me nudes and I
was like Bcccc I don't like theme
[4/29/19, 5:20:44 AM] Anastasia: Then
[4/29/19, 5:20:46 AM] Anastasia: Them
[4/29/19, 5:21:03 AM] +1 (631) 379-9928: Good for you!!!!!!!!!!
[4/29/19, 5:21:11 AM] Anastasia: I know right
[4/29/19, 5:21:26 AM] +1 (631) 379-9928: I want to see it in person
[4/29/19, 5:21:44 AM] Anastasia: I bet:)
[4/29/19, 5:22:04 AM] +1 (631) 379-9928: You know you want me to
[4/29/19, 5:22:16 AM] Anastasia: Ohhhh 468732268%
                                    Page 198
```

_chat
[4/29/19, 5:22:48 AM] +1 (631) 379-9928: Ok seriously
Gotto go shower
A cold one at this point
[4/29/19, 5:23:11 AM] +1 (631) 379-9928: See you in about 90 mins
[4/29/19, 5:23:13 AM] Anastasia: Lmaooo okay okay
[4/29/19, 5:23:18 AM] Anastasia: mmm maybe
[4/29/19, 5:24:19 AM] +1 (631) 379-9928: If we can get time later later

Im getting you wet again
[4/29/19, 5:24:34 AM] Anastasia: Roger that
[4/29/19, 5:24:45 AM] +1 (631) 379-9928: :)))))
[4/29/19, 5:24:58 AM] Anastasia: Grab my thigh and it's over
[4/29/19, 5:25:20 AM] +1 (631) 379-9928: Im going higher than that
[4/29/19, 5:25:30 AM] +1 (631) 379-9928: And it's will be a soft touch
[4/29/19, 5:25:53 AM] Anastasia: Mmmh
[4/29/19, 6:08:43 AM] +1 (631) 379-9928: You're up
You better be on time
[4/29/19, 6:10:06 AM] +1 (631) 379-9928: It's 48degrees colder for me  right now
[4/29/19, 6:11:06 AM] +1 (631) 379-9928: Tan yesterday same time
[4/29/19, 6:12:09 AM] Anastasia: Ehem I'm trying to finish my 20 minute nap
[4/29/19, 6:13:12 AM] +1 (631) 379-9928: Still naked
[4/29/19, 6:15:14 AM] Anastasia: Duh
[4/29/19, 6:16:46 AM] +1 (631) 379-9928: Killing me
[4/29/19, 6:17:56 AM] Anastasia: :))
[4/29/19, 6:18:16 AM] +1 (631) 379-9928: Get up
[4/29/19, 6:18:19 AM] Anastasia: 2 minutes!!
[4/29/19, 6:18:24 AM] Anastasia: Lmaoo
[4/29/19, 6:18:33 AM] +1 (631) 379-9928: Ha
[4/29/19, 6:18:52 AM] +1 (631) 379-9928: Ok
Stay naked
[4/29/19, 6:19:21 AM] Anastasia: Ohh most definitely will &&I still have to shower
and u already know I'm Gibbs take my sweet ass time
[4/29/19, 6:19:44 AM] Anastasia: Because it obviously doesn't take 5 minutes to look
as good as I do
[4/29/19, 6:20:09 AM] +1 (631) 379-9928: You never stop
[4/29/19, 6:20:25 AM] Anastasia: Mm nope
[4/29/19, 6:20:34 AM] Anastasia: Fuckkk
[4/29/19, 6:20:44 AM] +1 (631) 379-9928: Yes
[4/29/19, 6:21:26 AM] +1 (631) 379-9928: While you're naked
Might as well pleasure yourself
[4/29/19, 6:21:36 AM] Anastasia: Been there done that
[4/29/19, 6:21:45 AM] Anastasia: what do u think I did all morning
[4/29/19, 6:21:49 AM] +1 (631) 379-9928: This morning
[4/29/19, 6:21:58 AM] +1 (631) 379-9928: Good for you
[4/29/19, 6:22:13 AM] Anastasia: :))
[4/29/19, 6:22:26 AM] +1 (631) 379-9928: That's hot
[4/29/19, 6:22:46 AM] Anastasia: Mmh
[4/29/19, 6:22:53 AM] Anastasia: What don't I do that hot
[4/29/19, 6:23:13 AM] +1 (631) 379-9928: Drugs
[4/29/19, 6:23:29 AM] Anastasia: I KNEW YOU WERE GUNNA THROW THAT AT ME
[4/29/19, 6:25:14 AM] +1 (631) 379-9928: Of course
[4/29/19, 6:27:20 AM] +1 (631) 379-9928: Should have told me you were taking care of
yourself earlier I would have joined you
[4/29/19, 6:35:58 AM] Anastasia: Mmmhhhhhhh
[4/29/19, 6:36:40 AM] +1 (631) 379-9928: Could have gotten wild
[4/29/19, 6:38:22 AM] Anastasia: You sound like an 18 year boy it's cute
[4/29/19, 6:52:35 AM] +1·(631) 379-9928: No an 18 yo boy would be like
"Send me nudes, send me nudes want a dick pic?"
[4/29/19, 6:54:08 AM] Anastasia: HAHAHAH