

# JOHN RAY & ASSOCIATES
## *New York Attorneys*

**MANHATTAN**
5 E. 22ND Street, 17TH Floor
At Broadway
New York, New York 10010
1-866-88NYLAW

*Killer Bees*

**SUFFOLK COUNTY**
122 North Country Road
Miller Place, New York 11764-1430
631-473-1000

SEND ALL MAIL TO:
P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

*11/24/25*

**VIA ECF:**
Magistrate Judge Lee G. Dunst
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

> Re: Stapon v. Riverhead CSD et al
> Docket No.: 2:19-cv-04708-WFK-LGD

Dear Judge Lee:

As for the Court's direction that Plaintiff deliver two courtesy copies of the exhibits from the inquest hearing, I believe that Plaintiff produced two sets of hard copies at the hearing. I respectfully request that the Court consider that the exhibits were a concatenation of medical records, therapeutic records, counseling records and the like, in all the various programs, hospitals and shelters in various states over the years. That record is considerable, several hundred pages, I believe. Plaintiff is also destitute. She cannot afford to reproduce the record and pay for delivery of the two sets to the Court. When the exhibits were introduced into evidence, the Court suggested that the entire record be marked as Exhibit No. 2, as "a composite exhibit, you can mark it as a composite exhibit, Plaintiff's Exhibit 2 (Transcript of Civil Cause For Damages, 10/23/25, p.9)... it will go in evidence in its entirety to the Magistrate Judge, and that will have the details supporting your dollar request as well (*id*, p10)...and it will be available to the Magistrate Judge in its entirety, sir."(*id*, p10). The Court also accepted the medical records as composite in the same way, (*id*, p15, 16). I respectfully request that the two sets of the record already produced be deemed sufficient for the purpose of the aforesaid direction of the Court. Alternatively, I hereby provide to the Court a flash drive containing all exhibits aforesaid. I respectfully request that such would be accepted in fulfillment of the Court's aforesaid requirement. Plaintiff also includes a "Medical record index" referencing the exhibits, as to each treatment Plaintiff had undergone due to her traumatic experiences at the hands of defendants; and a detailed list of Plaintiff's Bills and providers, with dates. I continue to fulfill the Court's remaining directives in its order, to be submitted before the deadline date.

Respectfully,

John Ray, Esq.

Enc.

1