MANDATE

E.D.N.Y. – C. Islip
19-cv-4708
Kuntz, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-six.

Present:
Denny Chin,
Richard J. Sullivan,
 *Circuit Judges*,
Meredith A. Vacca,
 *District Judge.* *

_____

Anastasia Stapon,

   *Plaintiff-Appellant*,

  v.

               25-2470 (L),
               25-2920 (Con)

Riverhead Central School District, et al.,

   *Defendants-Cross-Claimants-Appellees,*

Charles Regan,

   *Defendant-Cross-Defendant-Appellee,*

Paul R. Doyle, et al.,

   *Defendants*.

_____

* Judge Meredith A. Vacca, of the United States District Court for the Western District of New York, sitting by designation.

MANDATE ISSUED ON 05/08/2026

This Court has determined sua sponte that it lacks jurisdiction over these consolidated appeals because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2